**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number *(if known)* _____   Chapter __7__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Simply Mac, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5434047** |

4.  **Debtor's address**

**Principal place of business**

**155 North 400 West, Suite 170
Salt Lake City, UT 84103**
Number, Street, City, State & ZIP Code

**Salt Lake**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)    **www.simplymac.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Simply Mac, Inc.**
_____  Case number (*if known*) _____
     Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4492**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Simply, Inc.** | Relationship | **Parent Company** |
|---|---|---|---|
| District | **District of Utah** | When _____ | Case number, if known _____ |

6/14/22  1:58PM

Debtor    **Simply Mac, Inc.**
Name                                                                     Case number (*if known*)

| Debtor | **Simply Mac, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

6/14/22 1:58PM

| Debtor | **Simply Mac, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 14, 2022**
MM / DD / YYYY

**X** **/s/ Reinier Voigt**                        **Reinier Voigt**
Signature of authorized representative of debtor        Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Steven T. Waterman**                   Date **June 14, 2022**
Signature of attorney for debtor                      MM / DD / YYYY

**Steven T. Waterman**
Printed name

**Dorsey & Whitney LLP**
Firm name

**111 S. Main Street**
**Suite 2100**
**Salt Lake City, UT 84111-2176**
Number, Street, City, State & ZIP Code

Contact phone   **(801) 933-7360**   Email address   **waterman.steven@dorsey.com**

**04164 UT**
Bar number and State

---

<u>**ACTION BY UNANIMOUS WRITTEN CONSENT OF**</u>
<u>**THE BOARD OF DIRECTORS OF**</u>
<u>**SIMPLY MAC, INC.**</u>

The undersigned, constituting all of members of the Board of Directors ("Board") of Simply Mac, Inc., a Utah corporation (the "Company"), pursuant to UTAH CODE ANN. § 16-6a-813(1), hereby adopt the following resolutions by unanimous written consent, effective as of June 13, 2022:

**WHEREAS,** the Board has considered information provided by the management of the Company regarding the liabilities and liquidity situation of the Company, and information provided by the legal advisors of the Company concerning the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS,** the Board has had the opportunity to consult with the management and the legal advisors of the Company to fully consider each of the strategic alternatives available to the Company and has determined, in the judgment of the Board, that the following resolutions are in the best interests of the Company and its creditors;

I.       <u>**COMMENCEMENT OF CHAPTER 7 CASE**</u>

**NOW**, **THEREFORE**, **BE IT HEREBY RESOLVED** that this Board of Directors finds and determines that it is in the best interest of the Company, its shareholders, and creditors for it to commence a case under Chapter 7 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that Reinier Voigt be, and hereby is, empowered and directed, without further action by this Board of Directors, to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, pleadings, papers, or documents, and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief;

1

## II.   RETENTION OF ADVISORS

**BE IT FURTHER RESOLVED** that the previous retention by the Company's officers and agents of the law firm of Dorsey & Whitney, LLP ("Dorsey") as bankruptcy counsel to the Company to represent and assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to commence and prosecute the aforementioned chapter 7 case, and to do all things, and to prepare, sign and file all papers and documents necessary and proper to the prosecution of said chapter 7 case, is hereby approved and ratified; and Dorsey is authorized to take such actions in the bankruptcy case which Dorsey, in its discretion, concludes are necessary to Dorsey's or the Company's fulfillment of their fiduciary obligations in the bankruptcy case; and the Company's officers and agents are hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers and fees;

**BE IT FURTHER RESOLVED** that Reiner Voigt be, and hereby is, authorized and empowered to employ on behalf of the Company any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, Mr. Voigt is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

## III.   GENERAL

**BE IT FURTHER RESOLVED** that Reinier Voigt and Vern LoForti, individually, be, and hereby are, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver all petitions, schedules, motions, lists, applications, pleadings, and any and all such additional documents, agreements, affidavits,

applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as such officer, director, or agent or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under chapter 7 of the Bankruptcy Code, with a view to the successful prosecution of such case; and

**BE IT FURTHER RESOLVED** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by an officer, director, or agent on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

This written consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same written consent.

IN WITNESS WHEREOF, the undersigned has executed this Action by Written

Consent as of June 13, 2022.

DocuSigned by:

Reinier Voigt

FE4D5094C689404...

Reinier Voigt

DocuSigned by:

Vern LoForti

728C8338DAB946F...

Vern LoForti

**Fill in this information to identify the case:**

Debtor name    **Simply Mac, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2022**        *X* **/s/ Reinier Voigt**
                                        Signature of individual signing on behalf of debtor

                                        **Reinier Voigt**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Simply Mac, Inc.**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $ 4,039,004.94

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $ 4,039,004.94

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 4,052,283.80

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 1,927,228.90

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 3,527,955.27

4. Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b

    $ 9,507,467.97

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Simply Mac, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | $24,758.02 |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **7144** | $2,619.74 |
| 3.2. | **Bank of America** | **Checking** | **0213** | $0.00 |
| 3.3. | **Bank of America** | **Checking** | **1431** | $1,171.77 |
| 3.4. | **Wells Fargo** | **Checking** | **7048** | $4,038.09 |
| 3.5. | **Regions Bank** | **Checking** | **9341** | $1,744.18 |
| 3.6. | **JPMorgan Chase Bank** | **Checking** | **2731** | $1,424.72 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Simply Mac, Inc.**
Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| 3.7. | **City National Bank of Florida** | Checking | 6591 | $54,238.61 |
| 3.8. | **Bank of America (held in name of Cooltech Distribution LLC, a non-operating entity)** | Checking | 2987 | $0.00 |
| 3.9. | **Bank of America (held in the name of Cooltech Holding Corp., a non-operating entity)** | Checking | 6752 | $0.00 |
| 3.10. | **Bank of America (held in the name of Oneclick International LLC, a non-operating entity)** | Checking | 9157 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$89,995.13

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Lease deposits (see Exhibit A/B—7.1)** | $303,542.00 |
| 7.2. | **Other deposits (see Exhibit A/B—7.2)** | $2,737.95 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **FloQuast Inc** | $12,775.00 |
| 8.2. | **CDW Direct** | $8,761.63 |
| 8.3. | **JAMF Software** | $28,171.25 |

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$355,987.83

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Simply Mac, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **50,793.04** | - | **0.00** | = .... | **$50,793.04** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **139,804.63** | - | **0.00** | = .... | **$139,804.63** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **97,544.36** | - | **0.00** | = .... | **$97,544.36** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **87,410.21** | - | **0.00** | = .... | **$87,410.21** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                                              **$375,552.24**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Various Apple products and accessories** | **January 29, 2022** | **$3,217,469.74** | **Replacement** | **$3,217,469.74** |
| 22.    **Other inventory or supplies** **Miscellaneous cleaning and office supplies** | **N/A** | **Unknown** | **N/A** | **Unknown** |

| Debtor | **Simply Mac, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $3,217,469.74 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Furniture and fixtures at various retail and office locations (does not include leasehold improvements) | $827,889.00 | Recent cost | Unknown |
| **40.** **Office fixtures** Included in Line 39 (Office furniture) | $0.00 | | $0.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computer software, information systems, and computers | $226,069.00 | Recent cost | Unknown |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | **Simply Mac, Inc.** | Case number *(If known)* |
|--------|----------------------|--------------------------|
|        | Name |  |

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---------|----------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|----------|--------------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** simplyinc.com | $6,505.37 | Tax records | Unknown |
| simplydeals.com | $6,662.33 | Tax records | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|--|------:|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|----------|----------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Simply Mac, Inc.** | Case number *(If known)* |
|--------|----------------------|--------------------------|
|        | Name                 |                          |

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

**Current value of debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)
        **Filed consolidated returns with co-debtor Simply, Inc.**
        **Please refer to Simply, Inc.'s schedules.**          Tax year _____          **$0.00**

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                    **$0.00**
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Simply Mac, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $89,995.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $355,987.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $375,552.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,217,469.74 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,039,004.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,039,004.94 |

Simply Mac, Inc.

Exhibit A/B—7.1

| Store Number | Store Name | Type of Deposit | Landlord | Year-to-Date |
|---|---|---|---|---|
| 001 | EV Wynwood | Security Deposit | LIV001 | 10,500.00 |
| 100 | Park City | Security Deposit | OBK001 | 6,850.00 |
| 101 | Orem | Security Deposit | UNI002 | 11,040.34 |
| 105 | St. George | Security Deposit | RIM001 | 5,000.00 |
| 702 | Athens | Security Deposit | THE001 | 5,132.20 |
| 200 | Lubbock | Security Deposit | FEA001 | 4,623.75 |
| 205 | Rogers | Security Deposit | HIL001 | 4,050.00 |
| 206 | Katy | Security Deposit | CIN001 | 5,617.33 |
| 207 | Waco | Security Deposit | MAR001 | 4,585.00 |
| 208 | San Marcos TX | Security Deposit | SPR001 | 7,935.22 |
| 317 | Asheville | Security Deposit | TOW001 | 4,583.79 |
| 401 | Idaho Falls | Security Deposit | SAN002 | 5,000.00 |
| 404 | Missoula | Security Deposit | TKG001 | 4,911.02 |
| 419 | Corvallis | Security Deposit | GOL001 | 6,317.00 |
| 420 | Eugene | Security Deposit | UOB001 | 4,500.00 |
| 510 | Springfield MO | Security Deposit | BRE002 | 6,697.94 |
| 511 | Lawrence | Security Deposit | MON001 | 6,337.50 |
| 513 | Wichita | Security Deposit | 21W001 | 5,723.96 |
| 514 | Columbia MO | Security Deposit | BRO002 | 4,061.00 |
| 601 | Mt Pleasant | Security Deposit | SPO001 | 4,926.25 |
| 602 | Columbia SC | Security Deposit | TRE001 | 5,477.04 |
| 604 | Myrtle Beach | Security Deposit | MEP001 | 4,999.70 |
| 605 | Winston-Salem | Security Deposit | SAU001 | 6,492.58 |
| 705 | Macon | Security Deposit | RIV001 | 4,293.33 |
| 708 | Norcross | Security Deposit | FUQ001 | 5,000.00 |
| 715 | Sawgrass | Security Deposit | SAW001 | 80,555.00 |
| 716 | Dolphin | Security Deposit | DOL001 | 25,551.21 |
| 717 | Gainesville | Security Deposit | COL001 | 4,120.80 |
| 802 | Tallahassee | Security Deposit | STA003 | 3,962.25 |
| 803 | Tuscaloosa | Security Deposit | GKT001 | 5,928.20 |
| 805 | Orlando UCF | Security Deposit | PLA001 | 5,443.57 |
| 807 | Clearwater | Security Deposit | DUN001 | 3,712.50 |
| 917 | Miami Warehouse | Security Deposit | PRO001 | 13,146.37 |
| 985 | Corporate office | Security Deposit | KBS001 | 16,467.49 |

| | | **Total** | | **303,542.34** |

Simply Mac, Inc.

Exhibit A/B—7.2

| Store Number | Store Name | Type of Deposit | Vendor | Vendor Account | Year-to-Date |
|---|---|---|---|---|---|
| 605 | Winston Salem | Utilities - Gas | Piedmont Natural Gas | 0004562673001 | 67.95 |
| 705 | Macon | Utilities - Electric | Central Georgia EMC | 209667-001 | 850.00 |
| 705 | Macon | Utilities - Water | Macon Water Authority, GA | 178985 | 220.00 |
| 714 | Orlando | Utilities - Electric | OUC (Orlando Utilities Commission) | 1978635631 | 500.00 |
| 604 | Myrtle Beach | Utilities - Electric | Santee Cooper | 1716625846 | 600.00 |
| 901 | Finance | Sales Tax Processing | Ryan | | 500.00 |

**Total**     **2,737.95**

**Fill in this information to identify the case:**

Debtor name **Simply Mac, Inc.**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Ingram Micro Inc.**<br>Creditor's Name<br><br>**1759 Wehrle Drive**<br>**Williamsville, NY 14221**<br>Creditor's mailing address<br><br>**pamela.fournier@ingrammicro.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**May 2022**<br>**Last 4 digits of account number**<br>**6701**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All Assets of the Company (except cash on deposit, prepayments, and lease and other deposits)**<br><br>Describe the lien<br>**Security Agreement & UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,715,442.11** | **$3,617,780.00** |
| **2.2** **Line Financial Corp.**<br>Creditor's Name<br><br>**921 West New Hope Drive**<br>**Cedar Park, TX 78613**<br>Creditor's mailing address<br><br>**erica.axani@nextedgecapital.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/23/2021**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**All Assets of the Company (except cash on deposit, prepayments, and lease and other deposits)**<br><br>Describe the lien<br>**Secuirty Ageement—UCC-1 Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $336,841.69 | $3,617,780.00 |

Debtor    **Simply Mac, Inc.**                                          Case number (*if known*)
_____
Name

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $4,052,283.8 0 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Simply Mac, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Charlottesville Virginia**<br>**PO Box 2854**<br>**Charlottesville, VA 22902-2854** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$51.11** | **$51.11** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Davidson County Metropolitan**<br>**Trustee**<br>**PO Box 305012**<br>**Nashville, TN 37230-5012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27.88** | **$27.88** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    27167                    Best Case Bankruptcy

| Debtor | **Simply Mac, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,583.09** | **$1,583.09** |
|---|---|---|---|---|

**King County Treasury**
**201 S Jackson St**
**Rm 710**
**Seattle, WA 98104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$223.03** | **$223.03** |
|---|---|---|---|---|

**Salt Lake County Assessor**
**PO Box 26947**
**Salt Lake City, UT 84126-0947**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,219.68** | **$1,219.68** |
|---|---|---|---|---|

**Town of Mt Pleasant**
**100 Ann Edwards Ln**
**Mount Pleasant, SC 29464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$856,726.50** | **$803,855.45** |
|---|---|---|---|---|

**Various Creditors (See Exhibit**
**E/F—2.6)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposits (Online)** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Simply Mac, Inc. | Case number (if known) |
|--------|------------------|------------------------|
| | Name | |

---

**2.7** Priority creditor's name and mailing address

**Various Creditors (See Exhibit E/F—2.7)**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits (In Store)**

Is the claim subject to offset?
■ No
☐ Yes

$463,630.67    $395,790.58

---

**2.8** Priority creditor's name and mailing address

**Various Creditors (See Exhibit E/F—2.8)**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unpaid Wages & Accrued PTO**

Is the claim subject to offset?
■ No
☐ Yes

$603,766.94    $602,904.47

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|--|--|--|

**3.1** Nonpriority creditor's name and mailing address

**149 Clinton Street Corporation**
**11387 E Teach Rd**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

$10,518.66

---

**3.2** Nonpriority creditor's name and mailing address

**2525 West End LLC**
**PO Box 915149**
**Dallas, TX 75391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

$5,150.08

---

**3.3** Nonpriority creditor's name and mailing address

**Affirm, Inc.**
**650 California Street, 12th Floor**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refunds Due**

Is the claim subject to offset?  ■ No  ☐ Yes

$57,389.67

---

| Debtor | Simply Mac, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,093.82**

**Alliance Capital Investors LLC**
**2870 S Ingram Mill Rd Ste A**
**Springfield, MO 65804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Unpaid Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.00**

**Amazon Capital Services Inc**
**PO Box 81207**
**Seattle, WA 98108-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __General Office Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,365.43**

**Amazon, Inc.**
**410 Terry Avenue North**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Customer Refunds Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,580.95**

**Amazon, Inc.**
**410 Terry Avenue North**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Customer Refunds Due__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133,510.50**

**Apple Inc. (807080) - AppleCare**
**1950 N. Stemmons Fwy**
**Attn: LBX 846095**
**Dallas, TX 75207-3199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Product Inventory__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$247,019.26**

**Apple Service (604294)**
**1950 N. Stemmons Fwy**
**Attn: LBX 846095**
**Dallas, TX 75207-3199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Product Inventory__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,683.97**

**Asana Partners Fund II REIT 17 LLC**
**4655 S 2300 E Ste 205**
**Holladay, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  __Unpaid Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Mac, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** Nonpriority creditor's name and mailing address

**Asrenee Burns**
**169 5th Ave**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$1,624.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund; Outstanding Check 23477, City National Bank of Florida, Acct xxxx6591**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Barrios Security Company**
**PO Box 772316**
**Miami, FL 33177**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$13,274.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Simply EV**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Battlefield Mall LLC**
**862502 Reliable Parkway**
**Chicago, IL 60686-0025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Beth Graham**
**975 Wakefield Farm**
**Earlysville, VA 22936**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$525.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund; Outstanding Check 23480, City National Bank of Florida, Acct xxxx6591**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Bey Design LLC**
**211 Baker Rd  PO Box 133**
**Barker, TX 77413**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$1,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Broadway Dunhill LLC**
**PO Box 205088**
**Dallas, TX 75320-5088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$29,983.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**CCI Network Services**
**155 N 400 W #100**
**Salt Lake City, UT 84103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$986.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **IT Services and Equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.18** | **Nonpriority creditor's name and mailing address**
**CDW Direct**
**PO BOX 75723**
**Chicago, IL 60675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **IT Services and Equipment**

Is the claim subject to offset? ■ No ☐ Yes

**$63,907.82**

---

**3.19** | **Nonpriority creditor's name and mailing address**
**CH Retail Fund II/San Marcos Lyndon II L**
**500 W 5th St Ste 700**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$17,769.23**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Charley Green**
**900 Brittany Park Dr  Apt 747**
**Antioch, TN 37013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund; Outstanding Check 23479, City National Bank of Florida, Acct xxxx6591**

Is the claim subject to offset? ■ No ☐ Yes

**$108.16**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Chris Maly**
**3001 NW 4th Ter  Unit 183**
**Pompano Beach, FL 33064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Refund; Outstanding Check 23476, City National Bank of Florida, Acct xxxx6591**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Cinco Ranch Station LLC**
**PO Box 639345**
**Cincinnati, OH 45263-9345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$5,760.62**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Cole MT Gainesville (Dawsonville) GA LLC**
**c/o CIM Group LLC**
**2398 East Camelback Road 4th Floor**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$18,915.07**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Concur Technologies Inc.**
**601 108th Avenue NE Ste 1000**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **IT Services and Equipment**

Is the claim subject to offset? ■ No ☐ Yes

**$3,896.60**

---

| Debtor | Simply Mac, Inc. | | Case number (if known) | |
|--------|------------------|--|------------------------|--|
| | Name | | | |

---

**3.25**

Nonpriority creditor's name and mailing address
**Conserve-A-Watt**
**P.O Box 40279**
**Denver, CO 80204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$410.56**

---

**3.26**

Nonpriority creditor's name and mailing address
**CP Venture Five - APC LLC**
**PRLHC Ave Peachtree City 184712 PO Box 9**
**Charlotte, NC 28290-4175**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,005.77**

---

**3.27**

Nonpriority creditor's name and mailing address
**CP Venture Five AEC LLC**
**PRLHC AEC 184711 PO Box 978563**
**Dallas, TX 75397-8563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$48,218.15**

---

**3.28**

Nonpriority creditor's name and mailing address
**CP Venture Five AWC LLC**
**PRLHC Avenue West Cobb 184713 PO Box 978**
**Dallas, TX 75397-8642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,727.18**

---

**3.29**

Nonpriority creditor's name and mailing address
**Crystal Sherman**
**4635 Plover Dr**
**Crestview, FL 32539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund; Outstanding Check 23472, City National Bank of Florida, Acct xxxx6591**

Is the claim subject to offset? ■ No  ☐ Yes

**$497.33**

---

**3.30**

Nonpriority creditor's name and mailing address
**Destin Commons, LTD**
**c/o Turnberry Associates**
**19501 Biscayne Blvd, Suite 400**
**Aventura, FL 33180**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,250.37**

---

**3.31**

Nonpriority creditor's name and mailing address
**Divvy, Inc.**
**13707 S 200 W Ste. 100**
**Draper, UT 84020**

Date(s) debt was incurred  **June 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card charges**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,934.85**

---

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,431.54** |
|---|---|---|---|
| | **DN8TT Inc**<br>**14021 E Ayesbury Cir**<br>**Wichita, KS 67228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Dolphin Mall Associates LLC**<br>**Department 189501**<br>**PO Box 67000**<br>**Detroit, MI 48267-1895** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,556.59** |
|---|---|---|---|
| | **Domo Inc**<br>**772 E Utah Valley Dr**<br>**American Fork, UT 84003-9773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **IT Services and Equipment** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,715.00** |
|---|---|---|---|
| | **Doric Real Estate LLC**<br>**2455 Bardstown Road**<br>**Louisville, KY 40205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,915.72** |
|---|---|---|---|
| | **Dunedin Ventures LLC**<br>**1125 Trowbridge Way**<br>**Danville, CA 94506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,490.60** |
|---|---|---|---|
| | **Durbin Park Pavilion LLC**<br>**7775 Baymeadows Way Ste 300**<br>**Jacksonville, FL 32256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.31** |
|---|---|---|---|
| | **Engie Insight Services Inc.**<br>**1313 N Atlantic St #5000**<br>**Spokane, WA 99201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,135.98** |
|---|---|---|---|

**Extreme PU & Delivery Inc**
**10900 SW 41st Terrace**
**Miami, FL 33165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,571.43** |
|---|---|---|---|

**FAST SIGNS**
**22511 Katy Fwy Ste 500**
**Katy, TX 77450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181,819.75** |
|---|---|---|---|

**Federal Express Corporation**
**Dept LA**
**PO Box 21415**
**Pasadena, CA 91185-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,132.21** |
|---|---|---|---|

**Federal Realty Investment Trust**
**Lockbox # 9320 P.O. Box 8500**
**Philadelphia, PA 19178-9320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,952.14** |
|---|---|---|---|

**Forsyth Owner 1 LP**
**PO Box 935625**
**Atlanta, GA 31193-5625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,977.52** |
|---|---|---|---|

**Franklin Fixtures LLC**
**621 Maxwell Street**
**Cokeville, TN 38501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,315.70** |
|---|---|---|---|

**FUQUA BCDC PEACHTREE CORNERS**
**PROJECT OWN**
**3575 Piedmont Rd NE Ste 800**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,840.05 |
|---|---|---|---|

**Gallatin Mall Group LLC**
**PO Box 80510**
**Billings, MT 59108-0510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Unpaid Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,980.90 |
|---|---|---|---|

**GKT Shoppes at Legacy Park LLC**
**211 N Stadium Blvd Ste 201**
**Columbia, MO 65203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Unpaid Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62,220.06 |
|---|---|---|---|

**Glimcher MJC - Mall at Johnson City**
**L - 1953**
**Columbus, OH 43260-1953**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Unpaid Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,287.00 |
|---|---|---|---|

**Goldfinch Real Estate LLC**
**PO Box 2403**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Unpaid Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54,448.92 |
|---|---|---|---|

**Goodman Properties**
**636 Old York Road 2nd Floor**
**Jenkintown, PA 19046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Unpaid Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,030.00 |
|---|---|---|---|

**Gordon & Rees LLP**
**1111 Broadway**
**Suite 1700**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Professional Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67,243.24 |
|---|---|---|---|

**Hamilton Place CMBS LLC**
**PO Box 5559**
**Carol Stream, IL 60197-5559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Unpaid Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,092.98** |
| --- | --- | --- | --- |

**Harris Technologies Inc**
**1099 Milwaukee Ave**
**Ste 200**
**St Louis, MO 63122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,150.00** |
| --- | --- | --- | --- |

**Hillcrest Holdings LLC**
**PO Box 564**
**Johnson, AR 72741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$506.54** |
| --- | --- | --- | --- |

**Impact Printing & Graphics**
**2618 Perth Street**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,389.76** |
| --- | --- | --- | --- |

**Interface Security Systems inc**
**3773 Corporate Center Drive**
**Earth City, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Facility Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610.61** |
| --- | --- | --- | --- |

**Invue Security Products Inc.**
**9201 Baybrook Lane**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,380.87** |
| --- | --- | --- | --- |

**Jefferson Pointe SPE LLC**
**PO Box 17102**
**Superior, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,537.40** |
| --- | --- | --- | --- |

**JLV-VASI LLC**
**P.O. Box 674288**
**Marietta, GA 30006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Mac, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $995.43 |
|---|---|---|---|

**Johnson Controls Security Solutions**
PO Box 371994
Pittsburgh, PA 15250-7994

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Facility Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,781.37 |
|---|---|---|---|

**Joseph Urbana Investments LLC**
5001 N University
Peoria, IL 61614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unpaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,008.54 |
|---|---|---|---|

**Kaseya US LLC**
26 W 17th St 9th Floor
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __IT Services and Equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,503.70 |
|---|---|---|---|

**Katapult**
27 W 24th St, Suite 1101
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refunds Due__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,106.26 |
|---|---|---|---|

**KBS Real Estate Investment Trust III Inc**
800 Newport Center Drive Suite 700
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Unpaid Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,575.98 |
|---|---|---|---|

**Kevin Smith**
115 Whitethorne Dr
Moraga, CA 94556

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Customer Refund; Outstanding Check 23438, City National Bank of Florida, Acct xxxx6591__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34,159.07 |
|---|---|---|---|

**Kimoa International LLC**
2980 McFarlane Rd
Miami, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Product Inventory__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | Case number (if known) | |
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,568.52 |
|---|---|---|---|

**Klarna**
**629 N. High Street, Suite 300**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Refunds Due**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Kroll Ontrack**
**PO Box 845823**
**Dallas, TX 75284-5823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,590.72 |
|---|---|---|---|

**L&L retail construction llc**
**5601 Huettner Drive**
**Norman, OK 73069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Contract Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,554.33 |
|---|---|---|---|

**Lennox National Account Services**
**PO Box 731627**
**Dallas, TX 75373-1627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Contract Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,010.49 |
|---|---|---|---|

**Liberty Center LLC**
**L-3745**
**Columbus, OH 43260-3745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,944.45 |
|---|---|---|---|

**Lindell Holdings LLC**
**970 Overton Lea Rd**
**Nashville, TN 37220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,964.80 |
|---|---|---|---|

**LIVWRK SOL Wynwood LLC**
**55 Prospect St 4th Floor**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Simply Mac, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,055.55** |
| --- | --- | --- | --- |

**M.E.P.N.J. LTD Partnership**
**1710 Dick Pond Rd**
**Myrtle Beach, SC 29575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,930.42** |
| --- | --- | --- | --- |

**Magaya Corporation**
**7950 N.W. 53rd Street Suite 300**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Services and Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,042.00** |
| --- | --- | --- | --- |

**Mary U Parks Three LLC**
**8416 Old McGregor Road**
**Waco, TX 76712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,039.40** |
| --- | --- | --- | --- |

**Marysville USA LLC**
**2225 Park Terrace NW**
**Albany, OR 97321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170.18** |
| --- | --- | --- | --- |

**Mayfaire (Utilities)**
**2030 Hamilton Place Blvd**
**Ste 500**
**Chattanooga, TN 37421-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,696.67** |
| --- | --- | --- | --- |

**Mayfaire Town Center LP**
**2030 Hamilton Place Blvd Ste 500**
**Chattanooga, TN 37421-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,856.52** |
| --- | --- | --- | --- |

**Mill Shops LLC**
**15 SW Colorado Ave Ste 1**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,935.91** |
|---|---|---|---|

**Mobility**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Simply EV**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,118.97** |
|---|---|---|---|

**NP/I & G EastChase Property Owner LLC**
**P.O. Box 530194**
**Atlanta, GA 30353-0194**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,918.75** |
|---|---|---|---|

**OBK Kimball Junction LLC**
**220 Montgomery St. Suite 1050**
**San Fransico, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,447.12** |
|---|---|---|---|

**Orlando Outlet Owner, LLC**
**c/o Simon Property Group**
**225 West Washington Street**
**Indianapolis, IN 46204-3438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,411.30** |
|---|---|---|---|

**Other World Computing**
**8 Galaxy Way**
**Woodstock, IL 60098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Product Inventory**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,148.39** |
|---|---|---|---|

**Park V Partners LLC**
**6995 Union Park Centre #440**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,290.22** |
|---|---|---|---|

**Paypal, Inc.**
**2211 North First Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer Refunds Due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186.33** |
|---|---|---|---|

**Peak Alarm Co. Inc.**
PO Box 27127
Salt Lake City, UT 84127-0127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Facility Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,742.00** |
|---|---|---|---|

**PRECISE TECHNOLOGY**
33 Hammond Ste 210
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Product Inventory**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$476.37** |
|---|---|---|---|

**ProAmpac**
25366 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Prologis**
8355 NW 12 Street
Doral, FL 33126-1842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Quipt**
950 Glenn Dr
Suite 285
Folsom, CA 95630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **ACH Payment Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,946.91** |
|---|---|---|---|

**RAD Screen Printing**
1209 Lakeview Dr
Ste 110
Franklin, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,045.17** |
|---|---|---|---|

**Rimrock Marketplace LC**
C/O Woodbury Corporation
2733 East Parleys Way Ste.300
Salt Lake City, UT 84109-1662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,500.00** |
|---|---|---|---|

**Ryan Tax Compliance Services LLC**
PO Box 848351
**Dallas, TX 75284-8351**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,786.52** |
|---|---|---|---|

**Safeware The Insurance Agency Inc**
5700 Perimeter Dr. Suite E
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,722.74** |
|---|---|---|---|

**Sandcreek Commons LLC**
PO Box 51298
**Idaho Falls, ID 83405**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,269.00** |
|---|---|---|---|

**Saul Centers Inc**
7501 Wisconsin Ave Ste 1500E
**Bethesda, MD 20814-6522**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149,294.62** |
|---|---|---|---|

**Sawgrass Mills GP LLC**
225 West Washington Street
**Indianapolis, IN 46204-3438**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$263.50** |
|---|---|---|---|

**Se-kure Controls Inc.**
3714 RUNGE ST.
**Franklin Pk, IL 60131-1112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,920.00** |
|---|---|---|---|

**ServiceCentral Technologies**
200 Galleria Parkway Suite 1475
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Services and Equipment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Simply Mac, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$962.98**

**Sheila Perkins**
**665 Vincent Dr**
**Athens, GA 30607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Refund; Outstanding Check 23478, City National Bank of Florida, Acct xxxx6591**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,879.03**

**Shopify**
**151 O'Connor Street, Ground Floor**
**Ottawa, Ontario K2P 2L8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Refunds Due**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,585.68**

**ShopperTrak RCT**
**6564 SOLUTION CENTER**
**Chicago, IL 60677-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **IT Services and Equipment**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$127,918.90**

**Siono LLC**
**1055 Crystal Way B**
**Delray Beach, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,418.00**

**SmarTEKSol LLC**
**7952 Shadow Trails Ln**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Product Inventory**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,419.56**

**Southgate Mall Montana II LLC**
**Dept: 00007121 L-3862**
**Columbus, OH 43260-3862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,153.92**

**Sports Corner of Mt Pleasant**
**c/o Bethea Properties Inc**
**PO Box 7744**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

6/14/22  1:58PM

| Debtor | **Simply Mac, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,305.55** |
|---|---|---|---|

**Stadium Centre**
**12700 Hill Country Blvd Ste T-200**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,953.02** |
|---|---|---|---|

**Staples**
**PO Box 660409**
**Dallas, TX 75266-0409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,368.50** |
|---|---|---|---|

**StorIQ**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Services and Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,227.62** |
|---|---|---|---|

**Streets of Tanasbourne LLC**
**10050 NE Emma Way**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,767.50** |
|---|---|---|---|

**Superior Logistics Solutions**
**10801 NW 97th St**
**Ste 9**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Facility Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,193.26** |
|---|---|---|---|

**Tegrous**
**6644 E Thomas Rd**
**Ste 103**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,303.22** |
|---|---|---|---|

**The ADT Security Corporation**
**PO Box 219044**
**Kansas City, MO 64121-9044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Facility Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,305.00** |
| --- | --- | --- | --- |

**The Broadway Shops, LLC**
**c/o Lindner Properties**
**1400 Forum Blvd.**
**Columbia, MO 65203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,421.71** |
| --- | --- | --- | --- |

**The Markets at Epps Bridge LLC**
**P.O Box 1864**
**Athens, GA 30603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,589.15** |
| --- | --- | --- | --- |

**The Plaza on University**
**12700 Hill Country Blvd Ste T-200**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,911.02** |
| --- | --- | --- | --- |

**TKG Grant Creek Development LLC**
**211 N Stadium Blvd Ste 201**
**Columbia, MO 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.13** |
| --- | --- | --- | --- |

**TM Packaging & Shipping Supplies**
**9210 NW 12 St**
**Doral, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Facility Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,356.82** |
| --- | --- | --- | --- |

**Town North Shopping Center LLC**
**14160 Dallas Pkwy Ste 800**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,271.01** |
| --- | --- | --- | --- |

**Town Square West LLC**
**c/o Biltmore Farms LLC**
**One Town Square Boulevard Suite 330**
**Asheville, NC 28803-5007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid Rent__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Mac, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Trenholm Plaza**
**1221 Main Street Ste 1000**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,477.04**

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,414.13**

---

**3.125**

**Nonpriority creditor's name and mailing address**
**Univ of Oregon Bookstore**
**PO Box 3176**
**Eugene, OR 97403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ☑ No ☐ Yes

**$24,060.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**
**University Mall**
**575 E university Pkwy. Suite N-260**
**Orem, UT 84097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ☑ No ☐ Yes

**$37,233.61**

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Velox**
**PO Box 9672**
**Boise, ID 83707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$49,406.50**

---

**3.128**

**Nonpriority creditor's name and mailing address**
**Viktor Krauss**
**1711 Ashwood Ave**
**Nashville, TN 37212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Refund; Outstanding Check 23475, City National Bank of Florida, Acct xxxx6591**

Is the claim subject to offset? ☑ No ☐ Yes

**$98.31**

---

**3.129**

**Nonpriority creditor's name and mailing address**
**Voice Comm LLC**
**80 Twinbridge Drive**
**Pennsauken, NJ 08110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product Inventory**

Is the claim subject to offset? ☑ No ☐ Yes

**$168,207.62**

---

| Debtor | **Simply Mac, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.29 |
|---|---|---|---|

**Voice Comm LLC**
**80 Twinbridge Drive**
**Pennsauken, NJ 08110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product Inventory**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,736.71 |
|---|---|---|---|

**Voice Comm LLC**
**80 Twinbridge Drive**
**Pennsauken, NJ 08110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product Inventory**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,927,228.90 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,527,955.27 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,455,184.17 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Munis | Abdullah | Ibl 3Rd Floor One Ibl Center | 1 Dmchs Block 7/8 Shahra-E-Faisal | Karachi | | 75350 | Pakistan | $6.00 | $6.00 | $0.00 |
| Ameer | Abukhdeir | 6233 Cedar Park Grove | | Colorado Springs | CO | 80923 | United States | $1,763.99 | $1,763.99 | $0.00 |
| Elizabeth | Adams | 1050 E 700 N | | Shelley | ID | 83274-5302 | United States | $3,771.24 | $3,350.00 | $421.24 |
| Dementeidei | Adegbe | 5400 East Williams Boulevard | Apt 4308 | Tucson | AZ | 85711 | United States | $2,687.49 | $2,687.49 | $0.00 |
| Michael | Adjiashuili | 11045 Queens Blvd | Apt 217 | Forest Hills | NY | 11375 | United States | $641.99 | $641.99 | $0.00 |
| David | Ahn | 3915 La Cresta Way | | Bonita | CA | 91902 | United States | $392.18 | $392.18 | $0.00 |
| Mauricio | Alberto | 1213 Aldine Mall Route Road | | Houston | TX | 77039 | United States | $49.99 | $49.99 | $0.00 |
| Dwayne | Allen | 2832 Myotis Dr. | | Sacramento | CA | 95834 | United States | $3,394.10 | $3,350.00 | $44.10 |
| Matthew | Allen | 9700 Ferry Road | | Waynesville | OH | 45068 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Robert | Allen | 811 Ne 112Th Ave | Suite 101 | Vancouver | WA | 98684 | United States | $3,370.49 | $3,350.00 | $20.49 |
| Rechelle | Alora | 5301 Lennox Avenue | Apt 96 | Bakersfield | CA | 93309 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Richi | Alvarado | 326 Sw Avenue J | | Seminole | TX | 79360-5434 | United States | $2,395.24 | $2,395.24 | $0.00 |
| Mary | Alvarez | 8446 Timber Mill | | San Antonio | TX | 78250 | United States | $49.99 | $49.99 | $0.00 |
| Rick | Amundson | 1231 19Th St | | West Des Moines | IA | 50265 | United States | $6,740.98 | $3,350.00 | $3,390.98 |
| Brandon | Andersen | 242 N Catalina St | | Burbank | CA | 91505 | United States | $2,331.99 | $2,331.99 | $0.00 |
| Barry | Anderson | 3106 Onate Road | | Roswell | NM | 88201 | United States | $50.00 | $50.00 | $0.00 |
| Charles | Anderson | 218 Johnston Drive | | Dousman | WI | 53118 | United States | $3,449.23 | $3,350.00 | $99.23 |
| Michael | Anderson | 221 La Claire Street | | Lake Crystal | MN | 56055 | United States | $49.99 | $49.99 | $0.00 |
| Sabe | Anderson | 5919 West Treasure Cove | | Highland | UT | 84003 | United States | $2,345.74 | $2,345.74 | $0.00 |
| Selena | Anderson-Coon | 119 Double Oak Avenue | | Pike Road | AL | 36064 | United States | $49.99 | $49.99 | $0.00 |
| Kendis | Arias | 40 King Street | 2 | Worcester | MA | 01610 | United States | $49.99 | $49.99 | $0.00 |
| Tony | Asano | 9066 Pimpernel Drive | | San Diego | CA | 92129 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Justin | Atchley | 24500 Via Lenardo | | Yorba Linda | CA | 92887 | United States | $2,749.98 | $2,749.98 | $0.00 |
| Michael | Bailey | 237 Opossum Hollow Rd | | Watertown | TN | 37184 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Michelle | Bailey | 110 Limehouse Drive | | Summerville | SC | 29485 | United States | $3,409.86 | $3,350.00 | $59.86 |
| Chrystal | Baker | 6544 Alemendra Street | | Fort Pierce | FL | 34951 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Brittney | Ballard | 208 Asheville Highway | | Strawberry Plains | TN | 37871 | United States | $570.42 | $570.42 | $0.00 |
| Eugene | Balmaceda | 1935 Guenivere Dr | | Finksburg | MD | 21048 | United States | $3,409.86 | $3,350.00 | $59.86 |
| Aaron | Barberis | 1776 N Broadway | Apt. 2402 | Denver | CO | 80202 | United States | $53.23 | $53.23 | $0.00 |
| Nichole | Barnes | 4451 Herbert Avenue | | St. Louis | MO | 63134 | United States | $9,449.97 | $3,350.00 | $6,099.97 |
| Sammar | Barnett | 3399 Freeman Hill Road | | Johns Island | SC | 29455 | United States | $49.99 | $49.99 | $0.00 |
| Jorge | Barreto | 120 Royal Palm Road | Apt 211 | Hialeah Gardens | FL | 33016 | United States | $49.99 | $49.99 | $0.00 |
| Kervin | Barrios | 9330 Parmelee Ave | | Los Angeles | CA | 90002 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Cheick | Bathily | 2694 Lafeuille Circle | 6 | Cincinnati | OH | 45211 | United States | $3,338.99 | $3,338.99 | $0.00 |
| Montre | Battle | 121 Lee Road 2192 | | Cusseta | AL | 36852 | United States | $3,290.16 | $3,290.16 | $0.00 |
| Sara | Bell | Po Box 792 | | Saluda | NC | 28773 | United States | $49.99 | $49.99 | $0.00 |
| Scott | Bemus | 2278 Country Club Pkwy Se | | Cedar Rapids | IA | 52403 | United States | $355.55 | $355.55 | $0.00 |
| Johnny | Benton | 7006 Dalmatia Dr | | Riverdale | GA | 30296 | United States | $3,429.55 | $3,350.00 | $79.55 |
| Amanda | Bergstad | 11 Cottonwood Rd | | Townsend | MT | 59644 | United States | $49.99 | $49.99 | $0.00 |
| La | Bi | 4035 Fountainhead Ln | | Dallas | TX | 75233 | United States | $2,460.99 | $2,460.99 | $0.00 |
| Lynda | Blevins | 602 N. Casa Grande Circle | | Duncanville | TX | 75116 | United States | $3,413.80 | $3,350.00 | $63.80 |
| Lynda | Blevins | 602 N. Casa Grande Circle | | Duncanville | TX | 75116 | United States | $1,898.99 | $1,898.99 | $0.00 |
| Dickson | Boateng | 30 Everglades Lane | | Stafford | VA | 22554 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Jason | Bolin | 666 Lancaster Rd | | Fombell | PA | 16123 | United States | $3,886.10 | $3,350.00 | $536.10 |
| James | Borocz | 24 Rob Rider Road | | Redding | CT | 06896 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Benjamin | Botwinski | 3400 2Nd St. | | Wayland | MI | 49348 | United States | $3,149.99 | $3,149.99 | $0.00 |
| Domonique | Bowman | 7627 Lake Glen Drive | | Glenn Dale | MD | 20769 | United States | $22.99 | $22.99 | $0.00 |
| Dan | Bradshaw | 291 Cypress Ln | | Yazoo City | MS | 39194 | United States | $2,199.99 | $2,199.99 | $0.00 |
| Andrew | Bragg | 110 B&H Circle | | Batesburg-Leesville | SC | 29006 | United States | $3,639.99 | $3,350.00 | $289.99 |
| Hans | Branch | 1850 West Ashton Boulevard | Ste500 | Lehi | UT | 84043 | United States | $847.79 | $847.79 | $0.00 |
| Colton | Brandt | 152 North Coast Highway 101 | Space 29 | Encinitas | CA | 92024 | United States | $89.99 | $89.99 | $0.00 |
| Jennifer | Brannen | 27 Arrow Root Lane | | Victor | ID | 83455 | United States | $696.93 | $696.93 | $0.00 |
| Mike | Brebes | 10862 Reseda Blvd | | Northridge | CA | 91326 | United States | $352.26 | $352.26 | $0.00 |
| Cherri | Briggs | Po Box 776369 | Suite 102 Explore | Steamboat Springs | CO | 80487 | United States | $300.59 | $300.59 | $0.00 |
| Melissa Struwe | Briley | 1342 Fiddich Glen Ln | | Park City | UT | 84098 | United States | $582.99 | $582.99 | $0.00 |
| Jonathan | Brody | 1006 North Coronado Street | | Los Angeles | CA | 90026 | United States | $1,348.23 | $1,348.23 | $0.00 |
| Jennifer | Browers | 4614 W Canopy Meadows Dr | | Rogers | AR | 72758 | United States | $3,199.99 | $3,199.99 | $0.00 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Ann | Brown | 11691 S Ridgeview Rd Apt 324 | | Olathe | KS | 66061-6681 | United States | $3,237.50 | $3,237.50 | $0.00 |
| Larry | Brown | 42960 Leaburg Drive | | Walterville | OR | 97489-8502 | United States | $3,423.99 | $3,350.00 | $73.99 |
| Madison | Brown | 4333 North Kedvale Avenue | 302 | Chicago | IL | 60641 | United States | $3,503.99 | $3,350.00 | $153.99 |
| Marco | Brown | 8915 South 700 East | Suite 203 | Sandy | UT | 84070 | United States | $3,447.99 | $3,350.00 | $97.99 |
| Jacqueline | Bruce | 6591 Sweet Cherry Court Northeast | | Sugar Hill | GA | 30518 | United States | $513.59 | $513.59 | $0.00 |
| Jacqueline | Bruce | 6591 Sweet Cherry Court Northeast | | Sugar Hill | GA | 30518 | United States | $3,527.99 | $3,350.00 | $177.99 |
| Kevin | Bruton | 5620 Victoria Pl, | | Fort Worth | TX | 76112 | United States | $3,446.02 | $3,350.00 | $96.02 |
| Sandy | Buendia | 2009 19Th Street | 2 | Santa Monica | CA | 90404 | United States | $249.99 | $249.99 | $0.00 |
| Paul | Bunoan | 12942 Village Road | | Garden Grove | CA | 92841 | United States | $3,391.99 | $3,350.00 | $41.99 |
| Glen | Burchett | 3350 Shooting Star Ln. | | Corona | CA | 92882 | United States | $3,528.66 | $3,350.00 | $178.66 |
| Tiffany | Burgess | 5295 Renee Court | | Fowlerville | MI | 48836 | United States | $3,199.99 | $3,199.99 | $0.00 |
| Lindsey | Burkhart | 2628 Millwood Avenue | | Columbia | SC | 29205 | United States | $479.99 | $479.99 | $0.00 |
| John Kenneth | Burkus | 7162 Williams Hill Road | | Columbus | GA | 31904-1961 | United States | $3,391.99 | $3,350.00 | $41.99 |
| Culley | Burleson | 15572 Mt Air Ct | | Montpelier | VA | 23192 | United States | $480.89 | $480.89 | $0.00 |
| Yury | Bylina | 518 North Federal Highway | Unit 9 | Lake Worth Beach | FL | 33460 | United States | $3,391.99 | $3,350.00 | $41.99 |
| Cj | Bynum | 900 E Six Forks Rd | Unit 232 | Raleigh | NC | 27604 | United States | $3,199.99 | $3,199.99 | $0.00 |
| Kathy | Caccamo | 102 Legacy Court | Unit D | Elizabethtown | KY | 42701 | United States | $3,899.99 | $3,350.00 | $549.99 |
| Amy | Caddell | 1597 County Road 105 | | Lorenzo | TX | 79343 | United States | $2,699.99 | $2,699.99 | $0.00 |
| Amber | Callister | 4375 Stone Creek Lane | | Provo | UT | 84604 | United States | $3,199.99 | $3,199.99 | $0.00 |
| Kody | Calloway | 1114 Detering Street | | Houston | TX | 77007 | United States | $3,199.99 | $3,199.99 | $0.00 |
| Suzanne | Calver | 900 Nw Lovejoy #515 | | Portland | OR | 97209 | United States | $6,702.04 | $3,350.00 | $3,352.04 |
| Allison | Calvillo | 901 West North Street Trlr 17 | Trlr 17 | Mountain Grove | MO | 65711 | United States | $84.99 | $84.99 | $0.00 |
| Cassie | Campbell | 4801 N. 9Th Street | | Ozark | MO | 65721 | United States | $3,499.99 | $3,350.00 | $149.99 |
| Manasses | Campbell | 100 Nautique Circle | | Columbia | SC | 29229 | United States | $529.99 | $529.99 | $0.00 |
| Yvonne | Candis | 1648 Graystone Drive | | Hampton | GA | 30228 | United States | $3,899.99 | $3,350.00 | $549.99 |
| Beverly | Caouette | 6410 Calvine Rd | | Sacramento | CA | 95823 | United States | $329.99 | $329.99 | $0.00 |
| Walter | Cap Havekorst | 45 El Paseo Street | Walter Cap Havekorst | Newport Beach | CA | 92663 | United States | $399.99 | $399.99 | $0.00 |
| Joaquin | Carrillo | 513 King Lane | | Garland | TX | 75042 | United States | $4,299.99 | $3,350.00 | $949.99 |
| Julia | Carroll | 8320 Starview St | | Temple | TX | 76502 | United States | $79.99 | $79.99 | $0.00 |
| Wyatt | Cassity | 5370 San Kristia Ave | | Las Vegas | NV | 89141 | United States | $3,499.99 | $3,350.00 | $149.99 |
| Wyatt | Cassity | 5370 San Kristia Ave | | Las Vegas | NV | 89141 | United States | $79.99 | $79.99 | $0.00 |
| Wyatt | Cassity | 5370 San Kristia Ave | | Las Vegas | NV | 89141 | United States | $85.07 | $85.07 | $0.00 |
| Victor | Castilleja | 6330 27Th St | | Lubbock | TX | 79407 | United States | $79.99 | $79.99 | $0.00 |
| Faye | Chambers | 435 Green Leaf Drive | | Montgomery | AL | 36108 | United States | $329.99 | $329.99 | $0.00 |
| Benjamin | Chan | 1250 El Camino Real | Apt 806 | Millbrae | CA | 94030 | United States | $3,273.59 | $3,273.59 | $0.00 |
| Crystal | Chandler | 3732 Yosemite Drive | | Plano | TX | 75023 | United States | $179.99 | $179.99 | $0.00 |
| Debra | Chandler | 254 Robert Hardeman Road | | Winterville | GA | 30683 | United States | $4,600.99 | $3,350.00 | $1,250.99 |
| Sithiphon | Chantos | 6112 Bigelow Street | | Lakewood | CA | 90713 | United States | $13.49 | $13.49 | $0.00 |
| Max | Charlton | 7704 Miller Ln | | Ventress | LA | 70783 | United States | $31.98 | $31.98 | $0.00 |
| Jonathan | Chavarin | 11904 Painter Ave | | Whittier | CA | 90605 | United States | $49.99 | $49.99 | $0.00 |
| Jeremiah | Cheng | 22 Preston Place | | Tustin | CA | 92782 | United States | $21.19 | $21.19 | $0.00 |
| Mickie | Cheng | 87 Billou St | | San Rafael | CA | 94901-5116 | United States | $74.88 | $74.88 | $0.00 |
| Erin | Chesser | 4025 Cooks Farm Drive Nw | | Kennesaw | GA | 30152 | United States | $641.99 | $641.99 | $0.00 |
| Pamela | Christopherson | 7068 Gray Fox Court | | Highlands Ranch | CO | 80130 | United States | $3,903.62 | $3,350.00 | $553.62 |
| Gerald | Ciganko | 25680 Mcmillan Rd | | Wellington | OH | 44090 | United States | $4,005.24 | $3,350.00 | $655.24 |
| Chad | Clemens | 625 Fairway Drive | | Telford | PA | 18969 | United States | $4,075.65 | $3,350.00 | $725.65 |
| Nathan | Clinkenbeard | 15230 Gallow Lane | | Noblesville | IN | 46060 | United States | $3,879.31 | $3,350.00 | $529.31 |
| Yotam | Cohen | 152 West 57Th Street | | New York | NY | 10019 | United States | $3,599.99 | $3,350.00 | $249.99 |
| Stefano | Colafranceschi | 1200 Park Rd | | Harrisonburg | VA | 22802-2404 | United States | $3,599.99 | $3,350.00 | $249.99 |
| Anthony | Cole | 17713 Southwest Dodson Drive | | Sherwood | OR | 97140 | United States | $2,064.62 | $2,064.62 | $0.00 |
| Chanta | Cole | 901 Red Oak Drive | | Mansfield | TX | 76063 | United States | $4,221.03 | $3,350.00 | $871.03 |
| Erin | Cole | 503 N. 13Th St. | | Muskogee | OK | 74401 | United States | $4,148.87 | $3,350.00 | $798.87 |
| William | Coleman | 158 Ross Street Extension | | Auburn | NY | 13021 | United States | $3,625.62 | $3,350.00 | $275.62 |
| Chris | Collins | 18124 Wedge Pkwy | #247 | Reno | NV | 89511 | United States | $3,896.99 | $3,350.00 | $546.99 |
| Timothy | Conlon | 1 Citizens Plaza, Suite 1100 | Suite 1100 | Providence | RI | 02903 | United States | $3,886.17 | $3,350.00 | $536.17 |
| Natala | Constantine | 134 Plymouth Rd | 1309 | Plymouth Meeting | PA | 19462 | United States | $439.73 | $439.73 | $0.00 |
| Costel | Constantinescu | 321 East Sheridan Street | 301 | Dania Beach | FL | 33004 | United States | $3,773.87 | $3,350.00 | $423.87 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Scott | Cooper | 3101 South Ocean Drive | 2403 | Hollywood | FL | 33019 | United States | $4,332.48 | $3,350.00 | $982.48 |
| Wendolyn | Cooper | 63143 Fresca Street | | Bend | OR | 97703 | United States | $3,815.99 | $3,350.00 | $465.99 |
| Matthew | Coppedge | 86 Hermitage Dr | | Springfield | MA | 01129 | United States | $275.93 | $275.93 | $0.00 |
| Ivontae | Corbin | 4812 Alter Road | | Detroit | MI | 48215 | United States | $436.54 | $436.54 | $0.00 |
| Frankie Luis | Coste Rosario | 1235 Perry Street | | Reading | PA | 19604 | United States | $54.21 | $54.21 | $0.00 |
| Sharon M | Covington | 284 Mulberry Road | | Ridgeway | VA | 24148 | United States | $49.99 | $49.99 | $0.00 |
| Carolyn | Cowart | 7525 Brairheath | | New Orleans | LA | 70128 | United States | $45.00 | $45.00 | $0.00 |
| Amaris | Crawford | 716 Adams Farm Ct | | Lawrenceville | GA | 30046 | United States | $49.99 | $49.99 | $0.00 |
| Doina | Cristea | 8985 South Durango Drive | Unit 2106 | Las Vegas | NV | 89113 | United States | $53.85 | $53.85 | $0.00 |
| Lisa | Curtain | 839 South Annie Lane | | Gilbert | AZ | 85296 | United States | $3,293.74 | $3,293.74 | $0.00 |
| Desi | Curtis | 5854 Petronius St | | Las Vegas | NV | 89113 | United States | $1,999.98 | $1,999.98 | $0.00 |
| Aliyah | Datcher | 2428 Bittel Road | | Owensboro | KY | 42301 | United States | $107.59 | $107.59 | $0.00 |
| Mary | Davidson | 11011 Queens Boulevard | | Queens | NY | 11375 | United States | $2,522.87 | $2,522.87 | $0.00 |
| Hank | Davis | 11992 Pine Top Street | | Parker | CO | 80138 | United States | $3,802.87 | $3,350.00 | $452.87 |
| James | Davis | 46 Duffield Drive | | South Orange | NJ | 07079 | United States | $44.99 | $44.99 | $0.00 |
| Monica | De La Rosa | 6013 East Curry Road | | Edinburg | TX | 78542 | United States | $3,509.37 | $3,350.00 | $159.37 |
| Sinara | De Lima Santucci | 14259 Dickens Street | Apt 4 | Sherman Oaks | CA | 91423 | United States | $665.62 | $665.62 | $0.00 |
| Dustin | Dean | 6000 West Eldorado Parkway | Apt.924 | Frisco | TX | 75033 | United States | $129.99 | $129.99 | $0.00 |
| Lisa | Deese | Po Box 493 | | Richfield | NC | 28137 | United States | $3,824.99 | $3,350.00 | $474.99 |
| Larry | Defend | 3507 Wood Bridge Dr | | Nashville | TN | 37217 | United States | $3,447.99 | $3,350.00 | $97.99 |
| Anthony | Dela Cruz | 535 Verelli Ct | | Reno | NV | 89521 | United States | $599.99 | $599.99 | $0.00 |
| Tyler | Deschanel | 2702 Crestfield Dr | | Valrico | FL | 33596 | United States | $3,914.99 | $3,350.00 | $564.99 |
| Byron | Dessesseau | 227 Overbrook Ln | | Marlton | NJ | 08053 | United States | $1,225.14 | $1,225.14 | $0.00 |
| Ralph | Diaz | 3611 Coral Tree Circle | | Coconut Creek | FL | 33073 | United States | $1,852.19 | $1,852.19 | $0.00 |
| Remedios | Dondoyano | 221 Bee Caves Cove | | Cibolo | TX | 78108 | United States | $3,894.62 | $3,350.00 | $544.62 |
| Patricia | Donnelly | 1006 Western Run Rd | | Hunt Valley | MD | 21030-1116 | United States | $2,499.87 | $2,499.87 | $0.00 |
| Robert | Dotson | 2091 Windsor Park Cir | | Bountiful | UT | 84010 | United States | $3,477.37 | $3,350.00 | $127.37 |
| Mark | Dowdle | 529 Spencer Circle | | Burley | ID | 83318 | United States | $3,878.99 | $3,350.00 | $528.99 |
| Robin | Doyle | 11102 Tippett Rd | | Clinton | MD | 20735 | United States | $2,088.37 | $2,088.37 | $0.00 |
| Jordan | Drake | 107 Golden Trl | | Perry | GA | 31069 | United States | $3,599.99 | $3,350.00 | $249.99 |
| Brad | Dry | P.O. Box 1734 | | Arden | NC | 28704 | United States | $69.99 | $69.99 | $0.00 |
| Josue | Dubreus | 860 Orienta Avenue | Apt D | Altamonte Springs | FL | 32701 | United States | $3,539.67 | $3,350.00 | $189.67 |
| Jodie | Dunlap | 175 Keystone Estate Road | | New Alexandria | PA | 15670 | United States | $59.98 | $59.98 | $0.00 |
| Dmitry | Dydin | 314 Robinson Lane For 106954 | | Wilmington | DE | 19805 | United States | $2,499.99 | $2,499.99 | $0.00 |
| Dmitry | Dydin | 314 Robinson Ln For 106954 | | Wilmington | DE | 19805-4673 | United States | $1,852.19 | $1,852.19 | $0.00 |
| Patrick | Dyle | 2529 Ebenezer Lane | | Gardendale | AL | 35071 | United States | $1,939.62 | $1,939.62 | $0.00 |
| Colleen | E Richards | 309 Country Ln | | Radcliff | KY | 40160-9763 | United States | $2,118.71 | $2,118.71 | $0.00 |
| Joel | Echols | 20135 Keswick Street | 107 | Los Angeles | CA | 91306 | United States | $612.97 | $612.97 | $0.00 |
| Zachary | Eden | 65 Foxden Drive | Unit 103 | Fletcher | NC | 28732 | United States | $3,170.87 | $3,170.87 | $0.00 |
| Katie | Edwards | 102 North Kalorama Street | Apt 3 | Ventura | CA | 93001 | United States | $1,956.59 | $1,956.59 | $0.00 |
| Gabriel | El Khoury | 580 Copper Dr | | Newport | DE | 19804-2418 | United States | $429.99 | $429.99 | $0.00 |
| Gabriel | El Khoury | 580 Copper Drive | | Newport | DE | 19804-2418 | United States | $626.90 | $626.90 | $0.00 |
| Gabriel | El Khoury | 580 Copper Drive | | Newport | DE | 19804 | United States | $1,939.49 | $1,939.49 | $0.00 |
| Gabriel | El Khoury | 580 Copper Dr | | Newport | DE | 19804-2418 | United States | $1,984.49 | $1,984.49 | $0.00 |
| Jassem | Eldroubi | 616 E St Nw Apt 701 | | Washington | DC | 20004-2265 | United States | $5,818.48 | $3,350.00 | $2,468.48 |
| Joshua | Eller | 106 Klintfield Trail | | Dallas | GA | 30157 | United States | $99.99 | $99.99 | $0.00 |
| Kyle | Ellis | 835 Douglas Turnpike | Apt D | Burrillville | RI | 02830 | United States | $1,123.49 | $1,123.49 | $0.00 |
| James | Ellsworth | 4161 State Hwy 31 East | | Athens | TX | 75752 | United States | $1,970.99 | $1,970.99 | $0.00 |
| Steve | Elman | 15430 Fire Mountain Road | | Paonia | CO | 81428 | United States | $99.99 | $99.99 | $0.00 |
| Benjamin | Elswick | 5432 Geary Blvd #215 | | San Francisco | CA | 94121 | United States | $1,599.98 | $1,599.98 | $0.00 |
| Benjamin | Elswick | 5432 Geary Blvd #215 | | San Francisco | CA | 94121 | United States | $618.95 | $618.95 | $0.00 |
| Charles | Elswick | 577 Rolling Meadow Road | | Mt Hope | WV | 25880 | United States | $1,957.62 | $1,957.62 | $0.00 |
| Nicole | Emmel | 1630 139Th Street | | Glenpool | OK | 74033 | United States | $958.92 | $958.92 | $0.00 |
| David | English | 1801 Old Lincoln Hwy | Apt 9 | Langhorne | PA | 19047 | United States | $1,960.99 | $1,960.99 | $0.00 |
| Angel | Espiritu | 2565 Adriatic Ave | | Long Beach | CA | 90810 | United States | $623.99 | $623.99 | $0.00 |
| Jackie | Evans | 4 Haywood Dr. | | Canton | NC | 28716 | United States | $529.99 | $529.99 | $0.00 |
| Kenneth | Evans | 3507 Waterside Way | | Louisville | TN | 37777 | United States | $2,638.62 | $2,638.62 | $0.00 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Guil | Ezell | 110 Battle Ave | | Franklin | TN | 37064 | United States | $1,079.98 | $1,079.98 | $0.00 |
| Lottie | Faison | 310 Byrd Street | | Clinton | NC | 28328 | United States | $3,878.98 | $3,350.00 | $528.98 |
| Kane | Faust | 4901 Ceasarville Road | | Wetumpka | AL | 36092 | United States | $284.19 | $284.19 | $0.00 |
| Yanetsy | Fernandez | 2602 Bayleaf Court | | Panama City | FL | 32405 | United States | $2,692.17 | $2,692.17 | $0.00 |
| Ariel | Fernandez-Diaz | 14200 Harrison Street | | Miami | FL | 33176 | United States | $4,055.36 | $3,350.00 | $705.36 |
| Steve | Fister | 34923 Calle Avila | | Cathedral City | CA | 92234 | United States | $1,218.47 | $1,218.47 | $0.00 |
| Lisa | Fitch | 12987 Santor Court | | Garden Grove | CA | 92840 | United States | $976.92 | $976.92 | $0.00 |
| Michael | Flanagan | 416 Michael Grove Avenue | B | Bozeman | MT | 59718 | United States | $44.26 | $44.26 | $0.00 |
| Ryan | Flanigan | 8241 Peaceful Canyon Dr | | Las Vegas | NV | 89128 | United States | $3,948.62 | $3,350.00 | $598.62 |
| Brian | Fleetwood | 64A County Road 122 | | Española | NM | 87532 | United States | $4,363.82 | $3,350.00 | $1,013.82 |
| Anita | Fletcher | 5525 Mansions Blfs | 1331 | San Antonio | TX | 78245 | United States | $1,038.18 | $1,038.18 | $0.00 |
| Michelle | Flores | 1153 Bowline Street | | Winter Haven | FL | 33880 | United States | $1,031.06 | $1,031.06 | $0.00 |
| Aiyanna | Fosi | 249 Speedway Avenue | | Missoula | MT | 59802 | United States | $33.59 | $33.59 | $0.00 |
| Zyontae | Fraise | 6655 Zeigler Boulevard | Apt C6 | Mobile | AL | 36608 | United States | $138.20 | $138.20 | $0.00 |
| Karen | Frakie | 1775 Mullan Trail | | Missoula | MT | 59808 | United States | $1,147.11 | $1,147.11 | $0.00 |
| Philip | Francisco | 935 Main Street | #103 | El Segundo | CA | 90245 | United States | $1,507.20 | $1,507.20 | $0.00 |
| Stephanie | Frazer | 2229 Livaccari Dr | | Violet | LA | 70092 | United States | $3,027.62 | $3,027.62 | $0.00 |
| Amy | Freel-Riffett | 106-38 Union Hall Street | | Queens | NY | 11433 | United States | $3,023.99 | $3,023.99 | $0.00 |
| David | Freeman | 2407 Wood Thrush Court | | Marietta | GA | 30062 | United States | $141.04 | $141.04 | $0.00 |
| James | Fuhs | 2607 Octavia Lane | | Marietta | GA | 30062 | United States | $949.98 | $949.98 | $0.00 |
| Scott | Galetto | 5438 N Paulina St | 2 | Chicago | IL | 60640 | United States | $899.99 | $899.99 | $0.00 |
| Jacqueline | Gamez | 84538 Vermouth Dr | | Coachella | CA | 92236 | United States | $643.67 | $643.67 | $0.00 |
| Judith | Garcia | 726 Manor Street | Apt 1 | Lancaster | PA | 17603 | United States | $997.17 | $997.17 | $0.00 |
| Elly | Gardner | 2711 Aimar Avenue | | Savannah | GA | 31406 | United States | $497.86 | $497.86 | $0.00 |
| Laura | Gardner | 1135 Mcadoo Street | | Blackfoot | ID | 83221 | United States | $2,597.99 | $2,597.99 | $0.00 |
| Michelle | Garrison | 392 Sulphur Springs Rd | | Asheville | NC | 28806 | United States | $3,459.97 | $3,350.00 | $109.97 |
| Edgar | Gaspar | 1800 La Puerta Avenue | | Oxnard | CA | 93030 | United States | $1,925.99 | $1,925.99 | $0.00 |
| Roert | Gaultney | 11411 Mays Chapel Rd | | Lutherville Timonium | MD | 21093 | United States | $97.27 | $97.27 | $0.00 |
| Donna | Gay-Tyler | 2404 Fieldrush Road | | Lexington | KY | 40511 | United States | $3,974.40 | $3,350.00 | $624.40 |
| Angela | Gerber | 124 North Simpson Street | | Preston | IA | 52069 | United States | $52.97 | $52.97 | $0.00 |
| Marc | Gianzero | 1898 Lemon Heights Dr | | Santa Ana | CA | 92705-2596 | United States | $2,995.99 | $2,995.99 | $0.00 |
| Dwhite | Gilles | 560 Atlantic Avenue | | Hamilton Township | NJ | 08629 | United States | $21.57 | $21.57 | $0.00 |
| James | Ginn | 2507 Purdue Circle | | Bentonville | AR | 72712 | United States | $143.96 | $143.96 | $0.00 |
| Aimee | Glover | 273 Big Station Camp Boulevard, Apt 32309 | Apt 32309 | Gallatin | TN | 37066 | United States | $31.79 | $31.79 | $0.00 |
| Mitch | Goldblatt | 1874 Bonanza Street | Unit 3 | Walnut Creek | CA | 94596 | United States | $59.99 | $59.99 | $0.00 |
| Paul | Gooch | 965 E 700 S | | St George | UT | 84790 | United States | $21.59 | $21.59 | $0.00 |
| Edward | Gordon | 1081 Colgan Court Northwest | | Lawrenceville | GA | 30044 | United States | $616.24 | $616.24 | $0.00 |
| Walter | Gordon | 415 E Howell St | | Hartwell | GA | 30643-2174 | United States | $32.46 | $32.46 | $0.00 |
| Martina | Goscha | 310 Freyer Drive Northeast | | Marietta | GA | 30060 | United States | $3,771.24 | $3,350.00 | $421.24 |
| Alvin | Green | 145-57 178Th Place, Queens | Unit 1 | Jamaica | NY | 11434 | United States | $348.41 | $348.41 | $0.00 |
| James | Green | 32 Vaughns Gap Rd | | Nashville | TN | 37205-4304 | United States | $309.99 | $309.99 | $0.00 |
| Anthony | Greenway | 260 Park Avenue | 2106 | Pooler | GA | 31322 | United States | $3,285.99 | $3,285.99 | $0.00 |
| Lisa | Griffeth | 103 East Fawn Drive | | Mahomet | IL | 61853 | United States | $89.97 | $89.97 | $0.00 |
| Carl | Gross | 192 E 3Rd St | | Xenia | OH | 45385 | United States | $1,288.09 | $1,288.09 | $0.00 |
| Iona | Grosshans | 2691 E Blaine Ave | | Slc | UT | 84108 | United States | $10.59 | $10.59 | $0.00 |
| Abigiya | Gugsa | 3111 Windshire Lane | 415 | Charlotte | NC | 28273 | United States | $2,278.62 | $2,278.62 | $0.00 |
| Cullen | Guimond | 9416 Rosebud Ct | | Manassas Park | VA | 20111 | United States | $1,324.99 | $1,324.99 | $0.00 |
| Thomas | Guinan | 25 Ray Avenue | | Bellingham | MA | 02019 | United States | $3,243.37 | $3,243.37 | $0.00 |
| Philip | Gunn | 1673 Hollyberry Ct. | | Rio Rancho | NM | 87144 | United States | $1,603.06 | $1,603.06 | $0.00 |
| Doug | Gurr | 2171 Winslow Cottage Circle | | Marietta | GA | 30062 | United States | $65.75 | $65.75 | $0.00 |
| Eugenia | Guthrie | 871 Forest Park Lane | | Suwanee | GA | 30024 | United States | $1,269.12 | $1,269.12 | $0.00 |
| Hector | Guzman | 3104 Holmans Lane | Apt. 88 | Jeffersonville | IN | 47130 | United States | $361.29 | $361.29 | $0.00 |
| Isaac | H | 6702 East 87Th Place | | Tulsa | OK | 74133 | United States | $899.99 | $899.99 | $0.00 |
| Sue | Hall | 143 East Commons Drive | | St. Simons Island | GA | 31522 | United States | $43.79 | $43.79 | $0.00 |
| Timothy | Hanchard | 970 Sidney Marcus Blvd. Ne | 1414 | Atlanta | GA | 30324 | United States | $65.92 | $65.92 | $0.00 |
| Tyler | Hanks | 81Peabody St | Apt 3 | Gardner | MA | 01440 | United States | $1,440.02 | $1,440.02 | $0.00 |
| Kyle | Hardin | 701 N Pontiac Ave | | Dothan | AL | 36303 | United States | $1,737.99 | $1,737.99 | $0.00 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Joydawn | Hardman | 2438 Crossings Circle | | Davison | MI | 48423 | United States | $1,624.61 | $1,624.61 | $0.00 |
| Aaron | Harley | 937 West Michaels Court | | Fountaintown | IN | 46130 | United States | $2,088.22 | $2,088.22 | $0.00 |
| Gary | Harmon | 732 Ranch Rd | | Grand Junction | CO | 81505-9563 | United States | $43.79 | $43.79 | $0.00 |
| Karen | Harouach | 5217 Fox Hunt Drive | D | Greensboro | NC | 27407 | United States | $138.11 | $138.11 | $0.00 |
| Jermaine | Harris | 407 Cocopa Dr | | Gainesville | TX | 76240 | United States | $2,667.27 | $2,667.27 | $0.00 |
| Ray | Harris | 1329 Fortune'S Cove Lane | | Lovingston | VA | 22949 | United States | $2,037.74 | $2,037.74 | $0.00 |
| Peter | Harrison | 1530 River Oaks Dr. | | Sandy | UT | 84093 | United States | $784.35 | $784.35 | $0.00 |
| Ann | Harvey | Po Box 976 | | Wilson | WY | 83014 | United States | $49.99 | $49.99 | $0.00 |
| Diane | Hatfield | 2460 Birch Pointe Circle | | Green Bay | WI | 54302 | United States | $12.99 | $12.99 | $0.00 |
| Diane | Hatfield | 2460 Birch Pointe Circle | | Green Bay | WI | 54302 | United States | $28.22 | $28.22 | $0.00 |
| Trudy | Hatfield | 118 West 1600 South | | Perry | UT | 84302 | United States | $2,199.99 | $2,199.99 | $0.00 |
| Anthony | Havelock | 2819 Applewood Ln. | | Eugene | OR | 97408 | United States | $432.99 | $432.99 | $0.00 |
| Donna | Hawkins | 301 Montrose Ct | | Franklin | TN | 37069 | United States | $2,013.99 | $2,013.99 | $0.00 |
| David | Head | 27553 Us Highway 17 | | Waverly | GA | 31565 | United States | $75.87 | $75.87 | $0.00 |
| Dennis | Hedges | 481 Palisade Drive | | Roseburg | OR | 97471 | United States | $575.76 | $575.76 | $0.00 |
| Hal | Hembree | 1209 Worthington St | 0 | Chattanooga | TN | 37405 | United States | $2,268.12 | $2,268.12 | $0.00 |
| Michael | Herrell | 8224 Dartmouth Drive | | Warren | MI | 48093 | United States | $24.99 | $24.99 | $0.00 |
| Zane | Herrera | 13535 Lyndhurst Street | Apt 9205 | Austin | TX | 78717 | United States | $1,722.05 | $1,722.05 | $0.00 |
| Dianne | Higginbotham | 837 Kirkwood Ave | | Nashville | TN | 37204 | United States | $386.40 | $386.40 | $0.00 |
| Lily | Hight | 792 West | 1360 North | Orem | UT | 84057 | United States | $3,006.62 | $3,006.62 | $0.00 |
| Larry | Hill | 307 E 2Nd Ave | | Latrobe | PA | 15650 | United States | $2,873.62 | $2,873.62 | $0.00 |
| Stephanie | Hill | 10120 La Hacienda Avenue | B | Fountain Valley | CA | 92708 | United States | $222.14 | $222.14 | $0.00 |
| Tyler | Hinesley | 110 Cobbler Drive | | Newnan | GA | 30265 | United States | $27.46 | $27.46 | $0.00 |
| Kaitlin | Hinson | 111 River Hills Lane | | Macon | GA | 31211 | United States | $21.19 | $21.19 | $0.00 |
| Adam | Hoeve | 7875 Willow Lane | | Zeeland | MI | 49464 | United States | $792.50 | $792.50 | $0.00 |
| Herman | Hogue | P.O. Box 220108 | | Centerfield | UT | 84622 | United States | $1,640.62 | $1,640.62 | $0.00 |
| Alexander | Holder | 279 Lincoln Avenue | | Brooklyn | NY | 11208 | United States | $216.49 | $216.49 | $0.00 |
| Preston | Holland | 4102 Dinner Bell Ln | | Cohutta | GA | 30710 | United States | $579.99 | $579.99 | $0.00 |
| Kristen | Hollimon | 5300 Dunraven Ct | | Midland | TX | 79707 | United States | $1,249.99 | $1,249.99 | $0.00 |
| | Home | Po Box 575 | | Mesquite | NV | 89024-0575 | United States | $4,052.09 | $3,350.00 | $702.09 |
| Stephen | Houry | 2165 Wagon Way | | Louisville | CO | 80027 | United States | $140.13 | $140.13 | $0.00 |
| Mary | Howard | 513 Rose St. | | Chandler | TX | 75758 | United States | $741.82 | $741.82 | $0.00 |
| Brenee | Howell | 81 Algrace Blvd | | Stafford | VA | 22556 | United States | $2,561.69 | $2,561.69 | $0.00 |
| Ian | Hua | 4601 14Th St | | Lubbock | TX | 79416 | United States | $358.04 | $358.04 | $0.00 |
| James | Hudson | 4132 Praire Fire Circle | | Longmont | CO | 80503 | United States | $1,533.12 | $1,533.12 | $0.00 |
| Laura | Huffaker | Po Box 61575 | | Vancouver | WA | 98666 | United States | $1,999.99 | $1,999.99 | $0.00 |
| Ashley | Hughes | 3484 Shady Woods Circle | | Lawrenceville | GA | 30044 | United States | $614.79 | $614.79 | $0.00 |
| Liliana | Huitron | 758 East 107Th Street | | Los Angeles | CA | 90002 | United States | $781.63 | $781.63 | $0.00 |
| Steven | Humes | 314 Bradford Way | | Peachtree City | GA | 30269 | United States | $1,401.02 | $1,401.02 | $0.00 |
| Kathy | Hurley-Milo | 838 Emerald Bay | | San Antonio | TX | 78260 | United States | $1,192.14 | $1,192.14 | $0.00 |
| Hansol | Hyun | 508 North Heliotrope Drive | 1/2 | Los Angeles | CA | 90004 | United States | $649.99 | $649.99 | $0.00 |
| Jose | Ilunga | 86 North Main Street | | Wharton | NJ | 07885 | United States | $1,444.34 | $1,444.34 | $0.00 |
| Jose | Islas | 4616 North River Rd Spc17 | | Oceanside | CA | 92057 | United States | $2,363.62 | $2,363.62 | $0.00 |
| Mary | J Robins | 10001 51St Ave Sw | | Seattle | WA | 98146-1047 | United States | $487.34 | $487.34 | $0.00 |
| Abigail | J. Stephens | 1720 S 580 W | | Woods Cross | UT | 84087-1645 | United States | $1,899.99 | $1,899.99 | $0.00 |
| Jacqueline | Jackson | 7507 Lake Vista Drive | | Trussville | AL | 35173 | United States | $837.45 | $837.45 | $0.00 |
| Savannah | Jackson | 2312 W Montana St Apt 1 | Apt 1 | Chicago | IL | 60647 | United States | $985.78 | $985.78 | $0.00 |
| Bridgette | James | 14611 Southwest 37Th Street | | Miramar | FL | 33027 | United States | $3,139.24 | $3,139.24 | $0.00 |
| Todd | Jarvis | 386 Stadium Drive South | | Monmouth | OR | 97361 | United States | $1,899.99 | $1,899.99 | $0.00 |
| Darren | Jenkins | 15 Hornbeck Avenue | | Port Jervis | NY | 12771 | United States | $2,064.62 | $2,064.62 | $0.00 |
| Damare | Jerome | 241 Linden Boulevard | Apt 5 | Brooklyn | NY | 11226 | United States | $2,047.24 | $2,047.24 | $0.00 |
| Amy | Jetter | 6588 South Chalkville Road | | Trussville | AL | 35173 | United States | $2,814.49 | $2,814.49 | $0.00 |
| Bob | Joachim | 1323 Ham  Hill Rd | | Centralia | WA | 98531 | United States | $2,567.99 | $2,567.99 | $0.00 |
| Nathaniel | John | 116-02 217Th St | | Cambria Heights | NY | 11411 | United States | $348.47 | $348.47 | $0.00 |
| Brandon | Johnson | 161 Whitestone Drive | | Reevesville | SC | 29471 | United States | $1,279.98 | $1,279.98 | $0.00 |
| George | Johnson | 40 Pansy Place | | Buffalo | NY | 14208 | United States | $197.47 | $197.47 | $0.00 |
| Thomas | Johnston | 2677 Kendalwood Lane | | Charlottesville | VA | 22911 | United States | $1,649.99 | $1,649.99 | $0.00 |

Simply Mac Inc
Exhibit E/F

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael | Jones | 632 Cedar Knoll Pl | | Trenton | OH | 45067 | United States | $399.11 | $399.11 | $0.00 |
| Shawn | Jones | 6 Ridgepoint Dr | | Jerseyville | IL | 62052 | United States | $2,649.99 | $2,649.99 | $0.00 |
| Thomas | Jones | 620 Park Avenue | | Louisville | KY | 40208 | United States | $84.79 | $84.79 | $0.00 |
| Tahsha | Jordan | 317 Chelmsford Ct | | Kissimmee | FL | 34758 | United States | $1,310.99 | $1,310.99 | $0.00 |
| Jennifer | Joseph | 1722 S 6Th St | | Ironton | OH | 45638 | United States | $2,320.82 | $2,320.82 | $0.00 |
| Mary | Juarez | 902 W 63Rd St S | | Wichita | KS | 67217 | United States | $3,943.13 | $3,350.00 | $593.13 |
| Sarah | Jurgens | 5901 Martell Rd | | Hickman | NE | 68372 | United States | $3,809.57 | $3,350.00 | $459.57 |
| Carissa | Just | 915 Penn Ave, M1 | M1 | Pittsburgh | PA | 15222 | United States | $519.59 | $519.59 | $0.00 |
| Hakob | Kakoian | 607 E Valencia Ave | | Burbank | CA | 91501 | United States | $1,449.98 | $1,449.98 | $0.00 |
| Jean | Kasza | 200 Silver Bend Way 215 | | Auburn | CA | 95603 | United States | $767.70 | $767.70 | $0.00 |
| Marion | Kelly | 4573 Valley Parkway | Apt L | Smyrna | GA | 30082 | United States | $99.99 | $99.99 | $0.00 |
| Christine | Kemmer | 2454 Hwy 6 & 50 | #114 | Grand Junction | CO | 81505 | United States | $4,065.99 | $3,350.00 | $715.99 |
| Gary | Keown | 14634 Bluegrass Loop | | Sisters | OR | 97759-3109 | United States | $150.82 | $150.82 | $0.00 |
| Jamie | Kerwin | 6429 City West Parkway | Apt 4302 | Eden Prairie | MN | 55344 | United States | $104.97 | $104.97 | $0.00 |
| Stephen | Kesten | 201 Nw Country Club Dr | | Ankeny | IA | 50023 | United States | $109.17 | $109.17 | $0.00 |
| Aninda | Khan | 6272 Lansdowne Circle | | Boynton Beach | FL | 33472 | United States | $567.09 | $567.09 | $0.00 |
| Muhammad | Kibria | 105 East Harwood Road | 612 | Euless | TX | 76039 | United States | $1,052.44 | $1,052.44 | $0.00 |
| Christopher | Kinder | 118 Abelia Lane | | Byron | GA | 31008 | United States | $4,094.49 | $3,350.00 | $744.49 |
| Christopher | King | 2600 National Avenue | | Poplar Bluff | MO | 63901 | United States | $1,899.99 | $1,899.99 | $0.00 |
| Lashawnda | King | 506 Shadowood Court | | Nashville | TN | 37217 | United States | $254.35 | $254.35 | $0.00 |
| Joseph | Kirkpatrick | 4235 Hillsboro Pike | | Nashville | TN | 37215 | United States | $55.58 | $55.58 | $0.00 |
| Charles | Kling | 11 Middlesex Court | | West Milford | NJ | 07480 | United States | $105.99 | $105.99 | $0.00 |
| Ray | Koch | 5110 Whitman Way #110 | | Carlsbad | CA | 92008 | United States | $1,368.73 | $1,368.73 | $0.00 |
| Susan | Koch | 16232 Bancroft Cir | | Omaha | NE | 68130 | United States | $2,862.37 | $2,862.37 | $0.00 |
| Scott | Koeppel | 11 Hamlet Dr | | Mount Sinai | NY | 11766 | United States | $4,233.62 | $3,350.00 | $883.62 |
| Edward | Koo | 1720 El Camino Real Ste 225 | | Burlingame | CA | 94010 | United States | $4,211.99 | $3,350.00 | $861.99 |
| Jane | Koskinen | 1290 Virginia Ave | | Harrisonburg | VA | 22802-2427 | United States | $498.28 | $498.28 | $0.00 |
| Alinga | Kruglik | 111 Pronghorn Deer Court | | Garner | NC | 27529 | United States | $131.91 | $131.91 | $0.00 |
| Jay | Kuhr | 4900 Colham Ferry Road | | Watkinsville | GA | 30677 | United States | $1,033.44 | $1,033.44 | $0.00 |
| Joseph | Kunisch | 1605 Ulit Avenue | | Austin | TX | 78702 | United States | $20.78 | $20.78 | $0.00 |
| Wayne | Kuruc | 7035 166Th Avenue Southeast | | Colfax | ND | 58018 | United States | $128.08 | $128.08 | $0.00 |
| Artem | Kyrychenko | 250 Old Oak Drive | Apt 278 | Buffalo Grove | IL | 60089 | United States | $333.34 | $333.34 | $0.00 |
| Treasure | Lacey | 1741 Somerset Lane | | Sevierville | TN | 37862 | United States | $513.59 | $513.59 | $0.00 |
| John | Laforge | 3639 Sunset Point Dr. | | Gainesville | GA | 30506 | United States | $717.71 | $717.71 | $0.00 |
| Schnell | Laima | 5050 Ne 112Th Ave | | Portland | OR | 97220 | United States | $1,006.99 | $1,006.99 | $0.00 |
| Michael | Lamb | 1045 N 1725 W | Apt 158 | Saint George | UT | 84770 | United States | $580.54 | $580.54 | $0.00 |
| Robert | Landreth | 3930 Sunlight Trail | | Cumming | GA | 30041 | United States | $1,374.33 | $1,374.33 | $0.00 |
| James | Lang | P.O. Box 1826 | 111 1St Street | Paonia | CO | 81428 | United States | $2,844.52 | $2,844.52 | $0.00 |
| Alisha | Lanphear | 1716 9Th Street | | Anacortes | WA | 98221 | United States | $1,829.97 | $1,829.97 | $0.00 |
| Brandon | Lapiana | 145 Shepherds Run | | Purlear | NC | 28665 | United States | $1,006.99 | $1,006.99 | $0.00 |
| Anthony | Laquihon | 83333 Beaver Creek Court | | Indio | CA | 92203 | United States | $399.99 | $399.99 | $0.00 |
| Anthony | Laquihon | 83333 Beaver Creek Court | | Indio | CA | 92203 | United States | $2,948.39 | $2,948.39 | $0.00 |
| Alexandria | Laroche | 387 Clearview Ave | | Somerset | MA | 02726 | United States | $79.99 | $79.99 | $0.00 |
| Mandii | Larsen | 3102 West Easton Court | | Tulsa | OK | 74127 | United States | $49.99 | $49.99 | $0.00 |
| Nicklos | Laster | 355 Cooley Springs Road | | Chesnee | SC | 29323 | United States | $751.54 | $751.54 | $0.00 |
| Tonja | Latham | 3765 Yosemite Drive North | | Baton Rouge | LA | 70814 | United States | $2,581.62 | $2,581.62 | $0.00 |
| Roger | Leblanc | 439 Petina Circle | | Nashville | TN | 37209 | United States | $1,009.36 | $1,009.36 | $0.00 |
| Belinda | Lee | 1800 Post Road | Apt.1531 | San Marcos | TX | 78666 | United States | $5,898.73 | $3,350.00 | $2,548.73 |
| Suzanne | Lee | 210 Willow Lake Cv | | Roswell | GA | 30075 | United States | $4,106.69 | $3,350.00 | $756.69 |
| Theresa | Lee | 6214 Quentin Canyon Ct. | | Katy | TX | 77450 | United States | $2,159.04 | $2,159.04 | $0.00 |
| Mark | Lehmann | 2216 Padre Boulevard | | South Padre Island | TX | 78597 | United States | $1,357.84 | $1,357.84 | $0.00 |
| Mario | Leite | 558 Paulison Ave | | Passaic | NJ | 07055 | United States | $187.19 | $187.19 | $0.00 |
| Rebecca | Leslie | 1143 Ridgeview Circle | | Macon | GA | 31220 | United States | $1,984.49 | $1,984.49 | $0.00 |
| Edward | Lester | 129 Graham Road | | Hawkinsville | GA | 31036 | United States | $860.62 | $860.62 | $0.00 |
| Dennis | Lewis | 7081 North Marks Avenue | Suite 104, Pmb 265 | Fresno | CA | 93711 | United States | $1,899.99 | $1,899.99 | $0.00 |
| Justin | Lewis | 21502 Ganton Drive | | Katy | TX | 77450 | United States | $1,337.49 | $1,337.49 | $0.00 |
| Dianella | Linardatos | 1720 New York Avenue | Apt 206 | Union City | NJ | 07087 | United States | $33.59 | $33.59 | $0.00 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Grant | Lincoln | 3101 S Russell | | Missoula | MT | 59801 | United States | $334.16 | $334.16 | $0.00 |
| Dennis | Lisonbee | 920 South Maple Ravine Circle | | Woodland Hills | UT | 84653 | United States | $1,218.99 | $1,218.99 | $0.00 |
| Joseph | Lockhart | 1260 Vera Drive | | Easton | PA | 18040 | United States | $1,896.71 | $1,896.71 | $0.00 |
| Nicholas | Lomangino | 89-34 219Th Street | | Queens Village | NY | 11427 | United States | $106.61 | $106.61 | $0.00 |
| Benjamin | Long | 1255 Escalante Dr | 8210 | Durango | CO | 81303 | United States | $170.34 | $170.34 | $0.00 |
| Francisco | Longoria | 10345 Aldine Westfield Rd | | Houston | TX | 77093 | United States | $79.99 | $79.99 | $0.00 |
| Darnella | Lovelace | 2337 David Lane | | Chattanooga | TN | 37421 | United States | $79.99 | $79.99 | $0.00 |
| Carol | Lowery | 4819 Steiner Dr | | Clinton | WA | 98236-9692 | United States | $2,600.99 | $2,600.99 | $0.00 |
| Ken | Lumpkin | 8 Stratford St | | Rome | GA | 30161 | United States | $1,919.95 | $1,919.95 | $0.00 |
| Don | Madden | 126 Quayside Drive | | Jupiter | FL | 33477 | United States | $3,217.49 | $3,217.49 | $0.00 |
| Katrina | Mahan | 4926 Brian Center Lane | | Winston-Salem | NC | 27106 | United States | $834.57 | $834.57 | $0.00 |
| Muska | Mahboobi | 6 Par Avenue | | Bensalem | PA | 19020 | United States | $74.97 | $74.97 | $0.00 |
| Brian | Maldonado | 227 E 67Th St | | Long Beach | CA | 90805 | United States | $65.09 | $65.09 | $0.00 |
| Aumir | Malik | 11813 Hunters Park Ct, | | Livonia | MI | 48150 | United States | $75.23 | $75.23 | $0.00 |
| Kathy | Malm | 771 Janet St | | Blackfoot | ID | 83221-2530 | United States | $143.96 | $143.96 | $0.00 |
| Brenden | Manjarrez | 15220 346Th Ave Ne | | Duvall | WA | 98019 | United States | $270.07 | $270.07 | $0.00 |
| Heleana | Mann | 41026 Beachwood Avenue | | Hemet | CA | 92544 | United States | $29.99 | $29.99 | $0.00 |
| Richard | Marin | 16906 Clan Macintosh Drive | | Houston | TX | 77084 | United States | $770.30 | $770.30 | $0.00 |
| Samantha | Martinez | 872 Kevin Dr | | Gallup | NM | 87301 | United States | $1,114.95 | $1,114.95 | $0.00 |
| Beth | Mason | 412 N Chapel St | | Landis | NC | 28088-1123 | United States | $1,047.34 | $1,047.34 | $0.00 |
| Joseph | Mcbrearty | 502 Hyde Park Lane | | Mauldin | SC | 29662 | United States | $2,915.31 | $2,915.31 | $0.00 |
| Mallory | Mccaskill | 802 Center Dr | | Palo Alto | CA | 94301 | United States | $266.86 | $266.86 | $0.00 |
| Joshua | Mcdaniel | Po Box 4050 | | Pahrump | NV | 89041 | United States | $3,400.97 | $3,350.00 | $50.97 |
| Duncan | Mcdonald | 929 Asheville Avenue | B06 | Tega Cay | SC | 29708 | United States | $1,293.32 | $1,293.32 | $0.00 |
| Ginger | Mcdougal | 4152 Springdale Road | | Millbrook | AL | 36054 | United States | $1,636.87 | $1,636.87 | $0.00 |
| Terri | Mcivor | 3340 Forsythia Dr | | Odessa | FL | 33556 | United States | $2,161.39 | $2,161.39 | $0.00 |
| Brett | Mcknight | Brett Mcknight | 83584 Woodland Ln. | Florence | OR | 97439 | United States | $1,561.37 | $1,561.37 | $0.00 |
| William | Mclain | 111 Bridgeton Circle | | Canton | MS | 39046 | United States | $2,166.99 | $2,166.99 | $0.00 |
| Kimberly | Mcmahel | 5409 Tubman Dr S | | Jacksonville | FL | 32219 | United States | $372.73 | $372.73 | $0.00 |
| Ian | Mcvicker | 1311 Holloway Drive | | Plymouth | IN | 46563 | United States | $1,032.52 | $1,032.52 | $0.00 |
| John | Medinger | 606 Hill Road North | | Mchenry | IL | 60051 | United States | $1,377.99 | $1,377.99 | $0.00 |
| Aaron | Merric | 909 Bannock Street | Apt 1214 | Denver | CO | 80204 | United States | $1,648.12 | $1,648.12 | $0.00 |
| Steve | Middlebrooks | 274 Moss Side Drive | | Athens | GA | 30607 | United States | $2,402.34 | $2,402.34 | $0.00 |
| Cory | Miller | 782 Main Street | | Boswell | PA | 15531 | United States | $319.86 | $319.86 | $0.00 |
| Marcel | Miller | 540 North Central Avenue | B441 | Glendale | CA | 91203 | United States | $917.77 | $917.77 | $0.00 |
| Ryan | Miller | 16325 Horse Trap Lane | | Austin | TX | 78717 | United States | $39.99 | $39.99 | $0.00 |
| Karen | Milne | 7345 Milne Lane | | Cottonwood Heights | UT | 84047-1899 | United States | $40.19 | $40.19 | $0.00 |
| Latasha | Mitchell | 23820 Morton Street | | Oak Park | MI | 48237 | United States | $1,209.32 | $1,209.32 | $0.00 |
| Sivaprasad | Mokkapati | 3907 Hidden Grove Ln | | Concord | CA | 94519 | United States | $2,139.99 | $2,139.99 | $0.00 |
| Ryan | Monahan | 840 Highland Vista | | New Braunfels | TX | 78130 | United States | $1,569.61 | $1,569.61 | $0.00 |
| Kevin | Monger | 163 Corral Cir | | Saint Augustine | FL | 32092-2497 | United States | $249.99 | $249.99 | $0.00 |
| Jennifier | Montgomery | 64885 Hunnell Rd | | Bend | OR | 97703 | United States | $1,658.97 | $1,658.97 | $0.00 |
| Erika | Montiel | 217 Keith Ln | | Brownsville | TX | 78521 | United States | $32.46 | $32.46 | $0.00 |
| Dan | Moore | 7845 Gracen Drive | | Gainesville | GA | 30506 | United States | $190.79 | $190.79 | $0.00 |
| Terry | Moore | 6652 Tramcus Dr | | Indianapolis | IN | 46260-4583 | United States | $2,706.24 | $2,706.24 | $0.00 |
| Richard | Morena | 1857 71St Street | | Brooklyn | NY | 11204 | United States | $308.07 | $308.07 | $0.00 |
| Karina | Moreno | 1892 E 5625 S | | Ogden | UT | 84403 | United States | $282.85 | $282.85 | $0.00 |
| Jose | Moreta | 1700 Grand Concourse | 2F | Bronx | NY | 10457 | United States | $2,186.64 | $2,186.64 | $0.00 |
| Lissette | Morley | 5240 Brosche Road | | Orlando | FL | 32807 | United States | $76.81 | $76.81 | $0.00 |
| Joshua | Morrison | 6403 Hillview Ln | | Douglasville | GA | 30134 | United States | $2,345.74 | $2,345.74 | $0.00 |
| Joe | Moshier | 1543 Campbell Avenue | | Thousand Oaks | CA | 91360 | United States | $4,233.62 | $3,350.00 | $883.62 |
| Yusuf | Motiwalla | 2993 E. White Star Ave. | | Anaheim | CA | 92806 | United States | $349.99 | $349.99 | $0.00 |
| Yusuf | Motiwalla | 2993 E. White Star Ave. | | Anaheim | CA | 92806 | United States | $273.11 | $273.11 | $0.00 |
| Gayle | Murchison | 179 Merrimac Trl Apt 6 | 0 | Williamsburg | VA | 23185-4646 | United States | $2,214.12 | $2,214.12 | $0.00 |
| Herb | Murray | 514 Windmont Drive Northeast | | Atlanta | GA | 30329 | United States | $2,612.99 | $2,612.99 | $0.00 |
| Vik | Nagendran | 230 Alderwood Lane | | Aurora | IL | 60504 | United States | $703.60 | $703.60 | $0.00 |
| Samir | Naseem | 2022B Benton Rd | | Covington | KY | 41011 | United States | $4,199.96 | $3,350.00 | $849.96 |

Simply Mac, Inc
Exhibit E/F

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael | Nash | 22432 Red Maple Ln | | Saint Clair Shores | MI | 48080 | United States | $2,139.99 | $2,139.99 | $0.00 |
| Bruce | Nelson | 2910 30Th St S | | Moorhead | MN | 56560 | United States | $2,582.87 | $2,582.87 | $0.00 |
| Charlene | Nelson | 24583 200Th St | | Elbow Lake | MN | 56531-9232 | United States | $1,648.12 | $1,648.12 | $0.00 |
| Walt | Nelson | 7637 Dogwood Ln Se | | Snoqualmie | WA | 98065 | United States | $49.99 | $49.99 | $0.00 |
| Long | Nguyen | 3101 South Manchester Street | 816 | Falls Church | VA | 22044 | United States | $264.99 | $264.99 | $0.00 |
| Eric | Ni | 1111 S Grand Ave Ph4 | | Los Angeles | CA | 90015 | United States | $2,731.24 | $2,731.24 | $0.00 |
| Garrett | Noone | 141 Northeast 212Th Street | | Miami | FL | 33179 | United States | $1,324.99 | $1,324.99 | $0.00 |
| Liby | Northcutt | Po  Box 1507 | | Whitney | TX | 76692 | United States | $3,637.99 | $3,350.00 | $287.99 |
| Yewande | Ogunleye | 219 Sackman St | 2B | Brooklyn | NY | 11212 | United States | $44.06 | $44.06 | $0.00 |
| Joshua | Oharra | 5709 Avalon Aly | | Eugene | OR | 97402 | United States | $526.94 | $526.94 | $0.00 |
| Ibeawuchi | Okoroafor | 460 Shore Drive Northwest | | Suwanee | GA | 30024 | United States | $408.54 | $408.54 | $0.00 |
| Mark | Oliveri | 65 West 73Rd Street | Apt 1A | New York | NY | 10023 | United States | $255.37 | $255.37 | $0.00 |
| Neils | Olson | 1107 South Vine Street | | Chandler | AZ | 85286 | United States | $964.57 | $964.57 | $0.00 |
| Sonja | Olson | 12906 Castlemaine Dr | | Tampa | FL | 33626 | United States | $43.38 | $43.38 | $0.00 |
| Jaime | Olvera-Medina | 1436 Alder Street | Apt 18 | Eugene | OR | 97401 | United States | $19.99 | $19.99 | $0.00 |
| Alfredo | Orama | 908 Cedar Lane | | Hamilton Township | NJ | 08610 | United States | $159.98 | $159.98 | $0.00 |
| Diana | Ortiz | 3079 Hidden Forest Court | Unit 4190 | Marietta | GA | 30066 | United States | $19.99 | $19.99 | $0.00 |
| Dr Robert | Ossoff | 2014 Fransworth Drive | | Nashville | TN | 37205 | United States | $19.99 | $19.99 | $0.00 |
| Savannah | Overby | 22825 102Nd Ave Se | | Woodinville | WA | 98077 | United States | $63.17 | $63.17 | $0.00 |
| Steven | Overly | 4670 Carlton Dunes Drive | Unit 13 | Fernandina Beach | FL | 32034 | United States | $59.97 | $59.97 | $0.00 |
| John | Overton | 13517 Sw Caster Rd | | Vashon | WA | 98070 | United States | $39.98 | $39.98 | $0.00 |
| Jan | Pais | 790 Springwood Street | Apt A | Corona | CA | 92882 | United States | $10.59 | $10.59 | $0.00 |
| Kamareia | Parrish | 6095 North Carica Avenue | | Fresno | CA | 93722 | United States | $380.44 | $380.44 | $0.00 |
| Sandeep | Patel | 4910 East 7Th Street | Unit 167 | Austin | TX | 78702 | United States | $1,445.57 | $1,445.57 | $0.00 |
| Felicia | Patterson | 2595 Brown Alder Ct | | Odenton | MD | 21113 | United States | $19.99 | $19.99 | $0.00 |
| Stephanie | Patterson | 13008 Observation Circle | Unit 302 | Middletown | KY | 40243 | United States | $34.99 | $34.99 | $0.00 |
| Danielle | Patterson-Weeks | 3700 Fiscus Loop | | Sierra Vista | AZ | 85635 | United States | $2,625.99 | $2,625.99 | $0.00 |
| Kerri | Paxton | 5323 20Th St | | Lubbock | TX | 79407 | United States | $19.99 | $19.99 | $0.00 |
| Wanda | Pearman | 2400 Baltimore Street | Apt 104 | Kirksville | MO | 63501 | United States | $831.64 | $831.64 | $0.00 |
| Crystal | Peart | 1291 East 51St Street | | Flatlands | NY | 11234 | United States | $39.98 | $39.98 | $0.00 |
| Eliot | Percella | 1074 South Dahlia Street | G538 | Denver | CO | 80246 | United States | $19.99 | $19.99 | $0.00 |
| Victor | Perez | 2742 Vida Place | | Columbus | OH | 43204 | United States | $19.99 | $19.99 | $0.00 |
| Brandon | Pesarchick | 2102 W Independence Street | | Edgewood | PA | 17866 | United States | $19.99 | $19.99 | $0.00 |
| Mollie | Pezzolesi | 499 Electric Ave | 135 | Fitchburg | MA | 01420 | United States | $39.98 | $39.98 | $0.00 |
| Ella | Pfaff | 566 Lexington Place | | Brunswick | GA | 31525 | United States | $99.99 | $99.99 | $0.00 |
| Logan | Phillips | 10110 Southeast Waverly Court | Apt 13 | Milwaukie | OR | 97222 | United States | $270.61 | $270.61 | $0.00 |
| Reeva | Pierre | 6456 Dimoda Lane | Apt 303 | Melbourne | FL | 32940 | United States | $19.99 | $19.99 | $0.00 |
| Ramzi | Pio | 123 Morris Avenue | | New Haven | CT | 06512 | United States | $1,642.49 | $1,642.49 | $0.00 |
| Homer | Pique | 4009 Melody Lane | | Odessa | TX | 79762 | United States | $19.99 | $19.99 | $0.00 |
| James | Pistilli | 236 W. 10Th Street, Apt. 29 | Apt. 29 | New York | NY | 10014 | United States | $19.99 | $19.99 | $0.00 |
| Jaylene | Ponton | 210 Jarrell Street | Apt A | Hampton | SC | 29924 | United States | $19.99 | $19.99 | $0.00 |
| Adam | Porter | 5442 S 900 E #214 | | Murray | UT | 84117 | United States | $2,827.48 | $2,827.48 | $0.00 |
| Nekeme | Powell | 1799 Birkshire Ridge | | Mcdonough | GA | 30252 | United States | $2,612.99 | $2,612.99 | $0.00 |
| Idt | Purchasing | 520 Broad St | | Newark | NJ | 07102 | United States | $1,262.10 | $1,262.10 | $0.00 |
| Vanessa | Quinones | 2714 North 74 Th Ct Avenue | 1W | Elmwood Park | IL | 60707 | United States | $1,003.19 | $1,003.19 | $0.00 |
| David | R Stevenson | 4473 Purple Sage Dr | | Las Cruces | NM | 88011-4226 | United States | $1,957.94 | $1,957.94 | $0.00 |
| Mayleen | Ramos | 151 Old Liverpool Road | Apt 2C | Liverpool | NY | 13088 | United States | $679.14 | $679.14 | $0.00 |
| George | Ramsay | 1572 Valley Stream Dr | | Marietta | GA | 30062 | United States | $62.39 | $62.39 | $0.00 |
| Rey | Rangel | 2730 Gregg Dr | | Edinburg | TX | 78542 | United States | $695.49 | $695.49 | $0.00 |
| Steven | Reams | 3289 Broadwell Avenue | | Cincinnati | OH | 45211 | United States | $3,625.62 | $3,350.00 | $275.62 |
| Mac | Rector | 402 South East Street | | Hudson | IL | 61748 | United States | $3,860.84 | $3,350.00 | $510.84 |
| Samuel | Reed | 1433 West 360 North | | St. George | UT | 84770 | United States | $19.99 | $19.99 | $0.00 |
| Daniella | Reyes | 100 Elgar Place | 23C | Bronx | NY | 10475 | United States | $31.79 | $31.79 | $0.00 |
| Kristi | Rhine | 1650 Dove Creek Road | | Winder | GA | 30680 | United States | $1,317.47 | $1,317.47 | $0.00 |
| Joyce | Rhodes | 4166 Chatham Ridge Drive | | Buford | GA | 30515 | United States | $1,797.12 | $1,797.12 | $0.00 |
| Elaine | Richards | 14782 Stone Road | | Newbury | OH | 44065 | United States | $1,283.99 | $1,283.99 | $0.00 |
| Edward | Ridley, Jr | 872 Cambridge Road | | Cleveland Heights | OH | 44121 | United States | $1,290.47 | $1,290.47 | $0.00 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Elena | Riestra King | 2172 Timber Meadows | | Charlottesville | VA | 22911 | United States | $2,681.24 | $2,681.24 | $0.00 |
| Nick | Ring | 19 Salem Place | | Amherst | MA | 01002 | United States | $37.79 | $37.79 | $0.00 |
| Enoch | Rios | 1021 Haynes Street | | San Marcos | TX | 78666 | United States | $4,814.99 | $3,350.00 | $1,464.99 |
| Shelby | Ripaldi | 979 Echo Hollow Road | | Eugene | OR | 97402 | United States | $140.04 | $140.04 | $0.00 |
| Carl | Ripplinger | 7033 Bates Road | | Driggs | ID | 83422 | United States | $58.46 | $58.46 | $0.00 |
| Jared | Rippy | 1482 East Bernhard Avenue | | Hazel Park | MI | 48030 | United States | $4,112.12 | $3,350.00 | $762.12 |
| David | Rist | 86555 Territorial Highway | | Veneta | OR | 97487 | United States | $2,096.92 | $2,096.92 | $0.00 |
| Alejandro | Rivera | 335 Regent Circle | | San Antonio | TX | 78231 | United States | $1,353.11 | $1,353.11 | $0.00 |
| Angela | Roberts | 2201 Donley Drive | Suite 110 | Austin | TX | 78758 | United States | $2,749.98 | $2,749.98 | $0.00 |
| Mary | Robins | 10001 51St Ave Sw | | Seattle | WA | 98146 | United States | $193.54 | $193.54 | $0.00 |
| Joe | Rocko | 8255 La Scala Ave | | Springdale | AR | 72762 | United States | $633.69 | $633.69 | $0.00 |
| Gary | Rodrigue | 104 Gros Street | | Schriever | LA | 70395 | United States | $43.77 | $43.77 | $0.00 |
| Angelo | Rodriguez | 874 Lees Avenue | | Long Beach | CA | 90815 | United States | $1,028.36 | $1,028.36 | $0.00 |
| Sarai | Rodriguez | 901 Cherokee Circle | | Sanford | FL | 32773 | United States | $1,248.66 | $1,248.66 | $0.00 |
| John | Roper | 3 Darby Ave | | Croton On Hudson | NY | 10520 | United States | $927.49 | $927.49 | $0.00 |
| Jeanne | Rosario | 121 Donahue Road | | Pascoag | RI | 02859-1905 | United States | $2,788.86 | $2,788.86 | $0.00 |
| Jeanne | Rosario | 121 Donahue Road | | Pascoag | RI | 02859-1905 | United States | $2,776.88 | $2,776.88 | $0.00 |
| Gary | Rosen | 6 Whitney Road | | Short Hills | NJ | 07078 | United States | $2,169.99 | $2,169.99 | $0.00 |
| David | Ross | 299 Highland Ave | | Quincy | MA | 02170 | United States | $29.99 | $29.99 | $0.00 |
| Racquel | Rowe | 2777 Dawson Mill Rd | | Esmont | VA | 23937 | United States | $2,499.99 | $2,499.99 | $0.00 |
| Joerg | Ruegemer | 125 Parkview Place | | Park City | UT | 84098 | United States | $189.96 | $189.96 | $0.00 |
| Humberto | Ruiz | 3195 West Rome Street | | Yuma | AZ | 85364 | United States | $2,042.91 | $2,042.91 | $0.00 |
| John | Rule | 320 Nevada St | First Floor Side Entrance | Newton | MA | 02460 | United States | $64.94 | $64.94 | $0.00 |
| Joyce | Rusch | 1600 Marion Road | | Redlands | CA | 92374 | United States | $2,814.49 | $2,814.49 | $0.00 |
| Molly | Russell | 949 Cedar Hill Drive | | Evansville | IN | 47710 | United States | $3,576.36 | $3,350.00 | $226.36 |
| Randolph | Russell | 1331 South Federal Highway | | Boynton Beach | FL | 33435 | United States | $39.98 | $39.98 | $0.00 |
| George | Ryon | 1230 Mader Street | | Schenectady | NY | 12308 | United States | $1,670.71 | $1,670.71 | $0.00 |
| Vinicio | Saguay | 134 Fleming Avenue | | Newark | NJ | 07105 | United States | $199.99 | $199.99 | $0.00 |
| Laura | Salamun | 1630 Vacation Lane | | Camdenton | MO | 65020 | United States | $200.98 | $200.98 | $0.00 |
| Troy | Sandberg | 79 Ridge Rd | | Deerfield | NH | 03037-1402 | United States | $2,378.74 | $2,378.74 | $0.00 |
| Dio | Santiago | 104 Arroyo Place | | Santa Cruz | CA | 95060 | United States | $2,186.62 | $2,186.62 | $0.00 |
| Adib | Sarakby | 25 Charlton St | Apt 622 | Everett | MA | 02149 | United States | $1,278.93 | $1,278.93 | $0.00 |
| Roger | Saxton | 3117 E Vermont Avenue | | Phoenix | AZ | 85016 | United States | $1,317.92 | $1,317.92 | $0.00 |
| Jerry | Schmitt | 5101 Chateaux Dr | | Bay City | TX | 77414 | United States | $1,710.93 | $1,710.93 | $0.00 |
| Jennifer | Schroeder | 127 Pinecrest Circle | | Bluffton | SC | 29910 | United States | $39.99 | $39.99 | $0.00 |
| Kathy | Schroeder | 21056 Avery Ln | | Bend | OR | 97702 | United States | $2,399.99 | $2,399.99 | $0.00 |
| Timothy | Schulke | 1700 Duncan Ave | | Chattanooga | TN | 37404 | United States | $2,946.12 | $2,946.12 | $0.00 |
| John | Seifried | 201 Fourth St | | Pennsburg | PA | 18073-1307 | United States | $2,637.49 | $2,637.49 | $0.00 |
| Vanessa | Sejour | 12008 Waterside View Drive | Apt 24 | Reston | VA | 20194 | United States | $2,413.21 | $2,413.21 | $0.00 |
| Jean | Serfoss | 11260 Bridger Canyon Road | | Bozeman | MT | 59715 | United States | $1,805.36 | $1,805.36 | $0.00 |
| Kris | Sexton | 141 Lucinda Ct. | | Franklin | TN | 37064 | United States | $1,052.44 | $1,052.44 | $0.00 |
| Jamie | Sherrill | 1511 Montana Avenue | | Santa Monica | CA | 90403 | United States | $1,204.52 | $1,204.52 | $0.00 |
| Mia | Shlakman | 1700 3Rd Street | | Manhattan Beach | CA | 90266 | United States | $24.28 | $24.28 | $0.00 |
| Marcus | Silva | 12655 Classic Drive | | Coral Springs | FL | 33071 | United States | $4,051.49 | $3,350.00 | $701.49 |
| Evan | Simms | 1630 Lancaster St | | Baltimore | MD | 21231 | United States | $100.03 | $100.03 | $0.00 |
| Tanniel | Simonian | Jethead Development | 1815 Aston Ave Ste 101 | Carlsbad | CA | 92008-7340 | United States | $2,096.62 | $2,096.62 | $0.00 |
| Frida | Simonyan | 1218 Gordon Street | | Los Angeles | CA | 90038 | United States | $143.77 | $143.77 | $0.00 |
| Johnathan | Simpson | 1071 Fox Glen Drive | | Watkinsville | GA | 30677 | United States | $1,347.24 | $1,347.24 | $0.00 |
| Joseph | Sims | 2855 Barnwood Crossing Northwest | | Duluth | GA | 30097 | United States | $109.98 | $109.98 | $0.00 |
| Jalyn | Skelly | 1150 Hillside Green Way | | Powder Springs | GA | 30127 | United States | $5,171.12 | $3,350.00 | $1,821.12 |
| Leah | Smalls | 339 Knawl Road | | Moncks Corner | SC | 29461 | United States | $129.99 | $129.99 | $0.00 |
| Bryce | Smith | 1070 East 8Th North | 3 | Price | UT | 84501 | United States | $1,028.36 | $1,028.36 | $0.00 |
| Cassie | Smith | 1306 Madison Oaks Road | | Knoxville | TN | 37924 | United States | $39.99 | $39.99 | $0.00 |
| Jason | Smith | 4225 Glory View Lane | | Jackson | WY | 83001 | United States | $329.97 | $329.97 | $0.00 |
| Mike | Smith | 1452 Williams Road | | Fort Mill | SC | 29715 | United States | $1,604.99 | $1,604.99 | $0.00 |
| Nikki | Smith | 791 Woods Rd | | Yorktown | TX | 78164 | United States | $937.11 | $937.11 | $0.00 |
| Matt | Snage | 6290 Overlook Club Circle | | Suwanee | GA | 30024 | United States | $949.99 | $949.99 | $0.00 |

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Mohamed | Sokkar | 7321 Starward Drive | Apt 24 | Dublin | CA | 94568 | United States | $49.98 | $49.98 | $0.00 |
| Vincent | Soule | 2917 Lisa Ave | | Clovis | NM | 88101 | United States | $2,370.49 | $2,370.49 | $0.00 |
| Robert | Sparkman | 6580 Kings Ct | | Avon | IN | 46123 | United States | $1,614.37 | $1,614.37 | $0.00 |
| Kim | Spencer | 5 Land Re Way | 10 | Spencerport | NY | 14559 | United States | $1,023.94 | $1,023.94 | $0.00 |
| Niji | Spivey | 438 Princess Anne Dr | | Durham | NC | 27703 | United States | $79.99 | $79.99 | $0.00 |
| Patricia | Stancil | 64331 E Canyon Shadows Ln | | Tucson | AZ | 85739 | United States | $768.42 | $768.42 | $0.00 |
| James | Stein | 2883 E Overlook Dr | | St. George, Ut | UT | 84790 | United States | $69.98 | $69.98 | $0.00 |
| Dante | Stella | 1251 Navarre P | | Detroit | MI | 48207 | United States | $1,021.57 | $1,021.57 | $0.00 |
| James | Stephens | 1103 Dovefield Lane | | Youngsville | NC | 27596 | United States | $316.54 | $316.54 | $0.00 |
| Angie | Sterzik | 4752 Rose Briar Lane | | Ooltewah | TN | 37363 | United States | $1,249.99 | $1,249.99 | $0.00 |
| Derrick | Stevenson | 6743 Browns Mill Circle | | Lithonia | GA | 30038-4669 | United States | $116.59 | $116.59 | $0.00 |
| Melissa | Stewart | 202 Rader | | West Plains | MO | 65775 | United States | $1,604.99 | $1,604.99 | $0.00 |
| Stephanie | Stinson | 2126 Pleasant Valley Road | | Union Grove | AL | 35175 | United States | $1,149.99 | $1,149.99 | $0.00 |
| Randall | Stone | 8881 Highway 225 South | | Chatsworth | GA | 30705 | United States | $802.06 | $802.06 | $0.00 |
| Lynette | Strauss | 312 Kildeer Lane | | Elyria | OH | 44035 | United States | $749.98 | $749.98 | $0.00 |
| Spencer | Stroud | 715 Bishop Street | | Cedar Hill | TX | 75104 | United States | $1,349.99 | $1,349.99 | $0.00 |
| Andrew | Sturgill | 531 6Th Street | | Portsmouth | OH | 45662 | United States | $1,593.99 | $1,593.99 | $0.00 |
| Jennifer | Sunga | 268 Havenwood Cir | | Pittsburg | CA | 94565 | United States | $29.99 | $29.99 | $0.00 |
| Nicole | Swafford | 557 Eaves Ferry Road | | Decatur | TN | 37322 | United States | $1,324.74 | $1,324.74 | $0.00 |
| James | Sweeney | 1230 Lake Charles Drive | | Roswell | GA | 30075 | United States | $65.92 | $65.92 | $0.00 |
| Jason | Tanner | 1026 Pat Neff | | Harlingen | TX | 78550 | United States | $49.99 | $49.99 | $0.00 |
| Courtney | Taylor | 8460 Northwest 21St Court | | Sunrise | FL | 33322 | United States | $794.32 | $794.32 | $0.00 |
| Synikqua | Taylor | 400 Winderton Drive | | Montgomery | AL | 36108 | United States | $74.98 | $74.98 | $0.00 |
| Paul | Temple | 1030 Fairfield Ct | | Marietta | GA | 30068 | United States | $645.58 | $645.58 | $0.00 |
| Ally | Thibeau | 13419 Stoeflet Street | | Gibraltar | MI | 48173 | United States | $59.99 | $59.99 | $0.00 |
| Amanda | Thompson | 940 Jessicas Lane | | Bel Air | MD | 21014 | United States | $53.85 | $53.85 | $0.00 |
| Amy | Thompson | 2645 Apple Blossom Lane | | Conway | AR | 72034 | United States | $2,154.99 | $2,154.99 | $0.00 |
| Robert | Tolbert | 67 Browns Ridge Rd | | Ellijay | GA | 30540 | United States | $1,534.48 | $1,534.48 | $0.00 |
| Tess | Toney | 17925 Lungo Street | | Pflugerville | TX | 78660 | United States | $289.76 | $289.76 | $0.00 |
| Duke | Tran | 1527 Wolf Creek Drive | | Arlington | TX | 76018 | United States | $3,185.37 | $3,185.37 | $0.00 |
| Tarik | Trotter | 15448 North 63Rd Street | | Scottsdale | AZ | 85254 | United States | $1,351.09 | $1,351.09 | $0.00 |
| Takuya | Tsubouchi | 17322 Murphy Avenue | | Irvine | CA | 92614 | United States | $79.99 | $79.99 | $0.00 |
| Andy | Tucker | 2247 E Dolphin Ave | | Mesa | AZ | 85204 | United States | $29.99 | $29.99 | $0.00 |
| Marceia | Tunstall | 3204 Woodrow Ave | | Richmond | VA | 23222-2750 | United States | $1,319.21 | $1,319.21 | $0.00 |
| Ian | Tyrell | 8836 Southampton Drive | | Miramar | FL | 33025 | United States | $649.98 | $649.98 | $0.00 |
| Alexander | Udovicic | 110 Snapdragon Court | | Franklin | TN | 37067 | United States | $1,601.24 | $1,601.24 | $0.00 |
| Timothy | Van Horn | 5325 Ne 33Rd Ave | Apt. B | Portland | OR | 97211 | United States | $1,193.68 | $1,193.68 | $0.00 |
| Lily | Vang | 228 Reimer Street | 1 | Green Bay | WI | 54302 | United States | $1,006.99 | $1,006.99 | $0.00 |
| Natalia | Vasilchikova | 1930 Marseille Drive | 1 | Miami Beach | FL | 33141 | United States | $805.19 | $805.19 | $0.00 |
| Olga | Vasquez | 1401 Ave C | | Del Rio | TX | 78840 | United States | $591.34 | $591.34 | $0.00 |
| Stephanie | Vasquez | 2568 Se 12Th Court | 2568 Se 168Th Court #401 | Homestead | FL | 33035 | United States | $1,193.52 | $1,193.52 | $0.00 |
| Brian | Vassell | 3527 Ruth St | B1 | Houston | TX | 77004 | United States | $1,638.18 | $1,638.18 | $0.00 |
| Eric | Vaughn | 111 S. Sutter Street | | Stockton | CA | 95202 | United States | $21.24 | $21.24 | $0.00 |
| Chaithanya | Veeraiah Gari | 1915 Swainson Drive | | Verona | WI | 53593 | United States | $3,370.37 | $3,350.00 | $20.37 |
| Isaac | Velasco | 910 Saint Andrews Dr. | Apt. P-7 | Murfreesboro | TN | 37128 | United States | $1,436.30 | $1,436.30 | $0.00 |
| Marisol | Velez | 4711 Gulfstream Rd | | Lake Worth | FL | 33461 | United States | $215.14 | $215.14 | $0.00 |
| Jessie | Versluis | 896 Timber Winds Court Southwest | | Grand Rapids | MI | 49534 | United States | $99.99 | $99.99 | $0.00 |
| Sidney | Victorian | 1851 P E Daigle Road | | Iowa | LA | 70647 | United States | $677.82 | $677.82 | $0.00 |
| Patrick | Vigil | 6238 Newton Court | | Arvada | CO | 80003 | United States | $213.99 | $213.99 | $0.00 |
| Daisy | Villa | 2109 Watson St | | Fort Worth | TX | 76103 | United States | $80.97 | $80.97 | $0.00 |
| Juan | Villegas | 1177 Pelican Court | | Merced | CA | 95340 | United States | $63.37 | $63.37 | $0.00 |
| Keith | Virostko | Po Box 4131 | | Jackson | WY | 83001 | United States | $105.99 | $105.99 | $0.00 |
| Luis | Vivar | 3730 East 3Rd Street | | Los Angeles | CA | 90063 | United States | $2,599.62 | $2,599.62 | $0.00 |
| Lien | Vu | 10829 Ne Thompson St | | Portland | OR | 97220-2936 | United States | $1,368.73 | $1,368.73 | $0.00 |
| Christy | Waddell | 30 Sarah Circle | | Cecil | AL | 36013 | United States | $1,337.49 | $1,337.49 | $0.00 |
| Dustin | Walber | 15024 Andrew Alley | | Winter Garden | FL | 34787 | United States | $1,404.97 | $1,404.97 | $0.00 |
| Nasaya | Wallace | 1510 River Road | | Mcclellanville | SC | 29458 | United States | $31.79 | $31.79 | $0.00 |

Simply Mac, Inc.
Exhibit E/F

| Billing: First Name | Billing: Last Name | Billing: Address 1 | Billing: Address 2 | Billing: City | Billing: Province Code | Billing: Zip | Billing: Country | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Sheila | Warner | 100 Woodmoor Drive | | Newnan | GA | 30263 | United States | $149.99 | $149.99 | $0.00 |
| Terence | Washington | 19 Cushing Street Apt 2-L | | Cambridge | MA | 02138 | United States | $383.34 | $383.34 | $0.00 |
| Yukino | Watanabe | Nishinomiyahama | 4-8-6-506 | Nishinomiya | JP-28 | 662-0934 | Japan | $437.89 | $437.89 | $0.00 |
| Erika | Watson | 4032 East Southcross | Apt. 4704 | San Antonio | TX | 78222 | United States | $432.99 | $432.99 | $0.00 |
| Jeffery | Watson | 449 Red Oak Court | | Montgomery | AL | 36117 | United States | $380.61 | $380.61 | $0.00 |
| Colin | Weatherhead | 19678 Hollygrape Street | | Bend | OR | 97702 | United States | $441.14 | $441.14 | $0.00 |
| Rachael | Weber | 227 Nw 29Th St | | Corvallis | OR | 97330 | United States | $430.14 | $430.14 | $0.00 |
| James | Westwood Jr | 40W835 Bowes Bend Drive | | Elgin | IL | 60124 | United States | $190.79 | $190.79 | $0.00 |
| Eugene | White | 818 Charlie Place | | Nashville | TN | 37207 | United States | $198.49 | $198.49 | $0.00 |
| Karen | White | 9812 Northeast 191St Circle | | Battle Ground | WA | 98604 | United States | $547.54 | $547.54 | $0.00 |
| Kristin | White | 1204 Concepts 21 Drive | | Peachtree Corners | GA | 30092 | United States | $376.86 | $376.86 | $0.00 |
| Rachel | White | 2041 Suffolk Lane | | Indianapolis | IN | 46260 | United States | $976.92 | $976.92 | $0.00 |
| Janice L | Whittle | 71 Chapman St | | Quincy | MA | 02170 | United States | $369.34 | $369.34 | $0.00 |
| Judith | Wible | 101 Bryce Lane | 214 | King Of Prussia | PA | 19406 | United States | $79.99 | $79.99 | $0.00 |
| Lettie | Wiggins | 8 Stewart Street | | Cuthbert | GA | 39840 | United States | $989.06 | $989.06 | $0.00 |
| Pamela | Williams | 2416 W. Alberson Dr | | Albany | GA | 31721 | United States | $440.14 | $440.14 | $0.00 |
| Adrienne | Wilson | 2421 Clayton Avenue | | Harrisburg | PA | 17109 | United States | $2,480.69 | $2,480.69 | $0.00 |
| Nancy | Wilson | 2545 Southwest Terwilliger Boulevard | Apt 311 | Portland | OR | 97201 | United States | $439.14 | $439.14 | $0.00 |
| Nichole | Wing | 921 West Fairview Avenue | | Spokane | WA | 99205 | United States | $983.67 | $983.67 | $0.00 |
| Joseph | Winters | 5401 North Mays Street | Apt 712 | Georgetown | TX | 78626 | United States | $373.18 | $373.18 | $0.00 |
| James | Wojciehowski | 2424 Cobalt Drive | | St. George | UT | 84790 | United States | $248.39 | $248.39 | $0.00 |
| Charles | Wolfe | 771 S 400 W | | Winchester | IN | 47394-8536 | United States | $437.14 | $437.14 | $0.00 |
| Regina | Wolfington | 3408 Nottingham Drive | | Denton | TX | 76209 | United States | $387.71 | $387.71 | $0.00 |
| Jordyn | Workman | 3097 Shadow Canyon Circle | | Norco | CA | 92860 | United States | $363.64 | $363.64 | $0.00 |
| Sai Rakshitha | Yalla | 2149 Sovereign Ln | | Lexington | KY | 40513 | United States | $532.63 | $532.63 | $0.00 |
| Damian | Yates | 715 26Th Avenue Southwest | | Puyallup | WA | 98373 | United States | $883.01 | $883.01 | $0.00 |
| Kim | Yeager | 3237 Northwest Kidd Place | | Bend | OR | 97703 | United States | $1,499.74 | $1,499.74 | $0.00 |
| | | | | | | | | $856,726.50 | $803,855.45 | $52,871.05 |

Simply Mac, Inc.
Exhibit E/F – 2.9

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AL712 - Montgomery | | | | | | | | $54.99 | $54.99 | $0.00 |
| GA702 - Athens | | | | | | | | $2,003.98 | $2,003.98 | $0.00 |
| GA702 - Athens | | | | | | | | $53.48 | $53.48 | $0.00 |
| AL712 - Montgomery | | | | | | | | $32.99 | $32.99 | $0.00 |
| AL712 - Montgomery | | | | | | | | $38.49 | $38.49 | $0.00 |
| AL712 - Montgomery | | | | | | | | $84.98 | $84.98 | $0.00 |
| AL712 - Montgomery | | | | | | | | $27.49 | $27.49 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $42.78 | $42.78 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $53.49 | $53.49 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $42.78 | $42.78 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $21.39 | $21.39 | $0.00 |
| TN314 - Chattanooga | | | | | | | | $10.91 | $10.91 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $53.49 | $53.49 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $73.90 | $73.90 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $32.09 | $32.09 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $53.48 | $53.48 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $64.18 | $64.18 | $0.00 |
| GA708 - Norcross | | | | | | | | $74.19 | $74.19 | $0.00 |
| OR421 - Hillsboro | | | | | | | | $29.99 | $29.99 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $21.39 | $21.39 | $0.00 |
| NC605 - Winston Salem | | | | | | | | $21.39 | $21.39 | $0.00 |
| | | | | | | | | $65.91 | $65.91 | $0.00 |
| TX206 - Katy | Matias Federico | Abbondati | 10419 Cinco | | Katy | TX | 77494 | $53.04 | $53.04 | $0.00 |
| TX208 - San Marcos | Michael | Abili | 100 Windmill Dr | | San Marcos | TX | 78666 | $267.36 | $267.36 | $0.00 |
| UT101 - Orem | Kimberly | Abunuwara | | | | UT | | $378.99 | $378.99 | $0.00 |
| UT105 - St. George | Jamee | Adams | | | | UT | | $160.11 | $160.11 | $0.00 |
| GA702 - Athens | Tishara | Adams | 260 Village Heights | | Athens | GA | 30606 | $1,307.42 | $1,307.42 | $0.00 |
| IN301 - Evansville | Sarah | Agler | | | | IN | | $99.00 | $99.00 | $0.00 |
| TX206 - Katy | Haleema | Ahamad | 902 South Fifth | | Kirksville | MO | 63501 | $227.30 | $227.30 | $0.00 |
| GA705 - Macon | Adnan | Akhtar | | | | GA | | $210.57 | $210.57 | $0.00 |
| UT105 - St. George | Cyrus | Alderd | | | | UT | | $808.06 | $808.06 | $0.00 |
| KS513 - Wichita | Malak | Aljadi | | | | KS | | $118.24 | $118.24 | $0.00 |
| UT101 - Orem | Andrew | Allen | 648 W 250 N | | Lindon | UT | 84042 | $3,324.73 | $3,324.73 | $0.00 |
| UT102 - Fort Union | Thomas | Allen | | | | UT | | $718.55 | $718.55 | $0.00 |
| UT105 - St. George | Unique | Alvarez | | | | UT | | $105.68 | $105.68 | $0.00 |
| NC603 - Wilmington | Jerome | Anderson | | | | NC | | $395.88 | $395.88 | $0.00 |
| MO514 - Columbia | Jo | Anderson | | | | MO | | $60.97 | $60.97 | $0.00 |
| MO514 - Columbia | Jo | Anderson | | | | MO | | $60.97 | $60.97 | $0.00 |
| NC605 - Winston Salem | Robert | Anderson | | | | NC | | $160.49 | $160.49 | $0.00 |
| FL807 - Clearwater | Angelo | Angelatos | | | | FL | | $256.79 | $256.79 | $0.00 |
| FL807 - Clearwater | Reed | Anton | | | | FL | | $160.49 | $160.49 | $0.00 |
| FL805 - Orlando UCF | Blanca | Aponte | | | | FL | | $159.74 | $159.74 | $0.00 |
| AR205 - Rogers | Brandon | Arana | | | | AR | | $108.40 | $108.40 | $0.00 |
| OR420 - Eugene | Susan | Archbald | | | | OR | | $2,799.98 | $2,799.98 | $0.00 |
| TX206 - Katy | Jadyn | Arrey | 14551 Beechnut St Apt 3203 | | Houston | TX | 77083 | $721.99 | $721.99 | $0.00 |
| FL805 - Orlando UCF | Yara | Asi | | | | FL | | $326.92 | $326.92 | $0.00 |
| AL712 - Montgomery | Tania | Atwell | | | | AL | | $476.97 | $476.97 | $0.00 |
| GA702 - Athens | Emme | Auer | 205 Boundry Street | | Athens | GA | 30607 | $249.98 | $249.98 | $0.00 |
| OR419 - Corvallis | Ariel | Aylsworth | | | | OR | | $99.00 | $99.00 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| TN312 - Nashville | Barry | Baggott | 4806 Trousdale Drive | | Nashville | TN | 37220 | $262.19 | $262.19 | $0.00 |
| GA707 - Peachtree City | Billy | Bailey | 175 Colonial Drive | | Carrolton | GA | 30117 | $249.98 | $249.98 | $0.00 |
| MO514 - Columbia | Michaela | Bailey | | | | MO | | $99.00 | $99.00 | $0.00 |
| KS513 - Wichita | Samarah | Bailey | | | | KS | | $813.74 | $813.74 | $0.00 |
| TN314 - Chattanooga | Brad | Bain | | | | TN | | $258.89 | $258.89 | $0.00 |
| FL801 - Destin | David | Baker | 19 Foxmire Farm Rd | | Santa Rosa Beach | FL | 32459 | $710.32 | $710.32 | $0.00 |
| GA702 - Athens | Peter | Banyia | 1401 Overlook Ridge Road | | Bishop | GA | 30621 | $423.08 | $423.08 | $0.00 |
| TN312 - Nashville | Kevin | Barger | | | | TN | | $262.19 | $262.19 | $0.00 |
| TN312 - Nashville | Tana | Barndollar | | | | TN | | $260.50 | $260.50 | $0.00 |
| NC605 - Winston Salem | Cynthia | Barnes | | | | NC | | $73.83 | $73.83 | $0.00 |
| UT906 - B2B | Keith | Barnes | 220 Water Tower Road | | Dalton | GA | 30720 | $7,097.82 | $3,350.00 | $3,747.82 |
| UT906 - B2B | Keith | Barnes | 220 Water Tower Road | | Dalton | GA | 30720 | $496.80 | $496.80 | $0.00 |
| TN314 - Chattanooga | Shannon | Barrett | | | | TN | | $947.15 | $947.15 | $0.00 |
| UT106 - Foothill | Laura | Bart | Po Box 2124 | | Jackson | WY | 83001 | $53.86 | $53.86 | $0.00 |
| TX200 - Lubbock | Brandon | Bartee | 4417 103Rd | | Lubbock | TX | 79424 | $162.36 | $162.36 | $0.00 |
| ID401 - Idaho Falls | Debora And David | Bass | Po Box 53 | | Tetonia | ID | 83452 | $2,056.77 | $2,056.77 | $0.00 |
| TX200 - Lubbock | Sarah | Bass | 1002 Frankford | | Lubbock | TX | 79416 | $323.67 | $323.67 | $0.00 |
| TX206 - Katy | Stacie | Bass | 3215 Castlewind Dr | | Katy | TX | 77450 | $126.63 | $126.63 | $0.00 |
| UT101 - Orem | Byron | Bastian | 1395 S 1130 W | | Payson | UT | 84651 | $5,684.23 | $3,350.00 | $2,334.23 |
| AL803 - Tuscaloosa | Megan | Batte | | | | AL | | $99.00 | $99.00 | $0.00 |
| AL803 - Tuscaloosa | Jordan | Baumgarten | | | | AL | | $149.99 | $149.99 | $0.00 |
| AL803 - Tuscaloosa | Jordan | Baumgarten | | | | AL | | $835.27 | $835.27 | $0.00 |
| FL801 - Destin | Lauren | Baynard | 2757 Teepee Road | | Navarre | FL | 32566 | $105.44 | $105.44 | $0.00 |
| TX200 - Lubbock | Kenneth | Beadle | | | | TX | | $323.67 | $323.67 | $0.00 |
| UT100 - Park City | Shannon | Beatty | 8182 Courtyard Loop | | Park City | UT | 84098 | $898.31 | $898.31 | $0.00 |
| OR410 - Bend | Gerry | Bernabe | | | | OR | | $149.99 | $149.99 | $0.00 |
| OR410 - Bend | Gerry | Bernabe | | | | OR | | $39.99 | $39.99 | $0.00 |
| MO510 - Springfield MO | Charlene | Berquist | 2523 E Barataria St | | Springfield | MO | 65804 | $724.58 | $724.58 | $0.00 |
| SC604 - Myrtle Beach | Joe | Berryq | | | | SC | | $707.77 | $707.77 | $0.00 |
| EV002 - Miami Beach | Marcelo | Berza | | | | FL | | $48.15 | $48.15 | $0.00 |
| OR420 - Eugene | Julia | Bestwick | | | | OR | | $2,899.98 | $2,899.98 | $0.00 |
| MT406 - Bozeman | Joe | Bevier | | | | MT | | $3,949.97 | $3,350.00 | $599.97 |
| GA702 - Athens | Nehal | Bhatt | 1010 Kingfisher Court | | Watkinsville | GA | 30677 | $149.99 | $149.99 | $0.00 |
| VA704 - Charlottesville | Rohini | Bhole | 730 Walker Sq | APT 4B | Charlottesville | VA | 22903 | $106.79 | $106.79 | $0.00 |
| MO510 - Springfield MO | Cheyenne | Billiot | 701 Broadway St | | Waynesville | MO | 65583 | $120.99 | $120.99 | $0.00 |
| TN314 - Chattanooga | Allie | Bishop | | | | TN | | $237.04 | $237.04 | $0.00 |
| FL805 - Orlando UCF | Jami | Blackburn | | | | FL | | $532.49 | $532.49 | $0.00 |
| NC605 - Winston Salem | Kirk | Blackburn | | | | NC | | $160.49 | $160.49 | $0.00 |
| UT102 - Fort Union | Mike | Blackham | | | | UT | | $1,340.61 | $1,340.61 | $0.00 |
| TN312 - Nashville | Jay | Blackman | 19290 Cline St | | Lowell | IN | 46356 | $273.11 | $273.11 | $0.00 |
| TN312 - Nashville | Jay | Blackman | 19290 Cline St | | Lowell | IN | 46356 | $601.75 | $601.75 | $0.00 |
| TN312 - Nashville | Jay | Blackman | 19290 Cline St | | Lowell | IN | 46356 | $601.75 | $601.75 | $0.00 |
| TN312 - Nashville | Jay | Blackman | 19290 Cline St | | Lowell | IN | 46356 | $601.75 | $601.75 | $0.00 |
| TN312 - Nashville | Jay | Blackman | 19290 Cline St | | Lowell | IN | 46356 | $601.75 | $601.75 | $0.00 |
| TN314 - Chattanooga | Ashley | Blake | | | Chattanooga | TN | 37406 | $109.24 | $109.24 | $0.00 |
| TN315 - Johnson City | Cody | Blankenship | 295 Dairy Circle | | Bristol | TN | 37620 | $117.13 | $117.13 | $0.00 |
| UT105 - St. George | Konai | Bloomfield | | | | UT | | $160.11 | $160.11 | $0.00 |
| FL805 - Orlando UCF | Tim | Bluto | | | | FL | | $891.33 | $891.33 | $0.00 |
| AL712 - Montgomery | John | Bolden | | | | AL | | $29.00 | $29.00 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AR205 - Rogers | Shelby | Booker | | | | AR | | $270.44 | $270.44 | $0.00 |
| AL803 - Tuscaloosa | Julia | Boothe | | | | AL | | $99.00 | $99.00 | $0.00 |
| FL802 - Tallahassee | Oliver | Boudet | | | | FL | | $161.24 | $161.24 | $0.00 |
| SC604 - Myrtle Beach | Iriana | Boykova | | | | SC | | $912.97 | $912.97 | $0.00 |
| FL805 - Orlando UCF | Marcus | Boyle | | | | FL | | $72.38 | $72.38 | $0.00 |
| NC603 - Wilmington | Natalie | Bradley | 1710 Barkely Pointe Blvd | | Wilmington | NC | 28412 | $105.93 | $105.93 | $0.00 |
| MO514 - Columbia | Princess | Braggs | | | | MO | | $149.99 | $149.99 | $0.00 |
| GA708 - Norcross | David | Brandt | | | | GA | | $311.37 | $311.37 | $0.00 |
| GA705 - Macon | Brandon | Brauchler | 539 North Westover Blvd Apt 1102 | | Albany | GA | 31707 | $29.00 | $29.00 | $0.00 |
| MO510 - Springfield MO | Lindsey | Bravin | 2915 E. Chinkapin Ln. | | Springfield | MO | 65804 | $430.01 | $430.01 | $0.00 |
| SC601 - Mt. Pleasant | Mary | Breckenridge | 884 Farmquarter Rd | | Mount Pleasant | SC | 29464 | $501.39 | $501.39 | $0.00 |
| AL803 - Tuscaloosa | Allie | Bridges | | | | AL | | $805.97 | $805.97 | $0.00 |
| FL805 - Orlando UCF | Rosemary | Brill | | | | FL | | $266.23 | $266.23 | $0.00 |
| AL712 - Montgomery | Makayle | Bristow | 3059 Co. Rd. 7703 | | Ramer | AL | 36069 | $29.00 | $29.00 | $0.00 |
| TN314 - Chattanooga | Sonya | Britton | | | | TN | | $108.16 | $108.16 | $0.00 |
| KS511 - Lawrence | Burkdoll | Brothers Inc | | | | KS | | $163.94 | $0.00 | $163.94 |
| KS511 - Lawrence | Burkdoll | Brothers Inc | | | | KS | | $491.84 | $0.00 | $491.84 |
| MO510 - Springfield MO | Kathryn | Brown | Po Box 124 | | Nixa | MO | 65714 | $35.99 | $35.99 | $0.00 |
| MT406 - Bozeman | Lillian | Brown | | | | MT | | $299.00 | $299.00 | $0.00 |
| SC601 - Mt. Pleasant | Mark | Brown | | | | SC | | $149.99 | $149.99 | $0.00 |
| NC605 - Winston Salem | Jada | Brtistow | | | | NC | | $32.10 | $32.10 | $0.00 |
| TX207 - Waco | Loretta | Brubaker | 10017 Ramblewood Dr | | Woodway | TX | 76712 | $148.28 | $148.28 | $0.00 |
| TX207 - Waco | Matt | Buchanan | 212 Sheridan Loop | | Belton | TX | 76513 | $259.79 | $259.79 | $0.00 |
| TN312 - Nashville | Saniya | Buchan | | | | TN | | $53.53 | $53.53 | $0.00 |
| FL804 - Jacksonville | Margaret | Bulin | 9567 Whittington Drive | | Jacksonville | FL | 32257 | $74.53 | $74.53 | $0.00 |
| TN314 - Chattanooga | Melody | Buntemeyer | | | | TN | | $426.05 | $426.05 | $0.00 |
| TN314 - Chattanooga | Melody | Buntemeyer | | | | TN | | $928.61 | $928.61 | $0.00 |
| KS513 - Wichita | Noel | Burdick | | | | KS | | $321.43 | $321.43 | $0.00 |
| NC605 - Winston Salem | Zack | Busby | | | | NC | | $125.17 | $125.17 | $0.00 |
| AL803 - Tuscaloosa | Alexis | Buss | | | | AL | | $99.00 | $99.00 | $0.00 |
| GA710 - Forsyth | Mack | Butler | | | | GA | | $720.86 | $720.86 | $0.00 |
| FL807 - Clearwater | Joanna | Campbell | | | | FL | | $160.49 | $160.49 | $0.00 |
| KS511 - Lawrence | Mario | Campo | | | | KS | | $409.84 | $409.84 | $0.00 |
| KS513 - Wichita | Kayla | Canedy | | | | KS | | $106.43 | $106.43 | $0.00 |
| SC601 - Mt. Pleasant | Sara | Capelli | 1391 Center Lake Dr | | Mount Pleasent | SC | 29464 | $107.91 | $107.91 | $0.00 |
| MT406 - Bozeman | Ryan | Cappis | | | | MT | | $149.99 | $149.99 | $0.00 |
| KS513 - Wichita | Brandi | Cardwell | | | | KS | | $211.74 | $211.74 | $0.00 |
| MO510 - Springfield MO | Jill | Carr | 1601 Arbour Dr | | Lebanon | MO | 65536 | $149.99 | $149.99 | $0.00 |
| TX207 - Waco | Robert | Carr | | | | TX | | $107.17 | $107.17 | $0.00 |
| TN314 - Chattanooga | Tyreka | Carter | | | | TN | | $108.16 | $108.16 | $0.00 |
| SC602 - Columbia SC | Emma | Cartwright | 2190 West Ave South | | Pine Wood | SC | 29125 | $31.32 | $31.32 | $0.00 |
| FL805 - Orlando UCF | Julieta | Castillo | | | | FL | | $710.32 | $710.32 | $0.00 |
| GA710 - Forsyth | Mickey | Cauthen | | | | GA | | $90.47 | $90.47 | $0.00 |
| TN314 - Chattanooga | Marilyn | Center | | | | TN | | $163.86 | $163.86 | $0.00 |
| AR205 - Rogers | Elise | Chambliss | | | | AR | | $361.31 | $361.31 | $0.00 |
| VA704 - Charlottesville | Danielle | Charette | | | | VA | | $952.99 | $952.99 | $0.00 |
| MO510 - Springfield MO | Will | Chase | 1361 E Cherry St | | Springfield | MO | 65802 | $268.82 | $268.82 | $0.00 |
| TN314 - Chattanooga | Pavani | Chava | | | | TN | | $108.16 | $108.16 | $0.00 |
| GA717 - Gainesville | German | Chavez | 245 Shallowford Dr | | Gainesville | GA | 30504 | $99.00 | $99.00 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| FL802 - Tallahassee | James | Cheek | | | | FL | | $1,868.29 | $1,868.29 | $0.00 |
| UT105 - St. George | Stacy | Christensen | 899 Coyote Gulch | | Ivins | UT | 84738 | $426.99 | $426.99 | $0.00 |
| UT101 - Orem | Ross | Christiansen | | | | UT | | $106.18 | $106.18 | $0.00 |
| FL805 - Orlando UCF | Amanda | Chudney | | | | FL | | $30.89 | $30.89 | $0.00 |
| TN312 - Nashville | Our Safe Harbor | Church | 2080 Autumn Ridge Way | | Spring Hill | TN | 37174-4507 | $999.00 | $0.00 | $999.00 |
| TN312 - Nashville | Our Safe Harbor | Church | 2080 Autumn Ridge Way | | Spring Hill | TN | 37174-4507 | $1,998.00 | $0.00 | $1,998.00 |
| TN312 - Nashville | Our Safe Harbor | Church | 2080 Autumn Ridge Way | | Spring Hill | TN | 37174-4507 | $982.97 | $0.00 | $982.97 |
| FL805 - Orlando UCF | John | Chynoweth | 12805 Ben Rogers Court | | Orlando | FL | 32828 | $348.22 | $348.22 | $0.00 |
| UT106 - Foothill | John | Ciet | | | | UT | 84020 | $1,286.08 | $1,286.08 | $0.00 |
| NC605 - Winston Salem | Xavier | Cisluycis | | | | NC | | $105.93 | $105.93 | $0.00 |
| NC603 - Wilmington | Casey | Citek | 7045 Ruth Ave | | Wilmington | NC | 28411 | $319.93 | $319.93 | $0.00 |
| FL805 - Orlando UCF | Chiara | Ciullo | | | | FL | | $159.74 | $159.74 | $0.00 |
| UT102 - Fort Union | Carl | Clark | 7425 S Main Street | | Midvale | UT | 84047 | $2,144.99 | $2,144.99 | $0.00 |
| GA708 - Norcross | Greg | Clark | 1046 Noble Vines Drive | APT 4 | Clarkston | GA | 30021 | $261.38 | $261.38 | $0.00 |
| GA707 - Peachtree City | Brent | Cloud | 267 Matthews Rd | | Fayetteville | GA | 30215 | $149.99 | $149.99 | $0.00 |
| VA704 - Charlottesville | Amy | Cohee | 613 Mosesydr | | Charlottesville | VA | 22903 | $903.00 | $903.00 | $0.00 |
| GA708 - Norcross | Julie | Colella | | | | GA | | $49.99 | $49.99 | $0.00 |
| UT106 - Foothill | Ric | Collier | Po Box 520808 | | Salt Lake City | UT | 84152 | $2,478.23 | $2,478.23 | $0.00 |
| MO510 - Springfield MO | Brianna | Collins | 712 E Sunshine | Apt D9 | Springfield | MO | 65807 | $105.17 | $105.17 | $0.00 |
| GA702 - Athens | Mich | Collins-Thomas | 1191 East Broad Street | | Athens | GA | 30601 | $29.00 | $29.00 | $0.00 |
| UT100 - Park City | Yvone | Colpeland | 1550 Lucky John Dr. | | Park City | UT | 84060 | $31.16 | $31.16 | $0.00 |
| OR420 - Eugene | Paul | Compton | | | | OR | | $149.99 | $149.99 | $0.00 |
| GA702 - Athens | Jan | Conner | 208 Angie Way | | Bethleham | GA | 30620 | $353.09 | $353.09 | $0.00 |
| GA707 - Peachtree City | Jeff | Copper | 404 Plantane Terrance | | Peachtree City | GA | 3269 | $99.00 | $99.00 | $0.00 |
| FL807 - Clearwater | Iaana | Cortes | | | | FL | | $31.03 | $31.03 | $0.00 |
| TN313 - Vanderbilt | Summer | Cottrell | | | | TN | | $1,224.74 | $1,224.74 | $0.00 |
| KS511 - Lawrence | Cole | Courson | | | | KS | | $1,802.35 | $1,802.35 | $0.00 |
| TN312 - Nashville | Stacey | Cowan | | | | TN | | $108.16 | $108.16 | $0.00 |
| AR205 - Rogers | Georgeann | Craig | | | | AR | | $75.56 | $75.56 | $0.00 |
| AL712 - Montgomery | Melynn | Cromwell | | | | AL | | $662.97 | $662.97 | $0.00 |
| TX207 - Waco | Leslie | Cross | | | | TX | | $1,313.54 | $1,313.54 | $0.00 |
| OR420 - Eugene | Brandon | Crover | | | | OR | | $1,279.98 | $1,279.98 | $0.00 |
| GA702 - Athens | Stacy | Cruce | | | | GA | | $149.99 | $149.99 | $0.00 |
| TX206 - Katy | Spenser Edward | Cubage | 2219 Trenckmann Road | | Sealy | TX | 77474 | $32.46 | $32.46 | $0.00 |
| MO510 - Springfield MO | Raffaele | Cuccurese | 7115 W Farm Rd | | Springfield | MO | 65803 | $105.99 | $105.99 | $0.00 |
| TX207 - Waco | Brian | Curtis | | | | TX | | $2,512.92 | $2,512.92 | $0.00 |
| GA702 - Athens | Lee | Curtis | | | | GA | | $809.85 | $809.85 | $0.00 |
| GA702 - Athens | Lee | Curtis | | | | GA | | $192.59 | $192.59 | $0.00 |
| MT406 - Bozeman | Joseph | Cusick | 403 S. 1St St. West | Unit 2 | Missoula | MT | 59801 | $1,809.98 | $1,809.98 | $0.00 |
| MO510 - Springfield MO | David | Dalton | 10405 Stone Ridge Rd | | Huggins | MO | 65484 | $86.97 | $86.97 | $0.00 |
| AL712 - Montgomery | Tatayana | Darden | 2304 61St St | | Valley | AL | 36854 | $99.00 | $99.00 | $0.00 |
| GA710 - Forsyth | Nancy | Datlof | | | | GA | | $29.00 | $29.00 | $0.00 |
| GA710 - Forsyth | Dave | Davies | | | | GA | | $124.68 | $124.68 | $0.00 |
| GA702 - Athens | Karen | Davis | 208 Angie Way | | Bethleham | GA | 30620 | $353.09 | $353.09 | $0.00 |
| OR410 - Bend | Linda | Davis | | | | OR | | $1,889.98 | $1,889.98 | $0.00 |
| FL802 - Tallahassee | Rufus | Davis | | | | FL | | $16.13 | $16.13 | $0.00 |
| TN314 - Chattanooga | Tracey | Davis | | | | TN | | $108.16 | $108.16 | $0.00 |
| TN314 - Chattanooga | James | Davis Jr | | | | TN | | $426.05 | $426.05 | $0.00 |
| OR419 - Corvallis | Annalisa | Decina | 561 W Olive St | | Newport | OR | 97365 | $1,349.97 | $1,349.97 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| MO514 - Columbia | Benjamin | Defeo | | | | MO | | $149.99 | $149.99 | $0.00 |
| FL805 - Orlando UCF | Frederic | Delarosa | | | | FL | | $30.89 | $30.89 | $0.00 |
| OR419 - Corvallis | Laurent | Deluc | | | | OR | | $149.99 | $149.99 | $0.00 |
| GA702 - Athens | Kathleen | Demarrais | | | | GA | | $3,244.55 | $3,244.55 | $0.00 |
| MT406 - Bozeman | Ruth | Devlin | | | | MT | | $719.98 | $719.98 | $0.00 |
| AR205 - Rogers | Ana | Diaz | | | | AR | | $84.29 | $84.29 | $0.00 |
| FL802 - Tallahassee | Mckenzie | Dickey | | | | FL | | $181.64 | $181.64 | $0.00 |
| FL807 - Clearwater | Kim | Dickman | | | | FL | | $114.46 | $114.46 | $0.00 |
| UT100 - Park City | Brody | Dicks | | | | UT | | $300.82 | $300.82 | $0.00 |
| GA702 - Athens | Lynn | Dicks | 1021 Woodhollow Lane | | Athens | GA | 30606 | $524.28 | $524.28 | $0.00 |
| VA704 - Charlottesville | India | Dixon | | | | VA | | $747.59 | $747.59 | $0.00 |
| UT100 - Park City | Jenny | Dixon-Sevy | 952 Mountain Willow Ln | | Park City | UT | 84098 | $926.17 | $926.17 | $0.00 |
| GA710 - Forsyth | Robert | Dougherty | | | | GA | | $1,685.98 | $1,685.98 | $0.00 |
| GA711 - East Cobb | Aiden | Douglass | | | | GA | | $149.99 | $149.99 | $0.00 |
| GA710 - Forsyth | Marie | Doyle | | | | GA | | $299.00 | $299.00 | $0.00 |
| MT406 - Bozeman | Marsha | Draper | | | | MT | | $149.99 | $149.99 | $0.00 |
| ID401 - Idaho Falls | Emma | Dubisz | | | | ID | | $2,649.99 | $2,649.99 | $0.00 |
| IN301 - Evansville | Cory | Duncan | | | | IN | | $29.00 | $29.00 | $0.00 |
| KS511 - Lawrence | Lucas | Dutcher | | | | KS | | $914.81 | $914.81 | $0.00 |
| GA702 - Athens | Karen | Dykstra | | | | GA | | $765.48 | $765.48 | $0.00 |
| OR420 - Eugene | Josh | Dykzeul | | | | OR | | $4,199.99 | $3,350.00 | $849.99 |
| IN301 - Evansville | Kasondra | Eckels | | | | IN | | $884.57 | $884.57 | $0.00 |
| VA704 - Charlottesville | Janet | Eden | 1309 Gristmill Drive | | Charlottesville | VA | 22902 | $347.48 | $347.48 | $0.00 |
| | Shana | Edmunds | | | | UT | | $161.16 | $161.16 | $0.00 |
| AL803 - Tuscaloosa | Emory | Edwards | | | | AL | | $362.99 | $362.99 | $0.00 |
| KS511 - Lawrence | Maddie | Edwards | | | | KS | | $163.94 | $163.94 | $0.00 |
| AL712 - Montgomery | Monica | Edwards | 517 Boxwood Road | | Prattville | AL | 36067 | $99.00 | $99.00 | $0.00 |
| AL712 - Montgomery | Nick | Edwards | 5202 Fawnwood Lane | | Louisville | KY | 40291 | $29.00 | $29.00 | $0.00 |
| SC601 - Mt. Pleasant | Windy | Ellenberg | 2018 Pierce St | | Daniel Island | SC | 29492 | $279.48 | $279.48 | $0.00 |
| GA702 - Athens | Judith | Ellis | 125 Wood Lake Drive | | Athens | GA | 30606 | $99.00 | $99.00 | $0.00 |
| TX207 - Waco | Summer | Ellis | 4300 W Waco Dr | | Waco | TX | 76710 | $162.36 | $162.36 | $0.00 |
| OR419 - Corvallis | Terri | Emmons | 3083 Nw Thistle Pl | | Corvallis | OR | 97330 | $39.99 | $39.99 | $0.00 |
| FL805 - Orlando UCF | Kenza | Ennamany | | | | FL | | $105.44 | $105.44 | $0.00 |
| TN315 - Johnson City | Christian | Ernspiker | 27685 Us Highway 23 | | Big Stone Gap | VA | 24219 | $164.24 | $164.24 | $0.00 |
| TN314 - Chattanooga | Velia | Escobar | | | | TN | | $163.86 | $163.86 | $0.00 |
| OR419 - Corvallis | Peter | Eskine | | | | OR | | $99.99 | $99.99 | $0.00 |
| FL805 - Orlando UCF | Catherine | Espenscheid | | | | FL | | $92.62 | $92.62 | $0.00 |
| NC605 - Winston Salem | Cristabel | Espinosa | | | | NC | | $84.51 | $84.51 | $0.00 |
| TN312 - Nashville | Allison | Eveland | | | | TN | | $317.06 | $317.06 | $0.00 |
| TN312 - Nashville | Allison | Eveland | | | | TN | | $317.06 | $317.06 | $0.00 |
| TX200 - Lubbock | Jason | Ewing | 10616 Dover Ave | | Lubbock | TX | 79424 | $323.67 | $323.67 | $0.00 |
| FL801 - Destin | Kyle | Eyer | 630 Kilcullen Drive | | Niceville | FL | 32578 | $15.98 | $15.98 | $0.00 |
| TN312 - Nashville | Madeline | Fahey | | | | TN | | $185.68 | $185.68 | $0.00 |
| NC605 - Winston Salem | Hai | Falor | | | | NC | | $105.93 | $105.93 | $0.00 |
| UT105 - St. George | Michael | Farnsworth | | | | UT | | $52.31 | $52.31 | $0.00 |
| TX206 - Katy | Shoaib | Farooqi | 26411 Katy Springs Ln | | Katy | TX | 77494 | $62.78 | $62.78 | $0.00 |
| GA707 - Peachtree City | Olubunmi | Fasogbon | 28 Brookview Drive | | Newnan | GA | 30265 | $149.99 | $149.99 | $0.00 |
| MT406 - Bozeman | Richard | Fast | | | | MT | | $149.99 | $149.99 | $0.00 |
| FL807 - Clearwater | Shawn | Feeley | | | | FL | | $150.00 | $150.00 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| UT106 - Foothill | Kathy | Feigal | | | | UT | | $21.54 | $21.54 | $0.00 |
| AL712 - Montgomery | Raymond | Felder | | | | AL | | $99.00 | $99.00 | $0.00 |
| UT105 - St. George | Autumn | Felix | | | | UT | | $160.11 | $160.11 | $0.00 |
| EV001 - Wynwood | Mader | Felix | | | | FL | | $1,600.71 | $1,600.71 | $0.00 |
| GA710 - Forsyth | Audrey | Ferguson | | | | GA | | $99.00 | $99.00 | $0.00 |
| FL801 - Destin | Karelis | Figueroa | 521 Mooney Rd Nw | | Fort Walton Beach | FL | 32547 | $105.44 | $105.44 | $0.00 |
| GA707 - Peachtree City | Melissa | Fincher | 226 Shackelford Road | | Leoma | TN | 38468 | $59.90 | $59.90 | $0.00 |
| TN312 - Nashville | Laura | Fischer | 6664 Clearbrook Drive | | Nashville | TN | 37205 | $823.99 | $823.99 | $0.00 |
| GA702 - Athens | Molly | Flanagan | 124 North Avenue | | Athens | GA | 30601 | $99.00 | $99.00 | $0.00 |
| UT102 - Fort Union | Patrick | Flood | 6241 S 440 E | | Murrary | UT | 84107 | $106.18 | $106.18 | $0.00 |
| SC602 - Columbia SC | Harrison | Floyd | 3007 Heyward St | | Columbia | SC | 29205 | $266.18 | $266.18 | $0.00 |
| VA704 - Charlottesville | Alyson | Foldvary | Po Box 136 | | Barboursville | VA | 22923 | $3,211.63 | $3,211.63 | $0.00 |
| TX206 - Katy | Patricia | Foltz | 24823 Peach Knoll Ln | | Katy | TX | 77494 | $32.46 | $32.46 | $0.00 |
| FL802 - Tallahassee | Jalen | Foster | | | | FL | | $107.49 | $107.49 | $0.00 |
| NC605 - Winston Salem | Vicki | Fought | | | | NC | | $116.49 | $116.49 | $0.00 |
| UT106 - Foothill | Allene | Fowler | | | | UT | | $1,027.49 | $1,027.49 | $0.00 |
| NC603 - Wilmington | Jayliene | Franklin | 487 Gowans Vann Road | | Cerro Gordo | NC | 28430 | $106.99 | $106.99 | $0.00 |
| TN312 - Nashville | Kristen | Frazier | | | | TN | | $31.68 | $31.68 | $0.00 |
| UT106 - Foothill | Nathan | Fredrick | 1972 Yalecrest Ave | | Slc | UT | 84108 | $74.35 | $74.35 | $0.00 |
| FL807 - Clearwater | Micheal | Freedman | | | | FL | | $445.00 | $445.00 | $0.00 |
| IN301 - Evansville | Ethan | Freeman | | | | IN | | $448.99 | $448.99 | $0.00 |
| TX207 - Waco | Hing | Fung | 3418 Stewart Circle | | Waco | TX | 76708 | $162.36 | $162.36 | $0.00 |
| UT102 - Fort Union | Morgan | Gaarder | 7062 South 1935 East | | Salt Lake City | UT | 84121 | $879.42 | $879.42 | $0.00 |
| OR419 - Corvallis | Corey | Gaines | | | | OR | | $249.98 | $249.98 | $0.00 |
| KY316 - Louisville | Eurie | Gaither | | | | KY | | $51.94 | $51.94 | $0.00 |
| FL805 - Orlando UCF | Daniel | Garcia | | | | FL | | $159.74 | $159.74 | $0.00 |
| TN312 - Nashville | Johnny | Garcia | | | | TN | | $1,747.99 | $1,747.99 | $0.00 |
| TN312 - Nashville | Johnny | Garcia | | | | TN | | $2,403.49 | $2,403.49 | $0.00 |
| FL807 - Clearwater | Michelle | Garcia | | | | FL | | $73.83 | $73.83 | $0.00 |
| NC605 - Winston Salem | Julia | Gass | | | | NC | | $253.56 | $253.56 | $0.00 |
| GA705 - Macon | Robin | Gastelum | 918 Collins Ave | Lot 9 | Warner Robins | GA | 31093 | $149.99 | $149.99 | $0.00 |
| OR420 - Eugene | Lynne | Gately | | | | OR | | $1,116.96 | $1,116.96 | $0.00 |
| UT100 - Park City | Jim | Gazley | Po Box 681962 | | Park City | UT | 84068 | $945.53 | $945.53 | $0.00 |
| TN315 - Johnson City | Matthew | Gentry | 175 E. Rolins St | | Greeneville | TN | 37743 | $164.24 | $164.24 | $0.00 |
| KY316 - Louisville | Tony | Gibson | | | | KY | | $104.94 | $104.94 | $0.00 |
| ID401 - Idaho Falls | Eddie | Giffin | | | | ID | | $3,285.99 | $3,285.99 | $0.00 |
| TN315 - Johnson City | Dee | Ginn | 1005 Gloucester Ct | | Kingsport | TN | 37660 | $164.24 | $164.24 | $0.00 |
| UT105 - St. George | Delaina | Goff | 423 W 1St South St | | Mesquite | NV | 89027 | $160.11 | $160.11 | $0.00 |
| UT101 - Orem | Nedra | Gohnert | | | | UT | | $514.77 | $514.77 | $0.00 |
| TN314 - Chattanooga | Cesar | Gomez | | | | TN | | $108.16 | $108.16 | $0.00 |
| KS511 - Lawrence | Chirstopher | Gomez | | | | KS | | $326.81 | $326.81 | $0.00 |
| EV002 - Miami Beach | Jorge | Gomez | | | | FL | | $320.99 | $320.99 | $0.00 |
| EV002 - Miami Beach | Jorge | Gomez | | | | FL | | $1,069.99 | $1,069.99 | $0.00 |
| TX207 - Waco | Manuel | Gomez | 803 S Perrin | | Decatur | TX | 76234 | $107.17 | $107.17 | $0.00 |
| TX206 - Katy | Miguel | Gonzalez | 25930 Hopson Meadows Dr | | Richmond | TX | 77406 | $954.72 | $954.72 | $0.00 |
| TN314 - Chattanooga | Aj | Goodwin | | | | TN | | $914.39 | $914.39 | $0.00 |
| NC603 - Wilmington | Joey | Gore | | | | NC | | $2,888.99 | $2,888.99 | $0.00 |
| UT102 - Fort Union | Marry Lou | Granato | | | | UT | | $632.75 | $632.75 | $0.00 |
| TX207 - Waco | Celine | Granjeon | 1424 Hilltop Dr. | | Waco | TX | 76710 | $162.36 | $162.36 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| TX207 - Waco | Celine | Granjeon | 1424 Hilltop Dr. | | Waco | TX | 76710 | $162.36 | $162.36 | $0.00 |
| UT906 - B2B | Heather | Grant | 8055 Old Alton Road, | | Winona | MO | 65588 | $14,409.34 | $3,350.00 | $11,059.34 |
| UT906 - B2B | Heather | Grant | 8055 Old Alton Road, | | Winona | MO | 65588 | $11,438.70 | $3,350.00 | $8,088.70 |
| EV001 - Wynwood | Joshua | Grant | | | | FL | | $25.67 | $25.67 | $0.00 |
| TN314 - Chattanooga | Trevor | Grapenthin | | | | TN | | $108.16 | $108.16 | $0.00 |
| TX206 - Katy | Sherman | Gray | 7114 Harlem St | | Baytown | TX | 77521 | $107.17 | $107.17 | $0.00 |
| AL712 - Montgomery | Josi | Green | | | | AL | | $299.00 | $299.00 | $0.00 |
| TX206 - Katy | Kevin | Green | 21406 Delta Spring Lane | | Katy | TX | 77450 | $933.07 | $933.07 | $0.00 |
| FL801 - Destin | Saylar | Green | 30 Mcdavis Blvd | | Santa Rosa Beach | FL | 32459 | $105.44 | $105.44 | $0.00 |
| FL805 - Orlando UCF | Xori | Green | | | | FL | | $159.74 | $159.74 | $0.00 |
| FL805 - Orlando UCF | Xori | Green | | | | FL | | $745.49 | $745.49 | $0.00 |
| TN312 - Nashville | Cydney | Greenwood | | | | TN | | $108.16 | $108.16 | $0.00 |
| ID401 - Idaho Falls | Casey | Gregory | | | | ID | | $314.00 | $314.00 | $0.00 |
| TX208 - San Marcos | Emma | Griffin | 1701 Mill St | Apt 34106 | San Marcos | TX | 78666 | $107.17 | $107.17 | $0.00 |
| FL801 - Destin | Keondre | Griffin | 4151 Commons Dr W | apt 5215 | Destin | FL | 32541 | $105.44 | $105.44 | $0.00 |
| TX200 - Lubbock | David | Guinn | | | | TX | | $1,060.81 | $1,060.81 | $0.00 |
| NC605 - Winston Salem | Paul | Gulley | | | | NC | | $3,851.98 | $3,350.00 | $501.98 |
| AR205 - Rogers | Riya | Gupta | 1105 Sw Grand Blvd | | Bentonville | AR | 72712 | $270.44 | $270.44 | $0.00 |
| OR419 - Corvallis | Tarah | Gustafson | | | | OR | | $149.99 | $149.99 | $0.00 |
| TN315 - Johnson City | Becky | Hale | 1738 Charlotte Drive | | Elizabethton | TN | 37643 | $164.24 | $164.24 | $0.00 |
| AL803 - Tuscaloosa | Colton | Hall | | | | AL | | $299.00 | $299.00 | $0.00 |
| KS511 - Lawrence | Devonte | Hall | | | | KS | | $31.70 | $31.70 | $0.00 |
| GA710 - Forsyth | Brandon | Halsel | | | | GA | | $884.57 | $884.57 | $0.00 |
| UT102 - Fort Union | Gary | Halversen | 6331 Shenandoh Park Ave | | Salt Lake City | UT | 84121 | $428.97 | $428.97 | $0.00 |
| MT406 - Bozeman | Robert | Hamil | | | | MT | | $1,699.99 | $1,699.99 | $0.00 |
| ID401 - Idaho Falls | Debra | Hamilton | 55 N 100 W | | Blackfoot | ID | 83221 | $2,929.98 | $2,929.98 | $0.00 |
| OR410 - Bend | Joey | Hamilton | 61134 Brown Trout Pl | | Bend | OR | 97702 | $499.99 | $499.99 | $0.00 |
| TX207 - Waco | Paul | Hamilton | 233 Painted Horse | | Waco | TX | 76712 | $162.36 | $162.36 | $0.00 |
| TX206 - Katy | Todd Alan | Hamilton | 23623 Darling Creek | | Katy | TX | 77493 | $422.15 | $422.15 | $0.00 |
| MT406 - Bozeman | Ryan | Hammond | | | | MT | | $49.99 | $49.99 | $0.00 |
| UT102 - Fort Union | Adam | Hancock | | | | UT | | $160.86 | $160.86 | $0.00 |
| NC603 - Wilmington | James | Hancock | 233 Racine Dr. #13 | | Wilmington | NC | 28403 | $160.49 | $160.49 | $0.00 |
| UT101 - Orem | Trevor | Handley | 582 N 970 W | | Provo | UT | 84601 | $418.25 | $418.25 | $0.00 |
| TN312 - Nashville | Frank | Hannah | 5256 Rustic Way | | Old Hickory | TN | 37138 | $163.86 | $163.86 | $0.00 |
| SC601 - Mt. Pleasant | Amanda | Hansen | 5002 Wyman Blvd | | Summerville | SC | 29485 | $149.99 | $149.99 | $0.00 |
| OR419 - Corvallis | Linda | Hanson | | | | OR | | $249.98 | $249.98 | $0.00 |
| FL807 - Clearwater | Crystal | Harris | | | | FL | | $148.14 | $148.14 | $0.00 |
| FL801 - Destin | Ethan | Harris | 510 Earl Godwin Rd | | Freeport | FL | 32439 | $252.37 | $252.37 | $0.00 |
| UT105 - St. George | Jason | Harrison | | | | UT | | $114.18 | $114.18 | $0.00 |
| OR421 - Hillsboro | Michael | Harrison | 15655 Nw Perimeter Dr | | Beaverton | OR | 97006 | $99.99 | $99.99 | $0.00 |
| FL801 - Destin | Debra | Hart | 746 Bel Aire Drive | | Crestview | FL | 32536 | $564.41 | $564.41 | $0.00 |
| GA707 - Peachtree City | Jaquona | Hart | 2874 Ridgeview Trl | | Jonesboro | GA | 30238 | $49.00 | $49.00 | $0.00 |
| NC605 - Winston Salem | Josiah | Hart | | | | NC | | $160.49 | $160.49 | $0.00 |
| NC605 - Winston Salem | Susan | Hart | | | | NC | | $32.09 | $32.09 | $0.00 |
| FL805 - Orlando UCF | Antonio | Hasegawa | | | | FL | | $425.99 | $425.99 | $0.00 |
| IN301 - Evansville | Rance | Hawkins | | | | IN | | $909.49 | $909.49 | $0.00 |
| VA704 - Charlottesville | Barbara | Hawley | 2766 Ceville Rd | | Madison | VA | 22727 | $749.99 | $749.99 | $0.00 |
| TX208 - San Marcos | Julian | Hector | 172 Sawmill Road | | Seguin | TX | 78155 | $323.67 | $323.67 | $0.00 |
| GA710 - Forsyth | Ben | Heidenriech | | | | GA | | $179.98 | $179.98 | $0.00 |

Simply Mac Inc.
Exhibit E/F - 2.9

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AR205 - Rogers | Tenley | Hendrix | 602 Linda St | | Springdale | AR | 72764 | $108.40 | $108.40 | $0.00 |
| UT106 - Foothill | Scott | Hennessy | 2808 E. 3700 N. | | Layton | UT | 84040 | $829.65 | $829.65 | $0.00 |
| AR205 - Rogers | Peter | Henry | | | | AR | | $141.24 | $141.24 | $0.00 |
| TN312 - Nashville | Kenneth | Herdrick | | | | TN | | $284.03 | $284.03 | $0.00 |
| TN314 - Chattanooga | Lili | Hernandez | | | | TN | | $31.68 | $31.68 | $0.00 |
| FL801 - Destin | Missy | Herrington | | | | FL | | $159.74 | $159.74 | $0.00 |
| KS513 - Wichita | Joel | Hicks | | | | KS | | $106.43 | $106.43 | $0.00 |
| ID401 - Idaho Falls | Josh | Higley | | | | ID | | $4,109.98 | $3,350.00 | $759.98 |
| FL804 - Jacksonville | Debra | Hill | | | | FL | | $31.31 | $31.31 | $0.00 |
| TN312 - Nashville | Spring | Hill | | | | TN | | $239.99 | $239.99 | $0.00 |
| OR421 - Hillsboro | Chris | Hodges | 6770 Nw Jackson School Rd | | Hillsboro | OR | 97124 | $166.98 | $166.98 | $0.00 |
| TX207 - Waco | Lisa | Hoerster | 6400 Imperial Dr. | | Waco | TX | 76712 | $107.17 | $107.17 | $0.00 |
| TX207 - Waco | Selby | Holder | 104 Deanna St | | Robinson | TX | 76706 | $162.36 | $162.36 | $0.00 |
| TN312 - Nashville | Tracy | Holder | 530 Butler Road | | Portland | TN | 37148 | $326.66 | $326.66 | $0.00 |
| VA704 - Charlottesville | Linda | Holford | | | | VA | | $347.48 | $347.48 | $0.00 |
| GA711 - East Cobb | Jim | Holland | | | | GA | | $149.99 | $149.99 | $0.00 |
| UT101 - Orem | Michael | Holley | | | | UT | | $138.34 | $138.34 | $0.00 |
| NC603 - Wilmington | Erik | Horbacz | 708 Windswept Place | | Wilmington | NC | 28405 | $160.49 | $160.49 | $0.00 |
| NC603 - Wilmington | Lisa | Hornick | 1008 Windlea Run | | Wilmington | NC | 28409 | $256.79 | $256.79 | $0.00 |
| TN315 - Johnson City | Hunter | Horton | 105 Boxwood Circle | | Kingsport | TN | 37663 | $164.24 | $164.24 | $0.00 |
| AR205 - Rogers | Chris | Houser | 2468 N Primrose Ln | | Fayetteville | AR | 72703 | $406.32 | $406.32 | $0.00 |
| TN312 - Nashville | Matt | Houser | | | | TN | | $939.52 | $939.52 | $0.00 |
| IN301 - Evansville | Roger | Howard | | | | IN | | $29.00 | $29.00 | $0.00 |
| NC603 - Wilmington | Christy | Howe | | | | NC | | $3,872.98 | $3,350.00 | $522.98 |
| GA717 - Gainesville | Aca | Hubbare | 215 Ridge Circ | | Baldwin | GA | 30511 | $29.00 | $29.00 | $0.00 |
| GA707 - Peachtree City | Kara | Huddleston | 85 Beverly Lane | | Thomaston | GA | 30286 | $236.97 | $236.97 | $0.00 |
| AR205 - Rogers | Mark | Hudspeth | 638 Founders Park Dr W | | Springdale | AR | 72762 | $347.08 | $347.08 | $0.00 |
| SC604 - Myrtle Beach | Jonahtan | Huggins | | | | SC | | $149.99 | $149.99 | $0.00 |
| UT105 - St. George | Mick | Hull | | | | UT | | $105.68 | $105.68 | $0.00 |
| SC602 - Columbia SC | Allysia | Hurt | 308 Percival Rd | | Columbia | SC | 29206 | $31.32 | $31.32 | $0.00 |
| GA710 - Forsyth | Donnie | Hutchins | | | | GA | | $80.84 | $80.84 | $0.00 |
| SC602 - Columbia SC | William | Hutson | 3128 Oakview Rd | | Columbia | SC | 29204 | $81.26 | $81.26 | $0.00 |
| OR419 - Corvallis | John | Huyck | | | | OR | | $1,499.98 | $1,499.98 | $0.00 |
| TX206 - Katy | Mathew | Hymes | 27507 Gracefield Ln | | Fulshear | TX | 77441 | $898.45 | $898.45 | $0.00 |
| TX206 - Katy | Mathew | Hymes | 27507 Gracefield Ln | | Fulshear | TX | 77441 | $811.85 | $811.85 | $0.00 |
| TX206 - Katy | Mathew | Hymes | 27507 Gracefield Ln | | Fulshear | TX | 77441 | $904.94 | $904.94 | $0.00 |
| KS513 - Wichita | Daniel | Iacuzzi | | | | KS | | $265.50 | $265.50 | $0.00 |
| NC603 - Wilmington | Nick | Ingold | 4700 Stillwell Rd | | Wilmington | NC | 28412 | $160.49 | $160.49 | $0.00 |
| OR415 - Portland | Jamie | Irvine | | | | OR | | $179.98 | $179.98 | $0.00 |
| TX206 - Katy | Chikosolu | Iwobi | 6959 Amberwing Way | | Katy | TX | 77493 | $53.04 | $53.04 | $0.00 |
| AL712 - Montgomery | Dion | Jackson | 4032 Brighton Rd | | Montgomery | AL | 36116 | $49.00 | $49.00 | $0.00 |
| FL807 - Clearwater | Luis | Jackson | | | | FL | | $160.49 | $160.49 | $0.00 |
| GA702 - Athens | Regina | Jackson | 271 Chestfield Rd | | Bogart | GA | 30622 | $353.09 | $353.09 | $0.00 |
| GA702 - Athens | Regina | Jackson | 271 Chestfield Rd | | Bogart | GA | 30622 | $353.09 | $353.09 | $0.00 |
| GA702 - Athens | Regina | Jackson | 271 Chestfield Rd | | Bogart | GA | 30622 | $353.09 | $353.09 | $0.00 |
| FL804 - Jacksonville | Lindsey | James | 430 W Mcintosh 7 | | Milledgeville | GA | 31061 | $342.32 | $342.32 | $0.00 |
| UT101 - Orem | Sam | Jesse | | | | UT | | $50.00 | $50.00 | $0.00 |
| UT101 - Orem | Sam | Jesse | | | | UT | | $300.00 | $300.00 | $0.00 |
| AR205 - Rogers | Ponce | Jesus | | | | AR | | $84.29 | $84.29 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AL712 - Montgomery | Brittany | Johnson | | | | AL | | $29.00 | $29.00 | $0.00 |
| FL805 - Orlando UCF | Christian | Johnson | | | | FL | | $85.19 | $85.19 | $0.00 |
| MT406 - Bozeman | Mike | Johnson | | | | MT | | $329.99 | $329.99 | $0.00 |
| VA704 - Charlottesville | Sara | Johnson | | | | VA | | $424.83 | $424.83 | $0.00 |
| UT106 - Foothill | Kay | Johnston | 3125 E Kennedy Dr | 205 | Salt Lake City | UT | 84108 | $1,433.03 | $1,433.03 | $0.00 |
| GA717 - Gainesville | Ramona | Jones | 3522 Jones Ln | | Gainesville | GA | 30507 | $274.48 | $274.48 | $0.00 |
| FL805 - Orlando UCF | Amun | Jordan | 34057 Uk Circle | APT 2850 | Orlando | FL | 32712 | $105.44 | $105.44 | $0.00 |
| SC602 - Columbia SC | John | Jordan | 5411 Sylvan Dr | | Columbia | SC | 29206 | $31.32 | $31.32 | $0.00 |
| TX200 - Lubbock | Lindsey | Joy | | | | TX | | $194.83 | $194.83 | $0.00 |
| MT406 - Bozeman | Leidy | Karns | | | | MT | | $1,299.99 | $1,299.99 | $0.00 |
| FL805 - Orlando UCF | Marjorie | Karren | | | | FL | | $106.49 | $106.49 | $0.00 |
| SC601 - Mt. Pleasant | Robert | Kecken | 3205 Costal Grass Way | Unit 201 | Charleston | SC | 29414 | $418.57 | $418.57 | $0.00 |
| TN312 - Nashville | Destiny | Keller | | | | TN | | $163.86 | $163.86 | $0.00 |
| KS511 - Lawrence | Dan | Kelley | | | | KS | | $53.56 | $53.56 | $0.00 |
| TX207 - Waco | Kim | Kelley | 1124 Placid Cir | | Waco | TX | 76706 | $429.72 | $429.72 | $0.00 |
| SC602 - Columbia SC | Amanda | Kelly | 104 Braewick Rd | | Columbia | SC | 29212 | $322.92 | $322.92 | $0.00 |
| SC602 - Columbia SC | Tom | Kelly | 4615 Forset Drive | | Columbia | SC | 29206 | $266.18 | $266.18 | $0.00 |
| UT100 - Park City | Gary | Kennedy | 210 S 1970 E | | Heber | UT | 84032 | $321.28 | $321.28 | $0.00 |
| GA710 - Forsyth | Rae | Keown | | | | GA | | $711.98 | $711.98 | $0.00 |
| OR421 - Hillsboro | Linda | Keppinger | 1059 Sw Windwood Way | | Portland | OR | 97225 | $1,099.89 | $1,099.89 | $0.00 |
| SC604 - Myrtle Beach | Mark | Kerce | | | | SC | | $322.92 | $322.92 | $0.00 |
| FL807 - Clearwater | Joseph | Killion | | | | FL | | $264.27 | $264.27 | $0.00 |
| FL802 - Tallahassee | Yong Jae | Kim | | | | FL | | $99.95 | $99.95 | $0.00 |
| ID401 - Idaho Falls | Julee | Kimbro | | | | ID | | $1,971.98 | $1,971.98 | $0.00 |
| NC605 - Winston Salem | Kerrie | Kirk | | | | NC | | $73.83 | $73.83 | $0.00 |
| ID401 - Idaho Falls | Ryan | Kirkham | 2395 S Fieldstone Ct | | Idaho Falls | ID | 83406 | $149.99 | $149.99 | $0.00 |
| FL805 - Orlando UCF | Danielle | Knight | 1061 Fountain Coin Loop | | Orlando | FL | 32828 | $231.07 | $231.07 | $0.00 |
| SC602 - Columbia SC | Raymond | Knox | 130 Sweetwatter Dr | | Hopkin | SC | 29061 | $266.18 | $266.18 | $0.00 |
| FL805 - Orlando UCF | Mark | Knutsen | 10362 Park Commons Drive | | Orlando | FL | 32832 | $806.17 | $806.17 | $0.00 |
| VA704 - Charlottesville | Larry | Kochard | | | | VA | | $1,137.21 | $1,137.21 | $0.00 |
| GA702 - Athens | Pamela | Kohn | | | | GA | | $755.78 | $755.78 | $0.00 |
| IN301 - Evansville | Zachary | Koontz | | | | IN | | $99.00 | $99.00 | $0.00 |
| VA704 - Charlottesville | Halle | Krantz | 318 N Lake Dr | | Belmar | NJ | 07719 | $314.00 | $314.00 | $0.00 |
| UT106 - Foothill | John | Kunkel | | | | UT | | $99.00 | $99.00 | $0.00 |
| UT906 - B2B | Jonathan | Kutner | 3211 S La Cienega Blvd | | Los Angeles | CA | 90016 | $11,744.80 | $3,350.00 | $8,394.80 |
| NC605 - Winston Salem | Zachary | Kyles | | | | NC | | $105.93 | $105.93 | $0.00 |
| VA704 - Charlottesville | Jacqueline | Langholtz | 504 Park Hill | | Charlottesville | VA | 22902 | $84.23 | $84.23 | $0.00 |
| TX207 - Waco | Beth | Lanning | 755 Estes Rd. | | Lorena | TX | 76655 | $343.12 | $343.12 | $0.00 |
| KS513 - Wichita | Jonathan | Larios | | | | KS | | $1,087.49 | $1,087.49 | $0.00 |
| UT106 - Foothill | Julie | Larsen | | | | UT | | $883.51 | $883.51 | $0.00 |
| OR420 - Eugene | Kim | Larsen | | | | OR | | $2,199.99 | $2,199.99 | $0.00 |
| UT105 - St. George | Cassidy | Larson | | | | UT | | $160.11 | $160.11 | $0.00 |
| GA710 - Forsyth | Kaylie | Larson | | | | GA | | $99.00 | $99.00 | $0.00 |
| TN314 - Chattanooga | Will | Latham | | | | TN | | $127.80 | $127.80 | $0.00 |
| TN315 - Johnson City | Chasity | Laws | 706 Crowell Lane | | Johnson City | TN | 37601 | $31.76 | $31.76 | $0.00 |
| FL805 - Orlando UCF | Micheal | Lazo | | | | FL | | $891.37 | $891.37 | $0.00 |
| TN312 - Nashville | Vuit | Lcm | 1231 18Th Ave S | | Nashville | TN | 37212 | $326.66 | $326.66 | $0.00 |
| OR421 - Hillsboro | Debbi | Lee | | | | OR | | $329.99 | $329.99 | $0.00 |
| UT106 - Foothill | Anexora | Leon | 4254 Sunset View Drive | | Salt Lake City | UT | 84124 | $1,616.24 | $1,616.24 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| VA704 - Charlottesville | Renee | Leveque | | | | VA | | $735.48 | $735.48 | $0.00 |
| UT101 - Orem | Isabelle | Lewis | 310 W 500 S | | Orem | UT | 84058 | $126.54 | $126.54 | $0.00 |
| NC605 - Winston Salem | Joyce | Li | | | | NC | | $31.03 | $31.03 | $0.00 |
| MT404 - Missoula | Rodney | Lincoln | 5055 Victor Ct | | Missoula | MT | 59803 | $1,299.99 | $1,299.99 | $0.00 |
| NC605 - Winston Salem | Emma | Lipka | | | | NC | | $32.09 | $32.09 | $0.00 |
| MT406 - Bozeman | Nico | Little | | | | MT | | $299.98 | $299.98 | $0.00 |
| TN312 - Nashville | Wes | Little | | | | TN | | $3,097.74 | $3,097.74 | $0.00 |
| NC603 - Wilmington | Katie | Lomax | 204 Pages Creek Dr | | Wilmington | NC | 28411 | $105.93 | $105.93 | $0.00 |
| FL801 - Destin | Larry | Long | 300 Cabana Blvd | #3413 | Panama City Beach | FL | 32407 | $1,115.01 | $1,115.01 | $0.00 |
| GA702 - Athens | Sarajane | Love | | | | GA | | $513.59 | $513.59 | $0.00 |
| GA708 - Norcross | Felicia | Lucas | 1310 Rosemont Parkway | | Roswell | GA | 30076 | $79.99 | $79.99 | $0.00 |
| GA702 - Athens | Julie | Lucas | | | | GA | | $69.00 | $69.00 | $0.00 |
| GA702 - Athens | Julie | Lucas | | | | GA | | $69.00 | $69.00 | $0.00 |
| GA710 - Forsyth | Claire | Lugus | | | | GA | | $583.58 | $583.58 | $0.00 |
| UT102 - Fort Union | Ed | Lunt | 2720 Spring Creek Road | | Holladay | UT | 84117 | $3,085.59 | $3,085.59 | $0.00 |
| MT406 - Bozeman | Christopher | Lydick | | | | MT | | $49.99 | $49.99 | $0.00 |
| SC604 - Myrtle Beach | Brandon | Lyles | 1004 Gray Fox Ln | APT 3304 | Myrtle Beach | SC | 29579 | $322.92 | $322.92 | $0.00 |
| UT102 - Fort Union | Robert | Lyon | Po 71 | | Draper | UT | 84020 | $912.69 | $912.69 | $0.00 |
| NC605 - Winston Salem | Nick | Lyons | | | | NC | | $160.49 | $160.49 | $0.00 |
| NC317 - Asheville | Anna | Lytle | | | | NC | | $4,683.96 | $3,350.00 | $1,333.96 |
| TX208 - San Marcos | Danielle | Maclain | 124 Quinton Cove | | Kyle | TX | 78640 | $581.25 | $581.25 | $0.00 |
| KS513 - Wichita | Lashanette | Mahan | | | | KS | | $52.68 | $52.68 | $0.00 |
| AL803 - Tuscaloosa | Amber | Mahone | | | | AL | | $49.00 | $49.00 | $0.00 |
| OR421 - Hillsboro | Nati | Maldonado | 3620 Sw 117Th Ave | APt 158 | Beaverton | OR | 97005 | $236.97 | $236.97 | $0.00 |
| EV002 - Miami Beach | Augusto | Mammini | | | | FL | | $96.30 | $96.30 | $0.00 |
| TX200 - Lubbock | Vereniz | Mancilla | 1711 Ncr 2850 | | Lubbock | TX | 79403 | $925.50 | $925.50 | $0.00 |
| TX206 - Katy | Israr | Mandalvadi | 26043 Galena Stone Ln | | Katy | TX | 77494 | $32.46 | $32.46 | $0.00 |
| GA702 - Athens | Kydolinda | Mannucci | | | | GA | | $434.98 | $434.98 | $0.00 |
| FL801 - Destin | Justin | Marchesi | 4860 Lanett Drive | | Pensacola | FL | 32526 | $105.44 | $105.44 | $0.00 |
| GA702 - Athens | Dale | Marko | | | | GA | | $49.00 | $49.00 | $0.00 |
| AR205 - Rogers | Tony | Marques-Christopher | | | | AR | | $434.68 | $434.68 | $0.00 |
| OR421 - Hillsboro | America | Marquez | 434 Sw Walnut St | | Hillsboro | OR | 97123 | $833.97 | $833.97 | $0.00 |
| MO514 - Columbia | Latasha | Mars | | | | MO | | $29.00 | $29.00 | $0.00 |
| UT106 - Foothill | Caryl | Marsh | | | | UT | | $775.77 | $775.77 | $0.00 |
| NC605 - Winston Salem | Jennifer | Martin | | | | NC | | $32.09 | $32.09 | $0.00 |
| NC603 - Wilmington | Tony | Martin | 208 S. 8Th St | | Wilmington | NC | 28401 | $256.79 | $256.79 | $0.00 |
| FL805 - Orlando UCF | Victor | Martinez | 2725 Tally Ho Ave | | Orlando | FL | 32826 | $422.77 | $422.77 | $0.00 |
| FL801 - Destin | Carson | May | 1410 W 13Th St | | Austin | TX | 78746 | $15.98 | $15.98 | $0.00 |
| FL801 - Destin | Carson | May | 1410 W 13Th St | | Austin | TX | 78746 | $318.44 | $318.44 | $0.00 |
| FL801 - Destin | Kristie | Mcbroom | 200 Augusta Rd | Apt 201 | Panama City | FL | 32407 | $891.37 | $891.37 | $0.00 |
| GA717 - Gainesville | Stacey | Mccaleb | | | | GA | | $149.99 | $149.99 | $0.00 |
| UT105 - St. George | Marty | Mccarthy | | | | UT | | $4,430.09 | $3,350.00 | $1,080.09 |
| TN315 - Johnson City | Christa | Mcclellan | 312 Lynwood Street | | Bristol | TN | 37620 | $164.24 | $164.24 | $0.00 |
| UT106 - Foothill | Judith | Mcconkie | 3373 Oakwood Street | | Salt Lake City | UT | 84109 | $355.56 | $355.56 | $0.00 |
| TX203 - Tyler | William | Mccowin | 8327 El Cerito Dr. | | Tyler | TX | 75703 | $323.67 | $323.67 | $0.00 |
| FL804 - Jacksonville | Stacy | Mcdonald | | | | FL | | $106.93 | $106.93 | $0.00 |
| GA702 - Athens | Hollis | Mcfadden | 430 Wood Ward Way | | Athens | GA | 30606 | $3,288.98 | $3,288.98 | $0.00 |
| GA705 - Macon | Bo | Mcgowan | 29 Williams Ct | | Macon | GA | 31210 | $149.99 | $149.99 | $0.00 |
| TN314 - Chattanooga | Terry | Mcgregor | | | | TN | | $108.16 | $108.16 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AR205 - Rogers | Tyler | Mcguire | | | | AR | | $281.39 | $281.39 | $0.00 |
| FL805 - Orlando UCF | Alexandria Lynn | Mcilrath | 7 Hollow Pine Drive | | Debary | FL | 32713 | $105.44 | $105.44 | $0.00 |
| TN312 - Nashville | Mark | Mcintosh | | | | TN | | $163.85 | $163.85 | $0.00 |
| MT406 - Bozeman | Chris | Mcknight | | | | MT | | $1,239.98 | $1,239.98 | $0.00 |
| AR205 - Rogers | Erin | Mclaine | | | | AR | | $688.74 | $688.74 | $0.00 |
| KS511 - Lawrence | Byron | Mcreynolds | | | | KS | | $95.06 | $95.06 | $0.00 |
| UT102 - Fort Union | Randy | Meier | 5417 W 6600 S | | West Jordan | UT | 84081 | $457.90 | $457.90 | $0.00 |
| AL803 - Tuscaloosa | Taylor | Meier | | | | AL | | $99.00 | $99.00 | $0.00 |
| SC602 - Columbia SC | Jerusha | Mention | 101 Calloway Ct | | Columbia | SC | 29223 | $60.98 | $60.98 | $0.00 |
| UT102 - Fort Union | Ross & Karen | Meredith | 2517 E Keddington Lane | | Salt Lake City | UT | 84117 | $804.36 | $804.36 | $0.00 |
| AR205 - Rogers | Jo | Meyer | | | | AR | | $390.89 | $390.89 | $0.00 |
| UT100 - Park City | Shawn | Miele | | | | UT | | $268.61 | $268.61 | $0.00 |
| SC601 - Mt. Pleasant | Carrie | Miklaszewski | 272 Palm St | | Mount Pleasant | SC | 29464 | $134.06 | $134.06 | $0.00 |
| IN301 - Evansville | Gabrielle | Miller | | | | IN | | $322.82 | $322.82 | $0.00 |
| TX207 - Waco | Reelle | Miller | 301 Fisseler St | | Waco | TX | 76704 | $118.82 | $118.82 | $0.00 |
| ID401 - Idaho Falls | Jason | Minzghor | | | | ID | | $1,574.97 | $1,574.97 | $0.00 |
| UT101 - Orem | Miracell | Miracell | 921 N 1430 W | | Orem | UT | 84057 | $5,684.23 | $3,350.00 | $2,334.23 |
| GA707 - Peachtree City | James | Mires | 15 Upland Ct | | Newnan | GA | 30263 | $149.99 | $149.99 | $0.00 |
| TX206 - Katy | Jason Matthew | Moehn | 5218 Winding River | | Richmond | TX | 77469 | $518.50 | $518.50 | $0.00 |
| TN312 - Nashville | Duane | Moore | 113 Galway Lake South | | Hendersonville | TN | 37075 | $262.19 | $262.19 | $0.00 |
| OR421 - Hillsboro | Jim | Moore | | | | OR | | $4,878.98 | $3,350.00 | $1,528.98 |
| | Sharon | Moore | 11316 Kirkland Hill Path | | Austin | TX | 78754 | $32.46 | $32.46 | $0.00 |
| AR205 - Rogers | Daniel | Moran | | | | AR | | $54.74 | $54.74 | $0.00 |
| TN314 - Chattanooga | Lillie | Morgan | | | | TN | | $400.91 | $400.91 | $0.00 |
| ID401 - Idaho Falls | Sue | Mortensen | Po 38 | | Wilson | WY | 83014 | $1,290.98 | $1,290.98 | $0.00 |
| AL712 - Montgomery | Breanna | Moulton | | | | AL | | $99.00 | $99.00 | $0.00 |
| FL804 - Jacksonville | Elizabeth | Mountjoy | | | | FL | | $161.99 | $161.99 | $0.00 |
| MO510 - Springfield MO | Brian | Mueller | 22444 Bohanna Ln | | Pittsburg | MO | 65724 | $318.81 | $318.81 | $0.00 |
| SC601 - Mt. Pleasant | Timothy | Mullen | 7011 Rivers Avenue | | North Charleston | SC | 29406 | $2,291.16 | $2,291.16 | $0.00 |
| SC601 - Mt. Pleasant | Timothy | Mullen | 7011 Rivers Avenue | | North Charleston | SC | 29406 | $6,400.44 | $3,350.00 | $3,050.44 |
| TX207 - Waco | Camila | Murillo | 1005 Gilliam St | | Waco | TX | 76705 | $115.79 | $115.79 | $0.00 |
| NC605 - Winston Salem | Michal | Mussie | 6150 Red Cedar Dr Apt 3E | | High Point | NC | 27265 | $319.93 | $319.93 | $0.00 |
| AR205 - Rogers | Harigovindan | Nadancheri Sarvothman | | | | AR | | $95.23 | $95.23 | $0.00 |
| GA702 - Athens | Ashley | Nash | 780 Gaines School Road | | Athens | GA | 30605 | $29.00 | $29.00 | $0.00 |
| EV001 - Wynwood | Frank | Naves Suarez | | | | FL | | $106.99 | $106.99 | $0.00 |
| FL805 - Orlando UCF | Edgar | Nazario | | | | FL | | $396.97 | $396.97 | $0.00 |
| FL805 - Orlando UCF | Edgar | Nazario | | | | FL | | $338.97 | $338.97 | $0.00 |
| UT105 - St. George | Dewynn | Nelson | | | | UT | | $389.46 | $389.46 | $0.00 |
| UT101 - Orem | Gregory | Nelson | 1162 N 210 W | | American Fork | UT | 84003 | $32.16 | $32.16 | $0.00 |
| UT105 - St. George | Janice | Nelson | | | | UT | | $426.97 | $426.97 | $0.00 |
| AL803 - Tuscaloosa | Herbert | Newell | | | | AL | | $127.98 | $127.98 | $0.00 |
| OR410 - Bend | Stacy | Nichloas | 143 Nw Champanelle Way | | Bend | OR | 97703 | $610.96 | $610.96 | $0.00 |
| UT102 - Fort Union | Craig | Niebuhr | 6317 Tintic Lane | | West Jordan | UT | 84081 | $718.55 | $718.55 | $0.00 |
| FL714 - Orlando | Gladymar | Nieves | | | | FL | | $159.74 | $159.74 | $0.00 |
| TX207 - Waco | Claire | Niodemus | 2107 S 7Th St | | Waco | TX | 76706 | $323.67 | $323.67 | $0.00 |
| OR410 - Bend | Abe | Nonato | | | | OR | | $19.99 | $19.99 | $0.00 |
| TX206 - Katy | Judith | Obeta | 5411 Gemstone Pk Dr | | Richmond | TX | 77407 | $819.42 | $819.42 | $0.00 |
| TX206 - Katy | Judith | Obeta | 5411 Gemstone Pk Dr | | Richmond | TX | 77407 | $278.18 | $278.18 | $0.00 |
| OR419 - Corvallis | Andy | Odden | 6555 Nw Vinyard Dr | | Corvallis | OR | 97330 | $249.99 | $249.99 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| TN312 - Nashville | Jeremy | Odom | 903 Russell St | | Nashville | TN | 37206 | $1,966.48 | $1,966.48 | $0.00 |
| OR421 - Hillsboro | Brad | Offinga | 837 S 1150 E | | Provo | UT | 84606 | $149.99 | $149.99 | $0.00 |
| TX203 - Tyler | Michael | Ogg | 16112 Dixson | | Tyler | TX | 75703 | $527.14 | $527.14 | $0.00 |
| FL802 - Tallahassee | James | Ohalloran | | | | FL | | $106.43 | $106.43 | $0.00 |
| UT102 - Fort Union | Sharon | Okumura | 923 Nighthawk Dr. | | Sandy | UT | 84094 | $829.42 | $829.42 | $0.00 |
| OR419 - Corvallis | Loretta | Olivier | | | | OR | | $149.99 | $149.99 | $0.00 |
| GA711 - East Cobb | Jose | Olivieri | | | | GA | | $149.99 | $149.99 | $0.00 |
| GA707 - Peachtree City | Clayton | Ollarvia | 140 Concord Court | | Fayetteville | GA | 30214 | $113.98 | $113.98 | $0.00 |
| GA707 - Peachtree City | Justin | Olmsted | 227 Cedears Glenn Crl | | Valey | GA | 30180 | $71.78 | $71.78 | $0.00 |
| OR421 - Hillsboro | Janelle | Olsen | 13675 Nw Pettygrove St | | Portland | OR | 97229 | $149.99 | $149.99 | $0.00 |
| KS513 - Wichita | Norelia | Ordonez | | | | KS | | $892.23 | $892.23 | $0.00 |
| EV001 - Wynwood | Kevin | Orozco | | | | FL | | $106.99 | $106.99 | $0.00 |
| OR419 - Corvallis | Carson | Orr | 2600 Nw Century Dr | | Corvallis | OR | 97330 | $356.97 | $356.97 | $0.00 |
| UT101 - Orem | Jessica | Osorio | | | | UT | | $2,144.98 | $2,144.98 | $0.00 |
| UT101 - Orem | Brigham | Ostergaard | 2131 North 40 West | 333 | Provo | UT | 84604 | $1,930.48 | $1,930.48 | $0.00 |
| ID401 - Idaho Falls | Donald | Owen | | | | ID | | $349.79 | $349.79 | $0.00 |
| TX206 - Katy | Tracy | Owen | 23730 Westheimer Parkway | | Katy | TX | 77494 | $270.61 | $270.61 | $0.00 |
| SC602 - Columbia SC | Alexandra | Owens | 3114 Expedion Dr | | Deazell | SC | 29040 | $266.18 | $266.18 | $0.00 |
| AL803 - Tuscaloosa | Jeri | Owens | | | | AL | | $65.98 | $65.98 | $0.00 |
| FL805 - Orlando UCF | Sebastian | Paeres | 5555 Wooden Pine Drive | | Orlando | FL | 32829 | $422.77 | $422.77 | $0.00 |
| GA708 - Norcross | Paul | Paetz | | | | GA | | $5,073.53 | $3,350.00 | $1,723.53 |
| GA707 - Peachtree City | Brian | Page | 315 Corrigan Trace | | Peachtree City | GA | 30269 | $99.00 | $99.00 | $0.00 |
| GA717 - Gainesville | Ethan | Parker | 3737 River North Dr | | Gainesville | GA | 30506 | $99.00 | $99.00 | $0.00 |
| GA705 - Macon | Ke'Sarae | Parks | | | | GA | | $29.00 | $29.00 | $0.00 |
| TN312 - Nashville | Christian | Paro | | | | TN | | $2,184.98 | $2,184.98 | $0.00 |
| VA704 - Charlottesville | Caroline | Parrish | | | | VA | | $1,316.24 | $1,316.24 | $0.00 |
| TN314 - Chattanooga | Ken | Parsons | 9336 Bill Reed Road | | Ooltewah | TN | 37363 | $95.01 | $95.01 | $0.00 |
| FL805 - Orlando UCF | Yvetta | Passmore | | | | FL | | $189.98 | $189.98 | $0.00 |
| GA705 - Macon | Anmol | Patel | | | Athens | GA | 30606 | $158.78 | $158.78 | $0.00 |
| AL712 - Montgomery | Dev | Patel | 8517 W Hampton Ct | | Montgomery | AL | 36117 | $694.88 | $694.88 | $0.00 |
| SC604 - Myrtle Beach | Matthew | Pearson | | | | SC | | $31.32 | $31.32 | $0.00 |
| UT101 - Orem | Tyler | Pearson | | | | UT | | $911.60 | $911.60 | $0.00 |
| GA702 - Athens | Albin | Pepe | | | | GA | | $156.98 | $156.98 | $0.00 |
| KS513 - Wichita | Danilo | Perez | | | | KS | | $48.36 | $48.36 | $0.00 |
| NC605 - Winston Salem | Rebeca | Perez | | | | NC | | $105.93 | $105.93 | $0.00 |
| AR205 - Rogers | Theron | Perkins | | | | AR | | $108.40 | $108.40 | $0.00 |
| FL807 - Clearwater | Andrew | Peters | | | | FL | | $150.00 | $150.00 | $0.00 |
| MT406 - Bozeman | Michael | Peters | | | | MT | | $4,225.66 | $3,350.00 | $875.66 |
| UT100 - Park City | Lindsey | Petersen | 6831 N 220 W | 12Q | Park City | UT | 84098 | $106.38 | $106.38 | $0.00 |
| UT101 - Orem | Debra | Peterson | | | | UT | | $268.11 | $268.11 | $0.00 |
| FL801 - Destin | Peter | Peterson | 1559 Hickory Street | | Niceville | FL | 32578 | $159.74 | $159.74 | $0.00 |
| VA704 - Charlottesville | Donna | Petko | | | | VA | | $952.99 | $952.99 | $0.00 |
| TN312 - Nashville | John | Phelps | 1553 Meadow Bend Drive | | Madison | TN | 37115 | $2,403.49 | $2,403.49 | $0.00 |
| UT102 - Fort Union | Jake | Phillips | 410 N 800 W | | Vernal | UT | 84078 | $425.75 | $425.75 | $0.00 |
| NC603 - Wilmington | Ashantee | Pickett | 2421 Playa Way Apt 1402A | | Wilmington | NC | 28403 | $264.27 | $264.27 | $0.00 |
| GA710 - Forsyth | Phil | Pilgrim | | | | GA | | $413.77 | $413.77 | $0.00 |
| FL807 - Clearwater | Kunal | Pimpale | | | | FL | | $300.00 | $300.00 | $0.00 |
| TN314 - Chattanooga | Andy | Pippenger | 327 West Sunset Road | | Lookout Mountain | TN | 37350 | $163.86 | $163.86 | $0.00 |
| TX200 - Lubbock | Todd | Pollard | 2903 Denison Ave | | Snyder | TX | 79549 | $649.48 | $649.48 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| NC605 - Winston Salem | Tracy | Powers | | | | NC | | $31.03 | $31.03 | $0.00 |
| TX200 - Lubbock | Macie | Preston | | | | TX | | $107.17 | $107.17 | $0.00 |
| GA702 - Athens | Samantha | Price | | | | GA | | $99.00 | $99.00 | $0.00 |
| OR419 - Corvallis | Russell | Pyle | 1830 Nw 27Th St | | Corvallis | OR | 97330 | $149.99 | $149.99 | $0.00 |
| SC601 - Mt. Pleasant | Alex | Quattlebaum | 7 Johnson Rd | | Charleston | SC | 29407 | $418.57 | $418.57 | $0.00 |
| UT106 - Foothill | Pat & Elizabeth | Quealy | 2580 E 1300 S | | Salt Lake City | UT | 84601 | $1,322.27 | $1,322.27 | $0.00 |
| GA717 - Gainesville | Jack | Queen | 230 Maple Meadows Ln | | Morganton | GA | 30560 | $149.99 | $149.99 | $0.00 |
| NC603 - Wilmington | Ralph | Quezada | 1144 Mill Creek Loop | | Leland | NC | 28451 | $256.79 | $256.79 | $0.00 |
| NC603 - Wilmington | Karleigh | Quinn | 1450 Old Mill Creek Rd Se | | Winnabow | NC | 28479 | $52.43 | $52.43 | $0.00 |
| AR205 - Rogers | Anna | Raezer | | | | AR | | $108.40 | $108.40 | $0.00 |
| AR205 - Rogers | Satish | Ramani | 5718 S Chanberry Ln | | Rogers | OR | 72758 | $828.88 | $828.88 | $0.00 |
| | Daniela | Raymond | | | | FL | | $855.99 | $855.99 | $0.00 |
| TN312 - Nashville | Joe | Rechtfertig | | | | TN | | $317.06 | $317.06 | $0.00 |
| MT404 - Missoula | Samuel | Redfern | 91 Campus Drive | PMB 2407 | Missoula | UT | 59801 | $7,070.79 | $3,350.00 | $3,720.79 |
| | Phil | Reed | 5816 Pryor Road | | Hartville | MO | 65667 | $802.12 | $802.12 | $0.00 |
| GA707 - Peachtree City | Cheyenne | Reeves | 12982 Old Jonesboro Rd | | Atlanta | GA | 30315 | $99.00 | $99.00 | $0.00 |
| GA717 - Gainesville | James | Regan | | | | GA | | $60.48 | $60.48 | $0.00 |
| TX207 - Waco | Marc | Reid | 22 Mimosa Ln. | | Teague | TX | 75860 | $107.17 | $107.17 | $0.00 |
| ID401 - Idaho Falls | Makyra | Revees | | | | ID | | $1,059.99 | $1,059.99 | $0.00 |
| TX206 - Katy | Emmanuel | Rexnwakamma | 21503 Stonecross Terrace Lane | | Katy | TX | 77449 | $323.67 | $323.67 | $0.00 |
| GA711 - East Cobb | Anahita | Rezaee | 510 Hunters Crossing Dr | | Sandy Spring | GA | 30328 | $149.99 | $149.99 | $0.00 |
| OR420 - Eugene | Alexis | Richman | | | | OR | | $314.00 | $314.00 | $0.00 |
| AL803 - Tuscaloosa | Ashton | Rickard | | | | AL | | $49.00 | $49.00 | $0.00 |
| GA711 - East Cobb | Tracie | Ricksgers | | | | GA | | $205.98 | $205.98 | $0.00 |
| TN315 - Johnson City | Hollis | Riedel | 560 Cash Hollow Road | | Johnson City | TN | 37601 | $164.24 | $164.24 | $0.00 |
| KS513 - Wichita | Richard | Rierson | | | | KS | | $106.43 | $106.43 | $0.00 |
| FL805 - Orlando UCF | Sam | Rivera | | | | FL | | $159.74 | $159.74 | $0.00 |
| UT106 - Foothill | Benjamin | Roa | 8685 South Russell Park Road | | Salt Lake City | UT | 84121 | $368.66 | $368.66 | $0.00 |
| MO510 - Springfield MO | Steve | Robertson | Po Box 692 | | Marshfield | MO | 65706 | $268.82 | $268.82 | $0.00 |
| KS511 - Lawrence | Corbin | Robinson | | | | KS | | $262.31 | $262.31 | $0.00 |
| AL712 - Montgomery | Karen | Robinson | 7250 Greenfield Rd | | Montgomery | AL | 36117 | $99.00 | $99.00 | $0.00 |
| MO514 - Columbia | Khrislyn | Robinson | | | | MO | | $236.97 | $236.97 | $0.00 |
| AL803 - Tuscaloosa | Mackenzie | Rock | | | | AL | | $149.99 | $149.99 | $0.00 |
| FL805 - Orlando UCF | Camden | Rogers | 11025 Hub Plaza | APT 2419 | Orlando | FL | 32826 | $105.44 | $105.44 | $0.00 |
| UT106 - Foothill | Leland | Rogers | 2006 Monument Av | | Richmond Vir | UT | 23220 | $1,368.39 | $1,368.39 | $0.00 |
| TX207 - Waco | Jonathan | Roldan | 901 Woodland West Dr. | | Woodway | TX | 76712 | $6,224.36 | $3,350.00 | $2,874.36 |
| FL804 - Jacksonville | Robert | Rose | | | | FL | | $31.31 | $31.31 | $0.00 |
| UT101 - Orem | Sara | Ross | | | | UT | | $145.84 | $145.84 | $0.00 |
| AL712 - Montgomery | Randy | Roughton | | | | AL | | $299.00 | $299.00 | $0.00 |
| AR205 - Rogers | Lisa | Round | | | | AR | | $1,094.98 | $1,094.98 | $0.00 |
| FL802 - Tallahassee | Dr. Samuel | Rowley | | | | FL | | $74.18 | $74.18 | $0.00 |
| NC605 - Winston Salem | Aletha | Royer | | | | NC | | $105.93 | $105.93 | $0.00 |
| MO510 - Springfield MO | Steve | Rozell | 930 S Peach Tree Ave | | Springfield | MO | 65802 | $149.99 | $149.99 | $0.00 |
| UT102 - Fort Union | Sandy | Rudert | 2070 W 5350 S | | Taylorsville | UT | 84129 | $879.42 | $879.42 | $0.00 |
| TX206 - Katy | Miguel | Ruiz-Schnitter | 4314 Lasker Bvrook Ct | | Katy | TX | 77494 | $422.15 | $422.15 | $0.00 |
| TX206 - Katy | Kayla | Ruopp | 27503 Guthrie Ridge Ln | | Katy | TX | 77494 | $115.79 | $115.79 | $0.00 |
| MT406 - Bozeman | George | Ryan | Po Box 7210 | | Bozeman | MT | 59771 | $849.97 | $849.97 | $0.00 |
| MT404 - Missoula | Michael | Rylander | 775 Monroe St #5 | | Missoula | MT | 59802 | $1,299.99 | $1,299.99 | $0.00 |
| ID401 - Idaho Falls | Daisha | Sadiq | | | | ID | | $1,204.17 | $1,204.17 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| TX200 - Lubbock | Omar | Samad | | | | TX | | $107.17 | $107.17 | $0.00 |
| TX200 - Lubbock | Gary | Samuels | 7209 78Th | | Lubbock | TX | 79424 | $74.69 | $74.69 | $0.00 |
| NC605 - Winston Salem | Natalie | Sanders | | | | NC | | $144.43 | $144.43 | $0.00 |
| SC602 - Columbia SC | George | Sanford | 513 Autmn Cir | | Columbia | SC | 29206 | $115.81 | $115.81 | $0.00 |
| UT101 - Orem | Shantell | Santos | | | | UT | | $32.16 | $32.16 | $0.00 |
| NC603 - Wilmington | Ashley | Saunders | 8535 Reisling Ave. | | Wilmington | NC | 28411 | $319.93 | $319.93 | $0.00 |
| KS511 - Lawrence | Molly | Scanlon | | | | KS | | $326.81 | $326.81 | $0.00 |
| GA708 - Norcross | Malika | Scerritt | | | | GA | | $99.00 | $99.00 | $0.00 |
| OR419 - Corvallis | Linda | Schaberg | 2070 Sw Whiteside Dr. | | Corvallis | OR | 97333 | $149.99 | $149.99 | $0.00 |
| TN314 - Chattanooga | Daphne | Scherzer | | | | TN | | $53.53 | $53.53 | $0.00 |
| MT404 - Missoula | Adam | Schlumbohm | 111 N Higgins Ave | Suite 200 | Missoula | MT | 59802 | $149.99 | $149.99 | $0.00 |
| KS513 - Wichita | Madison | Schmidt | | | | KS | | $748.18 | $748.18 | $0.00 |
| KS513 - Wichita | James | Schoelwer | | | | KS | | $225.73 | $225.73 | $0.00 |
| FL807 - Clearwater | Brett | Schonewolf | | | | FL | | $52.43 | $52.43 | $0.00 |
| TN312 - Nashville | Jen | Schrenbeck | | | | TN | | $262.19 | $262.19 | $0.00 |
| ID401 - Idaho Falls | Dorthy | Schrodt | | | | ID | | $2,855.97 | $2,855.97 | $0.00 |
| KS513 - Wichita | Courtney | Schupbach | | | | KS | | $161.24 | $161.24 | $0.00 |
| FL805 - Orlando UCF | Neil | Schuster | | | | FL | | $159.74 | $159.74 | $0.00 |
| OR421 - Hillsboro | Paul | Schytz | | | | OR | | $2,499.99 | $2,499.99 | $0.00 |
| TX206 - Katy | Abby Lauren | Scott | 8638 Chickasaw Plum | | Katy | TX | 77494 | $323.67 | $323.67 | $0.00 |
| FL805 - Orlando UCF | Natalie | Scott | | | | FL | | $319.49 | $319.49 | $0.00 |
| NC605 - Winston Salem | Wesley | Scott | | | | NC | | $31.03 | $31.03 | $0.00 |
| KS511 - Lawrence | Angie | Sears | | | | KS | | $95.06 | $95.06 | $0.00 |
| GA710 - Forsyth | Florencia | Secuya | | | | GA | | $149.99 | $149.99 | $0.00 |
| GA707 - Peachtree City | Daniel | Serna | 344 Banks Rd | | Fayetteville | GA | 30214 | $149.99 | $149.99 | $0.00 |
| GA708 - Norcross | David | Shafer | | | | GA | | $99.00 | $99.00 | $0.00 |
| VA704 - Charlottesville | Andrew | Shaw | 3994 Monacan Trail Rd | | North Garden | VA | 22959 | $631.79 | $631.79 | $0.00 |
| AL712 - Montgomery | Blake | Shaw | | | | AL | | $29.00 | $29.00 | $0.00 |
| TX208 - San Marcos | Catherine | Shellman | 2439 Summit Ridge | | San Marcos | TX | 78666 | $237.05 | $237.05 | $0.00 |
| TX208 - San Marcos | Catherine | Shellman | 2439 Summit Ridge | | San Marcos | TX | 78666 | $54.11 | $54.11 | $0.00 |
| OR419 - Corvallis | Charles | Shelton | 2340 Rolling Green Dr | | Corvallis | OR | 97330 | $29.00 | $29.00 | $0.00 |
| UT106 - Foothill | Milt | Shipp | 2711 St Marrys Way | | Salt Lake | UT | 84108 | $2,421.32 | $2,421.32 | $0.00 |
| TX207 - Waco | Rose | Shook | 665 Berry Dr | | Robinson | TX | 76706 | $162.36 | $162.36 | $0.00 |
| OR419 - Corvallis | Simran | Sidhu | | | | OR | | $29.00 | $29.00 | $0.00 |
| FL805 - Orlando UCF | Eric | Simmons | | | | FL | | $30.89 | $30.89 | $0.00 |
| NC605 - Winston Salem | Jadyn | Singleton | | | | NC | | $660.16 | $660.16 | $0.00 |
| TN312 - Nashville | Joey | Skibbie | | | | TN | | $326.66 | $326.66 | $0.00 |
| GA702 - Athens | Eric | Smith | | | Athens | GA | 30606 | $149.99 | $149.99 | $0.00 |
| TN314 - Chattanooga | Jaleesa | Smith | | | | TN | | $108.16 | $108.16 | $0.00 |
| UT101 - Orem | Joey | Smith | 155 South 1200 West #13 | | Orem | UT | 84058 | $919.10 | $919.10 | $0.00 |
| KS513 - Wichita | Larry | Smith | | | | KS | | $125.75 | $125.75 | $0.00 |
| FL805 - Orlando UCF | Robertson | Smith | | | | FL | | $106.49 | $106.49 | $0.00 |
| GA707 - Peachtree City | Tameka | Smith | 7525 Volion Parkway | | Fairburn | GA | 30213 | $56.73 | $56.73 | $0.00 |
| GA702 - Athens | Tyler | Smith | 1033 Miller Mcelreath | | Danielsville | GA | 30633 | $99.00 | $99.00 | $0.00 |
| FL804 - Jacksonville | Zach | Smith | | | | FL | | $31.31 | $31.31 | $0.00 |
| AR205 - Rogers | Douglas | Solis | 902 Joye St | | Springdale | AR | 72762 | $53.66 | $53.66 | $0.00 |
| TX206 - Katy | William | Solley | 17030 Audrey Arbor Way | | Richmond | TX | 77407 | $432.96 | $432.96 | $0.00 |
| FL805 - Orlando UCF | Margie Ann | Soto | | | | FL | | $30.89 | $30.89 | $0.00 |
| ID401 - Idaho Falls | Tom | Spangler | Po Box 16 | | Victor | ID | 83455 | $1,159.98 | $1,159.98 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| GA707 - Peachtree City | Suzanne | Spatz | 104 Rosewood Ct | | Peachtree City | GA | 30269 | $99.00 | $99.00 | $0.00 |
| FL801 - Destin | Levi | Speakman | 1709 Conservation Trail | Apt 101 | Fort Walton Beach | FL | 32547 | $678.37 | $678.37 | $0.00 |
| UT106 - Foothill | Joseph | Spendlove | 1496 S 2300 E | | Slc | UT | 84108 | $393.25 | $393.25 | $0.00 |
| AR205 - Rogers | Fred | Spiegel | | | | AR | | $1,292.07 | $1,292.07 | $0.00 |
| MO514 - Columbia | Joshua | Spurgeon | | | | MO | | $60.97 | $60.97 | $0.00 |
| OR419 - Corvallis | Wade | Spurlin | | | | OR | | $149.99 | $149.99 | $0.00 |
| FL805 - Orlando UCF | Alima | Stackhouse | | | | FL | | $425.99 | $425.99 | $0.00 |
| UT105 - St. George | Renee | Stafford | | | | UT | | $160.11 | $160.11 | $0.00 |
| TX207 - Waco | Becca | Stallings | | | | TX | | $32.46 | $32.46 | $0.00 |
| UT105 - St. George | Trixie | Steed | 473 S River Rd | | St George | UT | 84790 | $105.68 | $105.68 | $0.00 |
| NC603 - Wilmington | Paul | Stepanovich | 5133 Barcroft Lake Dr | | Leland | NC | 28451 | $2,178.99 | $2,178.99 | $0.00 |
| GA702 - Athens | Celisa | Stevens | | | | GA | | $99.00 | $99.00 | $0.00 |
| GA702 - Athens | Celisa | Stevens | | | | GA | | $69.00 | $69.00 | $0.00 |
| MO514 - Columbia | Amanda | Stewart | | | | MO | | $80.00 | $80.00 | $0.00 |
| AR205 - Rogers | Melissa | Stewart | 5741 S Chanberry Ln | | Rogers | AR | 72758 | $108.40 | $108.40 | $0.00 |
| TX207 - Waco | Ethan | Still | 2406 Remington Dr. | | Killeen | TX | 76543 | $31.39 | $31.39 | $0.00 |
| TN312 - Nashville | Jennifer | Stiowell | | | | TN | | $163.86 | $163.86 | $0.00 |
| AR205 - Rogers | Lawrence | Stotsbery | | | | AR | | $383.24 | $383.24 | $0.00 |
| FL804 - Jacksonville | Laura | Suber | | | | FL | | $106.93 | $106.93 | $0.00 |
| AL803 - Tuscaloosa | Chinenye | Sunny-Odio | | | | AL | | $105.98 | $105.98 | $0.00 |
| TN312 - Nashville | Elizabeth | Suter | 260 Wildcat Run | | Gallatin | TN | 37066 | $273.11 | $273.11 | $0.00 |
| NC605 - Winston Salem | Samuel | Swinson | | | | NC | | $105.93 | $105.93 | $0.00 |
| MT406 - Bozeman | Gregg | Switzer | | | | MT | | $2,899.99 | $2,899.99 | $0.00 |
| MT406 - Bozeman | Cody | Synder | | | | MT | | $549.98 | $549.98 | $0.00 |
| ID401 - Idaho Falls | Jamie | Tapp | | | | ID | | $879.78 | $879.78 | $0.00 |
| NC603 - Wilmington | Alysson | Tarr | 5010 Mccelland Dr | 310 | Wilmington | NC | 20405 | $31.03 | $31.03 | $0.00 |
| NC605 - Winston Salem | Parker | Tegler | | | | NC | | $253.56 | $253.56 | $0.00 |
| FL805 - Orlando UCF | Joycie | Teixeira | | | | FL | | $159.74 | $159.74 | $0.00 |
| NC603 - Wilmington | Connie | Teras | | | | NC | | $353.09 | $353.09 | $0.00 |
| TN314 - Chattanooga | Kathy | Teufel | | | | TN | | $6,629.69 | $3,350.00 | $3,279.69 |
| TN314 - Chattanooga | Kathy | Teufel | | | | TN | | $7,892.82 | $3,350.00 | $4,542.82 |
| OR420 - Eugene | Edward | Thatcher | | | | OR | | $1,099.99 | $1,099.99 | $0.00 |
| GA707 - Peachtree City | April | Thomas | 9741 Thomas Road | | Jonesboro | GA | 30238 | $49.00 | $49.00 | $0.00 |
| GA707 - Peachtree City | Aswad | Thomas | 75 Washington Street | P.O. Box 429 | Fairburn | GA | 30213 | $99.00 | $99.00 | $0.00 |
| NC605 - Winston Salem | Brett | Thomas | | | | NC | | $73.83 | $73.83 | $0.00 |
| TN312 - Nashville | Eric | Thompson | | | | TN | | $426.05 | $426.05 | $0.00 |
| FL801 - Destin | Jeffrey | Thornton | 3566 Sugar Maple Ln | | Crestview | FL | 32539 | $30.89 | $30.89 | $0.00 |
| TN314 - Chattanooga | Noah | Thornton | | | | TN | | $163.86 | $163.86 | $0.00 |
| FL807 - Clearwater | Gina | Timmins | | | | FL | | $160.49 | $160.49 | $0.00 |
| TN312 - Nashville | Lauren | Tomlin | | | | TN | | $906.75 | $906.75 | $0.00 |
| FL801 - Destin | Suleika | Torres | 422 Triton St | | Crestview | FL | 32536 | $158.68 | $158.68 | $0.00 |
| ID401 - Idaho Falls | Brian | Torvik | | | | ID | | $2,649.99 | $2,649.99 | $0.00 |
| FL805 - Orlando UCF | Windsor | Tourne | 4200 Bear Gully Road | | Winter Park | FL | 32792 | $851.98 | $851.98 | $0.00 |
| KS513 - Wichita | Dawn | Truman | | | | KS | | $118.24 | $118.24 | $0.00 |
| UT105 - St. George | Dexter | Truman | | | | UT | | $30.96 | $30.96 | $0.00 |
| SC604 - Myrtle Beach | Joni | Turnbull | | | | SC | | $291.59 | $291.59 | $0.00 |
| IN301 - Evansville | Rodeny | Turner | | | | IN | | $29.00 | $29.00 | $0.00 |
| OR419 - Corvallis | Mavis | Tuten | | | | OR | | $149.99 | $149.99 | $0.00 |
| | Brandon | Uehlein | | | | ID | | $475.00 | $475.00 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| MT406 - Bozeman | Heather | Urkuski | | | | MT | | $148.99 | $148.99 | $0.00 |
| GA711 - East Cobb | Mary | Ursits | 393 Stockwood Dr | | Woodstock | GA | 30188 | $149.99 | $149.99 | $0.00 |
| UT101 - Orem | Hannah | Vance | | | | UT | | $145.84 | $145.84 | $0.00 |
| NC605 - Winston Salem | Zachary | Vandyne | | | | NC | | $105.93 | $105.93 | $0.00 |
| NC605 - Winston Salem | Connie | Vanhorn | | | | NC | | $171.18 | $171.18 | $0.00 |
| GA717 - Gainesville | Josh | Vaughters | | | | GA | | $99.00 | $99.00 | $0.00 |
| GA717 - Gainesville | Josh | Vaughters | | | | GA | | $256.79 | $256.79 | $0.00 |
| TX206 - Katy | Sandra | Vickers | 4606 Payton Chase Lane | | Katy | TX | 77494 | $107.17 | $107.17 | $0.00 |
| TX200 - Lubbock | Vanessa | Villegas | 217 Chanticleer Place | | Clovis | NM | 88101 | $108.24 | $108.24 | $0.00 |
| KY316 - Louisville | Virginia | Vish | 2102 Palmer Court | | New Albany | IN | 47150 | $948.67 | $948.67 | $0.00 |
| FL807 - Clearwater | Alexander | Vishniakov | | | | FL | | $1,062.47 | $1,062.47 | $0.00 |
| UT100 - Park City | Jodi | Vleck | 2445 Luck Judd | | Park City | UT | 84060 | $93.44 | $93.44 | $0.00 |
| FL805 - Orlando UCF | Mathew | Wagner | | | | FL | | $241.72 | $241.72 | $0.00 |
| FL807 - Clearwater | Scott | Wagner | | | | FL | | $385.18 | $385.18 | $0.00 |
| GA707 - Peachtree City | Michael | Waitmen | 15541 Vista Verde Drive | | Montverde | FL | 34756 | $99.99 | $99.99 | $0.00 |
| UT101 - Orem | Michael | Walker | 842 S 890 E | | Orem | UT | 84097 | $307.78 | $307.78 | $0.00 |
| KS511 - Lawrence | Douglas | Walsh | | | | KS | | $1,583.76 | $1,583.76 | $0.00 |
| UT101 - Orem | Elaine | Walton | | | | UT | | $1,930.48 | $1,930.48 | $0.00 |
| SC601 - Mt. Pleasant | Kris | Ward | | | | SC | | $149.99 | $149.99 | $0.00 |
| FL807 - Clearwater | Tony | Ward | | | | FL | | $85.59 | $85.59 | $0.00 |
| GA707 - Peachtree City | Clydine | Warfield | 4100 Jailette Rd | | Atlanta | GA | 30349 | $149.99 | $149.99 | $0.00 |
| GA707 - Peachtree City | Clydine | Warfield | 4100 Jailette Rd | | Atlanta | GA | 30349 | $149.99 | $149.99 | $0.00 |
| TN312 - Nashville | Heather | Warmbrod | | | | TN | | $312.49 | $312.49 | $0.00 |
| TX203 - Tyler | Gloria | Watson | 1082 Cr 4910 | | Troup | TX | 75789 | $887.62 | $887.62 | $0.00 |
| MO510 - Springfield MO | Martie | Watson | 1707 East Cherry St | | Springfield | MO | 65802 | $105.99 | $105.99 | $0.00 |
| MO514 - Columbia | Brian | Watt | | | | MO | | $179.74 | $179.74 | $0.00 |
| UT105 - St. George | Don | Webb | | | | UT | | $160.11 | $160.11 | $0.00 |
| GA702 - Athens | Anne | Webster | | | | GA | | $353.09 | $353.09 | $0.00 |
| UT102 - Fort Union | Spencer | Werking | | | | UT | | $209.10 | $209.10 | $0.00 |
| AR205 - Rogers | Margaret | Weyer | 1971 N Starr Dr | | Fayetteville | AR | 72701 | $95.24 | $95.24 | $0.00 |
| MO510 - Springfield MO | Amanda | Wheeler | 122 Brandywine | | Rogersville | MO | 65742 | $149.99 | $149.99 | $0.00 |
| OR421 - Hillsboro | Devin | Whiley | 8666 Ne Adlington St | | Hillsboro | OR | 97006 | $1,239.98 | $1,239.98 | $0.00 |
| GA707 - Peachtree City | Daniel | White | 7780 Newnan Rd | | Brooks | GA | 30205 | $149.99 | $149.99 | $0.00 |
| NC605 - Winston Salem | Mary | White | | | | NC | | $160.49 | $160.49 | $0.00 |
| UT106 - Foothill | Staci | White | 961 S Fairview Ave | | Salt Lake City | UT | 84105 | $1,616.22 | $1,616.22 | $0.00 |
| GA702 - Athens | Sasha | Whitehead | | | | GA | | $99.00 | $99.00 | $0.00 |
| TN312 - Nashville | Benjamin | Whitehouse | | | | TN | | $53.53 | $53.53 | $0.00 |
| UT100 - Park City | Erin | Wickersham | | | | UT | | $161.16 | $161.16 | $0.00 |
| AR205 - Rogers | Ian | Wiese | | | | AR | | $106.19 | $106.19 | $0.00 |
| NC605 - Winston Salem | Cris | Wiley | | | | NC | | $160.49 | $160.49 | $0.00 |
| MO514 - Columbia | Elle | Wilkinson | | | | MO | | $99.00 | $99.00 | $0.00 |
| UT106 - Foothill | Cate | Williams | 370 Westminster Ave | | Salt Lake City | UT | 84115 | $161.61 | $161.61 | $0.00 |
| GA702 - Athens | Demetrius | Williams | | | | GA | | $69.00 | $69.00 | $0.00 |
| SC604 - Myrtle Beach | Dominique | Williams | 9400 Shore Dr | | Myrtle Beach | SC | 29572 | $106.92 | $106.92 | $0.00 |
| TX206 - Katy | Jennifer | Williams | 4218 Fornari Lane | | Katy | TX | 77449 | $162.36 | $162.36 | $0.00 |
| TN312 - Nashville | Tevin | Williams | | | | TN | | $521.09 | $521.09 | $0.00 |
| AL712 - Montgomery | Tiffany | Williams | | | | AL | | $299.00 | $299.00 | $0.00 |
| NC603 - Wilmington | Blanche | Williamson | 8037 Bold Eagle Ln | | Wilmington | NC | 28411 | $105.93 | $105.93 | $0.00 |
| AL803 - Tuscaloosa | London | Williamson | | | | AL | | $149.99 | $149.99 | $0.00 |

| Location Name | Customer First Name | Customer Last Name | Customer Address1 | Customer Address2 | Customer City | Customer State | Customer ZIP | Total Claim | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| IN301 - Evansville | Donna | Windberg | | | | IN | | $299.00 | $299.00 | $0.00 |
| OR410 - Bend | Daniel | Winey | 23126 Switchback Ct | | Bend | OR | 97701 | $719.98 | $719.98 | $0.00 |
| FL801 - Destin | John | Winkle | 396 Casa Grande Lane | | Santa Rosa Beach | FL | 32459 | $912.67 | $912.67 | $0.00 |
| KS513 - Wichita | Gabby | Winter | | | | KS | | $106.43 | $106.43 | $0.00 |
| ID401 - Idaho Falls | Craig | Wirght | | | | ID | | $764.99 | $764.99 | $0.00 |
| MT406 - Bozeman | Rebecca | Wolfe | | | | MT | | $834.98 | $834.98 | $0.00 |
| | Nathan | Wolff | | | | OR | | $149.99 | $149.99 | $0.00 |
| TX200 - Lubbock | Pamela | Wright | 4805 63Rd | | Lubbock | TX | 79414 | $97.41 | $97.41 | $0.00 |
| TX200 - Lubbock | Pamela | Wright | | | | TX | | $75.76 | $75.76 | $0.00 |
| GA705 - Macon | Rashawn | Wright | | | | GA | | $99.00 | $99.00 | $0.00 |
| GA702 - Athens | Sandra | Wyld | | | | GA | | $2,139.99 | $2,139.99 | $0.00 |
| NC605 - Winston Salem | Dennis | Wyss | | | | NC | | $52.43 | $52.43 | $0.00 |
| TN312 - Nashville | Mina | Yakoub | | | | TN | | $108.16 | $108.16 | $0.00 |
| MO510 - Springfield MO | Shannon | Yarnell | 2157 N Prospect Ave | | Springfield | MO | 65803 | $479.99 | $479.99 | $0.00 |
| NC603 - Wilmington | Austin | Yeagan | 6408 West Port Dr | | Wilmington | NC | 28409 | $160.49 | $160.49 | $0.00 |
| UT105 - St. George | Michael | Yeung | | | | UT | | $160.11 | $160.11 | $0.00 |
| MT404 - Missoula | Robert | Zawlocki | 1900 Mullen Rd | | Frenchtown | MT | 59834 | $99.00 | $99.00 | $0.00 |
| TX200 - Lubbock | Ivy | Zepeda | 4602 9Th | | Lubbock | TX | 79416 | $270.61 | $270.61 | $0.00 |
| FL804 - Jacksonville | George | Zitzewitz | | | | FL | | $106.93 | $106.93 | $0.00 |
| TX208 - San Marcos | Dara | Zoboroski | 1481 Fischer Store Rd | | Fischer | TX | 78623 | $546.64 | $546.64 | $0.00 |
| | | | | | | | | $463,630.67 | $395,790.58 | $67,840.09 |

Simply Map Inc.
Exhibit E/F—2.9

| Employee Id | First Name | Middle Name | Last Name | Home Address | Home Address 2 | Home City | Home State | Home Zip | Total Due to EE | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01390997 | Maxwell | | Aaronson | 704 East Dorchester | | Saint Johns | FL | 32259 | $1,199.85 | $1,199.85 | $0.00 |
| 01390489 | Brandon | Travis | Albea | 1020 Coastal Marsh Road | | Mount Pleasant | SC | 29464 | $2,607.37 | $2,607.37 | $0.00 |
| 01390765 | Allen | David | Allen | 6100 Frontage Rd Apt 304 | | Myrtle Beach | SC | 29577 | $3,362.50 | $3,362.50 | $0.00 |
| 013901016 | Connor | | Allen | 190 N Redstone Road | J203 | Washington | UT | 84780 | $2,073.23 | $2,073.23 | $0.00 |
| 01390801 | David | | Allen | 6100 Frontage Rd Apt 304 | | Myrtle Beach | SC | 29577 | $3,694.00 | $3,694.00 | $0.00 |
| 01390735 | Tony | Leon | Allen | 9 Kenilworth Knoll Unit 223 | | Asheville | NC | 28805 | $2,618.20 | $2,618.20 | $0.00 |
| 01390229 | Nelson | | Alvarez | 4700 Jasmine Creek Lane | | Orlando | FL | 32811 | $1,057.60 | $1,057.60 | $0.00 |
| 013901037 | Jacob | Ammon | Anderson | 271 S 2Nd W | Apt 201 | Rexburg | ID | 83440 | $2,332.82 | $2,332.82 | $0.00 |
| 013901090 | Gildardo | | Arias Rodriguez | 3722 Rainterra Dr | | Katy | TX | 77449 | $1,305.98 | $1,305.98 | $0.00 |
| 01390803 | Peter | | Bagarella | 409 Claradon Ave | | Columbus | GA | 31906 | $3,936.34 | $3,936.34 | $0.00 |
| 01390988 | Nathaniel | S | Barber | 2046 Boots Harrison Rd | | Hortense | GA | 31543 | $2,413.46 | $2,413.46 | $0.00 |
| 01390853 | Alexander | | Barnard | 108 Rock Mull | | Peachtree City | GA | 30269 | $2,475.34 | $2,475.34 | $0.00 |
| 01390960 | Anaya | Dnae | Barnes | 488 Dogwood Trail | | Tyrone | GA | 30290 | $2,622.38 | $2,622.38 | $0.00 |
| 01390636 | Blake | | Bekalowicz | 50 Woodlee Rd Apt E | | Staunton | VA | 24401 | $886.73 | $886.73 | $0.00 |
| 01390977 | Ismael | Kipruto | Bett | 195 S Barbara Ln | | Austell | GA | 30168 | $2,271.90 | $2,271.90 | $0.00 |
| 01390838 | Blake | Alan | Bittinger | 117 Deer Trace Circle | | Myrtle Beach | SC | 29588 | $2,559.87 | $2,559.87 | $0.00 |
| 013901101 | Dakeem | | Blackiston | 1850 Norwood Crt | | Fort Walton Beach | FL | 32548 | $855.36 | $855.36 | $0.00 |
| 01390965 | Phillip | Michael | Bowers | 10 Oak Street | | Summerville | GA | 30747 | $4,693.75 | $4,693.75 | $0.00 |
| 013901099 | Renissa | | Bracey | 414 Woodsman Ct. | | Nashville | TN | 37214 | $1,508.43 | $1,508.43 | $0.00 |
| 01390990 | William | Daniel | Bradford | 2729 Old Mill Trail | | Marietta | GA | 30062 | $2,235.59 | $2,235.59 | $0.00 |
| 013901066 | Reuel | | Braid | 4013 Bent Oak Drive | | Columbia | MO | 65203 | $3,018.07 | $3,018.07 | $0.00 |
| 01390959 | Tyra | Alexis | Braswell | 1175 13th Street E | 1221 | Tuscaloosa | AL | 35404 | $1,962.35 | $1,962.35 | $0.00 |
| 01390984 | William | | Bright | 2015 Deel Road | | Green Cove Springs | FL | 32043 | $2,606.61 | $2,606.61 | $0.00 |
| 013901109 | Chelsea | Morgan | Brown | 11640 NW Stone Mountain Ln Apt. 206 | Apt 206 | Portland | OR | 97229 | $1,692.25 | $1,692.25 | $0.00 |
| 013901021 | Robert | | Bryant | 8462 Eastchase Parkway | Apt 2103 | Montgomery | AL | 36117 | $2,456.89 | $2,456.89 | $0.00 |
| 013901108 | Caleb | Ryan | Burris | 3131 Mountain Creek Rd 7B4 | 7B4 | Chattanooga | TN | 37415 | $747.45 | $747.45 | $0.00 |
| 01390359 | Tyler | James | Burton | 330 Michael Court | | Dallas | GA | 30157 | $2,371.58 | $2,371.58 | $0.00 |
| 01390973 | Jameson | | Busch | 617 N 5th Ave | Unit F | Bozeman | MT | 59715 | $2,768.00 | $2,768.00 | $0.00 |
| 01392 | Adrienne | Renee | Cabiness | 128 Amie Court | | Macon | GA | 31217 | $3,335.19 | $3,335.19 | $0.00 |
| 01390729 | Andres | | Cantillo | 3100 Hartford St N | | St Petersburg | FL | 33713 | $1,749.90 | $1,749.90 | $0.00 |
| 01390268 | Jaime | | Chavez | 1515 S. Grant Avenue | | Springfield | MO | 65807 | $2,191.65 | $2,191.65 | $0.00 |
| 01390899 | Parker | James | Christensen | 752 Country Club | | Stansbury Park | UT | 84074 | $2,975.00 | $2,975.00 | $0.00 |
| 01390880 | Zachary | Guy | Churchill | 430 SW Miami Loop Apt10 | | Fayetteville | AR | 72701 | $2,444.35 | $2,444.35 | $0.00 |
| 01390379 | Brian | Joseph | Cobey | 1652 Farmview Place | | Acworth | GA | 30101 | $2,258.72 | $2,258.72 | $0.00 |
| 01390947 | Philip | Max | Collins | 654 Baywick Cir | | Crozet | VA | 22932 | $2,212.99 | $2,212.99 | $0.00 |
| 0139055 | Todd | E. | Cook | 2414 Mcdonald Ave | Apt 102 | Missoula | MT | 59801 | $4,638.97 | $4,638.97 | $0.00 |
| 01390854 | Evander | | Copeland | 200 Olympia Drive | Apt. I 3 | Warner Robins | GA | 31093 | $2,832.90 | $2,832.90 | $0.00 |
| 01390776 | Octavio | | Cordoba | 1250 W 53Rd St | | Hialeah | FL | 33012 | $4,704.56 | $4,704.56 | $0.00 |
| 013901067 | Samantha | Marie | Cornwell | 1910 S Honeytree St | | Wichita | KS | 67207 | $2,428.58 | $2,428.58 | $0.00 |
| 01390468 | Brentz | | Dancy | 260 Kingswood Drive | | Macon | GA | 31210 | $3,941.96 | $3,941.96 | $0.00 |
| 01390978 | William | Michael | D'Angelo | 100 Rapala Way | | Lexington | SC | 29072 | $4,243.70 | $4,243.70 | $0.00 |
| 01390182 | Aron | Wendell | Davis | 407 E 4140 S | 127 | Salt Lake City | UT | 84107 | $2,621.60 | $2,621.60 | $0.00 |
| 01390756 | Arlene | | Defelice | 440 Candlestick Drive | | Hull | GA | 30646 | $5,395.02 | $5,395.02 | $0.00 |
| 013901098 | Bradley | | Devine | 329 Main St 7D | Apt 7D | Evansville | IN | 47708 | $1,997.09 | $1,997.09 | $0.00 |
| 01390138 | Isaac | | Doughty | 720 NW 5th St | Apt 44 | Corvallis | OR | 97330 | $3,031.20 | $3,031.20 | $0.00 |
| 01390578 | Shannon | | Drabant | 6700 Riverway Dr. | | Prospect | KY | 40059 | $4,345.99 | $4,345.99 | $0.00 |
| 01390863 | Doy | Timothy | Dunlap | 117 Old Still Lane | | Bonneau | SC | 29431 | $4,446.00 | $4,446.00 | $0.00 |
| 01390686 | Jeremy | | Dunlap | 373 Indian Woman Road | | Santa Rosa Beach | FL | 32459 | $2,919.73 | $2,919.73 | $0.00 |

| Employee Id | First Name | Middle Name | Last Name | Home Address | Home Address 2 | Home City | Home State | Home Zip | Total Due to EE | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01390260 | Robert | | Dutton | 1216 W Pacific Avenue | #10 | Salt Lake City | UT | 84104 | $4,784.94 | $4,784.94 | $0.00 |
| 01390790 | Nathan | Allen | Elliott | 633 Canterbury Dr. Apt# 84A | Apt# 84A | Myrtle Beach | SC | 29579 | $3,075.72 | $3,075.72 | $0.00 |
| 01390758 | Nathaniel | | Ellis | 832 NE Redwood Ave | | Redmond | OR | 97756 | $3,337.40 | $3,337.40 | $0.00 |
| 01390121 | Tysen | | Ellis | 2262 Preston St | | Salt Lake City | UT | 84106 | $4,972.88 | $4,972.88 | $0.00 |
| 01390566 | John | | Emery | 821 Kendall Drive | | Nashville | TN | 37209 | $2,837.08 | $2,837.08 | $0.00 |
| 01390638 | Travis | | Fox | 10700 Berwyn Dr. | | Waco | TX | 76708 | $5,736.77 | $5,736.77 | $0.00 |
| 01390727 | Jason | | Frankenfield | 2052 Doomar Dr | | Tallahassee | FL | 32308 | $2,756.90 | $2,756.90 | $0.00 |
| 01390919 | Chelsea | | Fuller | 311 E 200 N | Unit A | Springville | UT | 84663 | $1,954.34 | $1,954.34 | $0.00 |
| 01390494 | Morgan | | Gaddis | 1249 Lewis Sailors Rd | | Jefferson | GA | 30549 | $2,603.89 | $2,603.89 | $0.00 |
| 0139013 | Brennon | | Garff | 7313 South 1600 East | | Cottonwood Heights | UT | 84121 | $4,478.56 | $4,478.56 | $0.00 |
| 01390137 | Tucker | Gregory | Gibbons | 1671 SW Knollbrook Place | | Corvallis | OR | 97333 | $2,183.10 | $2,183.10 | $0.00 |
| 01390679 | Mikayla | | Goff | 254 North Lake Street | | Axtell | TX | 76624 | $2,394.95 | $2,394.95 | $0.00 |
| 01390721 | Fidel | | Gomez | 3085 State Highway 123 | Apt 5107 | San Marcos | TX | 78666 | $2,650.12 | $2,650.12 | $0.00 |
| 01390467 | Oddi | | Gomez | 8005 SW 107th Ave | Building #6 Apt #118 | Miami | FL | 33173 | $4,063.27 | $4,063.27 | $0.00 |
| 01390802 | Kelsie | | Gonzales | 1011 Wonder World Dr. Apt. 1108 | Apt 1108 | San Marcos | TX | 78666 | $2,907.19 | $2,907.19 | $0.00 |
| 01390923 | Andres | | Gonzalez | 2846 S Blair Street | Apt A1 | South Salt Lake | UT | 84115 | $1,641.09 | $1,641.09 | $0.00 |
| 01390661 | Emery | | Graham | 1132 N Burbank Dr | | Montgomery | AL | 36117 | $3,034.11 | $3,034.11 | $0.00 |
| 01390908 | Karriann | | Graham | 9000 E Lincoln | #205 | Wichita | KS | 67207 | $3,076.77 | $3,076.77 | $0.00 |
| 01390704 | Joshua | | Grant | 1776 Polk St. | Apt. 2014 | Hollywood | FL | 33020 | $2,032.43 | $2,032.43 | $0.00 |
| 01901065 | Kaytlynn | | Greaves | 3930 S. Main St Apt 2415 | | Millcreek | UT | 84107 | $2,776.83 | $2,776.83 | $0.00 |
| 013901046 | Devante | C | Green | 11070 Edna Brake Lucas Dr | | Montgomery | AL | 36117 | $3,710.62 | $3,710.62 | $0.00 |
| 01390589 | Drew | | Griffin | 115 White Park Place | | Dallas | GA | 30132 | $2,500.25 | $2,500.25 | $0.00 |
| 0139014 | Jennie | | Groshong | 2070 NW Meadow Wood Dr | | Albany | OR | 97321 | $2,916.48 | $2,916.48 | $0.00 |
| 01390462 | Jacquelin | | Guzman | 15520 SW 80 Street | Apt. B301 | Miami | FL | 33193 | $3,508.64 | $3,508.64 | $0.00 |
| 01390799 | Robert | Guillaume | Hagerman | 221 Hickory Ln | | Hampstead | NC | 28443 | $2,340.04 | $2,340.04 | $0.00 |
| 013901077 | N'Kenya | Toure | Hairston | 315 Stanleyville Manor Court | | Rural Hall | NC | 27045 | $3,238.64 | $3,238.64 | $0.00 |
| 01390843 | Ashantia | Mercedes | Harris | 681 Ashton Lane | | Lawrenceville | GA | 30044 | $2,757.12 | $2,757.12 | $0.00 |
| 01390902 | Kevin | Robert | Hasenpflug | 4047 Carbon Street | | Bozeman | MT | 59718 | $3,977.92 | $3,977.92 | $0.00 |
| 01390852 | Kamal | | Hauter | 5616 Montelle Ln | None | Nashville | TN | 37211 | $2,992.69 | $2,992.69 | $0.00 |
| 01390428 | Nathan | Daren | Haws | 4103 W. Great Neck Drive | | South Jordan | UT | 84009 | 4,779.62 | $4,779.62 | $0.00 |
| 01390706 | Branon | | Highbridge | 1216 W Pacific Ave | #10 | Salt Lake City | UT | 84104 | $2,816.60 | $2,816.60 | $0.00 |
| 01390300 | Matt | | Hill | 2499 Eagle Drive | | Ammon | ID | 83406 | $2,310.21 | $2,310.21 | $0.00 |
| 01390851 | Kyler | | Hooper | 1250 Roberts S Light Blvd | Apt 4102 | Buda | TX | 78610 | $4,037.15 | $4,037.15 | $0.00 |
| 01390643 | Dustin | | Hopkins | 64215 Hunnell Rd | | Bend | OR | 97703 | $3,965.00 | $3,965.00 | $0.00 |
| 01390660 | Kibbe | | Horne | 7916 Kiverton Place | | Atlanta | GA | 30350 | $6,795.00 | $6,795.00 | $0.00 |
| 013901083 | Charles | Peter | Insalaca | 144 Griffin Way | | Canton | GA | 30115 | $1,672.36 | $1,672.36 | $0.00 |
| 01390635 | Jennifer | | Irwin | 8060 SW Avery St Apt 251 | | Portland | OR | 97062 | $2,066.86 | $2,066.86 | $0.00 |
| 01390958 | Nathan | Tyler | Jarrell | 477 Balcombe Rd | | Rocky Point | NC | 28457 | $1,853.95 | $1,853.95 | $0.00 |
| 01390952 | Gabrielle | Karrie | Johnson | 7 Jackson Cir | | Tuscaloosa | AL | 35401 | $1,478.39 | $1,478.39 | $0.00 |
| 013901017 | Natasha | | Kalonde | 1513 Tempest Court | | Bozeman | MT | 59718 | $2,073.66 | $2,073.66 | $0.00 |
| 01390689 | Joshua | | Kersey | 402 NE Patricia Ann Pl | | Hillsboro | OR | 97006 | $2,616.20 | $2,616.20 | $0.00 |
| 0139086 | Robert | Dylan | Kight | 803 Bermuda Run | | Woodstock | GA | 30189 | $16,012.47 | $15,150.00 | $862.47 |
| 01390447 | Nathan | Jeffrey | Kranwinkle | 3634 NE 46th Ave | | Portland | OR | 97213 | $3,970.51 | $3,970.51 | $0.00 |
| 01390172 | Christopher | | Kyser | 11758 Chatsworth Highway | | Ellijay | GA | 30540 | $5,778.95 | $5,778.95 | $0.00 |
| 01390789 | Billy | | Lackey | 3050 Cr 427 | Unit 1801 | Tyler | TX | 75704 | $2,160.68 | $2,160.68 | $0.00 |
| 01390223 | Kyle | | Lamb | 506 S 2Nd St | | Verona | MO | 65769 | $2,442.83 | $2,442.83 | $0.00 |
| 013901020 | Krystle | Lynn | Legat | 2534 Troy Rd | | Troy | VA | 22974-3977 | $4,212.50 | $4,212.50 | $0.00 |
| 01390659 | Jacob | | Loftus | 55 West 1450 North | Apt 156 | Provo | UT | 84604 | $1,538.63 | $1,538.63 | $0.00 |

| Employee Id | First Name | Middle Name | Last Name | Home Address | Home Address 2 | Home City | Home State | Home Zip | Total Due to EE | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01390402 | Armando | Jose | Lopez | 6001 Oakbend St Apt 8204 | | Orlando | FL | 32835 | $2,217.11 | $2,217.11 | $0.00 |
| 0139060 | Ryan | Scott | Loughrey | 680 Walnut Woods Drive | | Braselton | GA | 30517 | $4,812.50 | $4,812.50 | $0.00 |
| 01390157 | Benito | | Lugo | 5808 Cr 1200 | Spc 2 | Lubbock | TX | 79407 | $3,966.44 | $3,966.44 | $0.00 |
| 01390143 | Caleb | | Mann | 1406 Skyline Drive | Apartment C-17 | Johnson City | TN | 37604 | $3,237.60 | $3,237.60 | $0.00 |
| 01390461 | Ana | | Martin | 19636 SW 123Rd Court | | Miami | FL | 33177 | $4,040.31 | $4,040.31 | $0.00 |
| 013901091 | Jada | | Martin | 2736 Frankfort Ave Unit 102 | | Louisville | KY | 40206 | $2,162.96 | $2,162.96 | $0.00 |
| 01390928 | Jose | | Martinez | 1342 S Maple Dr | | Katy | TX | 77493 | $2,917.26 | $2,917.26 | $0.00 |
| 013901000 | Julian | Edward | May | 1609 Nantucket Ct | Bldg 9 | Palm Harbor | FL | 34683 | $2,044.85 | $2,044.85 | $0.00 |
| 013901103 | Jennifer | | Mayea | 492 E 20 Street | | Hialeah | FL | 33013 | $1,172.33 | $1,172.33 | $0.00 |
| 01390967 | Kameron | | Mccurdy | 1088 W 1860 S | | Orem | UT | 84058 | $2,355.24 | $2,355.24 | $0.00 |
| 01390720 | Samuel | William | Mcdowell | 1608 Mabry Street | | Tallahassee | FL | 32310 | $7,367.14 | $7,367.14 | $0.00 |
| 013901097 | Douglas | | Mcgrath | 1788 Parc Vue Ave | | Mt Pleasant | SC | 29464 | $2,994.27 | $2,994.27 | $0.00 |
| 0139046 | Demian | | Mckibben | 375 Spencer Way | | Farmington | UT | 84025 | $7,954.89 | $7,954.89 | $0.00 |
| 013901092 | Peter | | Medina | 7928 West Drive | Unit 608 | North Bay Village | FL | 33141 | $1,782.00 | $1,782.00 | $0.00 |
| 01390670 | Mohammad | | Merchant | 10668 Monica Ridge Way | A-5 | South Jordan | UT | 84095 | $4,673.75 | $4,673.75 | $0.00 |
| 01390583 | Andrew | William | Miller | 1231 NE M L King Blvd | Apt 415 | Portland | OR | 97232 | $2,264.00 | $2,264.00 | $0.00 |
| 01390732 | Daniel | | Milne | 1320 Hendrix Rd Apt 805 | | Tallahassee | FL | 32301 | $2,707.69 | $2,707.69 | $0.00 |
| 013901031 | Kyle | Jordan | Money | 115 Queit Creek Ct | | Louisville | KY | 40229 | $2,162.20 | $2,162.20 | $0.00 |
| 01390460 | Alfredo | | Munoz-Unsain | 10900 SW 41St Terrace | | Miami | FL | 33165 | $5,001.54 | $5,001.54 | $0.00 |
| 01390653 | Dugan | Aiken | Murphy | 810 Lanier Mill Cir | | Oakwood | GA | 30566 | $3,183.83 | $3,183.83 | $0.00 |
| 01390556 | Jay | Willis | Myers | 19 Annie St | | Asheville | NC | 28806 | $5,273.59 | $5,273.59 | $0.00 |
| 01390176 | Matthew | Willis | Myers | 1357 W 490 N | | St. George | UT | 84770 | $3,457.24 | $3,457.24 | $0.00 |
| 01390800 | Jamiel | Raymon | Neal | 1244 East Ridge Road | | Gainesville | GA | 30501 | $2,075.37 | $2,075.37 | $0.00 |
| 01390728 | Isaac | | Nelson | 106 Ridge Rd | | Perry | FL | 32348 | $131.84 | $131.84 | $0.00 |
| 01390771 | Taylor | | Newlund | 19741 Dry Canyon Avenue | | Bend | OR | 97702 | $2,136.55 | $2,136.55 | $0.00 |
| 013901006 | Kevin | | Nieves | 2045 Shroud Street | Building 19 Apt 101 | Orlando | FL | 32814 | $2,470.19 | $2,470.19 | $0.00 |
| 01390385 | James | M | Orman | 245 Indian Lake Blvd S108 | S108 | Hendersonville | TN | 37075 | $12,866.52 | $12,866.52 | $0.00 |
| 01390650 | Joshua | | Paquin | 2623 East Oakbrook Drive | Apt A | Columbia | MO | 65202 | $2,312.49 | $2,312.49 | $0.00 |
| 01390628 | Christian | Giles | Parker | 202 3Rd St | | Idaho Falls | ID | 83401 | $3,647.92 | $3,647.92 | $0.00 |
| 01390621 | Kinsey | | Pase | 133 Oklahoma Avenue | | Hewitt | TX | 76643 | $2,408.44 | $2,408.44 | $0.00 |
| 01390974 | Dev | | Patel | 450 Falkirk Dr | | Warner Robins | GA | 31088 | $1,964.00 | $1,964.00 | $0.00 |
| 013901106 | Casey | | Patterson | 3630 Appomattox Drive | | Winston-Salem | NC | 27106-2734 | $1,595.22 | $1,595.22 | $0.00 |
| 01390633 | Connor | Alexander | Peat | 6191 Vine Field Lane | | Murray | UT | 84121 | $3,208.40 | $3,208.40 | $0.00 |
| 01390873 | Kenneth | | Perciful | 222 4th St | | Erwin | TN | 37650 | $3,874.26 | $3,874.26 | $0.00 |
| 0139039 | Gustavo | | Perez | 8265 Autumn Green Dr. | | Fairburn | GA | 30213 | $2,601.10 | $2,601.10 | $0.00 |
| 013901025 | Wendy | Corrine | Petulla | 916 W 28Th Ave | | Eugene | OR | 97405 | $3,888.31 | $3,888.31 | $0.00 |
| 01390199 | David | Walker | Pierce | 1001 Painter Road | | Jonesborough | TN | 37659 | $1,332.38 | $1,332.38 | $0.00 |
| 01390371 | Andrew | J | Porting | 1937 W. Springdale St. | | Springfield | MO | 65803 | $4,251.86 | $4,251.86 | $0.00 |
| 01390766 | Jamin | | Pottle | 435 N Stone Mountain Dr (Unit 17) | Unit 17 | Saint George | UT | 84770 | $2,360.94 | $2,360.94 | $0.00 |
| 01390593 | Julie | | Reece | 536 Upper Grassy Branch E | | Asheville | NC | 28805 | $3,178.51 | $3,178.51 | $0.00 |
| 01390132 | Rodney | | Reese | 103 Hillwood Rd | | Prattville | AL | 36067 | $5,273.59 | $5,273.59 | $0.00 |
| 01390550 | Van | | Richardson | 714 Maylene Drive Apt A8 | Apt A8 | Madison | TN | 37115 | $3,307.87 | $3,307.87 | $0.00 |
| 013901072 | Pedro | | Rivera | 808 SE Riverside Dr | | Evansville | IN | 47713 | $1,715.68 | $1,715.68 | $0.00 |
| 013901107 | Rodney | T | Rivers | 3458 Laurel Leaf Dr | | Orange Park | FL | 32065 | $1,051.08 | $1,051.08 | $0.00 |
| 013901048 | Daequan | | Robinson | 3387 Castleberry Village | | Cumming | GA | 30040 | $1,870.61 | $1,870.61 | $0.00 |
| 013901105 | Pierre | Deanthony-Pashar | Robinson | 4104 Primrose Path | | Winston-Salem | NC | 27127-6691 | $1,803.96 | $1,803.96 | $0.00 |
| 01390579 | Keith | | Rodriguez | 3730 Stonefield Drive | | Orlando | FL | 32826 | $3,684.42 | $3,684.42 | $0.00 |
| 0139099 | Raymond | I | Rodriguez | P.O. Box 1247 | | Idalou | TX | 79329 | $3,375.92 | $3,375.92 | $0.00 |

| Employee Id | First Name | Middle Name | Last Name | Home Address | Home Address 2 | Home City | Home State | Home Zip | Total Due to EE | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01390955 | Nicholas | Natrah | Ronayne | 906 Tucker Ln | | Loganville | GA | 30052 | $2,345.48 | $2,345.48 | $0.00 |
| 0139016 | Paul | E | Rowberry | 4702 W Copper Brook Circle | | West Jordan | UT | 84088 | 3,929.71 | $3,929.71 | $0.00 |
| 01390192 | Juan | | Rubio | 5407 Tallowwood Terrace | | Katy | TX | 77493 | $2,733.63 | $2,733.63 | $0.00 |
| 01390200 | Isaac | | Ruffin | 4344 Napier Avenue | Apt B8 | Macon | GA | 31210 | $2,466.01 | $2,466.01 | $0.00 |
| 01390285 | Marlon | | Schaeffer | 172 North Grand St | | Eugene | OR | 97402 | $4,240.20 | $4,240.20 | $0.00 |
| 013901055 | Zachary | Harvey | Schultz | 23303 Club Villas Dr | | Land O Lakes | FL | 34639 | $525.86 | $525.86 | $0.00 |
| 013901102 | Sterling | | Schurr | 146 Cougar Blvd | Apt 235 | Provo | UT | 84604 | $101.97 | $101.97 | $0.00 |
| 01390377 | Brian | | Schwemmer | 3023 E Jackson Ave | | Spokane | WA | 99207 | $4,751.03 | $4,751.03 | $0.00 |
| 01390826 | Jordan | | Seiger | 3724 Sw 29th St. | Apt #627 | Topeka | KS | 66614 | $2,575.07 | $2,575.07 | $0.00 |
| 01390975 | Leslie | Ann | Severance | 7301 E Brainered Rd | C28 | Chattanooga | TN | 37421 | $3,124.74 | $3,124.74 | $0.00 |
| 01390339 | Melinda | Marie | Sewell | 131 Alderwood Hill | | Atlanta | GA | 30328 | $1,999.94 | $1,999.94 | $0.00 |
| 0139030 | Samantha | | Sexton | 4521 W Blue Ray Cir. | | Rogers | KS | 72758 | $3,834.42 | $3,834.42 | $0.00 |
| 01390159 | Shawn | Douglas | Sexton | 5917 67th Street | Apt 1806 | Lubbock | TX | 79424 | $3,205.29 | $3,205.29 | $0.00 |
| 01390875 | Fielding | | Shipman | 4163 N Sunflower Cir | | Fayetteville | AR | 72703 | $2,617.82 | $2,617.82 | $0.00 |
| 01390920 | Brandon | | Smith | 1151 N. Hazelwood Lane | | Wichita | KS | 67212 | $2,809.72 | $2,809.72 | $0.00 |
| 01390194 | James | | Smith | 125 Greenwood Avenue | | Brunswick | GA | 31525 | $3,967.01 | $3,967.01 | $0.00 |
| 0139065 | Melissa | | Smith | 1908 Canterbury Rd | | Macon | GA | 31206 | $5,366.25 | $5,366.25 | $0.00 |
| 01390794 | Corley | | Snell | 2401 W. 25th St. Apt. 2B3 | | Lawrence | KS | 66047 | $2,449.86 | $2,449.86 | $0.00 |
| 01390645 | Bethany | | Sorenson | 2301 Primrose Dr | 9C | Columbia | MO | 65202 | $2,777.80 | $2,777.80 | $0.00 |
| 01390567 | Tyler | | Stampe | 441 Hale Lane | | Athens | GA | 30607 | $2,829.60 | $2,829.60 | $0.00 |
| 01390435 | Gustavo | Sterling | Sterling | 1251 Northwest 20th Street Apt. 514 | Apt. 514 | Miami | FL | 33142 | $3,302.39 | $3,302.39 | $0.00 |
| 013901018 | Craig | Alexander | Stevens | 2230 N Main Street | | Sumter | SC | 29153-8708 | $1,478.20 | $1,478.20 | $0.00 |
| 013901042 | Kaleb | | Stewart | 1061 E. Battlefield Rd. D1 | | Springfield | MO | 65807 | $1,989.41 | $1,989.41 | $0.00 |
| 01390574 | Chandler | Logan | Strean | 970 Hickory Bluff Rd | | Waverly | GA | 31565 | $2,464.68 | $2,464.68 | $0.00 |
| 01390980 | Anthony | | Talcott | 313 E Church Street | | Jacksonville | FL | 32202 | $2,539.35 | $2,539.35 | $0.00 |
| 013901084 | Courtney | | Taylor | 1093 West Ave SW #B241 | B241 | Atlanta | GA | 30315 | $2,146.05 | $2,146.05 | $0.00 |
| 01390551 | Jonah | Adam | Thomas | 976 Canyon Creek Dr | | Bountiful | UT | 84010 | $3,207.60 | $3,207.60 | $0.00 |
| 01390839 | Jason | | Thompson | 201 Marina Dr Apt 302 | | Tuscaloosa | AL | 35406 | $3,862.30 | $3,862.30 | $0.00 |
| 01390837 | Trent | Richard | Thompson | 214 Stephen Avenue | Unit B | Mary Esther | FL | 32569 | $2,838.22 | $2,838.22 | $0.00 |
| 01390442 | Reynold | | Torres | 302 Davidson Dr | | Dalton | GA | 30720 | $2,017.79 | $2,017.79 | $0.00 |
| 01390894 | Carlos | Manuel | Tovar | 1121 East 500 South | Apt 22 | Salt Lake City | UT | 84102 | $2,492.00 | $2,492.00 | $0.00 |
| 0139044 | Jared | Leroy | Trice | 1510 Frostwood Drive | | Tyler | TX | 75703 | $2,732.39 | $2,732.39 | $0.00 |
| 01390932 | Zoe | Nicole | Trollinger | 2197 Lake Park Dr Se | Apt T | Smyrna | GA | 30080 | $4,790.00 | $4,790.00 | $0.00 |
| 013901053 | Austin | | Tufono | 570 N 200 E | #7 | Washington | UT | 84780 | $1,700.66 | $1,700.66 | $0.00 |
| 0139058S | Reinier | | Voigt | 7276 NW 112th Way | | Parkland | FL | 33076-4791 | 11,367.69 | $11,367.69 | $0.00 |
| 01390654 | Michael | Tyler | Wainscott | 15697 Sugar Creek Road | | Garfield | AR | 72732 | $4,155.00 | $4,155.00 | $0.00 |
| 01390872 | Matthew | Blake | Weaver | 158 Ancona Avenue | | Debary | FL | 32713 | $3,515.95 | $3,515.95 | $0.00 |
| 01390840 | Jonet | | West | 101 Birch Hollow Dr | | Columbia | SC | 29229 | $2,178.92 | $2,178.92 | $0.00 |
| 01390148 | Clifton | David | White | 1165 Old Kincaid Road | | Colbert | GA | 30628 | $2,986.80 | $2,986.80 | $0.00 |
| 013901010 | Samantha | Lynn | White | 1904 Blue River Rd | | Holiday | FL | 34691 | $3,727.25 | $3,727.25 | $0.00 |
| 01390349 | Quilan | Ta'Von | Whitson | 2621 Adams Park Lane | | Powder Springs | GA | 30127 | $2,410.10 | $2,410.10 | $0.00 |
| 01390921 | Brian | | Whitten | 3503 Deer Trail | | Owensboro | KY | 42301 | $2,775.33 | $2,775.33 | $0.00 |
| 01390979 | George | Wright | Williams | 5009 Hewletts Run | Unit 1 | Wilmington | NC | 28409 | $2,595.59 | $2,595.59 | $0.00 |
| 013901035 | Nathaniel | S | Winter | 4665 Maritsa Ct Apt 6 | | Missoula | MT | 59803 | $1,785.80 | $1,785.80 | $0.00 |
| 01390335 | John | Patrick | Winters | 5991 Wild Bird Lane | | Florence | MT | 59833 | $1,492.45 | $1,492.45 | $0.00 |
| 013907 | Howard | Heath | Young | 2015 Forest Glen Drive | | Braselton | GA | 30517 | 12,845.63 | $12,845.63 | $0.00 |
| 01390102 | Kevin | | Young | 3050 County Rd 427 | Unit 2001 | Tyler | TX | 75704 | $3,681.53 | $3,681.53 | $0.00 |
| 01390521 | Christopher | | Zyderveld | 7132 Celt Road | | Stanardsville | VA | 22973 | $3,028.98 | $3,028.98 | $0.00 |

Simply Mac, Inc.
Exhibit E/F—2.9

| Employee Id | First Name | Middle Name | Last Name | Home Address | Home Address 2 | Home City | Home State | Home Zip | Total Due to EE | Amount Entitled to Priority | General Unsecured Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $603,766.94 | 602,904.47 | 862.47 |

**Fill in this information to identify the case:**

Debtor name  **Simply Mac, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Macon Store located at 5005 Riverside Drive Ste B, Macon, GA 31210. Total square feet 1840. Total monthly rent $5259.33. Security Deposit $4293.33. Lease expires 08/31/2025.** |
| State the term remaining | |
| List the contract number of any government contract | **149 Clinton Street Corporation 11387 E Teach Rd Palm Beach Gardens, FL 33410** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for VanderbiltStore located at 2509 West End Avenue, Nashville, TN 37203.  Total square feet 1631. Total monthly rent $6575.57. Security Deposit $unknown. Lease expires 01/31/2022.** |
| State the term remaining | |
| List the contract number of any government contract | **2525 West End LLC PO Box 915149 Dallas, TX 75391** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Payment processing services** |
| State the term remaining | |
| List the contract number of any government contract | **Affirm, Inc. 650 California Street, 12th Floor San Francisco, CA 94108** |

Debtor 1   **Simply Mac, Inc.**
First Name          Middle Name          Last Name            Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Springfield MO Store located at 2714 S. Glenstone, Suite 2714, Springfield, MO 65804.  Total square feet 2325. Total monthly rent $6697.94. Security Deposit $6697.94. Lease expires 01/31/2026.** |
| State the term remaining | |
| List the contract number of any government contract | **Alliance Capital Investors LLC 2870 S Ingram Mill Rd Ste A Springfield, MO 65804** |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Authorized Reseller Agreement and related agreements** |
| State the term remaining | |
| List the contract number of any government contract | **Apple Inc. One Apple Park Way Cupertino, CA 95014** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Lease for FoothillStore located at 1414 Foothill Drive Suite A-2, Salt Lake City, UT 84108. Total square feet 2168. Total monthly rent $6854.49. Security Deposit $unknown. Lease expires 03/31/2022.** |
| State the term remaining | |
| List the contract number of any government contract | **Asana Partners Fund II REIT 17 LLC 4655 S 2300 E Ste 205 Holladay, UT 84117** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Springfield MO Store located at 2714 S. Glenstone, Suite 2714, Springfield, MO 65804.  Total square feet 2325. Total monthly rent $6697.94. Security Deposit $6697.94. Lease expires 01/31/2026.** |
| State the term remaining | |
| List the contract number of any government contract | **Battlefield Mall LLC 862502 Reliable Parkway Chicago, IL 60686-0025** |

6/14/22  1:58PM

Debtor 1   **Simply Mac, Inc.**
   First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.8.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for TylerStore located at 4919 S. Broadway Avenue, Tyler, TX 75701.  Total square feet 2550. Total monthly rent $7427.77. Security Deposit $unknown. Lease expires 05/31/2022.** |
| State the term remaining | |
| List the contract number of any government contract | **Broadway Dunhill LLC** **PO Box 205088** **Dallas, TX 75320-5088** |
| 2.9.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for San MarcosStore located at 200 Springtown Way, STE 122, San Marcos, TX 78666.  Total square feet 2017. Total monthly rent $7935.22. Security Deposit $7935.22. Lease expires 06/30/2028.** |
| State the term remaining | |
| List the contract number of any government contract | **CH Retail Fund II/San Marcos Lyndon II L** **500 W 5th St Ste 700** **Austin, TX 78701** |
| 2.10.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for KatyStore located at 23710 Westheimer Parkway, Suite 730T, Katy, TX. Total square feet 1600. Total monthly rent $5643. Security Deposit $5617.33. Lease expires 11/30/2025.** |
| State the term remaining | |
| List the contract number of any government contract | **Cinco Ranch Station LLC** **PO Box 639345** **Cincinnati, OH 45263-9345** |
| 2.11.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for Gainesville Store located at 1122 Dawsonville Highway, Unit 400, Gainesville, GA 30501.  Total square feet 1360. Total monthly rent $4060. Security Deposit $4120.8. Lease expires 08/31/2025.** |
| | **Cole MT Gainesville (Dawsonville) GA LLC** **2398 East Camelback Road 4th Floor** **c/o CIM Group LLC** **Phoenix, AZ 85016** |

Debtor 1   **Simply Mac, Inc.**
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name　　　　　　Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Peachtree City Store located at 304 City Circle Suite 1500A, Peachtree City, GA 30269. Total square feet 3190. Total monthly rent $11678.4. Security Deposit $unknown. Lease expires 01/31/2026.** | |
|---|---|---|---|
| | State the term remaining | | **CP Venture Five - APC LLC** |
| | List the contract number of any government contract _____ | | **PRLHC Ave Peachtree City 184712 PO Box 904175 Charlotte, NC 28290-4175** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for East Cobb - Marietta (EC) Store located at 4475 Roswell Rd Suite 420, Marietta, GA 30062. Total square feet 3000. Total monthly rent $9643.63. Security Deposit $unknown. Lease expires 01/31/2023.** | |
|---|---|---|---|
| | State the term remaining | | **CP Venture Five AEC LLC** |
| | List the contract number of any government contract _____ | | **PRLHC AEC 184711 PO Box 978563 Dallas, TX 75397-8563** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for West Cobb - Marietta (WC) Store located at 3625 Dallas Hwy Suite 765, Marietta, GA 30064. Total square feet 1868. Total monthly rent $7430.36. Security Deposit $unknown. Lease expires 05/31/2024.** | |
|---|---|---|---|
| | State the term remaining | | **CP Venture Five AWC LLC** |
| | List the contract number of any government contract _____ | | **PRLHC Avenue West Cobb 184713 PO Box 978642 Dallas, TX 75397-8642** |

Debtor 1    **Simply Mac, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Destin Store located at 4344 Legendary Drive Suite B112, Destin, FL 32541. Total square feet 1397. Total monthly rent $7230.45. Security Deposit $unknown. Lease expires 01/11/2026.** | |
|---|---|---|---|
| | State the term remaining | | **Destin Commons, LTD 19501 Biscayne Blvd, Suite 400 c/o Turnberry Associates Aventura, FL 33180** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Wichita Store located at 9738 East 21st Street North, Wichita, KS 67206. Total square feet 1750. Total monthly rent $5723.96. Security Deposit $5723.96. Lease expires 09/30/2026.** | |
|---|---|---|---|
| | State the term remaining | | **DN8TT Inc 14021 E Ayesbury Cir Wichita, KS 67228** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order for Domo.  Initial term ends April 27, 2025** | |
|---|---|---|---|
| | State the term remaining | | **Domo, Inc. 772 E. Utah Valley Drive Attn: Finance Department American Fork, UT 84003** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for LouisvilleStore located at 3702 1/2 Lexington Rd, Louisville, KY 40207.  Total square feet 4116. Total monthly rent $3143. Security Deposit $unknown. Lease expires 10/31/2023.** | |
|---|---|---|---|
| | State the term remaining | | **Doric Real Estate LLC 2455 Bardstown Road Louisville, KY 40205** |
| | List the contract number of any government contract | | |

Debtor 1   **Simply Mac, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Clearwater Store located at 1785 Main St, Suite 101, Dunedin, FL 34698. Total square feet 1350. Total monthly rent $5062.5. Security Deposit $unknown. Lease expires 10/31/2026.**

State the term remaining

List the contract number of any government contract

**Dunedin Ventures LLC
1125 Trowbridge Way
Danville, CA 94506**

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Jacksonville Store located at 120 Durbin Pavilion Dr., Suite 101, St. Johns, FL 32259.  Total square feet 2400. Total monthly rent $7290. Security Deposit $unknown. Lease expires 10/31/2026.**

State the term remaining

List the contract number of any government contract

**Durbin Park Pavilion LLC
7775 Baymeadows Way Ste 300
Jacksonville, FL 32256**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Licensing, Supply, and Services Agreement for electric scooters and other electric vehicles**

State the term remaining

List the contract number of any government contract

**EV Toys LLC
Attn: Mauricio Diaz
2980 McFarlane Road
Coconut Grove, FL 33133**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Charlottesville Store located at 1111 Emmet Street North, Charlottesville, VA 22903.  Total square feet 2839. Total monthly rent $14577.99. Security Deposit $unknown. Lease expires 04/30/2023.**

State the term remaining

List the contract number of any

**Federal Realty Investment Trust
Lockbox # 9320 P.O. Box 8500
Philadelphia, PA 19178-9320**

6/14/22  1:58PM

| Debtor 1 | **Simply Mac, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **FloQast Close Management Software Services. Initial term ends August 2024** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **FloQast, Inc.**<br>**14721 Califa Street**<br>**Los Angeles, CA 91411** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Forsyth Store located at 410 Peachtree Pkwy Suite 4142, Cumming, GA 30041. Total square feet 3183. Total monthly rent $8848.74. Security Deposit $unknown. Lease expires 01/31/2023.** |
|---|---|---|
| | State the term remaining | **Forsyth Owner 1 LP**<br>**PO Box 935625**<br>**Atlanta, GA 31193-5625** |
| | List the contract number of any government contract | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Norcross Store located at 5215 Town Center Blvd., Suite 630, Peachtree Corners, GA 30092. Total square feet 1714. Total monthly rent $6563.14. Security Deposit $unknown. Lease expires 09/30/2031.** |
|---|---|---|
| | State the term remaining | **FUQUA BCDC PEACHTREE CORNERS PROJECT OWN**<br>**3575 Piedmont Rd NE Ste 800**<br>**Atlanta, GA 30305** |
| | List the contract number of any government contract | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Bozeman Store located at 2825 W. Main St. Unit #1-E1, Bozeman, MT 59718. Total square feet 2684. Total monthly rent $8446.17. Security Deposit $unknown. Lease expires 12/31/2020.** |
|---|---|---|
| | State the term remaining | **Gallatin Mall Group LLC**<br>**PO Box 80510**<br>**Billings, MT 59108-0510** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Simply Mac, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

---

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Tuscaloosa Store located at 1320 McFarland Blvd., Suite 260, Tuscaloosa, AL 35404.  Total square feet 1800. Total monthly rent $5928.2. Security Deposit $5928.2. Lease expires 04/30/2028.** | |
|---|---|---|---|
| | State the term remaining | | **GKT Shoppes at Legacy Park LLC** |
| | List the contract number of any government contract | | **211 N Stadium Blvd Ste 201 Columbia, MO 65203** |

---

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Johnson CityStore located at 2011 North Roan Street Ste #1, Johnson City, TN 37601.  Total square feet 4790. Total monthly rent $13534.36. Security Deposit $unknown. Lease expires 07/31/2022.** | |
|---|---|---|---|
| | State the term remaining | | **Glimcher MJC - Mall at Johnson City** |
| | List the contract number of any government contract | | **L - 1953 Columbus, OH 43260-1953** |

---

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Corvallis Store located at 1327 NW 9th St Ste 100, Corvallis, OR 97330-0000.  Total square feet unknown. Total monthly rent $unknown. Security Deposit $unknown. Lease expires unknown.** | |
|---|---|---|---|
| | State the term remaining | | **Goldfinch Real Estate LLC** |
| | List the contract number of any government contract | | **PO Box 2403 Lake Oswego, OR 97035** |

---

| Debtor 1 | **Simply Mac, Inc.** | | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.30.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for EvansvilleStore located at 6401 E Lloyd Expressway, Suite 17, Evansville, IN 47715. Total square feet 2500. Total monthly rent $6950.54. Security Deposit $unknown. Lease expires 10/31/2024.** |
| State the term remaining | |
| List the contract number of any government contract | **Goodman Properties 636 Old York Road 2nd Floor Jenkintown, PA 19046** |
| 2.31.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for ChattanoogaStore located at 2100 Hamilton Place Boulevard Suite 318, Chattanooga, TN 37421. Total square feet 3014. Total monthly rent $18230.06. Security Deposit $unknown. Lease expires 11/30/2024.** |
| State the term remaining | |
| List the contract number of any government contract | **Hamilton Place CMBS LLC PO Box 5559 Carol Stream, IL 60197-5559** |
| 2.32.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for RogersStore located at 2603 W. Pleasant Grove Rd, Suite 103, Rogers, AR 72758.  Total square feet 2025. Total monthly rent $4050. Security Deposit $4050. Lease expires 10/31/2025.** |
| State the term remaining | |
| List the contract number of any government contract | **Hillcrest Holdings LLC PO Box 564 Johnson, AR 72741** |

Debtor 1   **Simply Mac, Inc.**

First Name          Middle Name          Last Name                    Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.33. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Ft. WayneStore located at 4130 W Jefferson Blvd, Suite I-7, Fort Wayne, IN 46804.  Total square feet 1885. Total monthly rent $6683.21. Security Deposit $415. Lease expires 01/31/2022.** |
| State the term remaining | |
| List the contract number of any government contract | **Jefferson Pointe SPE LLC PO Box 17102 Superior, CO 80217** |
| 2.34. State what the contract or lease is for and the nature of the debtor's interest | **Lease for St. Simons Store located at 26 Market Street Suite 116, St. Simons Island, GA 31522.  Total square feet 2040. Total monthly rent $4537. Security Deposit $unknown. Lease expires 08/01/2025.** |
| State the term remaining | |
| List the contract number of any government contract | **JLV-VASI LLC P.O. Box 674288 Marietta, GA 30006** |
| 2.35. State what the contract or lease is for and the nature of the debtor's interest | **Lease for Lawrence Store located at 3221 S Iowa St, Lawrence, KS 66046.  Total square feet 2600. Total monthly rent $8733.83. Security Deposit $6337.5. Lease expires 06/30/2026.** |
| State the term remaining | |
| List the contract number of any government contract | **Joseph Urbana Investments LLC 5001 N University Peoria, IL 61614** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest | **Consumer Lease-to-Own program agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Katapult Group, Inc. 27 W 24th Street, Suite 1101 New York, NY 10010** |

6/14/22  1:58PM

Debtor 1   **Simply Mac, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Home Office Store located at 155 N 400 W, Suite 170, Salt Lake City, UT 84103. Total square feet 5682. Total monthly rent $14904.49. Security Deposit $16467.49. Lease expires 08/31/2025.** | |
|---|---|---|---|
| | State the term remaining | | **KBS Real Estate Investment Trust III Inc 800 Newport Center Drive Suite 700 Newport Beach, CA 92660** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Payment processing services** | |
|---|---|---|---|
| | State the term remaining | | **Klarna, Inc. 629 N. High St., Ste. 300 Columbus, OH 43215** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Proactive Maintenance Plan (all locations). Term ends April 30, 2023** | |
|---|---|---|---|
| | State the term remaining | | **Lennox National Account Services 2100 Lake Park Blvd. Richardson, TX 75080** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for CincinnatiStore located at 7532 Gibson St., Space E-108, Liberty Township, OH 45069. Total square feet 2365. Total monthly rent $8333. Security Deposit $unknown. Lease expires 01/31/2022.** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Center LLC L-3745 Columbus, OH 43260-3745** |
| | List the contract number of any government contract | | |

Debtor 1   **Simply Mac, Inc.**
   First Name          Middle Name         Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for NashvilleStore located at 2018 Lindell Avenue, Nashville, TN 37203. Total square feet 6000. Total monthly rent $10575.98. Security Deposit $unknown. Lease expires 08/31/2023.** |
| State the term remaining | |
| List the contract number of any government contract | **Lindell Holdings LLC 970 Overton Lea Rd Nashville, TN 37220** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for WynwoodStore located at 2500 N. Miami Avenue, Miami, FL 33127. Total square feet 3045. Total monthly rent $unknown. Security Deposit $10500. Lease expires 10/31/2024.** |
| State the term remaining | |
| List the contract number of any government contract | **LIVWRK SOL Wynwood LLC 55 Prospect St 4th Floor Brooklyn, NY 11201** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Myrtle Beach Store located at 130 SayeBrook Parkway, Unit 1, Myrtle Beach, SC 29588. Total square feet 2429. Total monthly rent $4999.7. Security Deposit $4999.7. Lease expires 07/31/2026.** |
| State the term remaining | |
| List the contract number of any government contract | **M.E.P.N.J. LTD Partnership 1710 Dick Pond Rd Myrtle Beach, SC 29575** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for WacoStore located at 300 S. 2nd Street, Suite 104, Waco, TX 76701. Total square feet 1722. Total monthly rent $6304.37. Security Deposit $4585. Lease expires 11/01/3025.** |
| | **Mary U Parks Three LLC 8416 Old McGregor Road Waco, TX 76712** |

6/14/22 1:58PM

| Debtor 1 | **Simply Mac, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Corvallis Store located at 140C NW 3rd St., Corvallis, OR 97330-0000.  Total square feet 3480. Total monthly rent $4384.03. Security Deposit $unknown. Lease expires 01/31/2022.** | |
|---|---|---|---|
|  | State the term remaining |  | **Marysville USA LLC** |
|  | List the contract number of any government contract |  | **2225 Park Terrace NW Albany, OR 97321** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Wilmington Store located at 6837 Main Street, Wilmington, NC 28405. Total square feet 2296. Total monthly rent $6696.67. Security Deposit $unknown. Lease expires 07/31/2026.** | |
|---|---|---|---|
|  | State the term remaining |  | **Mayfaire Town Center LP** |
|  | List the contract number of any government contract |  | **2030 Hamilton Place Blvd Ste 500 Chattanooga, TN 37421-6000** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Bend Store located at 330 SW Powerhouse Drive, Suite C-120, Bend, OR 97702.  Total square feet 1940. Total monthly rent $7366.19. Security Deposit $unknown. Lease expires 05/31/2028.** | |
|---|---|---|---|
|  | State the term remaining |  | **Mill Shops LLC** |
|  | List the contract number of any government contract |  | **15 SW Colorado Ave Ste 1 Bend, OR 97702** |

6/14/22 1:58PM

| Debtor 1 | **Simply Mac, Inc.** | | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Montgomery Store located at 7070 EastChase Pkwy, Montgomery, AL 36117. Total square feet 1931. Total monthly rent $6575.56. Security Deposit $unknown. Lease expires 10/31/2024.** |
| State the term remaining | **NP/I & G EastChase Property Owner LLC** |
| List the contract number of any government contract | **P.O. Box 530194** **Atlanta, GA 30353-0194** |
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Park CityStore located at 1664 Uinta Way #C-2, Park City, UT 84098. Total square feet 2375. Total monthly rent $7783.75. Security Deposit $6850. Lease expires 12/31/2023.** |
| State the term remaining | **OBK Kimball Junction LLC** |
| List the contract number of any government contract | **220 Montgomery St. Suite 1050** **San Fransico, CA 94104** |
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Orlando Store located at 4953 International Dr, Ste 1B10, Orlando, FL 32819.  Total square feet 1494. Total monthly rent $36249. Security Deposit $unknown. Lease expires 08/30/2027. Evicted.** |
| State the term remaining | **Orlando Outlet Owner, LLC** |
| List the contract number of any government contract | **225 West Washington Street** **c/o Simon Property Group** **Indianapolis, IN 46204-3438** |

| Debtor 1 | **Simply Mac, Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name   Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Fort UnionStore located at 6936 South Park Center Drive., Cottonwood Heights, UT 84121. Total square feet 3418. Total monthly rent $9764.37. Security Deposit $unknown. Lease expires 01/31/2023.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Park V Partners LLC
6995 Union Park Centre #440
Midvale, UT 84047** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Warehouse Store located at 2001 NW 84th Avenue, Miami, FL 33122.  Total square feet 14384. Total monthly rent $16508.45. Security Deposit $13146.37. Lease expires 05/31/2023.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Prologis
8355 NW 12 Street
Doral, FL 33126-1842** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for St. GeorgeStore located at 473 South River Road, Suite 2, St. George, UT 84790.  Total square feet 2199. Total monthly rent $6777.65. Security Deposit $5000. Lease expires 08/31/2025.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rimrock Marketplace LC
C/O Woodbury Corporation
2733 East Parleys Way Ste.300
Salt Lake City, UT 84109-1662** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller and Servicer Agreement for service contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Safeware, The Insurance Agency, Inc.
5700 Perimeter Dr Suite E
Dublin, OH 43017** |

Debtor 1   **Simply Mac, Inc.**

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.55.   State what the contract or lease is for and the nature of the debtor's interest

**Lease for Idaho Falls / AmmonStore located at 2694 E Sunnyside Rd, Ammon, ID 83406. Total square feet 2577. Total monthly rent $6601.88. Security Deposit $5000. Lease expires 08/31/2026.**

State the term remaining

List the contract number of any government contract

**Sandcreek Commons LLC
PO Box 51298
Idaho Falls, ID 83405**

2.56.   State what the contract or lease is for and the nature of the debtor's interest

**Lease for Salem Store located at 276 S Stratford Rd, Winston Salem, NC 27103.  Total square feet 1700. Total monthly rent $6492.58. Security Deposit $unknown. Lease expires 09/30/2026.**

State the term remaining

List the contract number of any government contract

**Saul Centers Inc
7501 Wisconsin Ave Ste 1500E
Bethesda, MD 20814-6522**

2.57.   State what the contract or lease is for and the nature of the debtor's interest

**Lease for Sawgrass Store located at 12801 W Sunrise Blvd, Suite 243, Sunrise FL, 33323. Total square feet 1044. Total monthly rent $36407.42. Security Deposit $80555. Lease expires 01/31/2025. Evicted.**

State the term remaining

List the contract number of any government contract

**Sawgrass Mills GP LLC
225 West Washington Street
Indianapolis, IN 46204-3438**

2.58.   State what the contract or lease is for and the nature of the debtor's interest

**Master Subscription Agreement for Repair Q software**

State the term remaining

List the contract number of any government contract

**Service Central Technologies, Inc.
Two Ballpark Center
800 Battery Avenue SE, Ste 100
Atlanta, GA 30339**

6/14/22  1:58PM

Debtor 1    **Simply Mac, Inc.**

First Name                 Middle Name                 Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for MissoulaStore located at 2901 Brooks Street D-2, Missoula, MT 59801.  Total square feet 2064. Total monthly rent $6709.78. Security Deposit $864.5. Lease expires 12/31/2021.** | |
| | State the term remaining | | **Southgate Mall Montana II LLC** |
| | List the contract number of any government contract | | **Dept: 00007121 L-3862 Columbus, OH 43260-3862** |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Mt. Pleasant Store located at 675 Johnie Dodds Blvd., Unit B, Mount Pleasant, SC 29464.  Total square feet 2815. Total monthly rent $5897.43. Security Deposit $4926.25. Lease expires 09/30/2028.** | |
| | State the term remaining | | **Sports Corner of Mt Pleasant PO Box 7744** |
| | List the contract number of any government contract | | **c/o Bethea Properties Inc Myrtle Beach, SC 29572** |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Tallahassee Store located at 699 W Gaines St., Unit 102, Tallahassee, FL 32304. Total square feet 1536. Total monthly rent $3962.25. Security Deposit $3962.25. Lease expires 08/31/2026.** | |
| | State the term remaining | | **Stadium Centre** |
| | List the contract number of any government contract | | **12700 Hill Country Blvd Ste T-200 Austin, TX 78738** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

6/14/22  1:58PM

| Debtor 1 | **Simply Mac, Inc.** | | | Case number *(if known)* | |
|----------|----------------------|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.62.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Hillsboro Store located at 2165 NE Allie Ave, Space 550, Hillsboro, OR 97124.  Total square feet 2383. Total monthly rent $8011.08. Security Deposit $unknown. Lease expires 08/31/2025.**

State the term remaining

List the contract number of any government contract

**Streets of Tanasbourne LLC**
**10050 NE Emma Way**
**Hillsboro, OR 97124**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Columbia Store located at 2703 E. Broadway, Suite 220, Columbia, MO 65205. Total square feet 1810. Total monthly rent $4061. Security Deposit $4061. Lease expires 02/28/2026.**

State the term remaining

List the contract number of any government contract

**The Broadway Shops, LLC**
**1400 Forum Blvd.**
**c/o Lindner Properties**
**Columbia, MO 65203**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Athens Store located at 1850 Epps Bridge Pkwy Suite 207, Athens, GA 30606. Total square feet 4100. Total monthly rent $10227.85. Security Deposit $5132.2. Lease expires 06/30/2026.**

State the term remaining

List the contract number of any government contract

**The Markets at Epps Bridge LLC**
**P.O Box 1864**
**Athens, GA 30603**

---

**2.65.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for Orlando UCF Store located at 12101 University Blvd, Ste 237, Orlando, FL 32817. Total square feet 1562. Total monthly rent $5774.6. Security Deposit $5443.57. Lease expires 07/31/2026.**

State the term remaining

**The Plaza on University**
**12700 Hill Country Blvd Ste T-200**
**Austin, TX 78738**

---

| Debtor 1 | **Simply Mac, Inc.** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |

---

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for MissoulaStore located at 3275 N Reserve ST. Suite B, Missoula, MT 59808.  Total square feet 1924. Total monthly rent $4911.02. Security Deposit $4911.02. Lease expires 02/28/2027.** | |
| | State the term remaining | | **TKG Grant Creek Development LLC** |
| | List the contract number of any government contract | _____ | **211 N Stadium Blvd Ste 201 Columbia, MO 35203** |

---

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for LubbockStore located at 2407 9th Street, Suite 200, Lubbock, TX 79414.  Total square feet 2466. Total monthly rent $6168.04. Security Deposit $4623.75. Lease expires 07/31/2026.** | |
| | State the term remaining | | **Town North Shopping Center LLC** |
| | List the contract number of any government contract | _____ | **14160 Dallas Pkwy Ste 800 Dallas, TX 75254** |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for AshevilleStore located at 8 Town Square Blvd, Suite 130, Asheville, NC 28803.  Total square feet 1606. Total monthly rent $4583.79. Security Deposit $4583.79. Lease expires 10/31/2025.** | |
| | State the term remaining | | **Town Square West LLC** |
| | List the contract number of any government contract | _____ | **One Town Square Boulevard Suite 330 c/o Biltmore Farms LLC Asheville, NC 28803-5007** |

---

6/14/22  1:58PM

| Debtor 1 | **Simply Mac, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Columbia, SC Store located at 4840 forest Dr., Suite 6-B, Columbia, SC 29206. Total square feet 1489. Total monthly rent $5477.04. Security Deposit $unknown. Lease expires 07/31/2026.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trenholm Plaza 1221 Main Street Ste 1000 Columbia, SC 29201** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Eugene Store located at 881 E 13th Ave, Eugene, OR 97401.  Total square feet 2198. Total monthly rent $4500. Security Deposit $4500. Lease expires 12/31/2021.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Univ of Oregon Bookstore PO Box 3176 Eugene, OR 97403** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for OremStore located at 775 E University Parkway, Orem, UT 84097.  Total square feet 3011. Total monthly rent $8817.52. Security Deposit $11040.34. Lease expires 05/31/2022.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **University Mall 575 E university Pkwy. Suite N-260 Orem, UT 84097** |

6/14/22  1:58PM

**Fill in this information to identify the case:**

Debtor name   **Simply Mac, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Braebeacon Holdings, Inc.** | | **Line Financial Corp.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Simply, Inc.** | **1680 Michigan Avenue, Suite 817 Miami Beach, FL 33139 Parent Company of the Debtor** | **Line Financial Corp.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

## United States Bankruptcy Court
### District of Utah

In re **Simply Mac, Inc.**          Case No. _____

                     Debtor(s)      Chapter     **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 14, 2022** _____      **/s/ Reinier Voigt** _____

                                                 **Reinier Voigt**/Chief Executive Officer

                                                 Signer/Title

149 Clinton Street Corporation
11387 E Teach Rd
Palm Beach Gardens, FL 33410

2525 West End LLC
PO Box 915149
Dallas, TX 75391

Aaron Barberis
1776 N Broadway
Apt. 2402
Denver, CO 80202

Aaron Harley
937 West Michaels Court
Fountaintown, IN 46130

Aaron Merric
909 Bannock Street
Apt 1214
Denver, CO 80204

Abby Lauren Scott
8638 Chickasaw Plum
Katy, TX 77494

Abe Nonato
OR

Abigail J. Stephens
1720 S 580 W
Woods Cross, UT 84087-1645

Abigiya Gugsa
3111 Windshire Lane
# 415
Charlotte, NC 28273

Aca Hubbare
215 Ridge Circ
Baldwin, GA 30511

Adam Hancock
UT

Adam Hoeve
7875 Willow Lane
Zeeland, MI 49464

Adam Porter
5442 S 900 E #214
Murray, UT 84117

Adam Schlumbohm
111 N Higgins Ave
Suite 200
Missoula, MT 59802

Adib Sarakby
25 Charlton St
Apt 622
Everett, MA 02149

Adnan Akhtar
GA

Adrienne Renee Cabiness
128 Amie Court
Macon, GA 31217

Adrienne Wilson
2421 Clayton Avenue
Harrisburg, PA 17109

ADT
P.O. BOX 371878
Pittsburgh, PA 15250-7878

Affirm, Inc.
650 California Street, 12th Floor
San Francisco, CA 94108

Aiden Douglass
GA

Aimee Glover
273 Big Station Camp Boulevard, Apt 3230
Apt 32309
Gallatin, TN 37066

Aiyanna Fosi
249 Speedway Avenue
Missoula, MT 59802

Aj Goodwin
TN

Alabama Power
P.O. Box 242
Birmingham, AL 35292

Albin Pepe
GA

Alejandro Rivera
335 Regent Circle
San Antonio, TX 78231

Aletha Royer
NC

Alex Quattlebaum
7 Johnson Rd
Charleston, SC 29407

Alexander  Holder
279 Lincoln Avenue
Brooklyn, NY 11208

Alexander Barnard
108 Rock Mull
Peachtree City, GA 30269

Alexander Udovicic
110 Snapdragon Court
Franklin, TN 37067

Alexander Vishniakov
FL

Alexandra Owens
3114 Expedion Dr
Deazell, SC 29040

Alexandria Laroche
387 Clearview Ave
Somerset, MA 02726

Alexandria Lynn Mcilrath
7 Hollow Pine Drive
Debary, FL 32713

Alexis Buss
AL

Alexis Richman
OR

Alfredo Munoz-Unsain
10900 SW 41St Terrace
Miami, FL 33165

Alfredo Orama
908 Cedar Lane
Hamilton Township, NJ 08610

Alima Stackhouse
FL


Alinga Kruglik
111 Pronghorn Deer Court
Garner, NC 27529

Alisha Lanphear
1716 9Th Street
Anacortes, WA 98221

Aliyah Datcher
2428 Bittel Road
Owensboro, KY 42301

Allen David Allen
6100 Frontage Rd Apt 304
Myrtle Beach, SC 29577

Allene Fowler
UT


Alliance Capital Investors LLC
2870 S Ingram Mill Rd Ste A
Springfield, MO 65804

Allie Bishop
TN


Allie Bridges
AL


Allison  Calvillo
901 West North Street Trlr 17
Trlr 17
Mountain Grove, MO 65711

Allison Eveland
TN


Ally Thibeau
13419 Stoeflet Street
Gibraltar, MI 48173

Allysia Hurt
308 Percival Rd
Columbia, SC 29206

Alvin Green
145-57 178Th Place, Queens
Unit 1
Jamaica, NY 11434

Alyson Foldvary
Po Box 136
Barboursville, VA 22923

Alysson Tarr
5010 Mccelland Dr
# 310
Wilmington, NC 20405

Amanda Bergstad
11 Cottonwood Rd
Townsend, MT 59644

Amanda Chudney
FL

Amanda Hansen
5002 Wyman Blvd
Summerville, SC 29485

Amanda Kelly
104 Braewick Rd
Columbia, SC 29212

Amanda Stewart
MO

Amanda Thompson
940 Jessicas Lane
Bel Air, MD 21014

Amanda Wheeler
122 Brandywine
Rogersville, MO 65742

Amaris Crawford
716 Adams Farm Ct
Lawrenceville, GA 30046

Amazon Capital Services Inc
PO Box 81207
Seattle, WA 98108-1207

Amazon, Inc.
410 Terry Avenue North
Seattle, WA 98109

Amber Callister
4375 Stone Creek Lane
Provo, UT 84604

Amber Mahone
AL

Ameer Abukhdeir
6233 Cedar Park Grove
Colorado Springs, CO 80923

America Marquez
434 Sw Walnut St
Hillsboro, OR 97123

Amun Jordan
34057 Uk Circle
Apt 2850
Orlando, FL 32712

Amy Caddell
1597 County Road 105
Lorenzo, TX 79343

Amy Cohee
613 Mosesydr
Charlottesville, VA 22903

Amy Freel-Riffett
106-38 Union Hall Street
Queens, NY 11433

Amy Jetter
6588 South Chalkville Road
Trussville, AL 35173

Amy Thompson
2645 Apple Blossom Lane
Conway, AR 72034

Ana Diaz
AR

Ana Martin
19636 SW 123Rd Court
Miami, FL 33177

Anahita Rezaee
510 Hunters Crossing Dr
Sandy Spring, GA 30328

Anaya Dnae Barnes
488 Dogwood Trail
Tyrone, GA 30290

Andres Cantillo
3100 Hartford St N
St Petersburg, FL 33713

Andres Gonzalez
2846 S Blair Street
Apt A1
South Salt Lake, UT 84115

Andrew Allen
648 W 250 N
Lindon, UT 84042

Andrew Bragg
110 B&H Circle
Batesburg-Leesville, SC 29006

Andrew J Porting
1937 W. Springdale St.
Springfield, MO 65803

Andrew Peters
FL

Andrew Shaw
3994 Monacan Trail Rd
North Garden, VA 22959

Andrew Sturgill
531 6Th Street
Portsmouth, OH 45662

Andrew William Miller
1231 NE M L King Blvd
Apt 415
Portland, OR 97232

Andy Odden
6555 Nw Vinyard Dr
Corvallis, OR 97330

Andy Pippenger
327 West Sunset Road
Lookout Mountain, TN 37350

Andy Tucker
2247 E Dolphin Ave
Mesa, AZ 85204

Anexora Leon
4254 Sunset View Drive
Salt Lake City, UT 84124

Angel Espiritu
2565 Adriatic Ave
Long Beach, CA 90810

Angela Gerber
124 North Simpson Street
Preston, IA 52069

Angela Roberts
2201 Donley Drive
Suite 110
Austin, TX 78758

Angelo  Rodriguez
874 Lees Avenue
Long Beach, CA 90815

Angelo Angelatos
FL

Angie Sears
KS

Angie Sterzik
4752 Rose Briar Lane
Ooltewah, TN 37363

Aninda Khan
6272 Lansdowne Circle
Boynton Beach, FL 33472

Anita Fletcher
5525 Mansions Blfs
# 1331
San Antonio, TX 78245

Anmol Patel
Athens, GA 30606

Ann Brown
11691 S Ridgeview Rd Apt 324
Olathe, KS 66061-6681

Ann Harvey
Po Box 976
Wilson, WY 83014

Anna Lytle
NC


Anna Raezer
AR


Annalisa Decina
561 W Olive St
Newport, OR 97365


Anne Webster
GA


Anthony  Laquihon
83333 Beaver Creek Court
Indio, CA 92203


Anthony Cole
17713 Southwest Dodson Drive
Sherwood, OR 97140


Anthony Dela Cruz
535 Verelli Ct
Reno, NV 89521


Anthony Greenway
260 Park Avenue
# 2106
Pooler, GA 31322


Anthony Havelock
2819 Applewood Ln.
Eugene, OR 97408


Anthony Talcott
313 E Church Street
Jacksonville, FL 32202


Antonio Hasegawa
FL


Apple Inc.
One Apple Park Way
Cupertino, CA 95014


Apple Inc. (807080) - AppleCare
1950 N. Stemmons Fwy
Attn: LBX 846095
Dallas, TX 75207-3199

Apple Service (604294)
1950 N. Stemmons Fwy
Attn: LBX 846095
Dallas, TX 75207-3199

April Thomas
9741 Thomas Road
Jonesboro, GA 30238

Ariel Aylsworth
OR


Ariel Fernandez-Diaz
14200 Harrison Street
Miami, FL 33176

Arlene Defelice
440 Candlestick Drive
Hull, GA 30646

Armando Jose Lopez
6001 Oakbend St Apt 8204
Orlando, FL 32835

Aron Wendell Davis
407 E 4140 S
#127
Salt Lake City, UT 84107

Artem  Kyrychenko
250 Old Oak Drive
Apt 278
Buffalo Grove, IL 60089

Asana Partners Fund II REIT 17 LLC
4655 S 2300 E Ste 205
Holladay, UT 84117

Ashantee Pickett
2421 Playa Way Apt 1402A
Wilmington, NC 28403

Ashantia Mercedes Harris
681 Ashton Lane
Lawrenceville, GA 30044

Ashley Blake
Chattanooga, TN 37406


Ashley Hughes
3484 Shady Woods Circle
Lawrenceville, GA 30044

Ashley Nash
780 Gaines School Road
Athens, GA 30605

Ashley Saunders
8535 Reisling Ave.
Wilmington, NC 28411

Ashton Rickard
AL

Asrenee Burns
169 5th Ave
Mount Pleasant, SC 29464

Astound / Wow
PO Box 11816
Newark, NJ 07101-8116

Aswad Thomas
75 Washington Street
P.O. Box 429
Fairburn, GA 30213

AT&T
PO Box 6416
Carol Stream, IL 60197

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353

Audrey Ferguson
GA

Augusto Mammini
FL

Aumir Malik
11813 Hunters Park Ct,
Livonia, MI 48150

Austin Tufono
570 N 200 E
#7
Washington, UT 84780

Austin Yeagan
6408 West Port Dr
Wilmington, NC 28409

Autumn Felix
UT


Barbara Hawley
2766 Ceville Rd
Madison, VA 22727

Barrios Security Company
PO Box 772316
Miami, FL 33177

Barry Anderson
3106 Onate Road
Roswell, NM 88201

Barry Baggott
4806 Trousdale Drive
Nashville, TN 37220

Battlefield Mall LLC
862502 Reliable Parkway
Chicago, IL 60686-0025

Becca Stallings
TX


Becky Hale
1738 Charlotte Drive
Elizabethton, TN 37643

Belinda Lee
1800 Post Road
Apt.1531
San Marcos, TX 78666

Ben Heidenriech
GA


BendTel
PO Box 356
Bend, OR 97709

Benito Lugo
5808 Cr 1200
Spc 2
Lubbock, TX 79407

Benjamin Botwinski
3400 2Nd St.
Wayland, MI 49348

Benjamin Chan
1250 El Camino Real
Apt 806
Millbrae, CA 94030

Benjamin Defeo
MO

Benjamin Elswick
5432 Geary Blvd #215
San Francisco, CA 94121

Benjamin Long
1255 Escalante Dr
# 8210
Durango, CO 81303

Benjamin Roa
8685 South Russell Park Road
Salt Lake City, UT 84121

Benjamin Whitehouse
TN

Beth Graham
975 Wakefield Farm
Earlysville, VA 22936

Beth Lanning
755 Estes Rd.
Lorena, TX 76655

Beth Mason
412 N Chapel St
Landis, NC 28088-1123

Bethany Sorenson
2301 Primrose Dr
#9C
Columbia, MO 65202

Beverly Caouette
6410 Calvine Rd
Sacramento, CA 95823

Bey Design LLC
211 Baker Rd  PO Box 133
Barker, TX 77413

Billy Bailey
175 Colonial Drive
Carrolton, GA 30117

Billy Lackey
3050 Cr 427
Unit 1801
Tyler, TX 75704

Black Hills Energy
P.O. Box 6006
Rapid City, SD 57709

Blake Alan Bittinger
117 Deer Trace Circle
Myrtle Beach, SC 29588

Blake Bekalowicz
50 Woodlee Rd Apt E
Staunton, VA 24401

Blake Shaw
AL

Blanca Aponte
FL

Blanche Williamson
8037 Bold Eagle Ln
Wilmington, NC 28411

Bo Mcgowan
29 Williams Ct
Macon, GA 31210

Bob Joachim
1323 Ham  Hill Rd
Centralia, WA 98531

Brad  Dry
P.O. Box 1734
Arden, NC 28704

Brad Bain
TN

Brad Offinga
837 S 1150 E
Provo, UT 84606

Bradley Devine
329 Main St 7D
Apt 7D
Evansville, IN 47708

Braebeacon Holdings, Inc.

Brandi Cardwell
KS

Brandon Andersen
242 N Catalina St
Burbank, CA 91505

Brandon Arana
AR

Brandon Bartee
4417 103Rd
Lubbock, TX 79424

Brandon Brauchler
539 North Westover Blvd Apt 1102
Albany, GA 31707

Brandon Crover
OR

Brandon Halsel
GA

Brandon Johnson
161 Whitestone Drive
Reevesville, SC 29471

Brandon Lapiana
145 Shepherds Run
Purlear, NC 28665

Brandon Lyles
1004 Gray Fox Ln
Apt 3304
Myrtle Beach, SC 29579

Brandon Pesarchick
2102 W Independence Street
Edgewood, PA 17866

Brandon Smith
1151 N. Hazelwood Lane
Wichita, KS 67212

Brandon Travis Albea
1020 Coastal Marsh Road
Mount Pleasant, SC 29464

Brandon Uehlein
ID

Branon Highbridge
1216 W Pacific Ave
#10
Salt Lake City, UT 84104

Breanna Moulton
AL

Breezeline
3 Batterymarch Park, Suite 200
Quincy, MA 02169

Brenden Manjarrez
15220 346Th Ave Ne
Duvall, WA 98019

Brenee Howell
81 Algrace Blvd
Stafford, VA 22556

Brennon Garff
7313 South 1600 East
Cottonwood Heights, UT 84121

Brent Cloud
267 Matthews Rd
Fayetteville, GA 30215

Brentz Dancy
260 Kingswood Drive
Macon, GA 31210

Brett Mcknight
Brett Mcknight
83584 Woodland Ln.
Florence, OR 97439

Brett Schonewolf
FL

Brett Thomas
NC

Brian Curtis
TX

Brian Fleetwood
64A County Road 122
Espa ola, NM 87532

Brian Joseph Cobey
1652 Farmview Place
Acworth, GA 30101

Brian Maldonado
227 E 67Th St
Long Beach, CA 90805

Brian Mueller
22444 Bohanna Ln
Pittsburg, MO 65724

Brian Page
315 Corrigan Trace
Peachtree City, GA 30269

Brian Schwemmer
3023 E Jackson Ave
Spokane, WA 99207

Brian Torvik
ID

Brian Vassell
3527 Ruth St
B1
Houston, TX 77004

Brian Watt
MO

Brian Whitten
3503 Deer Trail
Owensboro, KY 42301

Brianna Collins
712 E Sunshine
Apt D9
Springfield, MO 65807

Bridgette James
14611 Southwest 37Th Street
Miramar, FL 33027

Brigham Ostergaard
2131 North 40 West
#333
Provo, UT 84604

Bright House Networks/ Spectrum
PO Box 7195
Pasadena, CA 91109-7195

Bright Ridge
2600 Boones Creek Road
Johnson City, TN 37615

Brittany Johnson
AL

Brittney Ballard
208 Asheville Highway
Strawberry Plains, TN 37871

Broadway Dunhill LLC
PO Box 205088
Dallas, TX 75320-5088

Brody Dicks
UT

Bruce Nelson
2910 30Th St S
Moorhead, MN 56560

Brunswick - Glynn County Joint
1703 Gloucester St
Brunswick, GA 31520

Bryce Smith
1070 East 8Th North
# 3
Price, UT 84501

Burkdoll Brothers Inc
KS

Byron Bastian
1395 S 1130 W
Payson, UT 84651

Byron Dessesseau
227 Overbrook Ln
Marlton, NJ 08053

Byron Mcreynolds
KS

Caleb Mann
1406 Skyline Drive
Apartment C-17
Johnson City, TN 37604

Caleb Ryan Burris
3131 Mountain Creek Rd 7B4
Apt 7B4
Chattanooga, TN 37415

Camden Rogers
11025 Hub Plaza
Apt 2419
Orlando, FL 32826

Camila Murillo
1005 Gilliam St
Waco, TX 76705

Carissa Just
915 Penn Ave, M1
M1
Pittsburgh, PA 15222

Carl Clark
7425 S Main Street
Midvale, UT 84047

Carl Gross
192 E 3Rd St
Xenia, OH 45385

Carl Ripplinger
7033 Bates Road
Driggs, ID 83422

Carlos Manuel Tovar
1121 East 500 South
Apt 22
Salt Lake City, UT 84102

Carol Lowery
4819 Steiner Dr
Clinton, WA 98236-9692

Caroline Parrish
VA


Carolyn Cowart
7525 Brairheath
New Orleans, LA 70128

Carrie Miklaszewski
272 Palm St
Mount Pleasant, SC 29464

Carroll Electric CC
PO Box 4000
920 Hwy 62 Spur
Berryville, AR 72616

Carson May
1410 W 13Th St
Austin, TX 78746

Carson Orr
2600 Nw Century Dr
Corvallis, OR 97330

Caryl Marsh
UT

Cascade Natural Gas
PO Box 5600
Bismarck, ND 58506-5600

Casey Citek
7045 Ruth Ave
Wilmington, NC 28411

Casey Gregory
ID

Casey Patterson
3630 Appomattox Drive
Winston-Salem, NC 27106-2734

Cassidy Larson
UT

Cassie Campbell
4801 N. 9Th Street
Ozark, MO 65721

Cassie Smith
1306 Madison Oaks Road
Knoxville, TN 37924

Cate Williams
370 Westminster Ave
Salt Lake City, UT 84115

Catherine Espenscheid
FL


Catherine Shellman
2439 Summit Ridge
San Marcos, TX 78666

CCI Network Services
155 N 400 W #100
Salt Lake City, UT 84103

CDW Direct
PO BOX 75723
Chicago, IL 60675

Celine Granjeon
1424 Hilltop Dr.
Waco, TX 76710

Celisa Stevens
GA


Center Point Energy
P.O. Box 4981
Houston, TX 77210-4981

Central Georgia EMC
923 S. Mulberry Street
Jackson, GA 30233

CenturyLink / Lumen
100 CenturyLink Drive
Monroe, LA 71203

Cesar Gomez
TN


CH Retail Fund II/San Marcos Lyndon II L
500 W 5th St Ste 700
Austin, TX 78701

Chad Clemens
625 Fairway Drive
Telford, PA 18969

Chaithanya Veeraiah Gari
1915 Swainson Drive
Verona, WI 53593

Chandler Logan Strean
970 Hickory Bluff Rd
Waverly, GA 31565

Chanta Cole
901 Red Oak Drive
Mansfield, TX 76063

Charlene Berquist
2523 E Barataria St
Springfield, MO 65804

Charlene Nelson
24583 200Th St
Elbow Lake, MN 56531-9232

Charles Anderson
218 Johnston Drive
Dousman, WI 53118

Charles Elswick
577 Rolling Meadow Road
Mt Hope, WV 25880

Charles Kling
11 Middlesex Court
West Milford, NJ 07480

Charles Peter Insalaca
144 Griffin Way
Canton, GA 30115

Charles Shelton
2340 Rolling Green Dr
Corvallis, OR 97330

Charles Wolfe
771 S 400 W
Winchester, IN 47394-8536

Charley Green
900 Brittany Park Dr Apt 747
Antioch, TN 37013

Charter Communications / Spectrum
PO Box 7195
Pasadena, CA 91109-7195

Chasity Laws
706 Crowell Lane
Johnson City, TN 37601

Cheick Bathily
2694 Lafeuille Circle
# 6
Cincinnati, OH 45211

Chelsea Fuller
311 E 200 N
Unit A
Springville, UT 84663

Chelsea Morgan Brown
11640 NW Stone Mountain Ln Apt. 206
Apt 206
Portland, OR 97229

Cherri  Briggs
Po Box 776369
Suite 102 Explore
Steamboat Springs, CO 80487

Cheyenne Billiot
701 Broadway St
Waynesville, MO 65583

Cheyenne Reeves
12982 Old Jonesboro Rd
Atlanta, GA 30315

Chiara Ciullo
FL

Chikosolu Iwobi
6959 Amberwing Way
Katy, TX 77493

Chinenye Sunny-Odio
AL

Chirstopher Gomez
KS

Chris Collins
18124 Wedge Pkwy
#247
Reno, NV 89511

Chris Hodges
6770 Nw Jackson School Rd
Hillsboro, OR 97124

Chris Houser
2468 N Primrose Ln
Fayetteville, AR 72703

Chris Maly
3001 NW 4th Ter  Unit 183
Pompano Beach, FL 33064

Chris Mcknight
MT


Christa Mcclellan
312 Lynwood Street
Bristol, TN 37620

Christian Ernspiker
27685 Us Highway 23
Big Stone Gap, VA 24219

Christian Giles Parker
202 3Rd St
Idaho Falls, ID 83401

Christian Johnson
FL


Christian Paro
TN


Christine Kemmer
2454 Hwy 6 & 50
#114
Grand Junction, CO 81505

Christopher  King
2600 National Avenue
Poplar Bluff, MO 63901

Christopher Kinder
118 Abelia Lane
Byron, GA 31008

Christopher Kyser
11758 Chatsworth Highway
Ellijay, GA 30540

Christopher Lydick
MT


Christopher Zyderveld
7132 Celt Road
Stanardsville, VA 22973

Christy Howe
NC

Christy Waddell
30 Sarah Circle
Cecil, AL 36013

Chrystal Baker
6544 Alemendra Street
Fort Pierce, FL 34951

Cincinnati Bell
P.O. Box 748001
Cincinnati, OH 45274-8001

Cinco Ranch Station LLC
PO Box 639345
Cincinnati, OH 45263-9345

City of Ammon
2135 South Ammon Road
Ammon, ID 83406

City of Charlottesville Virginia
PO Box 2854
Charlottesville, VA 22902-2854

City of Columbia
701 E. Broadway
Columbia, MO 65205

City of Lubbock
PO Box 10541
Lubbock, TX 79408-3541

City of Orem
1450 W 550 N
Orem, UT 84057

City of San Marcos
636 E Hopkins
San Marcos, TX 78666

City of St George
175 East 200 North
St. George, UT 84770

City of Tallahassee
435 N. Macomb St
Tallahassee, FL 32301

City of Winston-Salem NC
P.O. Box 2511
Winston-Salem, NC 27102

City Utilities of Springfield
PO Box 551
Springfield, MO 65801

Cj Bynum
900 E Six Forks Rd
Unit 232
Raleigh, NC 27604

Claire Lugus
GA

Claire Niodemus
2107 S 7Th St
Waco, TX 76706

Clayton Ollarvia
140 Concord Court
Fayetteville, GA 30214

Clifton David White
1165 Old Kincaid Road
Colbert, GA 30628

Clydine Warfield
4100 Jailette Rd
Atlanta, GA 30349

Cobb EMC
1000 EMC Parkway
Marietta, GA 30060

Cody Blankenship
295 Dairy Circle
Bristol, TN 37620

Cody Synder
MT

Cole Courson
KS

Cole MT Gainesville (Dawsonville) GA LLC
c/o CIM Group LLC
2398 East Camelback Road 4th Floor
Phoenix, AZ 85016

Cole MT Gainesville (Dawsonville) GA LLC
2398 East Camelback Road 4th Floor
c/o CIM Group LLC
Phoenix, AZ 85016

Colin Weatherhead
19678 Hollygrape Street
Bend, OR 97702

Colleen E Richards
309 Country Ln
Radcliff, KY 40160-9763

Colton Brandt
152 North Coast Highway 101
Space 29
Encinitas, CA 92024

Colton Hall
AL

Comcast-Xfinity
PO Box 60533
City of Industry, CA 91716-0533

Concur Technologies Inc.
601 108th Avenue NE Ste 1000
Bellevue, WA 98004

Connie Teras
NC

Connie Vanhorn
NC

Connor Alexander Peat
6191 Vine Field Lane
Murray, UT 84121

Connor Allen
190 N Redstone Road
J203
Washington, UT 84780

Conserve-A-Watt
P.O Box 40279
Denver, CO 80204

Conservice
760 Gateway Dr
River Heights, UT 84321

Corbin Robinson
KS

Corey Gaines
OR

Corley Snell
2401 W. 25th St. Apt. 2B3
Lawrence, KS 66047

Cory Duncan
IN

Cory Miller
782 Main Street
Boswell, PA 15531

Costel Constantinescu
321 East Sheridan Street
# 301
Dania Beach, FL 33004

Cottonwood Improvement District
8620 Highland Dr.
Sandy, UT 84093

Courtney Schupbach
KS

Courtney Taylor
8460 Northwest 21St Court
Sunrise, FL 33322

Courtney Taylor
1093 West Ave SW #B241
Apt B241
Atlanta, GA 30315

Cox Business
PO Box 53249
Phoenix, AZ 85072-3249

CP Venture Five - APC LLC
PRLHC Ave Peachtree City 184712 PO Box 9
Charlotte, NC 28290-4175

CP Venture Five - APC LLC
PRLHC Ave Peachtree City 184712
PO Box 904175
Charlotte, NC 28290-4175

CP Venture Five AEC LLC
PRLHC AEC 184711 PO Box 978563
Dallas, TX 75397-8563

CP Venture Five AWC LLC
PRLHC Avenue West Cobb 184713 PO Box 978
Dallas, TX 75397-8642

CP Venture Five AWC LLC
PRLHC Avenue West Cobb 184713
PO Box 978642
Dallas, TX 75397-8642

Craig Alexander Stevens
2230 N Main Street
Sumter, SC 29153-8708

Craig Niebuhr
6317 Tintic Lane
West Jordan, UT 84081

Craig Wirght
ID

Cris Wiley
NC

Cristabel Espinosa
NC

Crystal Chandler
3732 Yosemite Drive
Plano, TX 75023

Crystal Harris
FL

Crystal Peart
1291 East 51St Street
Flatlands, NY 11234

Crystal Sherman
4635 Plover Dr
Crestview, FL 32539

Cullen Guimond
9416 Rosebud Ct
Manassas Park, VA 20111

Culley Burleson
15572 Mt Air Ct
Montpelier, VA 23192

Cydney Greenwood
TN

Cynthia Barnes
NC


Cyrus Alderd
UT


Daequan Robinson
3387 Castleberry Village
Cumming, GA 30040

Daisha Sadiq
ID


Daisy Villa
2109 Watson St
Fort Worth, TX 76103

Dakeem Blackiston
1850 Norwood Crt
Fort Walton Beach, FL 32548

Dale Marko
GA


Damare Jerome
241 Linden Boulevard
Apt 5
Brooklyn, NY 11226

Damian Yates
715 26Th Avenue Southwest
Puyallup, WA 98373

Dan Bradshaw
291 Cypress Ln
Yazoo City, MS 39194

Dan Kelley
KS


Dan Moore
7845 Gracen Drive
Gainesville, GA 30506

Daniel Garcia
FL

Daniel Iacuzzi
KS

Daniel Milne
1320 Hendrix Rd Apt 805
Tallahassee, FL 32301

Daniel Moran
AR

Daniel Serna
344 Banks Rd
Fayetteville, GA 30214

Daniel White
7780 Newnan Rd
Brooks, GA 30205

Daniel Winey
23126 Switchback Ct
Bend, OR 97701

Daniela Raymond
FL

Daniella Reyes
100 Elgar Place
Apt 23C
Bronx, NY 10475

Danielle Charette
VA

Danielle Knight
1061 Fountain Coin Loop
Orlando, FL 32828

Danielle Maclain
124 Quinton Cove
Kyle, TX 78640

Danielle Patterson-Weeks
3700 Fiscus Loop
Sierra Vista, AZ 85635

Danilo Perez
KS

Dante Stella
1251 Navarre P
Detroit, MI 48207

Daphne Scherzer
TN

Dara Zoboroski
1481 Fischer Store Rd
Fischer, TX 78623

Darnella Lovelace
2337 David Lane
Chattanooga, TN 37421

Darren Jenkins
15 Hornbeck Avenue
Port Jervis, NY 12771

Dave Davies
GA

David Ahn
3915 La Cresta Way
Bonita, CA 91902

David Allen
6100 Frontage Road Apt 304
Myrtle Beach, SC 29577

David Baker
19 Foxmire Farm Rd
Santa Rosa Beach, FL 32459

David Brandt
GA

David Dalton
10405 Stone Ridge Rd
Huggins, MO 65484

David English
1801 Old Lincoln Hwy
Apt 9
Langhorne, PA 19047

David Freeman
2407 Wood Thrush Court
Marietta, GA 30062

David Guinn
TX


David Head
27553 Us Highway 17
Waverly, GA 31565

David R Stevenson
4473 Purple Sage Dr
Las Cruces, NM 88011-4226

David Rist
86555 Territorial Highway
Veneta, OR 97487

David Ross
299 Highland Ave
Quincy, MA 02170

David Shafer
GA


David Walker Pierce
1001 Painter Road
Jonesborough, TN 37659

Davidson County Metropolitan Trustee
PO Box 305012
Nashville, TN 37230-5012

Dawn Truman
KS


Debbi Lee
OR


Debora And David Bass
Po Box 53
Tetonia, ID 83452

Debra Chandler
254 Robert Hardeman Road
Winterville, GA 30683

Debra Hamilton
55 N 100 W
Blackfoot, ID 83221

Debra Hart
746 Bel Aire Drive
Crestview, FL 32536

Debra Hill
FL


Debra Peterson
UT


Dee Ginn
1005 Gloucester Ct
Kingsport, TN 37660

Delaina Goff
423 W 1St South St
Mesquite, NV 89027

Dementeidei Adegbe
5400 East Williams Boulevard
Apt 4308
Tucson, AZ 85711

Demetrius Williams
GA


Demian Mckibben
375 Spencer Way
Farmington, UT 84025

Dennis Hedges
481 Palisade Drive
Roseburg, OR 97471

Dennis Lewis
7081 North Marks Avenue
Suite 104, Pmb 265
Fresno, CA 93711

Dennis Lisonbee
920 South Maple Ravine Circle
Woodland Hills, UT 84653

Dennis Wyss
NC


Derrick Stevenson
6743 Browns Mill Circle
Lithonia, GA 30038-4669

Desi Curtis
5854 Petronius St
Las Vegas, NV 89113

Destin Commons, LTD
c/o Turnberry Associates
19501 Biscayne Blvd, Suite 400
Aventura, FL 33180

Destin Commons, LTD
19501 Biscayne Blvd, Suite 400
c/o Turnberry Associates
Aventura, FL 33180

Destiny Keller
TN

Dev Patel
8517 W Hampton Ct
Montgomery, AL 36117

Dev Patel
450 Falkirk Dr
Warner Robins, GA 31088

Devante C Green
11070 Edna Brake Lucas Dr
Montgomery, AL 36117

Devin Whiley
8666 Ne Adlington St
Hillsboro, OR 97006

Devonte Hall
KS

Dewynn Nelson
UT

Dexter Truman
UT

Diana Ortiz
3079 Hidden Forest Court
Unit 4190
Marietta, GA 30066

Diane Hatfield
2460 Birch Pointe Circle
Green Bay, WI 54302

Dianella Linardatos
1720 New York Avenue
Apt 206
Union City, NJ 07087

Dianne Higginbotham
837 Kirkwood Ave
Nashville, TN 37204

Dickson Boateng
30 Everglades Lane
Stafford, VA 22554

Dio Santiago
104 Arroyo Place
Santa Cruz, CA 95060

Dion Jackson
4032 Brighton Rd
Montgomery, AL 36116

Divvy, Inc.
13707 S 200 W Ste. 100
Draper, UT 84020

Dixie Electric
PO Box 242189
Montgomery, AL 36124

Dmitry Dydin
314 Robinson Lane For 106954
Wilmington, DE 19805

Dmitry Dydin
314 Robinson Ln For 106954
Wilmington, DE 19805-4673

DN8TT Inc
14021 E Ayesbury Cir
Wichita, KS 67228

Doina Cristea
8985 South Durango Drive
Unit 2106
Las Vegas, NV 89113

Dolphin Mall Associates LLC
Department 189501
PO Box 67000
Detroit, MI 48267-1895

Dominion Energy
PO Box 45360
Salt Lake City, UT 84145-0360

Dominique Williams
9400 Shore Dr
Myrtle Beach, SC 29572

Domo Inc
772 E Utah Valley Dr
American Fork, UT 84003-9773

Domo, Inc.
772 E. Utah Valley Drive
Attn: Finance Department
American Fork, UT 84003

Domonique Bowman
7627 Lake Glen Drive
Glenn Dale, MD 20769

Don Madden
126 Quayside Drive
Jupiter, FL 33477

Don Webb
UT

Donald Owen
ID

Donna Gay-Tyler
2404 Fieldrush Road
Lexington, KY 40511

Donna Hawkins
301 Montrose Ct
Franklin, TN 37069

Donna Petko
VA

Donna Windberg
IN

Donnie Hutchins
GA

Doric Real Estate LLC
2455 Bardstown Road
Louisville, KY 40205

Dorthy Schrodt
ID

Doug Gurr
2171 Winslow Cottage Circle
Marietta, GA 30062

Douglas Mcgrath
1788 Parc Vue Ave
Mt Pleasant, SC 29464

Douglas Solis
902 Joye St
Springdale, AR 72762

Douglas Walsh
KS

Doy Timothy Dunlap
117 Old Still Lane
Bonneau, SC 29431

Dr Robert Ossoff
2014 Fransworth Drive
Nashville, TN 37205

Dr. Samuel Rowley
FL

Drew Griffin
115 White Park Place
Dallas, GA 30132

Duane Moore
113 Galway Lake South
Hendersonville, TN 37075

Dugan Aiken Murphy
810 Lanier Mill Cir
Oakwood, GA 30566

Duke Energy
PO Box 1094
Charlotte, NC 28201-1094

Duke Tran
1527 Wolf Creek Drive
Arlington, TX 76018

Duncan Mcdonald
929 Asheville Avenue
B06
Tega Cay, SC 29708

Dunedin Ventures LLC
1125 Trowbridge Way
Danville, CA 94506

Durbin Park Pavilion LLC
7775 Baymeadows Way Ste 300
Jacksonville, FL 32256

Dustin Dean
6000 West Eldorado Parkway
Apt.924
Frisco, TX 75033

Dustin Hopkins
64215 Hunnell Rd
Bend, OR 97703

Dustin Walber
15024 Andrew Alley
Winter Garden, FL 34787

Dwayne Allen
2832 Myotis Dr.
Sacramento, CA 95834

Dwhite Gilles
560 Atlantic Avenue
Hamilton Township, NJ 08629

Ed Lunt
2720 Spring Creek Road
Holladay, UT 84117

Eddie Giffin
ID

Edgar  Gaspar
1800 La Puerta Avenue
Oxnard, CA 93030

Edgar Nazario
FL

Edward Gordon
1081 Colgan Court Northwest
Lawrenceville, GA 30044

Edward Koo
1720 El Camino Real Ste 225
Burlingame, CA 94010

Edward Lester
129 Graham Road
Hawkinsville, GA 31036

Edward Ridley, Jr
872 Cambridge Road
Cleveland Heights, OH 44121

Edward Thatcher
OR

Elaine Richards
14782 Stone Road
Newbury, OH 44065

Elaine Walton
UT

Elena Riestra King
2172 Timber Meadows
Charlottesville, VA 22911

Eliot Percella
1074 South Dahlia Street
G538
Denver, CO 80246

Elise Chambliss
AR

Elizabeth Adams
1050 E 700 N
Shelley, ID 83274-5302

Elizabeth Mountjoy
FL

Elizabeth Suter
260 Wildcat Run
Gallatin, TN 37066

Ella Pfaff
566 Lexington Place
Brunswick, GA 31525

Elle Wilkinson
MO

Elly Gardner
2711 Aimar Avenue
Savannah, GA 31406

Emery Graham
1132 N Burbank Dr
Montgomery, AL 36117

Emma Cartwright
2190 West Ave South
Pine Wood, SC 29125

Emma Dubisz
ID

Emma Griffin
1701 Mill St
Apt 34106
San Marcos, TX 78666

Emma Lipka
NC

Emmanuel Rexnwakamma
21503 Stonecross Terrace Lane
Katy, TX 77449

Emme Auer
205 Boundry Street
Athens, GA 30607

Emory Edwards
AL

Engie Insight Services Inc.
1313 N Atlantic St #5000
Spokane, WA 99201

Enoch Rios
1021 Haynes Street
San Marcos, TX 78666

Entouch/Astound
PO Box 679367
Dallas, TX 75267-9367

Eric Ni
1111 S Grand Ave Ph4
Los Angeles, CA 90015

Eric Simmons
FL


Eric Smith
Athens, GA 30606


Eric Thompson
TN


Eric Vaughn
111 S. Sutter Street
Stockton, CA 95202


Erik Horbacz
708 Windswept Place
Wilmington, NC 28405


Erika Montiel
217 Keith Ln
Brownsville, TX 78521


Erika Watson
4032 East Southcross
Apt. 4704
San Antonio, TX 78222


Erin Chesser
4025 Cooks Farm Drive Nw
Kennesaw, GA 30152


Erin Cole
503 N. 13Th St.
Muskogee, OK 74401


Erin Mclaine
AR


Erin Wickersham
UT


Ethan Freeman
IN


Ethan Harris
510 Earl Godwin Rd
Freeport, FL 32439

Ethan Parker
3737 River North Dr
Gainesville, GA 30506

Ethan Still
2406 Remington Dr.
Killeen, TX 76543

Eugene Balmaceda
1935 Guenivere Dr
Finksburg, MD 21048

Eugene White
818 Charlie Place
Nashville, TN 37207

Eugenia Guthrie
871 Forest Park Lane
Suwanee, GA 30024

Eurie Gaither
KY

EV Toys LLC
Attn: Mauricio Diaz
2980 McFarlane Road
Coconut Grove, FL 33133

Evan Simms
1630 Lancaster St
Baltimore, MD 21231

Evander Copeland
200 Olympia Drive
Apt. I 3
Warner Robins, GA 31093

Evansville Water and Sewer Utility
1 NW Martin Luther King Jr Blvd
Evansville, IN 47708

Evergy
PO Box 219915
Kansas City, MO 64121-9915

Extreme PU & Delivery Inc
10900 SW 41st Terrace
Miami, FL 33165

FAST SIGNS
22511 Katy Fwy Ste 500
Katy, TX 77450

Faye Chambers
435 Green Leaf Drive
Montgomery, AL 36108

Federal Express Corporation
Dept LA
PO Box 21415
Pasadena, CA 91185-1415

Federal Realty Investment Trust
Lockbox # 9320 P.O. Box 8500
Philadelphia, PA 19178-9320

Felicia Lucas
1310 Rosemont Parkway
Roswell, GA 30076

Felicia Patterson
2595 Brown Alder Ct
Odenton, MD 21113

Fidel Gomez
3085 State Highway 123
Apt 5107
San Marcos, TX 78666

Fielding Shipman
4163 N Sunflower Cir
Fayetteville, AR 72703

FloQast, Inc.
14721 Califa Street
Los Angeles, CA 91411

Florencia Secuya
GA

Forsyth Owner 1 LP
PO Box 935625
Atlanta, GA 31193-5625

FPL
General Mail Facility
Miami, FL 33188-0001

Francisco Longoria
10345 Aldine Westfield Rd
Houston, TX 77093

Frank Hannah
5256 Rustic Way
Old Hickory, TN 37138

Frank Naves Suarez
FL


Frankie Luis Coste Rosario
1235 Perry Street
Reading, PA 19604

Franklin Fixtures LLC
621 Maxwell Street
Cokeville, TN 38501

Fred Spiegel
AR


Frederic Delarosa
FL


Frida  Simonyan
1218 Gordon Street
Apt 6
Los Angeles, CA 90038

FUQUA BCDC PEACHTREE CORNERS PROJECT OWN
3575 Piedmont Rd NE Ste 800
Atlanta, GA 30305

Gabby Winter
KS


Gabriel El Khoury
580 Copper Dr
Newport, DE 19804-2418

Gabriel El Khoury
580 Copper Drive
Newport, DE 19804

Gabrielle Karrie Johnson
7 Jackson Cir
Tuscaloosa, AL 35401

Gabrielle Miller
IN


Gallatin Mall Group LLC
PO Box 80510
Billings, MT 59108-0510

Garrett Noone
141 Northeast 212Th Street
Miami, FL 33179

Gary Halversen
6331 Shenandoh Park Ave
Salt Lake City, UT 84121

Gary Harmon
732 Ranch Rd
Grand Junction, CO 81505-9563

Gary Kennedy
210 S 1970 E
Heber, UT 84032

Gary Keown
14634 Bluegrass Loop
Sisters, OR 97759-3109

Gary Rodrigue
104 Gros Street
Schriever, LA 70395

Gary Rosen
6 Whitney Road
Short Hills, NJ 07078

Gary Samuels
7209 78Th
Lubbock, TX 79424

Gayle Murchison
179 Merrimac Trl Apt 6
Williamsburg, VA 23185-4646

George Johnson
40 Pansy Place
Buffalo, NY 14208

George Ramsay
1572 Valley Stream Dr
Marietta, GA 30062

George Ryan
Po Box 7210
Bozeman, MT 59771

George Ryon
1230 Mader Street
Schenectady, NY 12308

George Sanford
513 Autmn Cir
Columbia, SC 29206

George Wright Williams
5009 Hewletts Run
Unit 1
Wilmington, NC 28409

George Zitzewitz
FL

Georgeann Craig
AR

Georgia Natural Gas
P.O. Box 440667
Kennesaw, GA 30160-9512

Georgia Power
96 Annex
Atlanta, GA 30396

Gerald Ciganko
25680 Mcmillan Rd
Wellington, OH 44090

German Chavez
245 Shallowford Dr
Gainesville, GA 30504

Gerry Bernabe
OR

Gildardo Arias Rodriguez
3722 Rainterra Dr
Katy, TX 77449

Gina Timmins
FL

Ginger Mcdougal
4152 Springdale Road
Millbrook, AL 36054

GKT Shoppes at Legacy Park LLC
211 N Stadium Blvd Ste 201
Columbia, MO 65203

Gladymar Nieves
FL

Glen Burchett
3350 Shooting Star Ln.
Corona, CA 92882

Glimcher MJC - Mall at Johnson City
L - 1953
Columbus, OH 43260-1953

Gloria Watson
1082 Cr 4910
Troup, TX 75789

Goldfinch Real Estate LLC
PO Box 2403
Lake Oswego, OR 97035

Goodman Properties
636 Old York Road 2nd Floor
Jenkintown, PA 19046

Gordon & Rees LLP
1111 Broadway
Suite 1700
Oakland, CA 94607

Grand Strand Water and Sewer
P.O. Box 2368
Conway, SC 29528

Grant Lincoln
3101 S Russell
Missoula, MT 59801

Greg Clark
1046 Noble Vines Drive
Apt 4
Clarkston, GA 30021

Gregg Switzer
MT

Gregory Nelson
1162 N 210 W
American Fork, UT 84003

Guardian
1650 Watermark Drive, Suite 170
Columbus, OH 43215

Guil Ezell
110 Battle Ave
Franklin, TN 37064

Gustavo Perez
8265 Autumn Green Dr.
Fairburn, GA 30213

Gustavo Sterling Sterling
1251 Northwest 20th Street Apt. 514
Apt. 514
Miami, FL 33142

Hai Falor
NC

Hakob Kakoian
607 E Valencia Ave
Burbank, CA 91501

Hal Hembree
1209 Worthington St
Chattanooga, TN 37405

Haleema Ahamad
902 South Fifth
Kirksville, MO 63501

Halle Krantz
318 N Lake Dr
Belmar, NJ 07719

Hamilton Place CMBS LLC
PO Box 5559
Carol Stream, IL 60197-5559

Hank Davis
11992 Pine Top Street
Parker, CO 80138

Hannah Vance
UT

Hans Branch
1850 West Ashton Boulevard
Ste500
Lehi, UT 84043

Hansol Hyun
508 North Heliotrope Drive
1/2
Los Angeles, CA 90004

Harigovindan Nadancheri Sarvothman
AR

Harris Technologies Inc
1099 Milwaukee Ave
Ste 200
St Louis, MO 63122

Harrison Floyd
3007 Heyward St
Columbia, SC 29205

Heather Grant
8055 Old Alton Road,
Winona, MO 65588

Heather Urkuski
MT

Heather Warmbrod
TN

Hector Guzman
3104 Holmans Lane
Apt. 88
Jeffersonville, IN 47130

Heleana Mann
41026 Beachwood Avenue
Hemet, CA 92544

Herb Murray
514 Windmont Drive Northeast
Atlanta, GA 30329

Herbert Newell
AL

Herman Hogue
P.O. Box 220108
Centerfield, UT 84622

Hillcrest Holdings LLC
PO Box 564
Johnson, AR 72741

Hing Fung
3418 Stewart Circle
Waco, TX 76708

Hollis Mcfadden
430 Wood Ward Way
Athens, GA 30606

Hollis Riedel
560 Cash Hollow Road
Johnson City, TN 37601

Home
Po Box 575
Mesquite, NV 89024-0575

Homer Pique
4009 Melody Lane
Odessa, TX 79762

Howard Heath Young
2015 Forest Glen Drive
Braselton, GA 30517

HTC
3480 Highway 701 North
Conway, SC 29526

Humberto Ruiz
3195 West Rome Street
Yuma, AZ 85364

Hunter Horton
105 Boxwood Circle
Kingsport, TN 37663

Iaana Cortes
FL

Ian Hua
4601 14Th St
Lubbock, TX 79416

Ian Mcvicker
1311 Holloway Drive
Plymouth, IN 46563

Ian Tyrell
8836 Southampton Drive
Miramar, FL 33025

Ian Wiese
AR

Ibeawuchi Okoroafor
460 Shore Drive Northwest
Suwanee, GA 30024

Idt Purchasing
520 Broad St
Newark, NJ 07102

Impact Printing & Graphics
2618 Perth Street
Dallas, TX 75220

India Dixon
VA

Ingram Micro Inc.
1759 Wehrle Drive
Williamsville, NY 14221

Interface Security Systems inc
3773 Corporate Center Drive
Earth City, MO 63045

Intermountain Gas Company
PO Box 7608
Boise, ID 83707-1608

Invue Security Products Inc.
9201 Baybrook Lane
Charlotte, NC 28277

Iona Grosshans
2691 E Blaine Ave
Slc, UT 84108

Iriana Boykova
SC

Isaac Doughty
720 NW 5th St
Apt 44
Corvallis, OR 97330

Isaac H
6702 East 87Th Place
Tulsa, OK 74133

Isaac Nelson
106 Ridge Rd
Perry, FL 32348

Isaac Ruffin
4344 Napier Avenue
Apt B8
Macon, GA 31210

Isaac Velasco
910 Saint Andrews Dr.
Apt. P-7
Murfreesboro, TN 37128

Isabelle Lewis
310 W 500 S
Orem, UT 84058

Ismael Kipruto Bett
195 S Barbara Ln
Austell, GA 30168

Israr Mandalvadi
26043 Galena Stone Ln
Katy, TX 77494

Ivontae Corbin
4812 Alter Road
Detroit, MI 48215

Ivy Zepeda
4602 9Th
Lubbock, TX 79416

Jack Queen
230 Maple Meadows Ln
Morganton, GA 30560

Jackie Evans
4 Haywood Dr.
Canton, NC 28716

Jacob Ammon Anderson
271 S 2Nd W
Apt 201
Rexburg, ID 83440

Jacob Loftus
55 West 1450 North
Apt 156
Provo, UT 84604

Jacquelin Guzman
15520 SW 80 Street
Apt. B301
Miami, FL 33193

Jacqueline Bruce
6591 Sweet Cherry Court Northeast
Sugar Hill, GA 30518

Jacqueline Gamez
84538 Vermouth Dr
Coachella, CA 92236

Jacqueline Jackson
7507 Lake Vista Drive
Trussville, AL 35173

Jacqueline Langholtz
504 Park Hill
Charlottesville, VA 22902

Jada Brtistow
NC

Jada Martin
2736 Frankfort Ave Unit 102
Louisville, KY 40206

Jadyn Arrey
14551 Beechnut St Apt 3203
Houston, TX 77083

Jadyn Singleton
NC

Jaime Chavez
1515 S. Grant Avenue
Springfield, MO 65807

Jaime Olvera-Medina
1436 Alder Street
Apt 18
Eugene, OR 97401

Jake Phillips
410 N 800 W
Vernal, UT 84078

Jaleesa Smith
TN

Jalen Foster
FL

Jalyn Skelly
1150 Hillside Green Way
Powder Springs, GA 30127

Jamee Adams
UT

James Borocz
24 Rob Rider Road
Redding, CT 06896

James Cheek
FL


James Davis
46 Duffield Drive
South Orange, NJ 07079

James Davis Jr
TN


James Ellsworth
4161 State Hwy 31 East
Athens, TX 75752

James Fuhs
2607 Octavia Lane
Marietta, GA 30062

James Ginn
2507 Purdue Circle
Bentonville, AR 72712

James Green
32 Vaughns Gap Rd
Nashville, TN 37205-4304

James Hancock
233 Racine Dr. #13
Wilmington, NC 28403

James Hudson
4132 Praire Fire Circle
Longmont, CO 80503

James Lang
P.O. Box 1826
111 1St Street
Paonia, CO 81428

James M Orman
245 Indian Lake Blvd S108
Apt S108
Hendersonville, TN 37075

James Mires
15 Upland Ct
Newnan, GA 30263

James Ohalloran
FL

James Pistilli
236 W. 10Th Street, Apt. 29
Apt. 29
New York, NY 10014

James Regan
GA

James Schoelwer
KS

James Smith
125 Greenwood Avenue
Brunswick, GA 31525

James Stein
2883 E Overlook Dr
St. George, Ut, UT 84790

James Stephens
1103 Dovefield Lane
Youngsville, NC 27596

James Sweeney
1230 Lake Charles Drive
Roswell, GA 30075

James Westwood Jr
40W835 Bowes Bend Drive
Elgin, IL 60124

James Wojciehowski
2424 Cobalt Drive
St. George, UT 84790

Jameson Busch
617 N 5th Ave
Unit F
Bozeman, MT 59715

Jami Blackburn
FL

Jamie Irvine
OR

Jamie Kerwin
6429 City West Parkway
Apt 4302
Eden Prairie, MN 55344

Jamie Sherrill
1511 Montana Avenue
Santa Monica, CA 90403

Jamie Tapp
ID

Jamiel Raymon Neal
1244 East Ridge Road
Gainesville, GA 30501

Jamin Pottle
435 N Stone Mountain Dr (Unit 17)
Unit 17
Saint George, UT 84770

Jan Conner
208 Angie Way
Bethleham, GA 30620

Jan Pais
790 Springwood Street
Apt A
Corona, CA 92882

Jane Koskinen
1290 Virginia Ave
Harrisonburg, VA 22802-2427

Janelle Olsen
13675 Nw Pettygrove St
Portland, OR 97229

Janet Eden
1309 Gristmill Drive
Charlottesville, VA 22902

Janice L Whittle
71 Chapman St
Quincy, MA 02170

Janice Nelson
UT

Jaquona Hart
2874 Ridgeview Trl
Jonesboro, GA 30238

Jared Leroy Trice
1510 Frostwood Drive
Tyler, TX 75703

Jared Rippy
1482 East Bernhard Avenue
Hazel Park, MI 48030

Jason  Smith
4225 Glory View Lane
Jackson, WY 83001

Jason Bolin
666 Lancaster Rd
Fombell, PA 16123

Jason Ewing
10616 Dover Ave
Lubbock, TX 79424

Jason Frankenfield
2052 Doomar Dr
Tallahassee, FL 32308

Jason Harrison
UT

Jason Matthew Moehn
5218 Winding River
Richmond, TX 77469

Jason Minzghor
ID

Jason Tanner
1026 Pat Neff
Harlingen, TX 78550

Jason Thompson
201 Marina Dr Apt 302
Tuscaloosa, AL 35406

Jassem Eldroubi
616 E St Nw Apt 701
Washington, DC 20004-2265

Jay Blackman
19290 Cline St
Lowell, IN 46356

Jay Kuhr
4900 Colham Ferry Road
Watkinsville, GA 30677

Jay Myers
19 Annie St
Asheville, NC 28806

Jaylene Ponton
210 Jarrell Street
Apt A
Hampton, SC 29924

Jayliene Franklin
487 Gowans Vann Road
Cerro Gordo, NC 28430

JEA
21 West Church Street
Jacksonville, FL 32202

Jean  Kasza
200 Silver Bend Way 215
Auburn, CA 95603

Jean Serfoss
11260 Bridger Canyon Road
Bozeman, MT 59715

Jeanne Rosario
121 Donahue Road
Pascoag, RI 02859-1905

Jeff Copper
404 Plantane Terrance
Peachtree City, GA 03269

Jefferson Pointe SPE LLC
PO Box 17102
Superior, CO 80217

Jeffery Watson
449 Red Oak Court
Montgomery, AL 36117

Jeffrey Thornton
3566 Sugar Maple Ln
Crestview, FL 32539

Jen Schrenbeck
TN

Jennie Groshong
2070 NW Meadow Wood Dr
Albany, OR 97321

Jennifer Brannen
27 Arrow Root Lane
Victor, ID 83455

Jennifer Browers
4614 W Canopy Meadows Dr
Rogers, AR 72758

Jennifer Irwin
8060 SW Avery St Apt 251
Portland, OR 97062

Jennifer Joseph
1722 S 6Th St
Ironton, OH 45638

Jennifer Martin
NC

Jennifer Mayea
492 E 20 Street
Hialeah, FL 33013

Jennifer Schroeder
127 Pinecrest Circle
Bluffton, SC 29910

Jennifer Stiowell
TN

Jennifer Sunga
268 Havenwood Cir
Pittsburg, CA 94565

Jennifer Williams
4218 Fornari Lane
Katy, TX 77449

Jennifier Montgomery
64885 Hunnell Rd
Bend, OR 97703

Jenny Dixon-Sevy
952 Mountain Willow Ln
Park City, UT 84098

Jeremiah Cheng
22 Preston Place
Tustin, CA 92782

Jeremy Dunlap
373 Indian Woman Road
Santa Rosa Beach, FL 32459

Jeremy Odom
903 Russell St
Nashville, TN 37206

Jeri Owens
AL


Jermaine Harris
407 Cocopa Dr
Gainesville, TX 76240

Jerome Anderson
NC


Jerry Schmitt
5101 Chateaux Dr
Bay City, TX 77414

Jerusha Mention
101 Calloway Ct
Columbia, SC 29223

Jessica Osorio
UT


Jessie Versluis
896 Timber Winds Court Southwest
Grand Rapids, MI 49534

Jill Carr
1601 Arbour Dr
Lebanon, MO 65536

Jim Gazley
Po Box 681962
Park City, UT 84068

Jim Holland
GA


Jim Moore
OR


JLV-VASI LLC
P.O. Box 674288
Marietta, GA 30006

Jo Anderson
MO


Jo Meyer
AR

Joanna Campbell
FL


Joaquin Carrillo
513 King Lane
Garland, TX 75042

Jodi Vleck
2445 Luck Judd
Park City, UT 84060

Jodie  Dunlap
175 Keystone Estate Road
New Alexandria, PA 15670

Joe Berryq
SC


Joe Bevier
MT


Joe Moshier
1543 Campbell Avenue
Thousand Oaks, CA 91360

Joe Rechtfertig
TN


Joe Rocko
8255 La Scala Ave
Springdale, AR 72762

Joel Echols
20135 Keswick Street
# 107
Los Angeles, CA 91306

Joel Hicks
KS


Joerg Ruegemer
125 Parkview Place
Park City, UT 84098

Joey Gore
NC

Joey Hamilton
61134 Brown Trout Pl
Bend, OR 97702

Joey Skibbie
TN

Joey Smith
155 South 1200 West #13
Orem, UT 84058

John Bolden
AL

John Chynoweth
12805 Ben Rogers Court
Orlando, FL 32828

John Ciet
UT 84020

John Emery
821 Kendall Drive
Nashville, TN 37209

John Huyck
OR

John Jordan
5411 Sylvan Dr
Columbia, SC 29206

John Kenneth Burkus
7162 Williams Hill Road
Columbus, GA 31904-1961

John Kunkel
UT

John Laforge
3639 Sunset Point Dr.
Gainesville, GA 30506

John Medinger
606 Hill Road North
Mchenry, IL 60051

John Overton
13517 Sw Caster Rd
Vashon, WA 98070

John Patrick Winters
5991 Wild Bird Lane
Florence, MT 59833

John Phelps
1553 Meadow Bend Drive
Madison, TN 37115

John Roper
3 Darby Ave
Croton On Hudson, NY 10520

John Rule
320 Nevada St
First Floor Side Entrance
Newton, MA 02460

John Seifried
201 Fourth St
Pennsburg, PA 18073-1307

John Winkle
396 Casa Grande Lane
Santa Rosa Beach, FL 32459

Johnathan Simpson
1071 Fox Glen Drive
Watkinsville, GA 30677

Johnny Benton
7006 Dalmatia Dr
Riverdale, GA 30296

Johnny Garcia
TN

Johnson City Utility System
601 East Main Street
Johnson City, TN 37615

Johnson Controls Security Solutions
PO Box 371994
Pittsburgh, PA 15250-7994

Jonah Adam Thomas
976 Canyon Creek Dr
Bountiful, UT 84010

Jonahtan Huggins
SC

Jonathan Brody
1006 North Coronado Street
Los Angeles, CA 90026

Jonathan Chavarin
11904 Painter Ave
Whittier, CA 90605

Jonathan Kutner
3211 S La Cienega Blvd
Los Angeles, CA 90016

Jonathan Larios
KS

Jonathan Roldan
901 Woodland West Dr.
Woodway, TX 76712

Jonet West
101 Birch Hollow Dr
Columbia, SC 29229

Joni Turnbull
SC

Jordan Baumgarten
AL

Jordan Drake
107 Golden Trl
Perry, GA 31069

Jordan Seiger
3724 Sw 29th St.
Apt #627
Topeka, KS 66614

Jordyn Workman
3097 Shadow Canyon Circle
Norco, CA 92860

Jorge Barreto
120 Royal Palm Road
Apt 211
Hialeah Gardens, FL 33016

Jorge Gomez
FL

Jose Ilunga
86 North Main Street
Wharton, NJ 07885

Jose Islas
4616 North River Rd Spc17
Oceanside, CA 92057

Jose Martinez
1342 S Maple Dr
Katy, TX 77493

Jose Moreta
1700 Grand Concourse
Apt. 2F
Bronx, NY 10457

Jose Olivieri
GA

Joseph Cusick
403 S. 1St St. West
Unit 2
Missoula, MT 59801

Joseph Killion
FL

Joseph Kirkpatrick
4235 Hillsboro Pike
Nashville, TN 37215

Joseph Kunisch
1605 Ulit Avenue
Austin, TX 78702

Joseph Lockhart
1260 Vera Drive
Easton, PA 18040

Joseph Mcbrearty
502 Hyde Park Lane
Mauldin, SC 29662

Joseph Sims
2855 Barnwood Crossing Northwest
Duluth, GA 30097

Joseph Spendlove
1496 S 2300 E
Slc, UT 84108

Joseph Urbana Investments LLC
5001 N University
Peoria, IL 61614

Joseph Winters
5401 North Mays Street
Apt 712
Georgetown, TX 78626

Josh Dykzeul
OR

Josh Higley
ID

Josh Vaughters
GA

Joshua  Oharra
5709 Avalon Aly
Eugene, OR 97402

Joshua Eller
106 Klintfield Trail
Dallas, GA 30157

Joshua Grant
FL

Joshua Grant
1776 Polk St.
Apt. 2014
Hollywood, FL 33020

Joshua Kersey
402 NE Patricia Ann Pl
Hillsboro, OR 97006

Joshua Mcdaniel
Po Box 4050
Pahrump, NV 89041

Joshua Morrison
6403 Hillview Ln
Douglasville, GA 30134

Joshua Paquin
2623 East Oakbrook Drive
Apt A
Columbia, MO 65202

Joshua Spurgeon
MO


Josi Green
AL


Josiah Hart
NC


Josue  Dubreus
860 Orienta Avenue
Apt D
Altamonte Springs, FL 32701

Joyce Li
NC


Joyce Rhodes
4166 Chatham Ridge Drive
Buford, GA 30515

Joyce Rusch
1600 Marion Road
Redlands, CA 92374

Joycie Teixeira
FL


Joydawn Hardman
2438 Crossings Circle
Davison, MI 48423

Juan Rubio
5407 Tallowwood Terrace
Katy, TX 77493

Juan Villegas
1177 Pelican Court
Merced, CA 95340

Judith  Garcia
726 Manor Street
Apt 1
Lancaster, PA 17603

Judith Ellis
125 Wood Lake Drive
Athens, GA 30606

Judith Mcconkie
3373 Oakwood Street
Salt Lake City, UT 84109

Judith Obeta
5411 Gemstone Pk Dr
Richmond, TX 77407

Judith Wible
101 Bryce Lane
#214
King Of Prussia, PA 19406

Julee Kimbro
ID

Julia Bestwick
OR

Julia Boothe
AL

Julia Carroll
8320 Starview St
Temple, TX 76502

Julia Gass
NC

Julian Edward May
1609 Nantucket Ct
Bldg 9
Palm Harbor, FL 34683

Julian Hector
172 Sawmill Road
Seguin, TX 78155

Julie Colella
GA

Julie Larsen
UT

Julie Lucas
GA

Julie Reece
536 Upper Grassy Branch E
Asheville, NC 28805

Julieta Castillo
FL

Justin Atchley
24500 V a Lenardo
Yorba Linda, CA 92887

Justin Lewis
21502 Ganton Drive
Katy, TX 77450

Justin Marchesi
4860 Lanett Drive
Pensacola, FL 32526

Justin Olmsted
227 Cedears Glenn Crl
Valey, GA 30180

Kaitlin Hinson
111 River Hills Lane
Macon, GA 31211

Kaleb Stewart
1061 E. Battlefield Rd. D1
Springfield, MO 65807

Kamal Hauter
5616 Montelle Ln
Nashville, TN 37211

Kamareia Parrish
6095 North Carica Avenue
Fresno, CA 93722

Kameron Mccurdy
1088 W 1860 S
Orem, UT 84058

Kane Faust
4901 Ceasarville Road
Wetumpka, AL 36092

Kansas Gas Service
7421 W. 129th Street
Overland Park, KS 66213

Kara Huddleston
85 Beverly Lane
Thomaston, GA 30286

Karelis Figueroa
521 Mooney Rd Nw
Fort Walton Beach, FL 32547

Karen Davis
208 Angie Way
Bethleham, GA 30620

Karen Dykstra
GA

Karen Frakie
1775 Mullan Trail
Missoula, MT 59808

Karen Harouach
5217 Fox Hunt Drive
Apt D
Greensboro, NC 27407

Karen Milne
7345 Milne Lane
Cottonwood Heights, UT 84047-1899

Karen Robinson
7250 Greenfield Rd
Montgomery, AL 36117

Karen White
9812 Northeast 191St Circle
Battle Ground, WA 98604

Karina Moreno
1892 E 5625 S
Ogden, UT 84403

Karleigh Quinn
1450 Old Mill Creek Rd Se
Winnabow, NC 28479

Karriann Graham
9000 E Lincoln
#205
Wichita, KS 67207

Kaseya US LLC
26 W 17th St 9th Floor
New York, NY 10011

Kasondra Eckels
IN

Katapult
27 W 24th St, Suite 1101
New York, NY 10010

Katapult Group, Inc.
27 W 24th Street, Suite 1101
New York, NY 10010

Kathleen Demarrais
GA

Kathryn Brown
Po Box 124
Nixa, MO 65714

Kathy Caccamo
102 Legacy Court
Unit D
Elizabethtown, KY 42701

Kathy Feigal
UT

Kathy Hurley-Milo
838 Emerald Bay
San Antonio, TX 78260

Kathy Malm
771 Janet St
Blackfoot, ID 83221-2530

Kathy Schroeder
21056 Avery Ln
Bend, OR 97702

Kathy Teufel
TN

Katie Edwards
102 North Kalorama Street
Apt 3
Ventura, CA 93001

Katie Lomax
204 Pages Creek Dr
Wilmington, NC 28411

Katrina Mahan
4926 Brian Center Lane
Winston-Salem, NC 27106

Kay Johnston
3125 E Kennedy Dr
# 205
Salt Lake City, UT 84108

Kayla Canedy
KS

Kayla Ruopp
27503 Guthrie Ridge Ln
Katy, TX 77494

Kaylie Larson
GA

Kaytlynn Greaves
3930 S. Main St Apt 2415
Millcreek, UT 84107

KBS Real Estate Investment Trust III Inc
800 Newport Center Drive Suite 700
Newport Beach, CA 92660

Ke'Sarae Parks
GA

Keith Barnes
220 Water Tower Road
Dalton, GA 30720

Keith Rodriguez
3730 Stonefield Drive
Orlando, FL 32826

Keith Virostko
Po Box 4131
Jackson, WY 83001

Kelsie Gonzales
1011 Wonder World Dr. Apt. 1108
Apt 1108
San Marcos, TX 78666

Ken Lumpkin
8 Stratford St
Rome, GA 30161

Ken Parsons
9336 Bill Reed Road
Ooltewah, TN 37363

Kendis Arias
40 King Street
# 2
Worcester, MA 01610

Kenneth Beadle
TX

Kenneth Evans
3507 Waterside Way
Louisville, TN 37777

Kenneth Herdrick
TN

Kenneth Perciful
222 4th St
Erwin, TN 37650

Kenza Ennamany
FL

Keondre Griffin
4151 Commons Dr W
Apt 5215
Destin, FL 32541

Kerri Paxton
5323 20Th St
Lubbock, TX 79407

Kerrie Kirk
NC

Kervin Barrios
9330 Parmelee Ave
Los Angeles, CA 90002

Keter Enviromental Solutions
4 High Ridge Park  202
Stamford, CT 06905

Kevin Barger
TN

Kevin Bruton
5620 Victoria Pl,
Fort Worth, TX 76112

Kevin Green
21406 Delta Spring Lane
Katy, TX 77450

Kevin Monger
163 Corral Cir
Saint Augustine, FL 32092-2497

Kevin Nieves
2045 Shroud Street
Building 19 Apt 101
Orlando, FL 32814

Kevin Orozco
FL

Kevin Robert Hasenpflug
4047 Carbon Street
Bozeman, MT 59718

Kevin Smith
115 Whitethorne Dr
Moraga, CA 94556

Kevin Young
3050 County Rd 427
Unit 2001
Tyler, TX 75704

Khrislyn Robinson
MO

Kibbe Horne
7916 Kiverton Place
Atlanta, GA 30350

Kim Dickman
FL

Kim Kelley
1124 Placid Cir
Waco, TX 76706

Kim Larsen
OR

Kim Spencer
5 Land Re Way
# 10
Spencerport, NY 14559

Kim Yeager
3237 Northwest Kidd Place
Bend, OR 97703

Kimberly Abunuwara
UT

Kimberly Mcmahel
5409 Tubman Dr S
Jacksonville, FL 32219

Kimoa International LLC
2980 McFarlane Rd
Miami, FL 33133

King County Treasury
201 S Jackson St
Rm 710
Seattle, WA 98104

Kinsey Pase
133 Oklahoma Avenue
Hewitt, TX 76643

Kirk Blackburn
NC

Klarna
629 N. High Street, Suite 300
Columbus, OH 43215

Klarna, Inc.
629 N. High St., Ste. 300
Columbus, OH 43215

Kody Calloway
1114 Detering Street
Houston, TX 77007

Konai Bloomfield
UT

Kris Sexton
141 Lucinda Ct.
Franklin, TN 37064

Kris Ward
SC

Kristen Frazier
TN


Kristen Hollimon
5300 Dunraven Ct
Midland, TX 79707

Kristi Rhine
1650 Dove Creek Road
Winder, GA 30680

Kristie Mcbroom
200 Augusta Rd
Apt 201
Panama City, FL 32407

Kristin White
1204 Concepts 21 Drive
Peachtree Corners, GA 30092

Kroll Ontrack
PO Box 845823
Dallas, TX 75284-5823

Krystle Lynn Legat
2534 Troy Rd
Troy, VA 22974-3977

Kunal Pimpale
FL


Kydolinda Mannucci
GA


Kyle Ellis
835 Douglas Turnpike
Apt D
Burrillville, RI 02830

Kyle Eyer
630 Kilcullen Drive
Niceville, FL 32578

Kyle Hardin
701 N Pontiac Ave
Dothan, AL 36303

Kyle Jordan Money
115 Queit Creek Ct
Louisville, KY 40229

Kyle Lamb
506 S 2Nd St
Verona, MO 65769

Kyler Hooper
1250 Roberts S Light Blvd
Apt 4102
Buda, TX 78610

L&L retail construction llc
5601 Huettner Drive
Norman, OK 73069

La Bi
4035 Fountainhead Ln
Dallas, TX 75233

Larry Brown
42960 Leaburg Drive
Walterville, OR 97489-8502

Larry Defend
3507 Wood Bridge Dr
Nashville, TN 37217

Larry Hill
307 E 2Nd Ave
Latrobe, PA 15650

Larry Kochard
VA

Larry Long
300 Cabana Blvd
#3413
Panama City Beach, FL 32407

Larry Smith
KS

Lashanette Mahan
KS

Lashawnda  King
506 Shadowood Court
Nashville, TN 37217

Latasha Mars
MO

Latasha Mitchell
23820 Morton Street
Oak Park, MI 48237

Laura Bart
Po Box 2124
Jackson, WY 83001

Laura Fischer
6664 Clearbrook Drive
Nashville, TN 37205

Laura Gardner
1135 Mcadoo Street
Blackfoot, ID 83221

Laura Huffaker
Po Box 61575
Vancouver, WA 98666

Laura Salamun
1630 Vacation Lane
Camdenton, MO 65020

Laura Suber
FL

Lauren Baynard
2757 Teepee Road
Navarre, FL 32566

Lauren Tomlin
TN

Laurent Deluc
OR

Lawrence Stotsbery
AR

Leah Smalls
339 Knawl Road
Moncks Corner, SC 29461

Lee Curtis
GA

Leidy Karns
MT

Leland Rogers
2006 Monument Av
Richmond Vir, UT 23220

Lennox National Account Services
PO Box 731627
Dallas, TX 75373-1627

Lennox National Account Services
2100 Lake Park Blvd.
Richardson, TX 75080

Leslie Ann Severance
7301 E Brainered Rd
Apt C28
Chattanooga, TN 37421

Leslie Cross
TX

Lettie Wiggins
8 Stewart Street
Cuthbert, GA 39840

Levi Speakman
1709 Conservation Trail
Apt 101
Fort Walton Beach, FL 32547

LG&E
P.O. Box 9001960
Louisville, KY 40290-1960

Liberty Center LLC
L-3745
Columbus, OH 43260-3745

Liberty Utilities Georgia
1766 Cleveland Hwy
Gainesville, GA 30501

Liby Northcutt
Po Box 1507
Whitney, TX 76692

Lien Vu
10829 Ne Thompson St
Portland, OR 97220-2936

Lili Hernandez
TN

Liliana Huitron
758 East 107Th Street
Los Angeles, CA 90002

Lillian Brown
MT

Lillie Morgan
TN

Lily Hight
792 West
1360 North
Orem, UT 84057

Lily Vang
228 Reimer Street
Green Bay, WI 54302

Linda Davis
OR

Linda Hanson
OR

Linda Holford
VA

Linda Keppinger
1059 Sw Windwood Way
Portland, OR 97225

Linda Schaberg
2070 Sw Whiteside Dr.
Corvallis, OR 97333

Lindell Holdings LLC
970 Overton Lea Rd
Nashville, TN 37220

Lindsey Bravin
2915 E. Chinkapin Ln.
Springfield, MO 65804

Lindsey Burkhart
2628 Millwood Avenue
Columbia, SC 29205

Lindsey James
430 W Mcintosh 7
Milledgeville, GA 31061

Lindsey Joy
TX

Lindsey Petersen
6831 N 220 W
#12Q
Park City, UT 84098

Line Financial Corp.
921 West New Hope Drive
Cedar Park, TX 78613

Lisa Curtain
839 South Annie Lane
Gilbert, AZ 85296

Lisa Deese
Po Box 493
Richfield, NC 28137

Lisa Fitch
12987 Santor Court
Garden Grove, CA 92840

Lisa Griffeth
103 East Fawn Drive
Mahomet, IL 61853

Lisa Hoerster
6400 Imperial Dr.
Waco, TX 76712

Lisa Hornick
1008 Windlea Run
Wilmington, NC 28409

Lisa Round
AR

Lissette  Morley
5240 Brosche Road
Orlando, FL 32807

LIVWRK SOL Wynwood LLC
55 Prospect St 4th Floor
Brooklyn, NY 11201

Logan Phillips
10110 Southeast Waverly Court
Apt 13
Milwaukie, OR 97222

London Williamson
AL

Long Nguyen
3101 South Manchester Street
Apt 816
Falls Church, VA 22044

Loretta Brubaker
10017 Ramblewood Dr
Woodway, TX 76712

Loretta Olivier
OR

Lottie  Faison
310 Byrd Street
Clinton, NC 28328

Louisville Water Company
550 South Third Street
Louisville, KY 40202

Lucas Dutcher
KS

Luis Jackson
FL

Luis Vivar
3730 East 3Rd Street
Los Angeles, CA 90063

Lynda Blevins
602 N. Casa Grande Circle
Duncanville, TX 75116

Lynette Strauss
312 Kildeer Lane
Elyria, OH 44035

Lynn Dicks
1021 Woodhollow Lane
Athens, GA 30606

Lynne Gately
OR


M.E.P.N.J. LTD Partnership
1710 Dick Pond Rd
Myrtle Beach, SC 29575

Mac Rector
402 South East Street
Hudson, IL 61748

Macie Preston
TX


Mack Butler
GA


Mackenzie Rock
AL


Macon Water Authority
790 Second Street
P.O. Box 108
Macon, GA 31202-0108

Maddie Edwards
KS


Madeline Fahey
TN


Mader Felix
FL


Madison Brown
4333 North Kedvale Avenue
# 302
Chicago, IL 60641

Madison Schmidt
KS


Magaya Corporation
7950 N.W. 53rd Street Suite 300
Miami, FL 33166

Makayle Bristow
3059 Co. Rd. 7703
Ramer, AL 36069

Makyra Revees
ID

Malak Aljadi
KS

Malika Scerritt
GA

Mallory Mccaskill
802 Center Dr
Palo Alto, CA 94301

Manasses Campbell
100 Nautique Circle
Columbia, SC 29229

Mandii Larsen
3102 West Easton Court
Tulsa, OK 74127

Manuel Gomez
803 S Perrin
Decatur, TX 76234

Marc Gianzero
1898 Lemon Heights Dr
Santa Ana, CA 92705-2596

Marc Reid
22 Mimosa Ln.
Teague, TX 75860

Marceia Tunstall
3204 Woodrow Ave
Richmond, VA 23222-2750

Marcel Miller
540 North Central Avenue
B441
Glendale, CA 91203

Marcelo Berza
FL

Marco Brown
8915 South 700 East
Suite 203
Sandy, UT 84070

Marcus Boyle
FL

Marcus Silva
12655 Classic Drive
Coral Springs, FL 33071

Margaret Bulin
9567 Whittington Drive
Jacksonville, FL 32257

Margaret Weyer
1971 N Starr Dr
Fayetteville, AR 72701

Margie Ann Soto
FL

Marie Doyle
GA

Marilyn Center
TN

Mario Campo
KS

Mario Leite
558 Paulison Ave
Passaic, NJ 07055

Marion Kelly
4573 Valley Parkway
Apt L
Smyrna, GA 30082

Marisol  Velez
4711 Gulfstream Rd
Lake Worth, FL 33461

Marjorie Karren
FL

Mark Brown
SC


Mark Dowdle
529 Spencer Circle
Burley, ID 83318

Mark Hudspeth
638 Founders Park Dr W
Springdale, AR 72762

Mark Kerce
SC


Mark Knutsen
10362 Park Commons Drive
Orlando, FL 32832

Mark Lehmann
2216 Padre Boulevard
South Padre Island, TX 78597

Mark Mcintosh
TN


Mark Oliveri
65 West 73Rd Street
Apt 1A
New York, NY 10023

Marlon Schaeffer
172 North Grand St
Eugene, OR 97402

Marry Lou Granato
UT


Marsha Draper
MT


Martie Watson
1707 East Cherry St
Springfield, MO 65802

Martina Goscha
310 Freyer Drive Northeast
Marietta, GA 30060

Marty Mccarthy
UT


Mary Alvarez
8446 Timber Mill
San Antonio, TX 78250

Mary Breckenridge
884 Farmquarter Rd
Mount Pleasant, SC 29464

Mary Davidson
11011 Queens Boulevard
Queens, NY 11375

Mary Howard
513 Rose St.
Chandler, TX 75758

Mary J Robins
10001 51St Ave Sw
Seattle, WA 98146-1047

Mary Juarez
902 W 63Rd St S
Wichita, KS 67217

Mary Robins
10001 51St Ave Sw
Seattle, WA 98146

Mary U Parks Three LLC
8416 Old McGregor Road
Waco, TX 76712

Mary Ursits
393 Stockwood Dr
Woodstock, GA 30188

Mary White
NC


Marysville USA LLC
2225 Park Terrace NW
Albany, OR 97321

Mathew Hymes
27507 Gracefield Ln
Fulshear, TX 77441

Mathew Wagner
FL

Matias Federico Abbondati
10419 Cinco
Katy, TX 77494

Matt Buchanan
212 Sheridan Loop
Belton, TX 76513

Matt Hill
2499 Eagle Drive
Ammon, ID 83406

Matt Houser
TN


Matt Snage
6290 Overlook Club Circle
Suwanee, GA 30024

Matthew Allen
9700 Ferry Road
Waynesville, OH 45068

Matthew Blake Weaver
158 Ancona Avenue
Debary, FL 32713

Matthew Coppedge
86 Hermitage Dr
Springfield, MA 01129

Matthew Gentry
175 E. Rolins St
Greeneville, TN 37743

Matthew Pearson
SC


Matthew Willis Myers
1357 W 490 N
St. George, UT 84770

Mauricio Alberto
1213 Aldine Mail Route Road
Houston, TX 77039

Mavis Tuten
OR


Max Charlton
7704 Miller Ln
Ventress, LA 70783

Maxwell Aaronson
704 East Dorchester
Saint Johns, FL 32259

Mayfaire (Utilities)
2030 Hamilton Place Blvd
Ste 500
Chattanooga, TN 37421-6000

Mayfaire Town Center LP
2030 Hamilton Place Blvd Ste 500
Chattanooga, TN 37421-6000

Mayleen Ramos
151 Old Liverpool Road
Apt 2C
Liverpool, NY 13088

Mckenzie Dickey
FL

MediaCom
1 Mediacom Way
Mediacom Park, NY 10918

Megan Batte
AL

Melinda Marie Sewell
131 Alderwood Hill
Atlanta, GA 30328

Melissa Fincher
226 Shackelford Road
Leoma, TN 38468

Melissa Smith
1908 Canterbury Rd
Macon, GA 31206

Melissa Stewart
202 Rader
West Plains, MO 65775

Melissa Stewart
5741 S Chanberry Ln
Rogers, AR 72758

Melissa Struwe Briley
1342 Fiddich Glen Ln
Park City, UT 84098

Melody Buntemeyer
TN


Melynn Cromwell
AL


Mia Shlakman
1700 3Rd Street
Manhattan Beach, CA 90266

Miami Dade Water and Sewer
3071 SW 38 Avenue
Miami, FL 33146

Mich Collins-Thomas
1191 East Broad Street
Athens, GA 30601

Michael Abili
100 Windmill Dr
San Marcos, TX 78666

Michael Adjiashuili
11045 Queens Blvd
Apt 217
Forest Hills, NY 11375

Michael Anderson
221 La Claire Street
Lake Crystal, MN 56055

Michael Bailey
237 Opossum Hollow Rd
Watertown, TN 37184

Michael Farnsworth
UT


Michael Flanagan
416 Michael Grove Avenue
Apt B
Bozeman, MT 59718

Michael Harrison
15655 Nw Perimeter Dr
Beaverton, OR 97006

Michael Herrell
8224 Dartmouth Drive
Warren, MI 48093

Michael Holley
UT

Michael Jones
632 Cedar Knoll Pl
Trenton, OH 45067

Michael Lamb
1045 N 1725 W
Apt 158
Saint George, UT 84770

Michael Nash
22432 Red Maple Ln
Saint Clair Shores, MI 48080

Michael Ogg
16112 Dixson
Tyler, TX 75703

Michael Peters
MT

Michael Rylander
775 Monroe St #5
Missoula, MT 59802

Michael Tyler Wainscott
15697 Sugar Creek Road
Garfield, AR 72732

Michael Waitmen
15541 Vista Verde Drive
Montverde, FL 34756

Michael Walker
842 S 890 E
Orem, UT 84097

Michael Yeung
UT

Michaela Bailey
MO

Michal Mussie
6150 Red Cedar Dr Apt 3E
High Point, NC 27265

Micheal Freedman
FL

Micheal Lazo
FL

Michelle Bailey
110 Limehouse Drive
Summerville, SC 29485

Michelle Flores
1153 Bowline Street
Winter Haven, FL 33880

Michelle Garcia
FL

Michelle Garrison
392 Sulphur Springs Rd
Asheville, NC 28806

Mick Hull
UT

Mickey Cauthen
GA

Mickie Cheng
87 Billou St
San Rafael, CA 94901-5116

Miguel Gonzalez
25930 Hopson Meadows Dr
Richmond, TX 77406

Miguel Ruiz-Schnitter
4314 Lasker Bvrook Ct
Katy, TX 77494

Mikayla Goff
254 North Lake Street
Axtell, TX 76624

Mike Blackham
UT

Mike Brebes
10862 Reseda Blvd
Northridge, CA 91326

Mike Johnson
MT


Mike Smith
1452 Williams Road
Fort Mill, SC 29715

Mill Shops LLC
15 SW Colorado Ave Ste 1
Bend, OR 97702

Milt Shipp
2711 St Marrys Way
Salt Lake, UT 84108

Mina Yakoub
TN


Miracell Miracell
921 N 1430 W
Orem, UT 84057

Missy Herrington
FL


Mitch Goldblatt
1874 Bonanza Street
Unit 3
Walnut Creek, CA 94596

Mobility


Mohamed Sokkar
7321 Starward Drive
Apt 24
Dublin, CA 94568

Mohammad Merchant
10668 Monica Ridge Way
Apt A-5
South Jordan, UT 84095

Mollie Pezzolesi
499 Electric Ave
# 135
Fitchburg, MA 01420

Molly Flanagan
124 North Avenue
Athens, GA 30601

Molly Russell
949 Cedar Hill Drive
Evansville, IN 47710

Molly Scanlon
KS

Monica De La Rosa
6013 East Curry Road
Edinburg, TX 78542

Monica Edwards
517 Boxwood Road
Prattville, AL 36067

Montre Battle
121 Lee Road 2192
Cusseta, AL 36852

Morgan Gaarder
7062 South 1935 East
Salt Lake City, UT 84121

Morgan Gaddis
1249 Lewis Sailors Rd
Jefferson, GA 30549

Muhammad Kibria
105 East Harwood Road
# 612
Euless, TX 76039

Munis Abdullah
IBL 1 Ctr, 3 Fl, 1 Dmchs Block 7/8 Shahr
Karachi 75350
PAKISTAN

Muska Mahboobi
6 Par Avenue
Bensalem, PA 19020

N'Kenya Toure Hairston
315 Stanleyville Manor Court
Rural Hall, NC 27045

Nancy Datlof
GA

Nancy Wilson
2545 Southwest Terwilliger Boulevard
Apt 311
Portland, OR 97201

Nasaya Wallace
1510 River Road
Mcclellanville, SC 29458

Nashville Electric Service
1214 Church St
Nashville, TN 37246

Nashville Metro Water
1700 Third Avenue North
Nashville, TN 37208

Natala Constantine
134 Plymouth Rd
# 1309
Plymouth Meeting, PA 19462

Natalia Vasilchikova
1930 Marseille Drive
# 1
Miami Beach, FL 33141

Natalie Bradley
1710 Barkely Pointe Blvd
Wilmington, NC 28412

Natalie Sanders
NC

Natalie Scott
FL

Natasha Kalonde
1513 Tempest Court
Bozeman, MT 59718

Nathan Allen Elliott
633 Canterbury Dr. Apt# 84A
Apt# 84A
Myrtle Beach, SC 29579

Nathan Clinkenbeard
15230 Gallow Lane
Noblesville, IN 46060

Nathan Daren Haws
4103 W. Great Neck Drive
South Jordan, UT 84009

Nathan Fredrick
1972 Yalecrest Ave
Slc, UT 84108

Nathan Jeffrey Kranwinkle
3634 NE 46th Ave
Portland, OR 97213

Nathan Tyler Jarrell
477 Balcombe Rd
Rocky Point, NC 28457

Nathan Wolff
OR


Nathaniel Ellis
832 NE Redwood Ave
Redmond, OR 97756

Nathaniel John
116-02 217Th St
Cambria Heights, NY 11411

Nathaniel S Barber
2046 Boots Harrison Rd
Hortense, GA 31543

Nathaniel S Winter
4665 Maritsa Ct Apt 6
Missoula, MT 59803

Nati Maldonado
3620 Sw 117Th Ave
Apt 158
Beaverton, OR 97005

Nedra Gohnert
UT


Nehal Bhatt
1010 Kingfisher Court
Watkinsville, GA 30677

Neil Schuster
FL


Neils Olson
1107 South Vine Street
Chandler, AZ 85286

Nekeme Powell
1799 Birkshire Ridge
Mcdonough, GA 30252

Nelson Alvarez
4700 Jasmine Creek Lane
Orlando, FL 32811

NetWolves
4710 Eisenhower Blvd S E8
Tampa, FL 33634

Nicholas Lomangino
89-34 219Th Street
Queens Village, NY 11427

Nicholas Natrah Ronayne
906 Tucker Ln
Loganville, GA 30052

Nichole Barnes
4451 Herbert Avenue
St. Louis, MO 63134

Nichole Wing
921 West Fairview Avenue
Spokane, WA 99205

Nick Edwards
5202 Fawnwood Lane
Louisville, KY 40291

Nick Ingold
4700 Stillwell Rd
Wilmington, NC 28412

Nick Lyons
NC

Nick Ring
19 Salem Place
Amherst, MA 01002

Nicklos Laster
355 Cooley Springs Road
Chesnee, SC 29323

Nico Little
MT

Nicole Emmel
1630 139Th Street
Glenpool, OK 74033

Nicole Swafford
557 Eaves Ferry Road
Decatur, TN 37322

Niji Spivey
438 Princess Anne Dr
Durham, NC 27703

Nikki Smith
791 Woods Rd
Yorktown, TX 78164

NIPSCO
801 E. 86th Avenue
Merrillville, IN 46410

Noah Thornton
TN

Noel Burdick
KS

Norelia Ordonez
KS

North Western Energy
11 E. Park St.
Butte, MT 59701-1711

NP/I & G EastChase Property Owner LLC
P.O. Box 530194
Atlanta, GA 30353-0194

NW Natural
P.O. Box 6017
Portland, OR 97228-6017

OBK Kimball Junction LLC
220 Montgomery St. Suite 1050
San Fransico, CA 94104

Oconee
23 N Main Street
Watkinsville, GA 30677

Octavio Cordoba
1250 W 53Rd St
Hialeah, FL 33012

Oddi Gomez
8005 SW 107th Ave
Building #6 Apt #118
Miami, FL 33173

Olga Vasquez
1401 Ave C
Del Rio, TX 78840

Oliver Boudet
FL


Olubunmi Fasogbon
28 Brookview Drive
Newnan, GA 30265

Omar Samad
TX


One Point
PO Box 1849
Woodstock, GA 30188-1369

Orlando Outlet Owner, LLC
c/o Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

Orlando Outlet Owner, LLC
225 West Washington Street
c/o Simon Property Group
Indianapolis, IN 46204-3438

Orlando Utilities Commision
PO Box 3193
Orlando, FL 32802

Other World Computing
8 Galaxy Way
Woodstock, IL 60098

Our Safe Harbor Church
2080 Autumn Ridge Way
Spring Hill, TN 37174-4507

Pacific Power
PO Box 26000
Portland, OR 97256-0001

Pamela Christopherson
7068 Gray Fox Court
Highlands Ranch, CO 80130

Pamela Kohn
GA

Pamela Williams
2416 W. Alberson Dr
Albany, GA 31721

Pamela Wright
4805 63Rd
Lubbock, TX 79414

Pamela Wright
TX

Park V Partners LLC
6995 Union Park Centre #440
Midvale, UT 84047

Parker James Christensen
752 Country Club
Stansbury Park, UT 84074

Parker Tegler
NC

Pat & Elizabeth Quealy
2580 E 1300 S
Salt Lake City, UT 84601

Patricia Donnelly
1006 Western Run Rd
Hunt Valley, MD 21030-1116

Patricia Foltz
24823 Peach Knoll Ln
Katy, TX 77494

Patricia Stancil
64331 E Canyon Shadows Ln
Tucson, AZ 85739

Patrick Dyle
2529 Ebenezer Lane
Gardendale, AL 35071

Patrick Flood
6241 S 440 E
Murrary, UT 84107

Patrick Vigil
6238 Newton Court
Arvada, CO 80003

Paul Bunoan
12942 Village Road
Garden Grove, CA 92841

Paul Compton
OR


Paul E Rowberry
4702 W Copper Brook Circle
West Jordan, UT 84088

Paul Gooch
965 E 700 S
St George, UT 84790

Paul Gulley
NC


Paul Hamilton
233 Painted Horse
Waco, TX 76712

Paul Paetz
GA


Paul Schytz
OR


Paul Stepanovich
5133 Barcroft Lake Dr
Leland, NC 28451

Paul Temple
1030 Fairfield Ct
Marietta, GA 30068

Pavani Chava
TN


Paypal, Inc.
2211 North First Street
San Jose, CA 95131

Peak Alarm Co. Inc.
PO Box 27127
Salt Lake City, UT 84127-0127

Pedro Rivera
808 SE Riverside Dr
Evansville, IN 47713

Peter Bagarella
409 Claradon Ave
Columbus, GA 31906

Peter Banyia
1401 Overlook Ridge Road
Bishop, GA 30621

Peter Eskine
OR

Peter Harrison
1530 River Oaks Dr.
Sandy, UT 84093

Peter Henry
AR

Peter Medina
7928 West Drive
Unit 608
North Bay Village, FL 33141

Peter Peterson
1559 Hickory Street
Niceville, FL 32578

Phil Pilgrim
GA

Phil Reed
5816 Pryor Road
Hartville, MO 65667

Philip Francisco
935 Main Street
#103
El Segundo, CA 90245

Philip Gunn
1673 Hollyberry Ct.
Rio Rancho, NM 87144

Philip Max Collins
654 Baywick Cir
Crozet, VA 22932

Phillip Michael Bowers
10 Oak Street
Summerville, GA 30747

Piedmont Natural Gas
4720 Piedmont Row Drive
Charlotte, NC 28210

Pierre Deanthony-Pashar Robinson
4104 Primrose Path
Winston-Salem, NC 27127-6691

Ponce Jesus
AR


Portland General Electric
P.O. Box 4438
Portland, OR 97207

PRECISE TECHNOLOGY
33 Hammond Ste 210
Irvine, CA 92618

Preston Holland
4102 Dinner Bell Ln
Cohutta, GA 30710

Princess Braggs
MO


ProAmpac
25366 Network Place
Chicago, IL 60673

Prologis
8355 NW 12 Street
Doral, FL 33126-1842

Quilan Ta'Von Whitson
2621 Adams Park Lane
Powder Springs, GA 30127

Quipt
950 Glenn Dr
Suite 285
Folsom, CA 95630

Rachael Weber
227 Nw 29Th St
Corvallis, OR 97330

Rachel White
2041 Suffolk Lane
Indianapolis, IN 46260

Racquel Rowe
2777 Dawson Mill Rd
Esmont, VA 23937

RAD Screen Printing
1209 Lakeview Dr
Ste 110
Franklin, TN 37067

Rae Keown
GA

Raffaele Cuccurese
7115 W Farm Rd
Springfield, MO 65803

Ralph Diaz
3611 Coral Tree Circle
Coconut Creek, FL 33073

Ralph Quezada
1144 Mill Creek Loop
Leland, NC 28451

Ramona Jones
3522 Jones Ln
Gainesville, GA 30507

Ramzi  Pio
123 Morris Avenue
New Haven, CT 06512

Rance Hawkins
IN

Randall Stone
8881 Highway 225 South
Chatsworth, GA 30705

Randolph Russell
1331 South Federal Highway
Boynton Beach, FL 33435

Randy Meier
5417 W 6600 S
West Jordan, UT 84081

Randy Roughton
AL

Rashawn Wright
GA

Ray Harris
1329 Fortune'S Cove Lane
Lovingston, VA 22949

Ray Koch
5110 Whitman Way #110
Carlsbad, CA 92008

Raymond Felder
AL

Raymond I Rodriguez
P.O. Box 1247
Idalou, TX 79329

Raymond Knox
130 Sweetwatter Dr
Hopkin, SC 29061

Rebeca Perez
NC

Rebecca Leslie
1143 Ridgeview Circle
Macon, GA 31220

Rebecca Wolfe
MT

Rechelle Alora
5301 Lennox Avenue
Apt 96
Bakersfield, CA 93309

Reed Anton
FL

Reelle Miller
301 Fisseler St
Waco, TX 76704

Reeva Pierre
6456 Dimoda Lane
Apt 303
Melbourne, FL 32940

Regina Jackson
271 Chestfield Rd
Bogart, GA 30622

Regina Wolfington
3408 Nottingham Drive
Denton, TX 76209

Reinier Voigt
7276 NW 112th Way
Parkland, FL 33076-4791

Remedios Dondoyano
221 Bee Caves Cove
Cibolo, TX 78108

Renee Leveque
VA

Renee Stafford
UT

Renissa Bracey
414 Woodsman Ct.
Nashville, TN 37214

Republic Services
18500 N Allied Way
Phoenix, AZ 85054

Reuel Braid
4013 Bent Oak Drive
Columbia, MO 65203

Rey Rangel
2730 Gregg Dr
Edinburg, TX 78542

Reynold Torres
302 Davidson Dr
Dalton, GA 30720

Ric Collier
Po Box 520808
Salt Lake City, UT 84152

Richard  Marin
16906 Clan Macintosh Drive
Houston, TX 77084

Richard Fast
MT

Richard Morena
1857 71St Street
Brooklyn, NY 11204

Richard Rierson
KS


Richi Alvarado
326 Sw Avenue J
Seminole, TX 79360-5434

Rick Amundson
1231 19Th St
West Des Moines, IA 50265

Rimrock Marketplace LC
C/O Woodbury Corporation
2733 East Parleys Way Ste.300
Salt Lake City, UT 84109-1662

Riya Gupta
1105 Sw Grand Blvd
Bentonville, AR 72712

Robert Allen
811 Ne 112Th Ave
Suite 101
Vancouver, WA 98684

Robert Anderson
NC


Robert Bryant
8462 Eastchase Parkway
Apt 2103
Montgomery, AL 36117

Robert Carr
TX


Robert Dotson
2091 Windsor Park Cir
Bountiful, UT 84010

Robert Dougherty
GA


Robert Dutton
1216 W Pacific Avenue
#10
Salt Lake City, UT 84104

Robert Dylan Kight
803 Bermuda Run
Woodstock, GA 30189

Robert Guillaume Hagerman
221 Hickory Ln
Hampstead, NC 28443

Robert Hamil
MT

Robert Kecken
3205 Costal Grass Way
Unit 201
Charleston, SC 29414

Robert Landreth
3930 Sunlight Trail
Cumming, GA 30041

Robert Lyon
Po 71
Draper, UT 84020

Robert Rose
FL

Robert Sparkman
6580 Kings Ct
Avon, IN 46123

Robert Tolbert
67 Browns Ridge Rd
Ellijay, GA 30540

Robert Zawlocki
1900 Mullen Rd
Frenchtown, MT 59834

Robertson Smith
FL

Robin Doyle
11102 Tippett Rd
Clinton, MD 20735

Robin Gastelum
918 Collins Ave
Lot 9
Warner Robins, GA 31093

Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001

Rodeny Turner
IN


Rodney Lincoln
5055 Victor Ct
Missoula, MT 59803

Rodney Reese
103 Hillwood Rd
Prattville, AL 36067

Rodney T Rivers
3458 Laurel Leaf Dr
Orange Park, FL 32065

Roert Gaultney
11411 Mays Chapel Rd
Lutherville Timonium, MD 21093

Roger  Leblanc
439 Petina Circle
Nashville, TN 37209

Roger Howard
IN


Roger Saxton
3117 E Vermont Avenue
Phoenix, AZ 85016

Rohini Bhole
730 Walker Sq
APT 4B
Charlottesville, VA 22903

Rose Shook
665 Berry Dr
Robinson, TX 76706

Rosemary Brill
FL


Ross & Karen Meredith
2517 E Keddington Lane
Salt Lake City, UT 84117

Ross Christiansen
UT

Rufus Davis
FL

Russell Pyle
1830 Nw 27Th St
Corvallis, OR 97330

Ruth Devlin
MT

RWS
1250 Market Street
Chattanooga, TN 37402

Ryan Cappis
MT

Ryan Flanigan
8241 Peaceful Canyon Dr
Las Vegas, NV 89128

Ryan Hammond
MT

Ryan Kirkham
2395 S Fieldstone Ct
Idaho Falls, ID 83406

Ryan Miller
16325 Horse Trap Lane
Austin, TX 78717

Ryan Monahan
840 Highland Vista
New Braunfels, TX 78130

Ryan Scott Loughrey
680 Walnut Woods Drive
Braselton, GA 30517

Ryan Tax Compliance Services LLC
PO Box 848351
Dallas, TX 75284-8351

Sabe Anderson
5919 West Treasure Cove
Highland, UT 84003

Safeware The Insurance Agency Inc
5700 Perimeter Dr. Suite E
Dublin, OH 43017

Safeware, The Insurance Agency, Inc.
5700 Perimeter Dr Suite E
Dublin, OH 43017

Sai Rakshitha Yalla
2149 Sovereign Ln
Lexington, KY 40513

Salt Lake County Assessor
PO Box 26947
Salt Lake City, UT 84126-0947

Sam Jesse
UT

Sam Rivera
FL

Samantha Lynn White
1904 Blue River Rd
Holiday, FL 34691

Samantha Marie Cornwell
1910 S Honeytree St
Wichita, KS 67207

Samantha Martinez
872 Kevin Dr
Gallup, NM 87301

Samantha Price
GA

Samantha Sexton
4521 W Blue Ray Cir.
Rogers, KS 72758

Samarah Bailey
KS

Samir Naseem
2022B Benton Rd
Covington, KY 41011

Sammar Barnett
3399 Freeman Hill Road
Johns Island, SC 29455

Samuel Redfern
91 Campus Drive
PMB 2407
Missoula, UT 59801

Samuel Reed
1433 West 360 North
St. George, UT 84770

Samuel Swinson
NC

Samuel William Mcdowell
1608 Mabry Street
Tallahassee, FL 32310

Sandcreek Commons LLC
PO Box 51298
Idaho Falls, ID 83405

Sandeep Patel
4910 East 7Th Street
Unit 167
Austin, TX 78702

Sandra Vickers
4606 Payton Chase Lane
Katy, TX 77494

Sandra Wyld
GA

Sandy Buendia
2009 19Th Street
# 2
Santa Monica, CA 90404

Sandy Rudert
2070 W 5350 S
Taylorsville, UT 84129

Saniya Buchanan
TN

Santee Cooper
PO BOX 188
Moncks Corner, SC 29461-0188

Sara  Bell
Po Box 792
Saluda, NC 28773

Sara Capelli
1391 Center Lake Dr
Mount Pleasent, SC 29464

Sara Johnson
VA

Sara Ross
UT

Sarah Agler
IN

Sarah Bass
1002 Frankford
Lubbock, TX 79416

Sarah Jurgens
5901 Martell Rd
Hickman, NE 68372

Sarai Rodriguez
901 Cherokee Circle
Sanford, FL 32773

Sarajane Love
GA

Sasha Whitehead
GA

Satish Ramani
5718 S Chanberry Ln
Rogers, OR 72758

Saul Centers Inc
7501 Wisconsin Ave Ste 1500E
Bethesda, MD 20814-6522

Savannah Jackson
2312 W Montana St Apt 1
Apt 1
Chicago, IL 60647

Savannah Overby
22825 102Nd Ave Se
Woodinville, WA 98077

Sawgrass Mills GP LLC
225 West Washington Street
Indianapolis, IN 46204-3438

Sawnee EMC
PO Box 2252
Birmingham, AL 35246-1204

Saylar Green
30 Mcdavis Blvd
Santa Rosa Beach, FL 32459

Scana Energy
P.O. Box 100157
Columbia, SC 29202-3157

Schnell Laima
5050 Ne 112Th Ave
Portland, OR 97220

Scott Bemus
2278 Country Club Pkwy Se
Cedar Rapids, IA 52403

Scott Cooper
3101 South Ocean Drive
# 2403
Hollywood, FL 33019

Scott Galetto
5438 N Paulina St
# 2
Chicago, IL 60640

Scott Hennessy
2808 E. 3700 N.
Layton, UT 84040

Scott Koeppel
11 Hamlet Dr
Mount Sinai, NY 11766

Scott Wagner
FL

Se-kure Controls Inc.
3714 RUNGE ST.
Franklin Pk, IL 60131-1112

Sebastian Paeres
5555 Wooden Pine Drive
Orlando, FL 32829

Selby Holder
104 Deanna St
Robinson, TX 76706

Selena Anderson-Coon
119 Double Oak Avenue
Pike Road, AL 36064

Service Central Technologies, Inc.
Two Ballpark Center
800 Battery Avenue SE, Ste 100
Atlanta, GA 30339

ServiceCentral Technologies
200 Galleria Parkway Suite 1475
Atlanta, GA 30339

Shana Edmunds
UT

Shannon Barrett
TN

Shannon Beatty
8182 Courtyard Loop
Park City, UT 84098

Shannon Drabant
6700 Riverway Dr.
Prospect, KY 40059

Shannon Yarnell
2157 N Prospect Ave
Springfield, MO 65803

Shantell Santos
UT

Sharon M Covington
284 Mulberry Road
Ridgeway, VA 24148

Sharon Moore
11316 Kirkland Hill Path
Austin, TX 78754

Sharon Okumura
923 Nighthawk Dr.
Sandy, UT 84094

Shawn Douglas Sexton
5917 67th Street
Apt 1806
Lubbock, TX 79424

Shawn Feeley
FL

Shawn Jones
6 Ridgepoint Dr
Jerseyville, IL 62052

Shawn Miele
UT

Sheila Perkins
665 Vincent Dr
Athens, GA 30607

Sheila Warner
100 Woodmoor Drive
Newnan, GA 30263

Shelby Booker
AR

Shelby Ripaldi
979 Echo Hollow Road
Eugene, OR 97402

Sherman Gray
7114 Harlem St
Baytown, TX 77521

Shoaib Farooqi
26411 Katy Springs Ln
Katy, TX 77494

Shopify
151 O'Connor Street, Ground Floor
Ottawa, Ontario K2P 2L8
CANADA

ShopperTrak RCT
6564 SOLUTION CENTER
Chicago, IL 60677-6005

Sidney Victorian
1851 P E Daigle Road
Iowa, LA 70647

Simply, Inc.
1680 Michigan Avenue, Suite 817
Miami Beach, FL 33139

Simran Sidhu
OR


Sinara De Lima Santucci
14259 Dickens Street
Apt 4
Sherman Oaks, CA 91423

Siono LLC
1055 Crystal Way B
Delray Beach, FL 33444

Sithiphon Chantos
6112 Bigelow Street
Lakewood, CA 90713

Sivaprasad Mokkapati
3907 Hidden Grove Ln
Concord, CA 94519

SmarTEKSol LLC
7952 Shadow Trails Ln
Riverside, CA 92509

Sonja Olson
12906 Castlemaine Dr
Tampa, FL 33626

Sonya Britton
TN


Southgate Mall Montana II LLC
Dept: 00007121 L-3862
Columbus, OH 43260-3862

Sparklight
1525 Sherry Ave
Idaho Falls, ID 83401-4849

Spectrum Business
750 Barnes Drive Ste 130
San Marcos, TX 78666

Spencer Stroud
715 Bishop Street
Cedar Hill, TX 75104

Spencer Werking
UT


Spenser Edward Cubage
2219 Trenckmann Road
Sealy, TX 77474

Sports Corner of Mt Pleasant
c/o Bethea Properties Inc
PO Box 7744
Myrtle Beach, SC 29572

Sports Corner of Mt Pleasant
PO Box 7744
c/o Bethea Properties Inc
Myrtle Beach, SC 29572

Spring Hill
TN


Stacey Cowan
TN


Stacey Mccaleb
GA


Staci White
961 S Fairview Ave
Salt Lake City, UT 84105

Stacie Bass
3215 Castlewind Dr
Katy, TX 77450

Stacy Christensen
899 Coyote Gulch
Ivins, UT 84738

Stacy Cruce
GA


Stacy Mcdonald
FL


Stacy Nichloas
143 Nw Champanelle Way
Bend, OR 97703

Stadium Centre
12700 Hill Country Blvd Ste T-200
Austin, TX 78738

Staples
PO Box 660409
Dallas, TX 75266-0409

Stefano Colafranceschi
1200 Park Rd
Harrisonburg, VA 22802-2404

Stephanie  Vasquez
2568 Se 12Th Court
2568 Se 168Th Court #401
Homestead, FL 33035

Stephanie Frazer
2229 Livaccari Dr
Violet, LA 70092

Stephanie Hill
10120 La Hacienda Avenue
Apt B
Fountain Valley, CA 92708

Stephanie Patterson
13008 Observation Circle
Unit 302
Middletown, KY 40243

Stephanie Stinson
2126 Pleasant Valley Road
Union Grove, AL 35175

Stephen Houry
2165 Wagon Way
Louisville, CO 80027

Stephen Kesten
201 Nw Country Club Dr
Ankeny, IA 50023

Sterling Schurr
146 Cougar Blvd
Apt 235
Provo, UT 84604

Steve Elman
15430 Fire Mountain Road
Paonia, CO 81428

Steve Fister
34923 Calle Avila
Cathedral City, CA 92234

Steve Middlebrooks
274 Moss Side Drive
Athens, GA 30607

Steve Robertson
Po Box 692
Marshfield, MO 65706

Steve Rozell
930 S Peach Tree Ave
Springfield, MO 65802

Steven  Overly
4670 Carlton Dunes Drive
Unit 13
Fernandina Beach, FL 32034

Steven  Reams
3289 Broadwell Avenue
Cincinnati, OH 45211

Steven Humes
314 Bradford Way
Peachtree City, GA 30269

StorIQ


Streets of Tanasbourne LLC
10050 NE Emma Way
Hillsboro, OR 97124

Suddenlink Communications
520 Maryville Centre Dr  300
St. Louis, MO 63141

Sue Hall
143 East Commons Drive
St. Simons Island, GA 31522

Sue Mortensen
Po 38
Wilson, WY 83014

Suleika Torres
422 Triton St
Crestview, FL 32536

Summer Cottrell
TN


Summer Ellis
4300 W Waco Dr
Waco, TX 76710

Sumo Fiber
1034 W. 500 N.
Centerville, UT 84014

Superior Logistics Solutions
10801 NW 97th St
Ste 9
Miami, FL 33178

Susan Archbald
OR

Susan Hart
NC

Susan Koch
16232 Bancroft Cir
Omaha, NE 68130

Suzanne Calver
900 Nw Lovejoy #515
Portland, OR 97209

Suzanne Lee
210 Willow Lake Cv
Roswell, GA 30075

Suzanne Spatz
104 Rosewood Ct
Peachtree City, GA 30269

Synikqua Taylor
400 Winderton Drive
Montgomery, AL 36108

Tahsha Jordan
317 Chelmsford Ct
Kissimmee, FL 34758

Takuya Tsubouchi
17322 Murphy Avenue
Irvine, CA 92614

Tameka Smith
7525 Volion Parkway
Fairburn, GA 30213

Tana Barndollar
TN

Tania Atwell
AL


Tanniel Simonian
Jethead Development
1815 Aston Ave Ste 101
Carlsbad, CA 92008-7340

Tara Energy
5251 Westheimer Rd 1100
Houston, TX 77056

Tarah Gustafson
OR


Tarik Trotter
15448 North 63Rd Street
Scottsdale, AZ 85254

Tatayana Darden
2304 61St St
Valley, AL 36854

Taylor Meier
AL


Taylor Newlund
19741 Dry Canyon Avenue
Bend, OR 97702

TDS
525 Junction Road
Madison, WI 53717

Tegrous
6644 E Thomas Rd
Ste 103
Mesa, AZ 85215

Tenley Hendrix
602 Linda St
Springdale, AR 72764

Terence Washington
19 Cushing Street Apt 2-L
Cambridge, MA 02138

Terri Emmons
3083 Nw Thistle Pl
Corvallis, OR 97330

Terri Mcivor
3340 Forsythia Dr
Odessa, FL 33556

Terry Mcgregor
TN

Terry Moore
6652 Tramcus Dr
Indianapolis, IN 46260-4583

Tess Toney
17925 Lungo Street
Pflugerville, TX 78660

Tevin Williams
TN

The ADT Security Corporation
PO Box 219044
Kansas City, MO 64121-9044

The Broadway Shops, LLC
c/o Lindner Properties
1400 Forum Blvd.
Columbia, MO 65203

The Broadway Shops, LLC
1400 Forum Blvd.
c/o Lindner Properties
Columbia, MO 65203

The Markets at Epps Bridge LLC
P.O Box 1864
Athens, GA 30603

The Plaza on University
12700 Hill Country Blvd Ste T-200
Austin, TX 78738

Theresa Lee
6214 Quentin Canyon Ct.
Katy, TX 77450

Theron Perkins
AR

Thomas Allen
UT

Thomas Guinan
25 Ray Avenue
Bellingham, MA 02019

Thomas Johnston
2677 Kendalwood Lane
Charlottesville, VA 22911

Thomas Jones
620 Park Avenue
Louisville, KY 40208

Tiffany Burgess
5295 Renee Court
Fowlerville, MI 48836

Tiffany Williams
AL

Tim Bluto
FL

Time Warner/ Spectrum
400 Washington Blvd.
Stamford, CT 06902

Timothy Conlon
1 Citizens Plaza, Suite 1100
Suite 1100
Providence, RI 02903

Timothy Hanchard
970 Sidney Marcus Blvd. Ne
#1414
Atlanta, GA 30324

Timothy Mullen
7011 Rivers Avenue
North Charleston, SC 29406

Timothy Schulke
1700 Duncan Ave
Chattanooga, TN 37404

Timothy Van Horn
5325 Ne 33Rd Ave
Apt. B
Portland, OR 97211

Tishara Adams
260 Village Heights
Athens, GA 30606

TKG Grant Creek Development LLC
211 N Stadium Blvd Ste 201
Columbia, MO 35203

TM Packaging & Shipping Supplies
9210 NW 12 St
Doral, FL 33172

Todd Alan Hamilton
23623 Darling Creek
Katy, TX 77493

Todd E. Cook
2414 Mcdonald Ave
Apt 102
Missoula, MT 59801

Todd Jarvis
386 Stadium Drive South
Monmouth, OR 97361

Todd Pollard
2903 Denison Ave
Snyder, TX 79549

Tom Kelly
4615 Forset Drive
Columbia, SC 29206

Tom Spangler
Po Box 16
Victor, ID 83455

Tonja Latham
3765 Yosemite Drive North
Baton Rouge, LA 70814

Tony Asano
9066 Pimpernel Drive
San Diego, CA 92129

Tony Gibson
KY

Tony Leon Allen
9 Kenilworth Knoll Unit 223
Asheville, NC 28805

Tony Marques-Christopher
AR

Tony Martin
208 S. 8Th St
Wilmington, NC 28401

Tony Ward
FL

Town North Shopping Center LLC
14160 Dallas Pkwy Ste 800
Dallas, TX 75254

Town of Mt Pleasant
100 Ann Edwards Ln
Mount Pleasant, SC 29464

Town Square West LLC
c/o Biltmore Farms LLC
One Town Square Boulevard Suite 330
Asheville, NC 28803-5007

Town Square West LLC
One Town Square Boulevard Suite 330
c/o Biltmore Farms LLC
Asheville, NC 28803-5007

Tracey Davis
TN

Tracie Ricksgers
GA

Tracy Holder
530 Butler Road
Portland, TN 37148

Tracy Owen
23730 Westheimer Parkway
Katy, TX 77494

Tracy Powers
NC

Travis Fox
10700 Berwyn Dr.
Waco, TX 76708

Treasure Lacey
1741 Somerset Lane
Sevierville, TN 37862

Trenholm Plaza
1221 Main Street Ste 1000
Columbia, SC 29201

Trent Richard Thompson
214 Stephen Avenue
Unit B
Mary Esther, FL 32569

Trevor Grapenthin
TN

Trevor Handley
582 N 970 W
Provo, UT 84601

Trixie Steed
473 S River Rd
St George, UT 84790

Troy Sandberg
79 Ridge Rd
Deerfield, NH 03037-1402

Trudy Hatfield
118 West 1600 South
Perry, UT 84302

Tucker Gregory Gibbons
1671 SW Knollbrook Place
Corvallis, OR 97333

TXU Energy
6555 Sierra Drive, Suite 2S-04E
Irving, TX 75039

Tyler Deschanel
2702 Crestfield Dr
Valrico, FL 33596

Tyler Hanks
81Peabody St
Apt 3
Gardner, MA 01440

Tyler Hinesley
110 Cobbler Drive
Newnan, GA 30265

Tyler James Burton
330 Michael Court
Dallas, GA 30157

Tyler Mcguire
AR


Tyler Pearson
UT


Tyler Smith
1033 Miller Mcelreath
Danielsville, GA 30633

Tyler Stampe
441 Hale Lane
Athens, GA 30607

Tyra Alexis Braswell
1175 13th Street E
# 1221
Tuscaloosa, AL 35404

Tyreka Carter
TN


Tysen Ellis
2262 Preston St
Salt Lake City, UT 84106

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Unique Alvarez
UT


Univ of Oregon Bookstore
PO Box 3176
Eugene, OR 97403

University Mall
575 E university Pkwy. Suite N-260
Orem, UT 84097

Utility Billing Services TN
P. O. Box 31569
Clarksville, TN 37040-0027

Van Richardson
714 Maylene Drive Apt A8
Apt A8
Madison, TN 37115

Vanessa Quinones
2714 North 74 Th Ct Avenue
Apt 1W
Elmwood Park, IL 60707

Vanessa Sejour
12008 Waterside View Drive
Apt 24
Reston, VA 20194

Vanessa Villegas
217 Chanticleer Place
Clovis, NM 88101

Velia Escobar
TN

Velox
PO Box 9672
Boise, ID 83707

Vereniz Mancilla
1711 Ncr 2850
Lubbock, TX 79403

Verizon
One Verizon Way
Basking Ridge, NJ 07920

Vicki Fought
NC

Victor Castilleja
6330 27Th St
Lubbock, TX 79407

Victor Martinez
2725 Tally Ho Ave
Orlando, FL 32826

Victor Perez
2742 Vida Place
Columbus, OH 43204

Vik Nagendran
230 Alderwood Lane
Aurora, IL 60504

Viktor Krauss
1711 Ashwood Ave
Nashville, TN 37212

Vincent Soule
2917 Lisa Ave
Clovis, NM 88101

Vinicio Saguay
134 Fleming Avenue
Newark, NJ 07105

Virginia Vish
2102 Palmer Court
New Albany, IN 47150

Vivint
1270 S. 1100 E., Suite 202
Salt Lake City, UT 84105

Voice Comm LLC
80 Twinbridge Drive
Pennsauken, NJ 08110

Vuit Lcm
1231 18Th Ave S
Nashville, TN 37212

Wade Spurlin
OR


Walt Nelson
7637 Dogwood Ln Se
Snoqualmie, WA 98065

Walter Cap Havekorst
45 El Paseo Street
Walter Cap Havekorst
Newport Beach, CA 92663

Walter Gordon
415 E Howell St
Hartwell, GA 30643-2174

Walton EMC
842 Highway 78 NW
Monroe, GA 30655

Wanda Pearman
2400 Baltimore Street
Apt 104
Kirksville, MO 63501

Waste Management
First City Tower
1001 Fannin Street
Houston, TX 77002

Wasteless Solutions
1964 Gardner Road
Grady, AL 36036

Wayne Kuruc
7035 166Th Avenue Southeast
Colfax, ND 58018

Wendolyn Cooper
63143 Fresca Street
Bend, OR 97703

Wendy Corrine Petulla
916 W 28Th Ave
Eugene, OR 97405

Wes Little
TN

Wesley Scott
NC

Will Chase
1361 E Cherry St
Springfield, MO 65802

Will Latham
TN

William Bright
2015 Deel Road
Green Cove Springs, FL 32043

William Coleman
158 Ross Street Extension
Auburn, NY 13021

William Daniel Bradford
2729 Old Mill Trail
Marietta, GA 30062

William Hutson
3128 Oakview Rd
Columbia, SC 29204

William Mccowin
8327 El Cerito Dr.
Tyler, TX 75703

William Mclain
111 Bridgeton Circle
Canton, MS 39046

William Michael D'Angelo
100 Rapala Way
Lexington, SC 29072

William Solley
17030 Audrey Arbor Way
Richmond, TX 77407

Windsor Tourne
4200 Bear Gully Road
Winter Park, FL 32792

Windy Ellenberg
2018 Pierce St
Daniel Island, SC 29492

WOW! Business
4506 Dorchester Road
Charleston, SC 29405

Wyatt Cassity
5370 San Kristia Ave
Las Vegas, NV 89141

Xavier Cisluycis
NC

Xori Green
FL

Yanetsy Fernandez
2602 Bayleaf Court
Panama City, FL 32405

Yara Asi
FL

Yes Energy
9910 Federal Drive, Suite 100
Colorado Springs, CO 80921

Yewande Ogunleye
219 Sackman St
Apt 2B
Brooklyn, NY 11212

Yong Jae Kim
FL

Yotam Cohen
152 West 57Th Street
New York, NY 10019

Yukino Watanabe
Nishinomiyahama 4-8-6-506
Nishinomiya JP-28 662-0934
JAPAN

Yury Bylina
518 North Federal Highway
Unit 9
Lake Worth Beach, FL 33460

Yusuf Motiwalla
2993 E. White Star Ave.
Anaheim, CA 92806

Yvetta Passmore
FL

Yvone Colpeland
1550 Lucky John Dr.
Park City, UT 84060

Yvonne Candis
1648 Graystone Drive
Hampton, GA 30228

Zach Smith
FL

Zachary Eden
65 Foxden Drive
Unit 103
Fletcher, NC 28732

Zachary Guy Churchill
430 SW Miami Loop Apt10
Fayetteville, AR 72701

Zachary Harvey Schultz
23303 Club Villas Dr
Land O Lakes, FL 34639

Zachary Koontz
IN

Zachary Kyles
NC

Zachary Vandyne
NC


Zack Busby
NC


Zane Herrera
13535 Lyndhurst Street
Apt 9205
Austin, TX 78717

Zoe Nicole Trollinger
2197 Lake Park Dr Se
Apt T
Smyrna, GA 30080

Zyontae Fraise
6655 Zeigler Boulevard
Apt C6
Mobile, AL 36608

# United States Bankruptcy Court
## District of Utah

In re   **Simply Mac, Inc.**

_____

Debtor(s)

Case No.   _____

Chapter   **7**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Simply Mac, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Simply, Inc.**
**155 North 400 West, Suite 170**
**Salt Lake City, UT 84103**

☐ None [*Check if applicable*]

**June 14, 2022**
_____

Date

**/s/ Steven T. Waterman**
_____

**Steven T. Waterman**

Signature of Attorney or Litigant

Counsel for   **Simply Mac, Inc.**
_____

**Dorsey & Whitney LLP**
**111 S. Main Street**
**Suite 2100**
**Salt Lake City, UT 84111-2176**
**(801) 933-7360 Fax:(801) 933-7373**
**waterman.steven@dorsey.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Utah

In re **Simply Mac, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $      **35,000.00**

    Prior to the filing of this statement I have received ............................... $      **35,000.00**

    Balance Due ................................................................................................ $      **0.00**

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):    **Simply, Inc.**

4. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 14, 2022**

*Date*

/s/ Steven T. Waterman

**Steven T. Waterman**
*Signature of Attorney*
**Dorsey & Whitney LLP**
**111 S. Main Street**
**Suite 2100**
**Salt Lake City, UT 84111-2176**
**(801) 933-7360  Fax: (801) 933-7373**
**waterman.steven@dorsey.com**
*Name of law firm*

---