George Hofmann (10005)
Matthew M. Boley (8536)
Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300

Proposed attorneys for George Hofmann,
Chapter 7 Trustee

---

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Bankruptcy No. 22-22239 (KRA) |
|---|---|
| SIMPLY MAC, INC., | Chapter 7 |
| Debtor. | Honorable Kevin R. Anderson |

**SUPPLEMENTAL ORDER APPROVING AGREEMENT
BETWEEN TRUSTEE AND APPLE, INC.**

**[EXTENDING PRIOR ORDER TO THE DESTIN STORE]**

---

The matter came before the Court on June 24, 2022 at 2:00 p.m. for continued hearing on the *Trustee's Motion for Order Approving Agreement with Apple, Inc. to Facilitate the Return of Customer Property* (the "Motion"), filed by George Hofmann, in his capacity as trustee (the "Trustee") of the chapter 7 bankruptcy estate (the "Estate") of Simply Mac, Inc. (the "Debtor"). Matthew M. Boley appeared as counsel for the

{00624739.DOC /}

Trustee. Jennifer Raviele appeared on behalf of Destin Commons, Ltd. (the "Stipulating Landlord"), which is the Debtor's landlord at the Debtor's retail location at Destin Commons, Destin, Florida (the "Destin Store"). Other counsel and parties-in-interest also their appearance on the record at the hearing.

On June 17, 2022, the Court entered its *Order Approving Agreement Between Trustee and Apple, Inc.*, entered June 17, 2022 [Docket No. 17] (the "Approval Order"), which approved the Motion except as to certain landlords that objected to the Motion (the "Objecting Landlords"), including the Stipulating Landlord. The Court continued the hearing on the Motion as to the Objecting Landlords to June 24, 2022.

The Stipulating Landlord and the Trustee have agreed to enter into a stipulation, the material terms of which were stated on the record during the hearing (the "Anticipated Stipulation") pursuant to which the Stipulating Landlord has withdrawn its objections to the Motion, subject to terms described on the record, and have stipulated to entry of this Order such that the Approval Order applies to the Stipulating Landlord in all respects, except only as stated on the record or otherwise agreed to in the Anticipated Stipulation when filed.

NOW THEREFORE, based upon the Motion, the Trustee Declaration, the Anticipated Stipulation, the evidence received at the hearings on the Motion, the findings and conclusions stated in the Approval Order, and good cause appearing, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED as to the Stipulating Landlord and its leased premises, i.e., the Destin Store; and it is

FURTHER ORDERED that, effective from and after entry of this Order, the previously entered Approval Order shall be, and hereby is, applicable as to the Stipulating Landlord and the Destin Store – in all respects except only as expressly stated on the record during the hearing or otherwise agreed to in the Anticipated Stipulation when filed.

--END OF ORDER--

## DESIGNATION OF PARTIES TO BE SERVED

The undersigned hereby designates the following parties to be served a copy of the foregoing **ORDER**:

**By Electronic Service**:  I certify that the parties of record in this case as identified below, are registered CM/ECF users, and will be served notice of entry of the foregoing Order through the CF/ECF System:

- Jessica M. Simon simonjm@ballardspahr.com (counsel for various landlords);
- Leslie C. Heilman HeilmanL@ballardspahr.com (counsel for various landlords);
- Brian D. Huben HubenB@ballardspahr.com (counsel for various landlords);
- Laurel D. Roglen RoglenL@ballardspahr.com (counsel for various landlords);
- Margaret Vesper VesperM@ballardspahr.com (counsel for various landlords);
- Scott James sjames@jhsfirm.com (counsel for Texas landlord);
- Harley Means hmeans@kgrlaw.com (counsel for Ingram Micro, Inc.);
- Jason Mizzell jmizzell@kgrlaw.com (counsel for Ingram Micro, Inc.);
- Matt Olson olson.matt@dorsey.com (counsel for the Debtor);
- Rachel Stoian Stoian.Rachel@dorsey.com (counsel for the Debtor);
- Charlie Cartagena-Ortiz charlieortiz@apple.com (in-house counsel for Apple, Inc.);
- Jessica Fink jfink@apple.com (in-house counsel for Apple, Inc.);
- Bejan Atashkar batashkar@apple.com (in-house counsel for Apple, Inc.);
- Eric Goldsten EGoldstein@goodwin.com (counsel for insurance provider);
- Gill Geldreich Gill.Geldreich@ag.tn.gov (counsel for Attorney General of the State of Tennessee;
- David Newman David.W.Newman@usdoj.gov (counsel for the U.S. Trustee)

Dated: June 17, 2022.

/s/ Jeffrey Trousdale

# EXHIBIT "A"