**Fill in this information to identify the case:**

Debtor name: **Simply Mac, Inc.**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known): **22-22239**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **2/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $16,866,697.00 |
   | **For prior year:** From **2/01/2021** to **1/31/2022** | ■ Operating a business<br>☐ Other _____ | $79,111,000.00 |
   | **For year before that:** From **2/01/2020** to **1/31/2021** | ■ Operating a business<br>☐ Other _____ | $68,024,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* | **22-22239** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ingram Micro Inc.**<br>**1759 Wehrle Drive**<br>**Williamsville, NY 14221** | 3/9/2022, 3/24/2022, & 3/25/2022 | $1,385,868.76 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **ISI HR, INC.**<br>**859 W. Jordan Pkwy South**<br>**South Jordan, UT 84095** | 3/3/2022, 3/17/2022, 5/31/2022. 4/14/2022, 4/28/2022, 5/12/2022, 5/26/2022 | $4,203,436.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Stratus HR (payroll)** |
| 3.3. | **James A. Hunter** | 3/16/2022 | $29,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Kimoa International** | 5/3/2022 | $27,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Kumpan E-Bility USA** | 4/1/2022 | $14,245.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Line Financial Corp.**<br>**921 West New Hope Drive**<br>**Cedar Park, TX 78613** | 3/16/2022, 3/23/2022, 3/30/2022, 4/6/2022, 4/13/2022, 4/27/2022, 5/4/2022, 5/11/2022, 5/18/2022, & 5/27/2022 | $1,991,486.26 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Mary U Parks Three**<br>**PO Box 767**<br>**Waco, TX 76703** | 5/2/2022 | $12,966.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Waco store)** |

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* **22-22239** |
|---|---|---|

| | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Mobility Solutions US** | **4/1/2022** | **$14,245.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | **Town North Shopping Center LLC**<br>**14610 Dallas Pkwy Ste 800**<br>**Dallas, TX 75254** | **5/9/2022** | **$6,996.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Lubbock store)** |
| 3.10. | **Ryan Tax Compliance Services LLC**<br>**PO Box 848351**<br>**Dallas, TX 75284-8351** | **3/21/2022** | **$344,382.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **February sales tax remittance** |
| 3.11. | **149 Clinton Street Corporation**<br>**11387 E Teach Rd**<br>**Palm Beach Gardens, FL 33410** | **5/3/2022** | **$17,040.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Macon store)** |
| 3.12. | **Joseph Urbana Investments LLC**<br>**5001 N. University**<br>**Peoria, IL 61614** | **5/3/2022** | **$8,733.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Lawrence store)** |
| 3.13. | **Tennessee Department of Revenue**<br>**500 Deadrick St.**<br>**Nashville, TN 37242** | **3/16/2022** | **$7,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Income Tax** |
| 3.14. | **The Markets at Epps Bridge LLC**<br>**PO Box 1864**<br>**Athens, GA 30603** | **3/29/2022,**<br>**4/26/2022 &**<br>**4/28/2022** | **$53,436.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Athens store)** |
| 3.15. | **Stadium Centre**<br>**12700 Hill Country Blvd Ste. T-200**<br>**Austin, TX 78738** | **4/12/2022** | **$9,813.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Tallahassee store)** |

| Debtor | **Simply Mac, Inc.** | Case number (if known) | **22-22239** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **The Plaza on University**<br>**12700 Hill Country Blvd Ste. T-200**<br>**Austin, TX 78738** | **4/12/2022** | **$5,774.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Orlando store)** |
| 3.17. | **The Broadway Shops, LLC**<br>**c/o Lindner Properties**<br>**1400 Forum Blvd**<br>**Columbia, MO 65203** | **4/8/2022** | **$11,102.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Witchita store)** |
| 3.18. | **Prologis**<br>**8355 NW 12 St.**<br>**Miami, FL 33126-1842** | **4/5/2022** | **$17,884.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Miami warehouse)** |
| 3.19. | **Durbin Park Pavilion LLC**<br>**7775 Baymeadows Way Ste 300**<br>**Jacksonville, FL 32256** | **4/1/2022** | **$8,490.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Jacksonville store)** |
| 3.20. | **Mayfaire Town Center LP**<br>**2030 Hamilton Place Blvd Ste 500**<br>**Chattanooga, TN 37421-6000** | **4/1/2022** | **$6,696.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Wilmington store)** |
| 3.21. | **TKG Grant Creek Development LLC**<br>**211 N Stadium Blvd Ste 201**<br>**Columbia, MO 65203** | **4/2/2022** | **$4,911.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (Missoula store)** |
| 3.22. | **CH Retail Fund II/San Marcos Lyndon II**<br>**500 W 5th St Ste 700**<br>**Austin, TX 78701** | **4/1/2022** | **$8,760.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent (San Marcos store)** |

Debtor **Simply Mac, Inc.** Case number *(if known)* **22-22239**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.23. | **Cinco Ranch Station LLC**<br>**PO Box 639345**<br>**Cincinnati, OH 45263-9345** | **3/28/2022** | **$9,861.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent (Katy store)** |
| 3.24. | **Jefferson Pointe SPE LLC**<br>**PO Box 17102**<br>**Denver, CO 80217** | **3/28/2022** | **$7,492.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent (Fort Wayne store)** |
| 3.25. | **EV Toys LLC**<br>**2980 McFarlane Rd.**<br>**Miami, FL 33133** | **4/26/2022** | **$23,594.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Reinier Voigt**<br>**7276 NW 112th Avenue**<br>**Parkland, FL 33076**<br>**CEO** | **Bi-weekly payroll** | **$240,000.00** | **Payroll** |
| 4.2. | **Revolution Brands International LLC**<br>**10801 NW 9th St. Ste. 9**<br>**Miami, FL 33178**<br>**Significant shareholder of parent co.** | **4/26/2022** | **$11,750.00** | **Rent due for Wynwood/Miami Simply EV store** |
| 4.3. | **Howard Young**<br>**2015 Forest Glen Dr**<br>**Braselton, GA 30517**<br>**VP Sales and Operations** | **Bi-weekly payroll** | **$195,000.00** | **Payroll** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* **22-22239** |
|---|---|---|

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Revolution Brands International LLC**<br>10801 NW 9th St. Ste. 9<br>Miami, FL 33178 | **Revolution and EV Toys LLC took possession of Simply EV store in Wynwood/Miami, including inventory and fixed assets on site, and possibly some inventory at the Miami warehouse** | 6/9/2022 | Unknown |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sunrise Mills (MLP) Limited Partnership v. Simply Mac, Inc. and Simply, Inc.**<br>CACE-22-008525 | **Contract** | **17th Judicial Circ. Ct.**<br>**Broward Cnty FL**<br>Broward County Judicial Complex West Bld<br>201 SE 6th St.<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Dunedin Ventures, LLC v. Simply Mac, Inc.**<br>22-003611-CO | **Eviction** | **6th Judicial Circ. Ct.**<br>**Pinellas Cnty FL**<br>Civil Division<br>315 Court Street<br>Clearwater, FL 33756 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Orlando Outlet Owner, LLC v. Simply Mac, Inc.**<br>2022-CC-005687-O | **Eviction (final judgment for possession entered 5/6/22)** | **9th Judicial Circ. Ct.**<br>**Orange Cnty FL**<br>Orange County Courthouse<br>425 N. Orange Ave.<br>Orlando, FL 32801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Sunrise Mills (MLP) Limited Partnership v. Simply Mac, Inc.**<br>COCE-22-012470 | **Eviction (executed stipulation to entry of final judgment of possession)** | **17th Judicial Circ. Ct.**<br>**Broward Cnty FL**<br>Broward County Judicial Complex<br>201 SE 6th St.<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Barrett Christopher Mersereau v. Simply Mac, Inc.**<br>21SC12391 | **Small Claims** | **Oregon Circuit Court - Multnomah County**<br>1200 SW 1st Ave.<br>Portland, OR 97204 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | **Simply Mac, Inc.** | | Case number *(if known)* **22-22239** |
|---|---|---|---|

| | **Case title<br>Case number** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.6. | **DN8TT Inc. v. Simply Mac, Inc.**<br>**2022-LM-005929-RU** | Eviction | **Sedgwick County District Court (KS)**<br>**Sedgwick County Courthouse**<br>**525 North Main St., Jury Room, 1st Floor**<br>**Wichita, KS 67203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Sports Center of Mt. Pleasant v. Simply Mac, Inc.**<br>**2022CV1011100234** | Eviction (writ of eviction issued 6/1/2022) | **East Cooper Magistrate**<br>**1189 Sweetgrass Basket, Ste. 300**<br>**Mount Pleasant, SC 29465** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Federal Realty OP LP v. Simply Mac, Inc. and Gamestop, Inc.**<br>**GV22000508-00** | Eviction | **Charlottesville General District Court**<br>**606 East Market St.**<br>**Charlottesville, VA 22902** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Texas sales tax audit**<br>**3-20506-7224-8** | Sales tax audit | **Texas Comptroller**<br>**Fort Worth Audit Office**<br>**6320 Southwest Blvd Ste 201**<br>**Fort Worth, TX 76109** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | **Dates of loss** | **Value of property lost** |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* | **22-22239** |
|---|---|---|---|

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dorsey & Whitney LLP**<br>**111 S. Main Street**<br>**Suite 2100**<br>**Salt Lake City, UT 84111-2176** | **Attorney Fees (paid by Simply, Inc.)** | **6/10/2022** | **$35,000.00** |
| | Email or website address<br>**www.dorsey.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **155 N 400 W, Ste. 300**<br>**Salt Lake City, UT 84103** | **9/25/2019 - 4/1/2020** |

**Part 8:** **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **Simply Mac, Inc.** | Case number (if known) **22-22239** |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**701 Brickell Ave Ste 1500-A**<br>**Miami, FL 33133** | XXXX-2987 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 2021 | $0.00 |
| 18.2. | **Bank of America**<br>**701 Brickell Ave Ste 1500-A**<br>**Miami, FL 33133** | XXXX-6752 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 2021 | $0.00 |
| 18.3. | **Bank of America**<br>**701 Brickell Ave Ste 1500-A**<br>**Miami, FL 33133** | XXXX-9157 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 2021 | $0.00 |
| 18.4. | **Bank of America**<br>**701 Brickell Ave Ste 1500-A**<br>**Miami, FL 33133** | XXXX-3273 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 2021 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* **22-22239** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Pack Rat Storage**<br>**908 W. Main St**<br>**Whitehouse, TX 75791** | **No remaining employees have access.** | **Inventory and fixed assets at store no. 203 in Tyler, TX. Paid through June 30, 2022. Unit #C018.** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various**<br>**Retail Store Locations** | | **Most stores holding customer devices for repair. Each device should be accompanied by a print out with customer information.** | **Unknown** |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* **22-22239** |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
 ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Vern LoForti**<br>**308 W. North Temple #533**<br>**Salt Lake City, UT 84103** | **9/25/2019 - present** |
| 26a.2. | **Daren Haws**<br>**4103 W Great Neck Dr**<br>**South Jordan, UT 84009** | **3/2/2020 - present** |
| 26a.3. | **Paul Rowberry**<br>**4702 W Copper Brook Circle**<br>**West Jordan, UT 84088** | **9/25/2019 - present** |

 26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

 ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Kaufman Rossin**<br>**3310 Mary St. Ste. 501**<br>**Miami, FL 33133** | **2019 audit through May 2022** |

 26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

 ☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Vern LoForti**<br>**308 W North Temple #533**<br>**Salt Lake City, UT 84103** | **Corporate office and online/cloud storage** |

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* **22-22239** |
|---|---|---|

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | **Daren Haws**<br>**4103 W Great Neck Dr**<br>**South Jordan, UT 84009** | **Corporate office and online/cloud storage** |
| 26c.3. | **Paul Rowberry**<br>**4702 W Copper Brook Circle**<br>**West Jordan, UT 84088** | **Corporate office and online/cloud storage** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Securities and Exchange Commission**<br>**Attn: Bankruptcy Counsel**<br>**5670 Wilshire Blvd., Floor 11**<br>**Los Angeles, CA 90036** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Leigh Anne Estrada** | **1/29/2022** | **$9,032,189.16. Cycle counts are performed weekly in each location, but full physical counts are only annually.** |
| | Name and address of the person who has possession of inventory records | | |
| | **Various (warehouse & stores)** | | |
| 27.2. | **Leigh Anne Estrada** | **1/30/2021** | **$7,801,770.65. Cycle counts are performed weekly in each location, but full physical counts are only annually.** |
| | Name and address of the person who has possession of inventory records | | |
| | **Various (warehouse & stores)** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Taylor** | **80 Compass Lane**<br>**Fort Lauderdale, FL 33308** | **Board chairman** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Galloro** | **33 Castlebar Rd**<br>**Toronto, ON**<br>**Canada M8Z 2J4** | **Board member** | **0%** |

Debtor **Simply Mac, Inc.**      Case number *(if known)* **22-22239**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reinier Voigt** | **7276 NW 112th Avenue Parkland, FL 33076** | **CEO, Board member** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vern LoForti** | **2910 Murat St. San Diego, CA 92117** | **CFO** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Howard Young** | **2015 Forest Glen Dr Braselton, GA 30517** | **VP Sales and Operations** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Reinier Voigt** **7276 NW 112th Avenue Parkland, FL 33076** | **$240,000** | **Bi-weekly payroll** | **Payroll** |
| | **Relationship to debtor** **CEO** | | | |
| 30.2. | **Revolution Brands International LLC** **101801 NW 9th St Ste 9 Miami, FL 33178** | **$11,750** | **4/26/2022** | **Rent for Wynwood/Miami Simply EV store** |
| | **Relationship to debtor** **Significant shareholder of parent co.** | | | |
| 30.3. | **Howard Young** **2015 Forst Glen Dr Braselton, GA 30517** | **$195,000** | **Bi-weekly payroll** | **Payroll** |
| | **Relationship to debtor** **VP Sales and Operations** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Debtor | **Simply Mac, Inc.** | Case number *(if known)* **22-22239** |
|---|---|---|

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| **Simply, Inc.** | **EIN:** **33-0599368** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2022**

**/s/ Reinier Voigt**                                **Reinier Voigt**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes