Jason D. Boren, Esquire (#7816)
**BALLARD SPAHR LLP**
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: 801.531.3000
Facsimile: 801.531.3001
E-mail: borenj@ballardspahr.com

    and

Dustin P. Branch, Esquire
Jessica M. Simon, Esquire
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail:  branchd@ballardspahr.com
          simonjm@ballardspahr.com

*Attorneys for Landlords*
ARG NLGAIGA001, LLC,
CP VENTURE FIVE – AEC LLC,
CP VENTURE FIVE – APC LLC,
CP VENTURE FIVE – AWC LLC,
FEDERAL REALTY LP OP, and
STREETS OF TANASBOURNE, LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | ) Bankr. No. 22-22239 (KRA) |
| | ) |
| SIMPLY MAC, INC., | ) Chapter 7 |
| | ) |
| | ) Hon. Kevin R. Anderson |
| | ) |

|  |  |
|---|---|
| Debtor. | ) **ORDER APPROVING STIPULATION** <br> ) **RESOLVING TRUSTEE'S FIRST** <br> ) **OMNIBUS MOTION TO REJECT** <br> ) **CERTAIN LEASES** <br> ) <br> ) |

George Hofmann, in his capacity as the duly appointed trustee (the "Trustee") of the chapter 7 bankruptcy estate (the "Estate") of Simply Mac, Inc. (the "Debtor"), each of the landlords ARG NLGAIGA001, LLC, CP VENTURE FIVE – AEC LLC, CP VENTURE FIVE – APC LLC, CP VENTURE FIVE – AWC LLC, FEDERAL REALTY LP OP, and STREETS OF TANASBOURNE, LLC collectively, the "Stipulating Landlords"), and Ingram Micro, Inc. ("Ingram"), by and through their respective counsel, have entered into a Stipulation (Docket No. 81) to resolve the Trustee's First Omnibus Motion to Reject Certain Leases ("Motion," Docket No. 25), and they have stipulated to entry of this Order.

NOW THEREFORE, based upon the Motion and the Stipulation, and good cause appearing therefor, it is hereby,

ORDERED that the Stipulation is APPROVED in its entirety on the terms set forth in the Stipulation as to the Stipulating Landlords and each of their respective Leased Premises, as defined in the Stipulation,

ORDERED that the Motion is GRANTED as to the Stipulating Landlords, as modified by terms of the Stipulation which terms govern rejection of the Stipulating Landlords' Leases and related relief.

--END OF ORDER--

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **J. Thomas Beckett**   tbeckett@parsonsbehle.com, ecf@parsonsbehle.com;brothschild@parsonsbehle.com
- **Matthew M. Boley**   mboley@ck.law, klopez@ck.law
- **Jason D. Boren**   borenj@ballardspahr.com, saltlakedocketclerk@ballardspahr.com,LitDocketClerk_West@ballardspahr.com
- **Matthew James Burne**   matthew.burne@usdoj.gov, rinehart.peshell@usdoj.gov,james.gee@usdoj.gov,lindsey.huston@usdoj.gov,rachelle.d.hughes@usdoj.gov,brittany.eichorn@usdoj.gov
- **Ryan Dooley**   ryan.dooley@sgcity.org
- **George B. Hofmann tr**   trustee@ck.law, mparks@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com
- **Mark S. Middlemas**   LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- **Darren B. Neilson**   dneilson@parsonsbehle.com
- **Mark C. Rose**   mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeffrey Weston Shields**   jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com,tzimmerman@rqn.com
- **Jessica Simon**   simonjm@ballardspahr.com
- **Rachel P. Stoian**   stoian.rachel@dorsey.com
- **Jeffrey L. Trousdale**   jtrousdale@cohnekinghorn.com, mparks@ck.law
- **Jeff D. Tuttle**   jtuttle@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com;docket_slc@swlaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman**   waterman.steven@dorsey.com, bingham.karen@dorsey.com

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

☒   None

☐   Manual Notice List:

| | |
|---|---|
| Ronald E. Gold | Caleb T. Holzaepfel |
| Frost Brown Todd LLC | Husch Blackwell LLP |
| 3300 Great American Tower | 736 Georgia Avenue |
| 301 E. Fourth Street | Suite 300 |
| Cincinnati, OH 45202 | Chattanooga, TN 37402-2059 |

| | |
|---|---|
| Harley K Means<br>Kroger, Gardis & Regas LLP<br>111 Monument Circle<br>Suite 900<br>Indianapolis, IN 46204 | Erin P. Severini<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202 |

☐ All parties on the Court's official case matrix.

          /s/ Matthew M. Boley