*Prepared and Submitted By:*

| | |
|---|---|
| George Hofmann (10005)<br>Matthew M. Boley (8536)<br>Jeffrey Trousdale (14814)<br>**COHNE KINGHORN, P.C.**<br>111 East Broadway, 11th Floor<br>Salt Lake City, UT 84111<br>Telephone: (801) 363-4300<br><br>*Attorneys for George Hofmann, Chapter 7 Trustee* | Jennifer Wertz<br>**JACKSON WALKER LLP**<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 236-2247<br><br>*Attorneys for ACC OP (University Shoppes Orlando) LLC and The District Joint Venture LLC* |

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>SIMPLY MAC, INC.,<br><br>Debtor. | Bankruptcy No. 22-22239 (KRA)<br><br>Chapter 7<br><br>Hon. Kevin R. Anderson<br><br>**ORDER APPROVING STIPULATION BETWEEN TRUSTEE, ACC OP (UNIVERSITY SHOPPES ORLANDO) LLC, AND THE DISTRICT JOINT VENTURE LLC** |

George Hofmann, in his capacity as the duly appointed trustee (the "Trustee") of the chapter 7 bankruptcy estate (the "Estate") of Simply Mac, Inc. (the "Debtor"), and each of landlords ACC OP (University Shoppes Orlando) LLC and The District Joint Venture LLC

{00629267.DOC /}

(each, a "Landlord" and together with the Trustee, the "Parties"), by and through their respective counsel, have entered into a stipulation [Docket No. 84] (the "Stipulation") to resolve the Trustee's First Omnibus Motion to Reject Certain Leases [Docket No. 25] (the "Motion") and each Landlord's potential objections to the Motion, and have stipulated to the entry of this Order.

NOW THEREFORE, based upon the Motion and the Stipulation, and good cause appearing therefor, it is hereby,

ORDERED that the Stipulation is APPROVED in its entirety on the terms set forth in the Stipulation as to each Landlord and each of the respective Leases (as defined in the Stipulation), and it is further

ORDERED that the Motion is GRANTED as to each Landlord, as modified by the terms of the Stipulation, which terms govern the rejection of each Landlord's Lease and related relief as set forth in the Stipulation.

--END OF ORDER--

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER** shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **J. Thomas Beckett**  tbeckett@parsonsbehle.com, ecf@parsonsbehle.com;brothschild@parsonsbehle.com
- **Matthew M. Boley**  mboley@ck.law, klopez@ck.law
- **Jason D. Boren**  borenj@ballardspahr.com, saltlakedocketclerk@ballardspahr.com,LitDocketClerk_West@ballardspahr.com
- **Matthew James Burne**  matthew.burne@usdoj.gov, rinehart.peshell@usdoj.gov,james.gee@usdoj.gov,lindsey.huston@usdoj.gov,rachelle.d.hughes@usdoj.gov,brittany.eichorn@usdoj.gov
- **Ryan Dooley**  ryan.dooley@sgcity.org
- **George B. Hofmann tr**  trustee@ck.law, mparks@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net
- **Michael R. Johnson**  mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com
- **Mark S. Middlemas**  LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- **Darren B. Neilson**  dneilson@parsonsbehle.com
- **Mark C. Rose**  mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeffrey Weston Shields**  jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com,tzimmerman@rqn.com
- **Jessica Simon**  simonjm@ballardspahr.com
- **Rachel P. Stoian**  stoian.rachel@dorsey.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law
- **Jeff D. Tuttle**  jtuttle@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com;docket_slc@swlaw.com
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman**  waterman.steven@dorsey.com, bingham.karen@dorsey.com

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

        **Ronald E. Gold**
        Frost Brown Todd LLC
        3300 Great American Tower
        301 E. Fourth Street
        Cincinnati, OH 45202

        **Caleb T. Holzaepfel**
        Husch Blackwell LLP
        736 Georgia Avenue
        Suite 300
        Chattanooga, TN 37402-2059

        **Harley K Means**
        Kroger, Gardis & Regas LLP
        111 Monument Circle
        Suite 900
        Indianapolis, IN 46204

        **Rocky Mountain Advisory LLC**
        ,

                                      /s/ Jeffrey Trousdale