George Hofmann (10005)
Matthew M. Boley (8536)
Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for George Hofmann,
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 22-22239 (KRA) |
|---|---|
| SIMPLY MAC, INC., | Chapter 7 |
| Debtor. | |

**NOTICE OF TRUSTEE'S MOTION APPROVING THE ASSIGNMENT AGREEMENT BETWEEN THE TRUSTEE AND CLEARWATER RECOVERY AND RELATED SALE OF RIGHTS IN A POTENTIAL LITIGATION SETTLEMENT**

and

**NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline:  November 17, 2023)**
**(Hearing Date:  November 27, 2023 at 2:00 p.m.)**

**PLEASE TAKE NOTICE** that George Hofmann, in his capacity as Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of Simply Mac, Inc. (the "**Debtor**") has filed *Trustee's Motion Approving the Assignment Agreement Between the Trustee and Clearwater Recovery and Related Sale of Rights in a Potential Litigation Settlement* [Docket No. 228] (the "**Motion**") with the United States Bankruptcy Court for the District of Utah.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the Motion, then you or your lawyer must **both**:

(1)    on or before **November 17, 2023**, file with the Bankruptcy Court a written objection to the Motion, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **November 17, 2023**. You also must mail a copy to the undersigned counsel at:

> George Hofmann
> Matthew M. Boley
> Jeffrey L. Trousdale
> Cohne Kinghorn, P.C.
> 111 East Broadway, 11th Floor
> Salt Lake City, Utah 84111

**and**

(2)    attend the hearing on the Motion, which is set for **November 27, 2023 at 2:00 p.m.**, before the Honorable Kevin R. Anderson. Unless otherwise directed by The United States Bankruptcy Court for the District of Utah, the hearing on the Motion will be conducted via Zoom. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website (https://www.utb.uscourts.gov) for the most up-to-date information regarding participation at a hearing via Zoom. At the time of this Notice, parties wishing to participate in hearings before Judge Anderson are instructed to connect to the Zoom Meeting (https://www.zoomgov.com) and click **JOIN NOW**, enter the Zoom Meeting ID for Judge Anderson: **160 3007 6397** along with the Passcode/Participant ID: **6001201**, at least ten (10) minutes before the scheduled date and time for the hearing. Please consult the instructions at the following link for additional instructions: https://www.utb.uscourts.gov/video. You may be placed on hold until the courtroom deputy activates the Zoom meeting, or you may hear others speaking. Another hearing may be in progress; do not announce your presence until the courtroom deputy takes roll call or your hearing is called. If you have problems connecting or the courtroom deputy does not activate the Zoom meeting within 5 minutes after your scheduled hearing time, call the court at: 801-524-6627 or 801-524-6687.

4853-8093-3259, v. 1

     If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Motion without hearing.

Dated: October 27, 2023.

                                    **COHNE KINGHORN P.C.**

                                    /s/ Matthew M. Boley
                                    MATTHEW M. BOLEY
                                    JEFFREY TROUSDALE
                                    Attorneys for the Chapter 7 Trustee

4853-8093-3259, v. 1