*Prepared and Submitted by:*

George Hofmann (10005)
Matthew M. Boley (8536)
Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300

Attorneys for George Hofmann,
Chapter 7 Trustee

---

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re | Bankruptcy No.  22-22239 (KRA) |
| SIMPLY MAC, INC., | Chapter 7 |
| Debtor. | |

**ORDER APPROVING THE TRUSTEE'S MOTION FOR ORDER APPROVING THE ASSIGNMENT AGREEMENT BETWEEN THE TRUSTEE AND CLEARWATER RECOVERY AND RELATED SALE OF RIGHTS IN A POTENTIAL LITIGATION SETTLEMENT**

---

The Court having considered the Trustee's Motion to for Order Approving the

Assignment Agreement Between the Trustee and Clearwater Recovery and Related Sale

of Rights in a Potential Litigation Settlement (the "Motion"), and no objections having been

filed to the Motion, and it appearing that good cause exists to grant the relief requested in

the Motion, it is hereby:

2

**ORDERED** that the Assignment Agreement between the Trustee and the

Clearwater Recovery Partners (as more thoroughly described and defined in the Motion) is

approved, and the Trustee is authorized to take such actions as may be necessary or

appropriate to consummate the Assignment Agreement.

------------------------------------- **END OF ORDER** -------------------------------------

4864-9206-5172, v. 1

## DESIGNATION OF PARTIES TO BE SERVED

The undersigned hereby designates the following parties to be served a copy of the foregoing **ORDER APPROVING THE ASSIGNMENT AGREEMENT BETWEEN THE TRUSTEE AND CLEARWATER RECOVERY AND RELATED SALE OF RIGHTS IN A POTENTIAL LITIGATION SETTLEMENT.**

**By Electronic Service**:  I certify that the parties of record in this case as identified below, are registered CM/ECF users, and will be served notice of entry of the foregoing Order through the CF/ECF System:

- **Megan K Baker**     baker.megan@dorsey.com
- **J. Thomas Beckett**     tbeckett@parsonsbehle.com, ecf@parsonsbehle.com;brothschild@parsonsbehle.com
- **Matthew M. Boley**     mboley@ck.law, krenak@ck.law
- **Jason D. Boren**     borenj@ballardspahr.com, saltlakedocketclerk@ballardspahr.com,LitDocketClerk_West@ballardspahr.com
- **Matthew James Burne**     matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ryan Dooley**     ryan.dooley@sgcity.org
- **Mark Ritter Gaylord**     gaylord@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;brownlj@ballardspahr.com;BKTDocket_West@ballardspahr.com
- **George B. Hofmann**     trustee@ck.law, mparks@ck.law;apetersen@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net
- **Caleb T. Holzaepfel**     caleb.holzaepfel@huschblackwell.com
- **Michael R. Johnson**     mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **David H. Leigh**     dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **Mark S. Middlemas**     markmiddlemas@scalleyreading.net, markm@ecf.courtdrive.com
- **Darren B. Neilson**     dneilson@parsonsbehle.com
- **Jennifer D. Raviele**     jraviele@kelleydrye.com
- **Mark C. Rose**     mrose@mbt-law.com, markcroselegal@gmail.com
- **Jeffrey Weston Shields**     jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;JLarsen@rqn.com
- **Jessica Simon**     simonjm@ballardspahr.com
- **Rachel P. Stoian**     stoian.rachel@dorsey.com
- **Jeffrey L. Trousdale**     jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- **Jeff D. Tuttle**     jtuttle@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com;docket_slc@swlaw.com
- **United States Trustee**     USTPRegion19.SK.ECF@usdoj.gov

2

- **Steven T. Waterman**   waterman.steven@dorsey.com,
  bingham.karen@dorsey.com,steven-waterman-9367@ecf.pacerpro.com

/s/ Matthew M. Boley

GEORGE B. HOFMANN
MATTHEW M. BOLEY
JEFFREY TROUSDALE
Attorneys for Trustee
